VRW 555

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name HARVEY      James     E  /Abdul O. SHAKUR

(Last)          (First)         (Initial)

**FILED**

Prisoner Number C-48884

**JUN 9 2008**

Institutional Address P.O. Box 7500 / Crescent City, Ca 95532

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## E-filing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

James Earl Harvey-AkA: Abdul O. SHAKur

(Enter the full name of plaintiff in this action.)

**CV 08 2894 VRW**

vs.

J. Puente IGI / Cpt X Brandon ISU

Robert Horel: Warden / A. Murphy OCS

U. Perry, Cpt Kaup, Cpt Yac, et al.

(Enter the full name of the defendant(s) in this action)

Case No. _____
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
**Title 42 U.S.C § 1983**

(PR)

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.    Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.    Place of present confinement Pelican Bay

B.    Is there a grievance procedure in this institution?

        YES (✓)    NO ( )

C.    Did you present the facts in your complaint for review through the grievance procedure?

        YES (✓)    NO ( )

D.    If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why. This complaint contain multiple complaints. All major claims have been exhausted. Within some of these claims I give attention to other issues that are presently under review.

COMPLAINT

- 1 -

*Files but my counsellor( CCI Flowers) refused to give me what i had requested be i had no money on my prison account. He told me because i was indigent i would not beable to extract any documents from my files.*

1.  1. Informal appeal _____

2.  _____

3.  _____

4.  2. First formal level_____

5.  _____

6.  _____

7.  3. Second formal level_____

8.  _____

9.  _____

10. 4. Third formal level _____

11. _____

12. _____

13. E.  Is the last level to which you appealed the highest level of appeal available to

14. you?

15. YES ( / )    NO ( )

16. F.  If you did not present your claim for review through the grievance procedure,

17. explain why._____ N/A

18. _____

19. _____

20. II.   Parties.

21. A.  Write your name and your present address.  Do the same for additional plaintiffs,

22. if any.

23. James Earl Harvey - AKA: Abdul Olugbala Shakur

24. _____

25. _____

26. B.  Write the full name of each defendant, his or her official position, and his or her

27. place of employment. R. Kirkland 2006/7 Warden/C. Nethune Former Director

28. S. Pucats ICI / Cpt K Brandon ISU / D.E Milligan ICI / Cpt Yax ISU /
    Associated Warden Dillard /        other Defendants whereabouts ~ ~

COMPLAINT                                    - 2 -

Statement of Claim Continues ~ ~ ~ ~

They label my speech gang material or gang activities, i can go back as far as 1998, but most of the documents to support my claims between 1998-2001 have been disposed of so they say, but a hearing will allow me to prove (ten) (10) years of free speech violations, but what i will do is focus on what i can prove; the documents are still in my files, but being indigent i am not able to extract documents from my Central Files; my complaint will consist of (two) (2) different complaints, but before i get to them i would like to provide you a brief glimpse of what i am going through: 1) On (two) (2) separate occasions i had informed two people that i will never become a snitch (i.e. debrief), these two letters were confiscated and i received two negative chronos for gang activities placed in my Central Files. They (IGI/ISU) equate my statement with being involved in gang activity ~ i was penalized for free speech. 2) In one letter i was responding to a newspaper article concerning Black August that letter was confiscated and i received a negative chrono. 3) i referred to myself as a Dragon (a radical symbol) this letter was confiscated. 4) i wrote a letter concerning the Black Prison Rights Movement it was confiscated. 5) i wrote a statement about the failure of Black Manhood it was confiscated. 6) i wrote a proposal designed to end hunger in the Black diaspora from Amerikka to Afrika it was confiscated. This is not even half of what IGI/ISU have confiscated from me, but they used the same method- either it was reduced to gang material or gang activities. Exhibit F is another example of IGI/ISU and CDCR attack on my free speech, believe it or not these confiscation forms dont even begin to represent the entire picture, i have one more example to share with you before i get to the primary complaints, i believe this will give you a clear picture of the urgency of my situation ~ ~ for the past year or more i have been searching for an attorney, so i have been sending names of attorneys to the Law Library Clerk requesting their addresses, she would then search the Attorney Directory via internet, she have been very helpful in this endeavor, she have sent me approximately twenty addresses in the past year. About a month ago i requested the address to an attorney Michael T. Warren, this attorney is known for helping political active prisoners like myself, i wasn't sure what state he is from so i wrote NY/PA, a few days later i received an address (thou-

2-A

1  are unknown. Robert Horel: Warden/ Cpt. K. Brandon Investigative Service
2  unit/ S. Purate Institution? Gang Investigations : 5905 Lake Earl Drive,
3  Crescent City, Ca 95531 _ Pelican Bay State Prison.
4  A. Murphy **DCS** address unknown / Lt. Perry PBSP ~ et al.

5  III.    Statement of Claim.

6      State here as briefly as possible the facts of your case.  Be sure to describe how each

7  defendant is involved and to include dates, when possible.  Do not give any legal arguments or

8  cite any cases or statutes.  If you have more than one claim, each claim should be set forth in a

9  separate numbered paragraph.

10  Before i proceed it is imperative That i provide you with a brief history
11  pertaining to the on-going effort by the CDCR, Institutional Gang Investi~
12  gations (IGI) and the Investigative Services Unit (ISU) to censor my free
13  speech/Voice/writings, isolate me from my Communities. One of their primary
14  methods in their attempt to shackle my political thoughts/Views, they false-
15  ly labeled my Political activities as gang activities; everytime i write some-
16  thing (may it be an article or a poem) That they don't politically agree with
17  IGI and ISU will confiscate it claiming it was gang material, or lets say i
18  was involved in political/cultural activities with outside ~~██████~~ activists
19  IGI/ISU will declare these projects as fronts for The Black Guerrilla
20  Family (BGF) prison organization, then confiscate everything relating to
21  the project and forbid me to write these addresses. Anytime they want to
22  Circumvent my first amendment rights.

23  IV.    Relief.

24      Your complaint cannot go forward unless you request specific relief.  State briefly exactly

25  what you want the court to do for you.  Make no legal arguments; cite no cases or statutes.

26      ( See Attached Relief Requests)

27  _____

28  _____

COMPLAINT                     - 3 -

gh the hand writing didn't look familiar 2 (thought nothing of it), 2 sent a very sensative letter to this address that was sent to me by the law library, on 5/12/08 2 received a mailing from the District Attorney office of the county of New York - enclosed was my letter opened and stapled together with motions written on the outside of my envelope which was also stapled with my letter, also enclosed was a note from the Assistant District Attorney (NY) informing me there is no attorney here by the name of Michael Warren and they were returning my letter. Somebody had deliberately sent me the address of the NY District Attorney office, this was not a mistake, about 4 weeks ago the law library clerk sent me the computer readout that clearly states Michael Warren name is not listed anywhere in the state of NY, so this is proof that somebody intentionally sent me the D.A address under the false guise of Michael Warren knowing that the D.A. office will read my mail. Vea a hearing 2 will be able to prove who did this Vea a handwriting experts. You will be surprised what 2 have been going through with regards to my mail for the past ten years or more.

Statement of Claim One:

2 am known as an activist for the rights of my people, as well as a prison rights activist, so my writing / literature is often targeted for censorship / confiscation, especially since 9/11, and the local court refusal to rule against them has emboldened them to violate my free speech and religious freedoms with impunity. 2 am a long time practicing Muslim, and have been prior and since my imprisonment (1977-2008) and 2 have always used my Muslim name, every letter 2 mail out include both my Muslim and Committed name and never had any consistent difficulties. But since the beginning of April IGI officers J. Puente and ISU Capt. K. Brandon have confiscated at least sexteen(17) letters under their fictitious name policy. 2 contend and the evidence will also show this was just a cover to circumvent my free speech rights, censor my voice by confiscating a chainletter 2 wrote. As 2 previously stated, prior to April of this year 2 had no real problems with sending my mail out with my muslim name on it (that is until 2 had attempted to mail out this chainletter, in the first week of April 08 2 attempted to mail out seven (7) copies of my chainletter to seven different people, then on 4/11/08 2 received 7 172-B stopped mail notification chronos informing me my mail was being confiscated due to the

use of my muslim name (see Exhibit:A), since then they have confiscat-
ed approximately 19 letters they are basically confiscating every piece of mail that
I am sending out with my muslim name on it. It is clear my chainletter was the
primary target. Note: Exhibit:B represents the confiscation of at least 15
pieces of mail that i am appealing. In their (J. Parente & Cpt K Brandon) attem-
pts to censor my speech they had simultaneously violated my rights to practice
my religion. As a muslim using my muslim name is an important aspect of
practicing Islam, and now they are trying to coerce me into relinquishing my
Muslim name/my religious practice ~ its like paying ransom ~ Drop the
Muslim name and we will send your mail out ~... i had no problem
sending mail out in Jan, Feb or March, in fact, i received at least two(2)
letters in Feb that only had my Muslim name, another example that proves
that my chainletter was the target. though i did not exhaust ~~~ my
administrative remedies i believe the severity of the present constitutional
violations justify bypassing the administrative remedies ~ not to mention i
am not being able to write my family/loved ones, two(2) of the letters
confiscated was addressed to my Mother, and one of the incoming letters
confiscated was my baby sister. they know i am Muslim~see Exhibit C

Statement of Claim Two:

This claim have been administratively exhausted, it concerns the confis-
cation of my personal writings, literature and Black history literature & books
which was confiscated from my cell on 1-30-07 or via incoming/out-going
mail.

On 1-30-07 Special gang unit from Sacramento, Office of Correctional
Safety (OCS) along with the Institutional Gang Investigation Unit (IGI) search
my cell (see exhibit Q), and they confiscated a box of my property which
includes my personal writings. these items were confiscated under the fabri-

3-C

cated auspices of prison-gang related material (Black Guerrilla Family-BGF), out of all the property confiscated i concede that at least two (2) documents were in fact directly related to the Black Guerrilla Family (see Exhibit: X), but everything else had nothing to do with the BGF, the following is a brief listing of the material/literature they have confiscated from me, they are either located in their Sacramento office or right here in the office of IGI / ISU, i will divide the list in two, list one will contain my personal writings and list two Black Historical/cultural and Political literature, and art work.

List One:

1. New Afrikan Criminology 101 - A text book i wrote.

2. Bell Curve Conspiracy - A pamphlet.

3. The U.S. Fraudulent Annual Crime Report - A pamphlet.

4. They confiscated all literature/pamphlets pertaining to the George Jackson University (GJU) and Marcus Garvey Study Group (MGSG)

5. They confiscated literature pertaining to New Afrikan Criminology 101 including College students assignments (Note: A college Professor at Bowie State University used my text book in her class room - see Exhibit:        ).

6. Pan-Afrikan Community Dept. Of Agriculture: This is a proposal designed to eradicate hunger among Black Children - This was also confiscated by IGI J Puente and ISU Cpt. K. Brandon via the incoming Mail - .

7. Support the Pelican Bay State Prison Peace Summit - A proposal designed to end the race-war that plagues California prison system which average 300 to 500 race-based riots/melees a year for the past 26 years, it is now on the streets of Los Angeles. This is the ███ CDCR greatest secret.

8. Save the Black Farm - A proposal designed to save Black Farms.

9. How to stop the spread of the Control Unit Prison.

10. All my writings concerning George Jackson.

11. All my notes, and the rough drafts of at least 15 proposals.

3-D

12 ~ Over 40 poems.

List Two:

1 ~ Blood In My Eye ~ by George Jackson        ( book)

2 ~ Malcolm X Last Speech ~              (book)

3 ~ Revolutionary Hand book ~ by The Former President Of Ghana ~ The book is about
    The independence Movement in Afrika/Ghana.

4 ~ Seven Christian Pamphlets by The Army of God ~ These pamphlets do not &
    advocate /Note: ICL also confiscated paperwork concerning nonprofit Org.

5 ~ A Pamphlet written by The Black Liberation Army

6 ~ All Literature dealing with Black August.

7 ~ All literature dealing with George Jackson

8 ~ A Pamphlet Commemorating Those Members Of The Black Panther Party/Black
    Liberation Army That was Murdered during The 1960s, 70s and early 80s.

9 ~ A CD cover : One of The songs listed is dedicated To George Jackson

10 ~ A picture and Artwork Of George Jackson

11 ~ A painting of dead Black Panther members.

12 ~ Approximately Seven Newsletter From The New Afrikan Black Panther.

13 ~ A number of handwritten literature.

14 ~ Chairman Mao interpretation of Dialectical /Historical Materialism.

15 ~ Pictures. 16 ~ 3 Black History Book Catalog.

   Both list one and two was all confiscated under The fabricated auspices of
being prison gang related Material (Black Guerrilla Family ~ BGF), This is a flat out
lie which can be easily proven in The court of Law . ICL/ISU have used
The gang policy as a Method To circumvent The First Amendment rights
of Those New Afrikan Prisoners who/they have identified as Members
of The Black Guerrilla Family (BGF), we are Treated Totally different
From any other racial groups or prison groups, at This very moment There

3-E

are at least 15 New Afrikan Prisoners at Pelican Bay dealing with the same issues, we do have legitimate grounds for a class-action lawsuit, we are the only class being subjected to official-sanctioned censorship.

It is very difficult to pin-point specific individuals, it is the concept and philosophy of both IGI/ISU that is responsible for violating my (our-Alleged BGF members) First Amendment rights, though i identify certain individuals/the defendant in this civil complaint is IGI/ISU as an entire entity.

The Confiscation of the property listed in list one & two was in direct violation of my First Amendment Rights, IGI D.E. Milligan and **OCS** (Office of Correctional Safety) A. Murphy, removed this property from my cell, some of the property listed are in Sacramento and some are located here in IGI office/Files. When i filed my administrative grievances it was denied on all levels, which subject the warden and Director at the time liable for failing to correct the constitutional violation: Warden: R. Horel (2007), Director: C. Terhune (2007). But this confiscation is based on the CDCR/OCS/ISU/IGI philosophy as it pertains to those New Afrikan Prisoners who they have identified as BGF members, i'm not sure if this is possible, but i want to target IGI/ISU as an entity along with specific individuals, those individuals are acting as agents in the service of IGI/ISU.

Statement Of Claim Three:

Claim Three is also a Free Speech issue, but this took place between 2003 and 2005, exhibit P, represents one of many attempts by IGI/ISU to circumvent my Free Speech (First Amendment), employing the same method - identifying my political writings and activities as gang activities.

everytime i engaged in outside political/cultural projects, IGI/ISU label the project a front organization for the Black Guerrilla Family (BGF) confiscate all material and letters associated with the project and then forbid me to write the addresses, for example: 1. George Jackson University (GJU), 2. Marcus Garvey Study Group (MGSG), 3. New Afrikan Institute for Criminology 101 (NAIC-101), 4. Adopt-A-Brother Program. 5. Prisoner Writer.com. i can prove that none of these projects were front for the BGF. IGI Lt. Perry initiated this deliberate fabrication, and cpt Yax and Kaup put their stamps of approval on it.

1) The GJU was a Afro-centric History Correspondence Study Course which was initiated by a community-based non-profit group around 1994, i was'nt even in contact with them back then. They had heard about me and my work so they asked for my help (2003), Exhibit GJU consist of some of the letters that speaks to my involvement. It was my suggesting to change the name to the GJU, it was a Strategical decision. New Afrikan (Black) Prisoners across the country respect and admire George Jackson, he is recognized in every federal/state System, my intention was to associate George Jackson with education, the eradication of the criminal mentality. i had encouraged New Afrikan Brothas in my immediate environment to get involved. The Brothas in my immediate environment (PBSP-SHU) are like me, alleyed members of the BGF. But everytime we come together to give back to our communities it automatically becomes gang activities. IGI/ISU/CDCR had falsely labelled the GJU a front for the BGF, this lie along with the confiscation of all relevant documents Sabotaged this project, Black Prisoners in general population did not want to participate in this project in fear of being labelled BGF which would have guaranteed a permanent stay in isolation. MGSG was an extension project to the GJU which would obligate conscious New Afrikan Prisoners to teach other prisoners how to read,

3-6

write, do math, relinquish their criminal mentality. This was also sabotaged.
2) NAIC-101 (see Exhibit 101), this was a project i had initiated with my ex-wife (see Exhibit 101-A inside of exhibit 101), this exhibit descri-bes the functional purpose of this project, all the material in exhibit 101 will paint a clear picture for you, and prove it had nothing to do with BGF, in fact, a professor from Bowie State University even wrote the warden (see Exhibit Q-101 inside of exhibit 101), because IGI/ISU had confiscate one of her letters claiming it was gang related - an elderly white scholar IGI/ISU didn't care who they had criminalized to justify their endeavor to censor my voice and isolate me.

3) Prison writers.com was initiated by a college professor, had nothing to do with BGF, but that doesn't matter to IGI/ISU, anytime they want to shut me down all they do is employ their false gang label because they know there's a 99% chance the courts won't touch it, the courts tend to stay away from any case that the CDCR inject: 1) A threat to the safety and security of the institution, and 2) Gang activities/material, but if the courts make the CDCR prove their allegations i guarantee you (as it pertains to alleged BGF members only) 98% of their claims would turn out to be blatant lies and deliberate misinterpretations.

4) Adopt A Brother Program: The original ideal came from a New Afrikan (Black) housed here in the Security Housing Unit (SHU) back in the mid 1990s, i was not even participating in this project during the 1990s, but my name was on the pen-pal list. As i stated, everytime my name is associated with a project/program IGI/ISU criminalize the project to justify their attack on my mail. In 1998 i was under attack again, my mail and literature was being confiscated by IGI/ISU under the false and fabricated auspices of gang material/activities. Activists and Prison Rights Activists heard about

3·H

My situation (Mail-1998), so they had launched an internet campaign calling on people to write the warden and inquire about the confiscation of my mail, Exhibit B-B is one of those letters, the then Chief Deputy Warden Mc-Grath along with ISU • Cpt. Dillard fabricated a letter and distribute a copy to everybody that wrote the warden or me, it was another attempt to sabotage my outside connection (see Exhibit IGI & IGI-A), Exhibit IGI-A was sent to Mrs. Rolleri the Editor of a liberal magazine that i use to write articles for, they confiscated one of her letters stating it was gang related. Mrs. Rolleri at the time was 77 years old, a white lady, but yet put the gang label on her mail; Exhibit IGI was sent to a Professor, another elderly white lady they had confiscated her letter as well, IGI/ISU did'nt care who character they unjustly assassinate, their goal was/is to sabotage every and any meaningful relationship i establish outside of the prison walls, their goal has'nt changed, i point your attention to exhibit H, i did'nt get in-volved in the Adopt A Brother program until 2006, it is no longer a program, the local college ran out of financial support for the project. The irony of IGI/ISU allegations is, none of the New Afrikan Prisoners that was were actually involved in this project during the 1990s were ever accused of doing what Exhibit IGI accused me of doing. It is also important to note they (IGI/ISU) deny doing this, i never told them i had exhibit IGI/IGI-A, an attorney sent them to me.

Statement of Claim Four:

  Claim four may be a little too late, but i believe it is imperative for me to address this claim. One of the reasons i did'nt file back in 2001, the individual responsible for this cant be identifiable/identified, any staff could have committed this constitutional violation. Back in 1999 i had filed a writ, an amended writ and a second petition to the 9th cir

3-I

court (see Exhibit L), not only does Exhibit L prove i filed the writs, ex-
hibit L-1 prove the prison had it last. Almost ten months had passed and i
had yet to hear from the court, so on 5/3/01 i wrote the court inquiring
about my writs (see Exhibit L-2) and the court responded informing me
they didn't received my writs (see Exhibit L-3), i filed an inmate com-
plaint (see Exhibit 4), i did exhaust my administrative remedies and
the local court once again denied my writ. But i do want you to view
the Cpt. ~ Jordan ridiculous response, especially the under-lined portion.
~~~~~~~~~ (see Exhibit L-5). Cpt. Jordan is not being
completely honest, in fact, he's lying, because he is fully aware of
the procedures. The law library has 100% total control of the process,
Exhibit L is the paperwork we must send to the law library along
with our writs, if you're lying that legal document won't be process,
they then bring the copies to you and they seal it up right there, at
no time in the process do they lose control or sight of the legal docu-
ments. This was not one writ, or one time, but three separate time,
this is/was not a mistake. My rights to access the court was de-
liberately and blatantly denied.
i also believe the situation i explained at the onset of this complaint
concerning how somebody in the law library had deliberately sent
me the District Attorney address under the false auspices of an
attorney. This act i believe violated my right to confidentiality as
it pertains to client-Attorney privilege (see Exhibit W). Though
i realize i have not exhaust administrative remedies on this particular
act, but i have my reason, :1) the violation has occurred, no ad-
ministrative remedy can make the District Attorney office un-
read my confidential mail. and 2) i am 100% sure that all my

E 3-J

evidence will disappear and i have good reasons To believe This which i will elaborate on later. But before i do i would like To share with you a recent (5/28/08) incident designed To impede my First Amendment right. On 5/28/08 i attempted To mail out a Legal Letter the Floor officer Darby requested To view my legal letter, i Told him no, he Then explain he want To look for the Attorney name in my letter To ensure That The letter is going To an Attorney, i Told him i am not going To let him review/read my legal confidential letter, he Told me he can do This without reading my letter, i Told him no, he Then refused To process my legal mail. i did File an inmate complaint but The violation has already occurred; but i wanted you To get a clear picture of what i am going Through.

Now, i will elaborate on my concerns pertaining To my Keepers endeavors To circumvent my rights To appeal which is also equivalent To Violating my Fifth and ~~Thirteenth~~ Fourteenth amendment rights. I.G.I, c/o D. Milligan in particular along with Appeals Coordinator C. E. Wilber attempted To impede my right To appeal issues listed in Claim Two. We as Prisoners are required To File a complaint within 15 days of The action Taken against us. As i stated in Claim Two, on 1.30.07 I.G.I /OCS/ ISU searched and Confiscated property from my cell, approximately Five (5) days later i filed an inmate 602 appeal Form, about a month had went by and i had yet To receive a response. They have 15 days To respond To our complaint, so i Filed another complaint (SEE Exhibit Q+) a Few weeks later They all denied i had Filed a 602 complaint (see Exhibit V), being That They claim i didn't File on Time i Forfeit my right To proceed, so i was Forced To go directly To The Director Level Knowing That my complaint will

3-K

not be process on the third level because i had allegedly failed to file on time, the Director refused to process my complaint (see Exhibit E-1). i had anticipated their endeavor to make my complaint go away, it is a habitual method they employed when they know they don't have a legal leg to stand on. They knew 99½% of the property confiscated had nothing to do with the Black Guerrilla Family (BGF). Being that i had anticipated their actions i immediately began to collect their signatures acknowledging they had in fact received my 602 complaint (see Exhibit G-1, G-2 and G-3), i didn't reveal this evidence because i knew it would have been destroyed, so i filed a writ to the local court along with my evidence, the local Judge wrote the Attorney General (see Exhibit S), but what the Judge didn't tell them i had proof of their lies, the Judge chose to call it a discrepancy, but this is not an accurate description of the facts, if i had not anticipated their actions i would have never had the opportunity to file a writ or challenge the confiscation of my ~~before~~ personal property.

## In Concluding

As i stated at the onset IGI / ISU have falsely applied their gang policy to circumvent my constitutional rights / protection of free speech, religious freedom and association. this is not just about individuals, it is the philosophy of the entire entity of ISU / IGI / Central Service / Pelican Bay Administration and CDCR Directors towards me, no matter how many different individuals that pass through these different entities censoring my voices / circumventing my free speech seems to be a common objective. If you review Exhibit GSU-A, its a letter from a volunteer who supported the GSU, if you ~~did~~ read the underlined portion it is clear that the GSU (George Jackson University) was not a front for the BGF, it was a legitimate endeavor to eradicate functional illiteracy and

the Criminal Mentality among New Afrikan (Black) Prisoners, but because of me playing an essential part they attacked it and succeeded in destroying the George Jackson University (GJU) and Marcus Garvey Study Group (MGSG). If you please read ALL of the paper works contained in Exhibit GJU you will have no doubt that the GJU/MGSG was not a front organization for the BGF, this was just another fabricated story to justify censoring my First Amendment Rights. the New Afrikan Institute for Criminology 101 was not a front for the BGF and they knew this, Exhibit 101 will provide you an over-view of what the Institute was about, this was me and my ex-wife, in fact, no California Prisoners was even participating in this project at the time IGI/ISU sabotaged it. i used the Institute as a source that colleges can rely on to obtain a different prospective on crime and criminal behavior in the New Afrikan (Black) communities, Exhibit 101- Bowie State are actual college students assignments from my text book, IGI/ISU confiscated my New Afrikan Criminology 101 Text book claiming it was gang material. The mailing address for the Institute was also my wife address, and they knew it, but when they had falsely claim the Institute was a BGF drop box i was no longer allowed to write my wife, IGI/ISU had never confiscated a letter going/or coming from my wife's address that was intended to be forwarded to another alleged BGF member, they cited that other alleged BGF members had my wife's P.O. Box address in their cells, New Afrikan Prisoners across the country had my wife's P.O. Box address. My wife owned a licensed and legitimate independent publishing/Press business, she provided free & discount book/pamphlets to Prisoners (see Exhibit BPP), this is how i had met my ex-wife via her Press in 1997. i can't say they destroyed my marriage, but their actions had contributed towards the demise of my marriage - but First amendment violation is also clear here. With regards to the adopt-a-Brother Program i was never an active coordi-

3-M

nator/participant, i was just on their pen-pal list. But what i am responsible for is the Adopt-A-Prisoner writer project, but this is also under the control of an university (see Exhibit T), so their accusations/allegations were just a cover to circumvent my First amendment rights.

As i stated at the beginning on two (2) separate occasions i was penalized for telling someone via my correspondence i will never be a snitch (debrief) most people, even prisoners don't believe me when i tell them this, but i do have proof, (see exhibit R), the other proof is in my central files, but being indigent my counsellor (CCI Flowers) won't provide me with any copies of the documents i have requested to substantiate my claims, but i do have enough to prove all my claims. If you read the underlined portions it is very clear that i am being penalized for stating i will never debrief (Rat), this negative chrono can impact any potential release release from the hole (Security Housing Unit. SHU), and many of my letters have been confiscated as a direct result of me simply expressing my political views/convictions.

As i write this civil complaint i received word from the warden (5-29-08) he ordered staff to send my mail out with my Muslim name on it, i wrote him informing him his action is two months late, his decision don't negate claim one for two (2) months i was not allowed to send mail out or receive mail with my Muslim name on it, for two months officer Puente (IGI) and capt. Brandon (ISU) violated my free speech and Religious freedom. If i rob a bank today and two months later i was forced to return the money does this change the crime of Robbery? NO!. these two officers robbed me of my right to free speech and to practice my religion.

Exhibit V-1 is a brief example of what i am presently involved in, its just a matter of time before IGI/ISU/COCR label these activities as gang activities. The irony of all this, everytime i engage in political/community activities with the outside IGI/ISU declare my activities as gang activities, but their own outside agencies has cleared me of any involvement or outside gang activities (see exhibit Z) i point your attention to the five asterisks.

3. N

## Relief Requested

Claim One: J. Puente initiated this process, I seek Punitive damages: $ 15,000

Cpt. K Brandon failed to correct this violation, but instead supported it. I seek Punitive damages: $ 15,000

On 7.13.07 both of these officers confiscated a Proposal I wrote designed to eradicate hunger among Black Children, I seek damages for the illegal confiscations of this document/exhibit as well from both of them for: $ 10,000

Claim Two: I seek individual damages from the following People:

1. A. Murphy (C.C.S.): $ 1,000
2. D.E. Milligan (I.G.I.): $ 500
3. R. Horel (Warden): $ 2,000
4. C. Terhune (CDCR Director): $ 1,000
5. The following entity:
   A) CDCR: $ 5,000
   B) OSC: $ 1,000
   C) ISU: $ 1,000
   D) IGI: $ 3,000
   E) PBSP Administration: $ 2,000

Claim Three: I seek individual damages from the following People:

1. P. Dillard (Assoc. Warden of Central Service): $ 1,000
2. J. McGrath (Former Chief Deputy Warden + Warden): $ 5,000
3. R. Kirkland (Former Warden): $ 1,000
4. Cpt. Cox (ISU): $5,000
5. Cpt. Kays (ISU): $ 5,000
6. Lt. B. Williams (IGI): $ 1,000
7. Lt. Perry (IGI): $ 10,000
8. Beeson (IGI): $ 5,000
9. The following entity:
   A) ISU: $ 5,000          C) PBSP Administration: $ 10,000
   B) IGI: $ 5,000          D) CDCR: $ 10,000

14

Claim Four: There is no way to identify a specific individual in this claim with the exception of Officer Murray, he had processed my legal writ/petitions:

1. Murray (Law Library): $ 5,000   Wilber: $ 100
2. Law Library: $ 10,000        Milligan: $ 500
3. PBSP Mailroom: $ 10,000
4. On the aspect that have yet to be exhausted I seek punitive damages from Officer Darby for refusing to process my legal mail. A) Officer Darby: $ 300

1) I also seek the return of all material/literature/books and property confiscated from me since 2001.

2) I seek a civil trial before a jury on all claims.

3) I seek a summary judgment on claim one ~~ There's no dispute in this matter, they don't deny it was my name that led them to the confiscation of my mail, and the warden recent decision to mail out all my mail illegally confiscated via the fictitious name policy conclude the administrative remedies and support my contentions.

2

1

2

3

4

5    I declare under penalty of perjury that the foregoing is true and correct.

6

7    Signed this ___ 6 ___ day of ___ 2 _____. 20 08

8

9    James Earl Har / aku: abdul O. Shakoor

10                                    (Plaintiff's signature)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                                - 4 -

RECEIVED

JUN  9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NAME: James Earl Harvey

CDC NO: C-48384  HOUSING: D-4-112

PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

PELICAN S        CAN BAY STATE PRISON
Cr...                5905 Lake Earl Dr
                     Crescent City CA 95532

UNITED STATES POSTAGE
PITNEY BOWES
$ 06.80°
02 1M
000 421 7666    JUN 06 2008
MAILED FROM ZIP CODE 95531

U.S. Northern Dist. of Ca.
U.S. Courthouse
450 Golden Gate Ave.
San Francisco, Ca. 94102-3483

Exhibit A

NAME:  HARVEY                          CDC#:  C48884      HOUSING :  D4-112      CDC 128-B

On  4/9/2008                correspondence was stopped for the above-named inmate.  The mailing is described as follows:

      ☒ OUTGOING CORRESPONDENCE/ ADDRESSED TO:    ☐ INCOMING CORRESPONDENCE / FROM:

## CAMPAIGN TO THE END DEATH PENALTY

PO BOX 25730

CHIGAGO, CA. 60625

The correspondence was disapproved in accordance with Section 3136(a) as it pertains to 3006(c):
☒ It violates regulations or local procedures:
    ☐ Promotes gang activities [Title 15, 3023 (a)]
    ☐ Unauthorized business dealings [3024 (a)]
    ☐ Unauthorized inmate to inmate correspondence [Title 15, 3139]
    ☐ Unauthorized inmate to parolee / probationer correspondence [Title 15, 3140]
    ☐ Third party correspondence [OP 205, Attachment 8, #32]
    ☒ Use of fictitious name or address [U.S.C.S. Title 18. Section 1342, OP 205]
    ☐ Other (describe): _____
☐ It incites physical harm to a person or group of persons
☐ It incites disruption of the order in a facility, such as riot, escape, strike, etc.
☐ It contains coded messages
☐ It contains obscene or sexually explicit material, or portrays nudity
☒ It is deemed to be a threat to legitimate penalogical interests.
☐ It contains material or literature which would pose a threat to institutional security or the safety of other persons if allowed to be possessed by inmates.
Additional Information: NAME ON RETURN ADDRESS NOT RECOGNIZED BY CDCR RECORDS.
The disposition of the letter is as follows:
☒ Retained by Investigative Services Unit for investigation / potential disciplinary or court proceedings.
☐ Returned to sender in accordance with Section 3147 (a) (5) (B) or 3147 (a) (6).
☐ Placed in Central File in accordance with Title 15, Section 3147 (a) (7).

Reporting Employee:                          Correspondence Disapproval Authorized By (Captain level or above):

J. PUENTE                                    K. BRANDON
Correctional Officer                         Correctional Captain
Institutional Gang Investigations            Investigative Services Unit

Correspondents are personally responsible for the content of each item of mail they send into or out of a correctional facility. Any violation of laws governing mail will be referred to postal authorities and to appropriate criminal authorities. Violations of law, the policies and regulations or of approved facility mail procedures may result in the temporary suspension or denial of correspondence between the persons involved. [Section 3132 (a)]. Inmates may appeal the stopped mail utilizing the departmental appeal process.

cc:  C-File
    AWC File
    Investigative Services Unit
    Inmate
    Sender (incoming correspondence only)

DATE:  4/9/2008          **STOPPED MAIL NOTIFICATION**      GENERAL CHRONO

DATE FORWARDED TO INMATE: 4/11/08

NAME:  HARVEY                    CDC#:  C48884       HOUSING :  D4-112        CDC 128-B

On  4/9 2008          correspondence was stopped for the above-named inmate.  The mailing is described as follows:

☒ OUTGOING CORRESPONDENCE: ADDRESSED TO:      ☐ INCOMING CORRESPONDENCE : FROM

## MAAFA SF BAY AREA
## PO BOX 30756
## OAKLAND, CA. 94664

The correspondence was disapproved in accordance with Section 3136(a) as it pertains to 3006(c):
☒ It violates regulations or local procedures:
  ☐ Promotes gang activities [Title 15, 3023 (a)]
  ☐ Unauthorized business dealings [3024 (a)]
  ☐ Unauthorized inmate to inmate correspondence [Title 15, 3139]
  ☐ Unauthorized inmate to parolee / probationer correspondence [Title 15, 3140]
  ☐ Third party correspondence [OP 205, Attachment 8, #32]
  ☒ Use of fictitious name or address [U.S.C.S. Title 18, Section 1342, OP 205]
  ☐ Other (describe): _____
☐ It incites physical harm to a person or group of persons
☐ It incites disruption of the order in a facility. such as riot, escape, strike, etc.
☐ It contains coded messages
☐ It contains obscene or sexually explicit material, or portrays nudity
☒ It is deemed to be a threat to legitimate penalogical interests.
☐ It contains material or literature which would pose a threat to institutional security or the safety of other persons if allowed to be possessed by inmates.
Additional Information: NAME ON RETURN ADDRESS NOT RECOGNIZED BY CDCR RECORDS.
The disposition of the letter is as follows:
☒ Retained by Investigative Services Unit for investigation / potential disciplinary or court proceedings.
☐ Returned to sender in accordance with Section 3147 (a) (5) (B) or 3147 (a) (6).
☐ Placed in Central File in accordance with Title 15, Section 3147 (a) (7).

Reporting Employee:                              Correspondence Disapproval Authorized By (Captain level or above):

J. PUENTE                                        K. BRANDON
Correctional Officer                             Correctional Captain
Institutional Gang Investigations                Investigative Services Unit

Correspondents are personally responsible for the content of each item of mail they send into or out of a correctional facility. Any violation of laws governing mail will be referred to postal authorities and to appropriate criminal authorities. Violations of law, the policies and regulations or of approved facility mail procedures may result in the temporary suspension or denial of correspondence between the persons involved. [Section 3132 (a)]. Inmates may appeal the stopped mail utilizing the departmental appeal process.

cc:    C-File
       AWC File
       Investigative Services Unit
       Inmate
       Sender (incoming correspondence only)

DATE:   4/9/2008          **STOPPED MAIL NOTIFICATION**          GENERAL CHRONO

DATE FORWARDED TO INMATE: 4-11-08

NAME:  HARVEY _____  CDC#:  C48884 _____  HOUSING :  D4-112 _____  CDC 128-B

On  4/9/2008 _____  correspondence was stopped for the above-named inmate.  The mailing is described as follows:

☒ OUTGOING CORRESPONDENCE' ADDRESSED TO:      ☐ INCOMING  CORRESPONDENCE · FROM:

YALE REVIEW _____  _____
PO BOX 208243 _____  _____
NEW HAVEN. CT. 06520 _____  _____

The correspondence was disapproved in accordance with Section 3136(a) as it pertains to 3006(c):
☒ It violates regulations or local procedures:
    ☐ Promotes gang activities [Title 15, 3023 (a)]
    ☐ Unauthorized business dealings [3024 (a)]
    ☐ Unauthorized inmate to inmate correspondence [Title 15, 3139]
    ☐ Unauthorized inmate to parolee / probationer correspondence [Title 15, 3140]
    ☐ Third party correspondence [OP 205, Attachment 8, #32]
    ☒ Use of fictitious name or address [U.S.C.S. Title 18, Section 1342, OP 205]
    ☐ Other (describe): _____
☐ It incites physical harm to a person or group of persons
☐ It incites disruption of the order in a facility, such as riot, escape, strike, etc.
☐ It contains coded messages
☐ It contains obscene or sexually explicit material, or portrays nudity
☒ It is deemed to be a threat to legitimate penalogical interests.
☐ It contains material or literature which would pose a threat to institutional security or the safety of other persons if allowed to be possessed by inmates.
Additional Information: NAME ON RETURN ADDRESS NOT RECOGNIZED BY CDCR RECORDS.
The disposition of the letter is as follows:
☒ Retained by Investigative Services Unit for investigation / potential disciplinary or court proceedings.
☐ Returned to sender in accordance with Section 3147 (a) (5) (B) or 3147 (a) (6).
☐ Placed in Central File in accordance with Title 15, Section 3147 (a) (7).

Reporting Employee:                    Correspondence Disapproval Authorized By (Captain level or above):

_____      _K. Brandon_____
J. PUENTE                            K. BRANDON
Correctional Officer                 Correctional Captain
Institutional Gang Investigations    Investigative Services Unit

Correspondents are personally responsible for the content of each item of mail they send into or out of a correctional facility. Any violation of laws governing mail will be referred to postal authorities and to appropriate criminal authorities. Violations of law, the policies and regulations or of approved facility mail procedures may result in the temporary suspension or denial of correspondence between the persons involved. [Section 3132 (a)]. Inmates may appeal the stopped mail utilizing the departmental appeal process.

cc:    C-File
      AWC File
      Investigative Services Unit
      Inmate
      Sender (incoming correspondence only)

DATE:  4/9/2008       **STOPPED MAIL NOTIFICATION**       GENERAL CHRONO

DATE FORWARDED TO INMATE: _7 - 1/-08_

NAME:  HARVEY                           CDC#:  C48884       HOUSING :  D4-112       CDC 128-B

On   4/9/2008                  correspondence was stopped for the above-named inmate.  The mailing is described as follows:

☒ OUTGOING CORRESPONDENCE  ADDRESSED TO:       ☐ INCOMING  CORRESPONDENCE , FROM:

DANIELLE OCHS TILLETSON
610 16TH ST. SUITE 320
OAKLAND, CA. 94612

The correspondence was disapproved in accordance with Section 3136(a) as it pertains to 3006(c):
☒ It violates regulations or local procedures:
    ☐ Promotes gang activities [Title 15. 3023 (a)]
    ☐ Unauthorized business dealings [3024 (a)]
    ☐ Unauthorized inmate to inmate correspondence [Title 15, 3139]
    ☐ Unauthorized inmate to parolee / probationer correspondence [Title 15, 3140]
    ☐ Third party correspondence [OP 205, Attachment 8, #32]
    ☒ Use of fictitious name or address [U.S.C.S. Title 18, Section 1342, OP 205]
    ☐ Other (describe): _____
☐ It incites physical harm to a person or group of persons
☐ It incites disruption of the order in a facility, such as riot, escape, strike, etc.
☐ It contains coded messages
☐ It contains obscene or sexually explicit material, or portrays nudity
☒ It is deemed to be a threat to legitimate penalogical interests.
☐ It contains material or literature which would pose a threat to institutional security or the safety of other persons if allowed to be possessed by inmates.
Additional Information: NAME ON RETURN ADDRESS NOT RECOGNIZED BY CDCR RECORDS.
The disposition of the letter is as follows:
☒ Retained by Investigative Services Unit for investigation / potential disciplinary or court proceedings.
☐ Returned to sender in accordance with Section 3147 (a) (5) (B) or 3147 (a) (6).
☐ Placed in Central File in accordance with Title 15, Section 3147 (a) (7).

Reporting Employee:                                    Correspondence Disapproval Authorized By (Captain level or above):

J. PUENTE                                              K. BRANDON
Correctional Officer                                   Correctional Captain
Institutional Gang Investigations                     Investigative Services Unit

Correspondents are personally responsible for the content of each item of mail they send into or out of a correctional facility, Any violation of laws governing mail will be referred to postal authorities and to appropriate criminal authorities. Violations of law, the policies and regulations or of approved facility mail procedures may result in the temporary suspension or denial of correspondence between the persons involved. [Section 3132 (a)]. Inmates may appeal the stopped mail utilizing the departmental appeal process.

cc:      C-File
      AWC File
      Investigative Services Unit
      Inmate
      Sender (incoming correspondence only)

DATE:   4/9/2008          **STOPPED MAIL NOTIFICATION**       GENERAL CHRONO

DATE FORWARDED TO INMATE:   4-11-08

NAME:  HARVEY                          CDC#:  C48884      HOUSING :  D4-112      CDC 128-B

On   4/9/2008                correspondence was stopped for the above-named inmate.  The mailing is described as follows:

☒ OUTGOING CORRESPONDENCE  ADDRESSED TO:        ☐ INCOMING  CORRESPONDENCE / FROM:

HUMBOLT STATE UNIVERSITY

HOUSE 55 ROOM 101

ARCATA, CA. 95521

The correspondence was disapproved in accordance with Section 3136(a) as it pertains to 3006(c):
☒ It violates regulations or local procedures:
   ☐ Promotes gang activities [Title 15, 3023 (a)]
   ☐ Unauthorized business dealings [3024 (a)]
   ☐ Unauthorized inmate to inmate correspondence [Title 15, 3139]
   ☐ Unauthorized inmate to parolee / probationer correspondence [Title 15, 3140]
   ☐ Third party correspondence [OP 205, Attachment 8, #32]
   ☒ Use of fictitious name or address [U.S.C.S. Title 18, Section 1342, OP 205]
   ☐ Other (describe): _____
☐ It incites physical harm to a person or group of persons
☐ It incites disruption of the order in a facility, such as riot, escape, strike, etc.
☐ It contains coded messages
☐ It contains obscene or sexually explicit material, or portrays nudity
☒ It is deemed to be a threat to legitimate penalogical interests.
☐ It contains material or literature which would pose a threat to institutional security or the safety of other persons if allowed to be
possessed by inmates.
Additional Information: NAME ON RETURN ADDRESS NOT RECOGNIZED BY CDCR RECORDS.
The disposition of the letter is as follows:
☒ Retained by Investigative Services Unit for investigation / potential disciplinary or court proceedings.
☐ Returned to sender in accordance with Section 3147 (a) (5) (B) or 3147 (a) (6).
☐ Placed in Central File in accordance with Title 15, Section 3147 (a) (7).

Reporting Employee:                                    Correspondence Disapproval Authorized By (Captain level or above):

J. PUENTE                                              K. BRANDON
Correctional Officer                                   Correctional Captain
Institutional Gang Investigations                      Investigative Services Unit

Correspondents are personally responsible for the content of each item of mail they send into or out of a correctional facility. Any
violation of laws governing mail will be referred to postal authorities and to appropriate criminal authorities. Violations of law, the
policies and regulations or of approved facility mail procedures may result in the temporary suspension or denial of correspondence
between the persons involved. [Section 3132 (a)]. Inmates may appeal the stopped mail utilizing the departmental appeal process.

cc:     C-File
        AWC File
        Investigative Services Unit
        Inmate
        Sender (incoming correspondence only)

DATE:   4/9/2008          **STOPPED MAIL NOTIFICATION**      GENERAL CHRONO

DATE FORWARDED TO INMATE:  4-11-08

NAME:  HARVEY                          CDC#:  C48884        HOUSING :  D4-112        CDC 128-B

On   4/9/2008                 correspondence was stopped for the above-named inmate.  The mailing is described as follows:

☒ OUTGOING CORRESPONDENCE/ ADDRESSED TO:        ☐ INCOMING  CORRESPONDENCE / FROM:

GERTRUDE HARVEY

3221 WEBSTER AVE

SAN DIEGO, CA. 92113

The correspondence was disapproved in accordance with Section 3136(a) as it pertains to 3006(c):
☒ It violates regulations or local procedures:
    ☐ Promotes gang activities [Title 15, 3023 (a)]
    ☐ Unauthorized business dealings [3024 (a)]
    ☐ Unauthorized inmate to inmate correspondence [Title 15, 3139]
    ☐ Unauthorized inmate to parolee / probationer correspondence [Title 15, 3140]
    ☐ Third party correspondence [OP 205, Attachment 8, #32]
    ☒ Use of fictitious name or address [U.S.C.S. Title 18, Section 1342, OP 205]
    ☐ Other (describe): _____
☐ It incites physical harm to a person or group of persons
☐ It incites disruption of the order in a facility, such as riot, escape, strike, etc.
☐ It contains coded messages
☐ It contains obscene or sexually explicit material, or portrays nudity
☒ It is deemed to be a threat to legitimate penalogical interests.
☐ It contains material or literature which would pose a threat to institutional security or the safety of other persons if allowed to be
possessed by inmates.
Additional Information: NAME ON RETURN ADDRESS NOT RECOGNIZED BY CDCR RECORDS.
The disposition of the letter is as follows:
☒ Retained by Investigative Services Unit for investigation / potential disciplinary or court proceedings.
☐ Returned to sender in accordance with Section 3147 (a) (5) (B) or 3147 (a) (6).
☐ Placed in Central File in accordance with Title 15, Section 3147 (a) (7).

Reporting Employee:                                          Correspondence Disapproval Authorized By (Captain level or above):


_____                          _____
J. PUENTE                                          K. BRANDON
Correctional Officer                               Correctional Captain
Institutional Gang Investigations                  Investigative Services Unit

Correspondents are personally responsible for the content of each item of mail they send into or out of a correctional facility. Any
violation of laws governing mail will be referred to postal authorities and to appropriate criminal authorities. Violations of law, the
policies and regulations or of approved facility mail procedures may result in the temporary suspension or denial of correspondence
between the persons involved. [Section 3132 (a)]. Inmates may appeal the stopped mail utilizing the departmental appeal process.

cc:    C-File
       AWC File
       Investigative Services Unit
       Inmate
       Sender (incoming correspondence only)


DATE:   4/9/2008            **STOPPED MAIL NOTIFICATION**            GENERAL CHRONO

DATE FORWARDED TO INMATE: 4-11-08

NAME:  HARVEY                          CDC#:  C48884          HOUSING :  D4-112          CDC 128-B

On  4/9/2008                  correspondence was stopped for the above-named inmate.  The mailing is described as follows:

☒ OUTGOING CORRESPONDENCE' ADDRESSED TO:          ☐ INCOMING  CORRESPONDENCE / FROM:

POOR MAGAZINE

1095 MARKET ST. #307

SAN FRANCISCO, CA. 94103

The correspondence was disapproved in accordance with Section 3136(a) as it pertains to 3006(c):

☒ It violates regulations or local procedures:
    ☐ Promotes gang activities [Title 15, 3023 (a)]
    ☐ Unauthorized business dealings [3024 (a)]
    ☐ Unauthorized inmate to inmate correspondence [Title 15, 3139]
    ☐ Unauthorized inmate to parolee / probationer correspondence [Title 15, 3140]
    ☐ Third party correspondence [OP 205, Attachment 8, #32]
    ☒ Use of fictitious name or address [U.S.C.S. Title 18, Section 1342, OP 205]
    ☐ Other (describe): _____

☐ It incites physical harm to a person or group of persons
☐ It incites disruption of the order in a facility, such as riot, escape, strike, etc.
☐ It contains coded messages
☐ It contains obscene or sexually explicit material, or portrays nudity
☒ It is deemed to be a threat to legitimate penalogical interests.
☐ It contains material or literature which would pose a threat to institutional security or the safety of other persons if allowed to be possessed by inmates.
Additional Information: NAME ON RETURN ADDRESS NOT RECOGNIZED BY CDCR RECORDS.
The disposition of the letter is as follows:
☒ Retained by Investigative Services Unit for investigation / potential disciplinary or court proceedings.
☐ Returned to sender in accordance with Section 3147 (a) (5) (B) or 3147 (a) (6).
☐ Placed in Central File in accordance with Title 15, Section 3147 (a) (7).

Reporting Employee:                                    Correspondence Disapproval Authorized By (Captain level or above):

J. PUENTE                                             K. BRANDON
Correctional Officer                                  Correctional Captain
Institutional Gang Investigations                     Investigative Services Unit

Correspondents are personally responsible for the content of each item of mail they send into or out of a correctional facility. Any violation of laws governing mail will be referred to postal authorities and to appropriate criminal authorities. Violations of law, the policies and regulations or of approved facility mail procedures may result in the temporary suspension or denial of correspondence between the persons involved. [Section 3132 (a)].  Inmates may appeal the stopped mail utilizing the departmental appeal process.

cc:    C-File
      AWC File
      Investigative Services Unit
      Inmate
      Sender (incoming correspondence only)

DATE:  4/9/2008          **STOPPED MAIL NOTIFICATION**          GENERAL CHRONO

DATE FORWARDED TO INMATE: _4-11-08_

EXHIBIT~B

NAME:  HARVEY                              CDC#:  C48884        HOUSING :  D4-112        CDC 128-B

On   4/9/2008                 correspondence was stopped for the above-named inmate.  The mailing is described as follows:

☐ OUTGOING CORRESPONDENCE/ ADDRESSED TO:     ☒ INCOMING  CORRESPONDENCE / FROM.

## ORGANIZATION FOR BLACK UNITY, INC.
## 646 HOLMGREEN RD.
## SAN ANTONIO, TX. 78220

The correspondence was disapproved in accordance with Section 3136(a) as it pertains to 3006(c):
☒ It violates regulations or local procedures:
  ☐ Promotes gang activities [Title 15, 3023 (a)]
  ☐ Unauthorized business dealings [3024 (a)]
  ☐ Unauthorized inmate to inmate correspondence [Title 15, 3139]
  ☐ Unauthorized inmate to parolee / probationer correspondence [Title 15, 3140]
  ☐ Third party correspondence [OP 205, Attachment 8, #32]
  ☒ Use of fictitious name or address [U.S.C.S. Title 18, Section 1342, OP 205]
  ☐ Other (describe): _____
☐ It incites physical harm to a person or group of persons
☐ It incites disruption of the order in a facility, such as riot, escape, strike, etc.
☐ It contains coded messages
☐ It contains obscene or sexually explicit material, or portrays nudity
☒ It is deemed to be a threat to legitimate penalogical interests.
☐ It contains material or literature which would pose a threat to institutional security or the safety of other persons if allowed to be possessed by inmates.
Additional Information: NAME ON RETURN ADDRESS NOT RECOGNIZED BY CDCR RECORDS.
The disposition of the letter is as follows:
☒ Retained by Investigative Services Unit for investigation / potential disciplinary or court proceedings.
☐ Returned to sender in accordance with Section 3147 (a) (5) (B) or 3147 (a) (6).
☐ Placed in Central File in accordance with Title 15, Section 3147 (a) (7).

Reporting Employee:                                    Correspondence Disapproval Authorized By (Captain level or above):


A. PUENTE
Correctional Officer                                   K. BRANDON
Institutional Gang Investigations                      Correctional Captain
                                                       Investigative Services Unit

Correspondents are personally responsible for the content of each item of mail they send into or out of a correctional facility. Any violation of laws governing mail will be referred to postal authorities and to appropriate criminal authorities. Violations of law, the policies and regulations or of approved facility mail procedures may result in the temporary suspension or denial of correspondence between the persons involved. [Section 3132 (a)]. Inmates may appeal the stopped mail utilizing the departmental appeal process.

cc:    C-File
       AWC File
       Investigative Services Unit
       Inmate
       Sender (incoming correspondence only)


DATE:   4/9/2008           **STOPPED MAIL NOTIFICATION**        GENERAL CHRONO

DATE FORWARDED TO INMATE: 4-11-08

NAME:  HARVEY                    CDC#:  C48884        HOUSING :  D4-112        CDC 128-B

On   5/2/2008                correspondence was stopped for the above-named inmate.  The mailing is described as follows:

☒ OUTGOING CORRESPONDENCE/ ADDRESSED TO:        ☐ INCOMING CORRESPONDENCE / FROM:

### KEEP A CHILD ALIVE
### 45 MAIN ST. SUITE 407
### BROOKLYN, NY. 11201

The correspondence was disapproved in accordance with Section 3136(a) as it pertains to 3006(c):
☒ It violates regulations or local procedures:
    ☐ Promotes gang activities [Title 15, 3023 (a)]
    ☐ Unauthorized business dealings [3024 (a)]
    ☐ Unauthorized inmate to inmate correspondence [Title 15, 3139]
    ☐ Unauthorized inmate to parolee / probationer correspondence [Title 15, 3140]
    ☐ Third party correspondence [OP 205, Attachment 8, #32]
    ☒ Use of fictitious name or address [U.S.C.S. Title 18, Section 1342, OP 205]
    ☐ Other (describe): _____
☐ It incites physical harm to a person or group of persons
☐ It incites disruption of the order in a facility, such as riot, escape, strike, etc.
☐ It contains coded messages
☐ It contains obscene or sexually explicit material, or portrays nudity
☒ It is deemed to be a threat to legitimate penalogical interests.
☐ It contains material or literature which would pose a threat to institutional security or the safety of other persons if allowed to be possessed by inmates.
Additional Information: THE NAME ON THE RETURN ADDRESS IS NOT RECOGNIZED BY CDCR RECORDS.
The disposition of the letter is as follows:
☒ Retained by Investigative Services Unit for investigation / potential disciplinary or court proceedings.
☐ Returned to sender in accordance with Section 3147 (a) (5) (B) or 3147 (a) (6).
☐ Placed in Central File in accordance with Title 15, Section 3147 (a) (7).

Reporting Employee:                              Correspondence Disapproval Authorized By (Captain level or above):

J. PUENTE                                        K. BRANDON
Correctional Officer                             Correctional Captain
Institutional Gang Investigations                Investigative Services Unit

Correspondents are personally responsible for the content of each item of mail they send into or out of a correctional facility, Any violation of laws governing mail will be referred to postal authorities and to appropriate criminal authorities. Violations of law, the policies and regulations or of approved facility mail procedures may result in the temporary suspension or denial of correspondence between the persons involved. [Section 3132 (a)]. Inmates may appeal the stopped mail utilizing the departmental appeal process.

cc:    C-File
      AWC File
      Investigative Services Unit
      Inmate
      Sender (incoming correspondence only)

DATE:    5/2/2008        **STOPPED MAIL NOTIFICATION**        GENERAL CHRONO

DATE FORWARDED TO INMATE:    5/6/08

CDC 128-B

NAME:  HARVEY                      CDC#:  C48884      HOUSING :  D4-112

On  5/2/2008            correspondence was stopped for the above-named inmate.   The mailing is described as follows:

☒ OUTGOING CORRESPONDENCE/ ADDRESSED TO:      ☐ INCOMING CORRESPONDENCE / FROM:

STACEY DASH

1115 BREADWAY

NEW YORK, NY. 10010

The correspondence was disapproved in accordance with Section 3136(a) as it pertains to 3006(c):
☒ It violates regulations or local procedures:
    ☐ Promotes gang activities [Title 15, 3023 (a)]
    ☐ Unauthorized business dealings [3024 (a)]
    ☐ Unauthorized inmate to inmate correspondence [Title 15, 3139]
    ☐ Unauthorized inmate to parolee / probationer correspondence [Title 15, 3140]
    ☐ Third party correspondence [OP 205, Attachment 8, #32]
    ☒ Use of fictitious name or address [U.S.C.S. Title 18, Section 1342, OP 205]
    ☐ Other (describe): _____
☐ It incites physical harm to a person or group of persons
☐ It incites disruption of the order in a facility, such as riot, escape, strike, etc.
☐ It contains coded messages
☐ It contains obscene or sexually explicit material, or portrays nudity
☒ It is deemed to be a threat to legitimate penalogical interests.
☐ It contains material or literature which would pose a threat to institutional security or the safety of other persons if allowed to be possessed by inmates.
Additional Information: THE NAME ON THE RETURN ADDRESS IS NOT RECOGNIZED BY CDCR RECORDS.
The disposition of the letter is as follows:
☒ Retained by Investigative Services Unit for investigation / potential disciplinary or court proceedings.
☐ Returned to sender in accordance with Section 3147 (a) (5) (B) or 3147 (a) (6).
☐ Placed in Central File in accordance with Title 15, Section 3147 (a) (7).

Reporting Employee:                          Correspondence Disapproval Authorized By (Captain level or above):



J. PUENTE                                    K. BRANDON
Correctional Officer                         Correctional Captain
Institutional Gang Investigations            Investigative Services Unit

Correspondents are personally responsible for the content of each item of mail they send into or out of a correctional facility, Any violation of laws governing mail will be referred to postal authorities and to appropriate criminal authorities. Violations of law, the policies and regulations or of approved facility mail procedures may result in the temporary suspension or denial of correspondence between the persons involved. [Section 3132 (a)].  Inmates may appeal the stopped mail utilizing the departmental appeal process.

cc:     C-File
       AWC File
       Investigative Services Unit
       Inmate
       Sender (incoming correspondence only)


DATE:   5/2/2008        **STOPPED MAIL NOTIFICATION**        GENERAL CHRONO

DATE FORWARDED TO INMATE:   5/6/08

NAME: HARVEY _____ CDC#: C48884 _____ HOUSING : D4-112 _____ **CDC 128-B**

On __4/30/2008__ correspondence was stopped for the above-named inmate. The mailing is described as follows:

☒ OUTGOING CORRESPONDENCE/ ADDRESSED TO:      ☐ INCOMING CORRESPONDENCE / FROM:

ACRE INFOSHOP _____

824 CHAMBERLAIN ST. _____

RALEIGH, NC. 27607 _____

The correspondence was disapproved in accordance with Section 3136(a) as it pertains to 3006(c):
☒ It violates regulations or local procedures:
   ☐ Promotes gang activities [Title 15, 3023 (a)]
   ☐ Unauthorized business dealings [3024 (a)]
   ☐ Unauthorized inmate to inmate correspondence [Title 15, 3139]
   ☐ Unauthorized inmate to parolee / probationer correspondence [Title 15, 3140]
   ☐ Third party correspondence [OP 205, Attachment 8, #32]
   ☒ Use of fictitious name or address [U.S.C.S. Title 18, Section 1342, OP 205]
   ☐ Other (describe): _____
☐ It incites physical harm to a person or group of persons
☐ It incites disruption of the order in a facility, such as riot, escape, strike, etc.
☐ It contains coded messages
☐ It contains obscene or sexually explicit material, or portrays nudity
☒ It is deemed to be a threat to legitimate penalogical interests.
☐ It contains material or literature which would pose a threat to institutional security or the safety of other persons if allowed to be
possessed by inmates.
Additional Information: NAME ON RETURN ADDRESS NOT RECOGNIZED BY CDCR RECORDS.
The disposition of the letter is as follows:
☒ Retained by Investigative Services Unit for investigation / potential disciplinary or court proceedings.
☐ Returned to sender in accordance with Section 3147 (a) (5) (B) or 3147 (a) (6).
☐ Placed in Central File in accordance with Title 15, Section 3147 (a) (7).

Reporting Employee:                    Correspondence Disapproval Authorized By (Captain level or above):


J. PUENTE                               K. BRANDON
Correctional Officer                    Correctional Captain
Institutional Gang Investigations       Investigative Services Unit

Correspondents are personally responsible for the content of each item of mail they send into or out of a correctional facility. Any
violation of laws governing mail will be referred to postal authorities and to appropriate criminal authorities. Violations of law, the
policies and regulations or of approved facility mail procedures may result in the temporary suspension or denial of correspondence
between the persons involved. [Section 3132 (a)]. Inmates may appeal the stopped mail utilizing the departmental appeal process.

cc:    C-File
    AWC File
    Investigative Services Unit
    Inmate
    Sender (incoming correspondence only)


DATE:   4/30/2008         **STOPPED MAIL NOTIFICATION**      GENERAL CHRONO

DATE FORWARDED TO INMATE: 5-1-08

NAME:  HARVEY _____  CDC#:  C48884 ____  HOUSING :  D4-112 ___  CDC 128-B

On  4/30/2008 _____  correspondence was stopped for the above-named inmate.  The mailing is described as follows:

☒ OUTGOING CORRESPONDENCE/ ADDRESSED TO:     ☐ INCOMING  CORRESPONDENCE / FROM:

POOR MAGAZINE
1095 MARKET ST #307
SAN FRANCISCO, CA. 97103

The correspondence was disapproved in accordance with Section 3136(a) as it pertains to 3006(c):
☒ It violates regulations or local procedures:
    ☐ Promotes gang activities [Title 15, 3023 (a)]
    ☐ Unauthorized business dealings [3024 (a)]
    ☐ Unauthorized inmate to inmate correspondence [Title 15, 3139]
    ☐ Unauthorized inmate to parolee / probationer correspondence [Title 15, 3140]
    ☐ Third party correspondence [OP 205, Attachment 8, #32]
    ☒ Use of fictitious name or address [U.S.C.S. Title 18, Section 1342, OP 205]
    ☐ Other (describe): _____
☐ It incites physical harm to a person or group of persons
☐ It incites disruption of the order in a facility, such as riot, escape, strike, etc.
☐ It contains coded messages
☐ It contains obscene or sexually explicit material, or portrays nudity
☒ It is deemed to be a threat to legitimate penalogical interests.
☐ It contains material or literature which would pose a threat to institutional security or the safety of other persons if allowed to be possessed by inmates.
Additional Information: NAME ON RETURN ADDRESS NOT RECOGNIZED BY CDCR RECORDS.
The disposition of the letter is as follows:
☒ Retained by Investigative Services Unit for investigation / potential disciplinary or court proceedings.
☐ Returned to sender in accordance with Section 3147 (a) (5) (B) or 3147 (a) (6).
☐ Placed in Central File in accordance with Title 15, Section 3147 (a) (7).

Reporting Employee:                                    Correspondence Disapproval Authorized By (Captain level or above):



A. PUENTE                                              K. BRANDON
Correctional Officer                                   Correctional Captain
Institutional Gang Investigations                      Investigative Services Unit

Correspondents are personally responsible for the content of each item of mail they send into or out of a correctional facility, Any violation of laws governing mail will be referred to postal authorities and to appropriate criminal authorities. Violations of law, the policies and regulations or of approved facility mail procedures may result in the temporary suspension or denial of correspondence between the persons involved. [Section 3132 (a)]. Inmates may appeal the stopped mail utilizing the departmental appeal process.

cc:     C-File
      AWC File
      Investigative Services Unit
      Inmate
      Sender (incoming correspondence only)

DATE:  4/30/2008        **STOPPED MAIL NOTIFICATION**        GENERAL CHRONO

DATE FORWARDED TO INMATE: 5-1-08

NAME:  HARVEY                          CDC#:  C48884        HOUSING :  D4-112        CDC 128-B

On  4/30/2008 _____        correspondence was stopped for the above-named inmate.   The mailing is described as follows:

        ☒ OUTGOING CORRESPONDENCE/ ADDRESSED TO:        ☐ INCOMING  CORRESPONDENCE / FROM:

        LONG HAUL/ SLING SHOT
        3124 SHATTUCK AVE
        BERKELEY, CA. 94705

The correspondence was disapproved in accordance with Section 3136(a) as it pertains to 3006(c):
☒ It violates regulations or local procedures:
    ☐ Promotes gang activities [Title 15, 3023 (a)]
    ☐ Unauthorized business dealings [3024 (a)]
    ☐ Unauthorized inmate to inmate correspondence [Title 15, 3139]
    ☐ Unauthorized inmate to parolee / probationer correspondence [Title 15, 3140]
    ☐ Third party correspondence [OP 205, Attachment 8, #32]
    ☒ Use of fictitious name or address [U.S.C.S. Title 18, Section 1342, OP 205]
    ☐ Other (describe): _____
☐ It incites physical harm to a person or group of persons
☐ It incites disruption of the order in a facility, such as riot, escape, strike, etc.
☐ It contains coded messages
☐ It contains obscene or sexually explicit material, or portrays nudity
☒ It is deemed to be a threat to legitimate penalogical interests.
☐ It contains material or literature which would pose a threat to institutional security or the safety of other persons if allowed to be possessed by inmates.
Additional Information: NAME ON RETURN ADDRESS NOT RECOGNIZED BY CDCR RECORDS.
The disposition of the letter is as follows:
☒ Retained by Investigative Services Unit for investigation / potential disciplinary or court proceedings.
☐ Returned to sender in accordance with Section 3147 (a) (5) (B) or 3147 (a) (6).
☐ Placed in Central File in accordance with Title 15, Section 3147 (a) (7).

Reporting Employee:                              Correspondence Disapproval Authorized By (Captain level or above):

A. PUENTE                                        K. BRANDON
Correctional Officer                             Correctional Captain
Institutional Gang Investigations                Investigative Services Unit

Correspondents are personally responsible for the content of each item of mail they send into or out of a correctional facility. Any violation of laws governing mail will be referred to postal authorities and to appropriate criminal authorities. Violations of law, the policies and regulations or of approved facility mail procedures may result in the temporary suspension or denial of correspondence between the persons involved. [Section 3132 (a)].  Inmates may appeal the stopped mail utilizing the departmental appeal process.

cc:     C-File
        AWC File
        Investigative Services Unit
        Inmate
        Sender (incoming correspondence only)

DATE:   4/30/2008            **STOPPED MAIL NOTIFICATION**        GENERAL CHRONO

DATE FORWARDED TO INMATE:  5-1-09

CDC 128-B

NAME:  HARVEY                          CDC#:  C48884      HOUSING :  D4-112

On   5/2/2008                  correspondence was stopped for the above-named inmate.   The mailing is described as follows:

☒ OUTGOING CORRESPONDENCE/ ADDRESSED TO:        ☐ INCOMING  CORRESPONDENCE / FROM:

DRY RIVER INFOSHOD

48 W. 4$^{TH}$ ST.

TUCSON, AZ. 85705

The correspondence was disapproved in accordance with Section 3136(a) as it pertains to 3006(c):
☒ It violates regulations or local procedures:
    ☐ Promotes gang activities [Title 15, 3023 (a)]
    ☐ Unauthorized business dealings [3024 (a)]
    ☐ Unauthorized inmate to inmate correspondence [Title 15, 3139]
    ☐ Unauthorized inmate to parolee / probationer correspondence [Title 15, 3140]
    ☐ Third party correspondence [OP 205, Attachment 8, #32]
    ☒ Use of fictitious name or address [U.S.C.S. Title 18, Section 1342, OP 205]
    ☐ Other (describe): _____
☐ It incites physical harm to a person or group of persons
☐ It incites disruption of the order in a facility, such as riot, escape, strike, etc.
☐ It contains coded messages
☐ It contains obscene or sexually explicit material, or portrays nudity
☒ It is deemed to be a threat to legitimate penalogical interests.
☐ It contains material or literature which would pose a threat to institutional security or the safety of other persons if allowed to be possessed by inmates.
Additional Information: THE NAME ON THE RETURN ADDRESS IS NOT RECOGNIZED BY CDCR RECORDS.
The disposition of the letter is as follows:
☒ Retained by Investigative Services Unit for investigation / potential disciplinary or court proceedings.
☐ Returned to sender in accordance with Section 3147 (a) (5) (B) or 3147 (a) (6).
☐ Placed in Central File in accordance with Title 15, Section 3147 (a) (7).

Reporting Employee:                          Correspondence Disapproval Authorized By (Captain level or above):


L. PUENTE                                    K. BRANDON
Correctional Officer                         Correctional Captain
Institutional Gang Investigations            Investigative Services Unit

Correspondents are personally responsible for the content of each item of mail they send into or out of a correctional facility, Any violation of laws governing mail will be referred to postal authorities and to appropriate criminal authorities. Violations of law, the policies and regulations or of approved facility mail procedures may result in the temporary suspension or denial of correspondence between the persons involved. [Section 3132 (a)].  Inmates may appeal the stopped mail utilizing the departmental appeal process.

cc:      C-File
         AWC File
         Investigative Services Unit
         Inmate
         Sender (incoming correspondence only)


DATE:   5/2/2008        **STOPPED MAIL NOTIFICATION**        GENERAL CHRONO

DATE FORWARDED TO INMATE: _5/6/08_

NAME: **HARVEY** _____ CDC#: **C48884** _____ HOUSING **D4-112** _____ CDC 128-B

On __05/15/08_____ Correspondence was stopped for the above-named inmate. The mailing is described as follows:

       ☐ OUTGOING CORRESPONDENCE/ ADDRESSED TO:     ☒ INCOMING CORRESPONDENCE / FROM:

**ED MEAD**
**PO BOX 69586**
**SEATTLE, WA. 98168-9586**

The correspondence was disapproved in accordance with Section 3136(a) as it pertains to 3006(c):
☒ It violates regulations or local procedures:
    ☒ Promotes gang activities [Title 15, Section 3023 (a)]
    ☐ Unauthorized business dealings [ Title 15, Section 3024 (a)]
    ☐ Unauthorized inmate to inmate correspondence [Title 15, Section 3139]
    ☐ Unauthorized parolee to inmate / probationer correspondence [Title 15, Section 3140]
    ☐ Third party correspondence [OP 205, Attachment 8, #32]
    ☐ Use of fictitious name or address [U.S.C.S. Title 18, Section 1342, OP 205]
    ☐ Other (describe):

☐ It incites physical harm to a person or group of persons
☐ It incites disruption of the order in a facility, such as riot, escape, strike, etc.
☐ It contains coded messages
☐ It contains obscene or sexually explicit material, or portrays nudity
☐ It is deemed to be a threat to legitimate penalogical interests. [Title 15, Section 3006(c) 16].
☐ It contains material or literature which would pose a threat to institutional security or the safety of other persons if allowed to be possessed by inmates.
☒ Additional Information: PAMPHLET FOR SELLING PRISONER ARTWORK.
The disposition of the letter is as follows:
☒ Retained by Investigative Services Unit for investigation / potential disciplinary or court proceedings.
☐ Returned to sender in accordance with [Title 15, Section 3147 (a) (5) (B) or 3147 (a) (6)].
☐ Placed in the Central File in accordance with [Title 15, Section 3147 (a) (7)].

Reporting Employee:                        Correspondence Disapproval Authorized By (Captain level or above):

_D.E. MILLIGAN_____       _K. BRANDON_____
D.E. MILLIGAN                           K. BRANDON
Correctional Officer                        Correctional Captain
Institutional Gang Investigations          Investigative Services Unit

Correspondents are personally responsible for the content of each item of mail they send into or out of a correctional facility, Any violation of laws governing mail will be referred to postal authorities and to appropriate criminal authorities. Violations of law, the policies and regulations or of approved facility mail procedures may result in the temporary suspension or denial of correspondence between the persons involved. [Section 3132 (a)]. Inmates may appeal the stopped mail utilizing the departmental appeal process.

cc:    C-File                        **DATE FORWARDED TO INMATE:** _5/19/08_____
      AWC File
      Investigative Services Unit
      Inmate
      Sender (incoming correspondence only)

DATE:   05/15/08        **STOPPED MAIL NOTIFICATION**       GENERAL CHRONO

# INMATE APPEAL ASSIGNMENT NOTICE

Date: May 19, 2008

To: INMATE HARVEY, C48884
    Current Housing: DF04L 000000112L

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: PBSP-D-08-01391

ASSIGNED STAFF REVIEWER: IGI
APPEAL ISSUE: MAIL
DUE DATE: 07/01/2008

Inmate HARVEY, this is a notice to you that your appeal has been sent to the above staff for SECOND Level response. If you have any questions, contact the above staff member. If dissatisfied, you have 15 days from the receipt of the response to forward your appeal for THIRD Level review.

Third Level appeals are to be mailed directly to:

Chief of Inmate Appeals
Department of Corrections & Rehabilitation
P. O. Box 942883
Sacramento, CA 94283-0001

C. E. WILBER
Appeals Coordinator
Pelican Bay State Prison

## INMATE APPEAL ASSIGNMENT NOTICE

Date: May 13, 2008

To: INMATE HARVEY, C48884
    Current Housing: DF04L 000000112L

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: PBSP-D-08-01319

ASSIGNED STAFF REVIEWER: IGI
APPEAL ISSUE: MAIL
DUE DATE: 06/24/2008

Inmate HARVEY, this is a notice to you that your appeal has been sent to the above staff
for SECOND Level response. If you have any questions, contact the above staff
member. If dissatisfied, you have 15 days from the receipt of the response to forward
your appeal for THIRD Level review.

Third Level appeals are to be mailed directly to:

                    Chief of Inmate Appeals
                    Department of Corrections & Rehabilitation
                    P. O. Box 942883
                    Sacramento, CA  94283-0001

C. E. WILBER
Appeals Coordinator
Pelican Bay State Prison

## INMATE APPEAL ASSIGNMENT NOTICE

Date: March 14, 2008

To: INMATE HARVEY, C48884
    Current Housing: DF04L 000000112L

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: PBSP-D-08-00703

ASSIGNED STAFF REVIEWER: IGI
APPEAL ISSUE: MAIL
DUE DATE: 04/24/2008

Inmate HARVEY, this is a notice to you that your appeal has been sent to the above staff for SECOND Level response. If you have any questions, contact the above staff member. If dissatisfied, you have 15 days from the receipt of the response to forward your appeal for THIRD Level review.

Third Level appeals are to be mailed directly to:

> Chief of Inmate Appeals
> Department of Corrections & Rehabilitation
> P. O. Box 942883
> Sacramento, CA 94283-0001

C. E. WILBER
Appeals Coordinator
Pelican Bay State Prison

# INMATE APPEAL ASSIGNMENT NOTICE

Date:  April 25, 2008

To:  INMATE  HARVEY, C48884
      Current Housing:  DF04L 000000112L

From:  INMATE APPEALS OFFICE

Re:  APPEAL LOG NUMBER:  PBSP-D-08-01142

ASSIGNED STAFF REVIEWER:  IGI
APPEAL ISSUE:  MAIL
DUE DATE:  06/05/2008

Inmate HARVEY, this is a notice to you that your appeal has been sent to the above staff
for SECOND Level response.  If you have any questions, contact the above staff
member. If dissatisfied, you have 15 days from the receipt of the response to forward
your appeal for THIRD Level review.

Third Level appeals are to be mailed directly to:

                    Chief of Inmate Appeals
                    Department of Corrections & Rehabilitation
                    P. O. Box 942883
                    Sacramento, CA  94283-0001


C. E. WILBER
Appeals Coordinator
Pelican Bay State Prison



## INMATE APPEAL ASSIGNMENT NOTICE

Date: April 2, 2008

To: INMATE HARVEY, C48884
    Current Housing: DF04L 000000112L

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: PBSP-D-08-00924

ASSIGNED STAFF REVIEWER: IG1
APPEAL ISSUE: MAIL
DUE DATE: 05/13/2008

Inmate HARVEY, this is a notice to you that your appeal has been sent to the above staff for SECOND Level response. If you have any questions, contact the above staff member. If dissatisfied, you have 15 days from the receipt of the response to forward your appeal for THIRD Level review.

Third Level appeals are to be mailed directly to:

Chief of Inmate Appeals
Department of Corrections & Rehabilitation
P. O. Box 942883
Sacramento, CA 94283-0001

C. E. WILBER
Appeals Coordinator
Pelican Bay State Prison

EXHIBIT~C

1   James Earl Harvey - C-48834
2   P.O. Box 7500, Crescent City, CA 95532

3
    PETITIONER, IN PROPRIA PERSONA
4                                                    AUG 02 1993
5
6
7
8           SUPERIOR COURT FOR THE STATE OF CALIFORNIA
9                   COUNTY OF Del Norte              080869
10  IN RE: James Earl Harvey    )    NO: _____
11                              )    PETITION FOR CHANGE OF NAME
12                              )
13  _____  )
14
15      In the Matter of the Application of James E. Harvey
16  for a Change of Name.
17      The Petition of James E. Harvey                respectfully
18  shows:
19      1. Petitioner is a resident of the County of Del Norte
20  State of California, and is over 18 years of age.
21      2. Petitioner was born in the County of San Diego
22  State of California        ; on  9-26            , 1963
23      3. The present name of Petitioner is James Earl Harvey ;
24  Petitioner desires to assume a name other than that which Peti-
25  tioner now has; the new name that Petitioner prefers and pro-
26  poses to take is Abdul Alighala Shakur            .
27      4. The reasons for this application for change of name are
28  as follows: I am a practicing Muslim and have been for the last 15 yrs.

1 | All of my outside correspondence, know me by my Spiritual name, my mail have
2 | often been Return charging Incorrect name - my name is a part of my Religion.
3 |     5. The name of Petitioner's (father or mother, if living)
4 | is Gertrude Harvey                , who resides at 3221 Webster Ave
5 | in the City of San Diego                , County of San Diego
6 | State of California                .
7 |     WHEREFORE, Petitioner prays than an order of this Court be
8 | made changing the name of Petitioner from James Earl Harvey
9 | to Abdul Alphala Shakur                , and for such other and
10 | further relief as the Court deems proper.
11 |     Dated this 25 day of July                , 19 93
12 |                         RESPECTFULLY SUBMITTED
13 |
14 |
15 |                     James Harvey
16 |                     PETITIONER, In PROPRIA PERSONA
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

James Earl Harvey , C-48884
P.O. Box 7500
Crescent City, CA 95532
Name and Address of
Petitioner:



AUG 03 1993

JOHN D. ALEXANDER
DEL NORTE CLERK-**RECORDER**
BY: _____
                                    DEPUTY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF DEL NORTE

In the Matter of the                    No.    930360

Application of:                         ORDER TO SHOW CAUSE FOR
                                        CHANGE OF NAME
James Earl Harvey            /

Whereas, the Petition of  James E. Harvey            HAS

BEEN FILED WITH THE CLERK OF THIS COURT FOR AN ORDER CHANGING

NAME FROM  James Earl Harvey        to  Abdul Olugbala Shakur

_____.          /

     IT IS HEREBY ORDERED that all persons interested in said

matter appear before this Court on  October    1  , 19 93

at 9:30 a.m. in the Courtroom of Crescent City, California TO

SHOW CAUSE why this Petition for Change of Name should not

be granted.

     IT IS FURTHER ORDERED that a copy of this Order to Show

Cause be published once a week for four successive weeks prior

to the day of said hearing in the Del Norte County Triplicate,

a newspaper of general circulation printed in the County of Del

Norte, Crescent City, California.

DATED:  ___AUG 03 1993___

                            ROBERT W. WEIR

                        _____
                        Judge of the Superior Court

## PELICAN BAY STATE PRISON
### SECURITY HOUSING UNIT CELL SEARCH RECEIPT

DATE: 1/30/07          UNIT: A-4          TIME: 

| SEARCHED BY: | | | |
|---|---|---|---|
| PRINT NAME | SIGNATURE | PRINT NAME | SIGNATURE |

ASSIGNED CELL: A4 112

(U): _____

(L) Inlev

CDC#: _____

CDC#: C495887

**CONDITION OF CELL:**

CLEAN ☑   DIRTY ☐   NEAT ☐

DATE OF CURRENT EXHIBIT "B" _____

COMMENTS: Returned all allowable property not confiscated on 2/1/07 @ 0900 Hrs

**APPLIANCE INSPECTION**

| | | |
|---|---|---|
| TELEVISION MASN400X | SERIAL# 1912 | WORKING ☑  NOT WORKING ☐ |
| TELEVISION _____ | SERIAL# _____ | WORKING ☐  NOT WORKING ☐ |
| RADIO _____ | SERIAL# _____ | WORKING ☐  NOT WORKING ☐ |
| RADIO _____ | SERIAL# _____ | WORKING ☐  NOT WORKING ☐ |

APPLIANCES INSPECTED BY: _____      _____
                          PRINT NAME            SIGNATURE

**ITEMS CONFISCATED:**

| DESCRIPTION: | LOCATION IN CELL: | DISPOSITION: |
|---|---|---|
| for each x+y | All of the | |
| certificated Ef | | |
| Les for Ruby | Confiscated | Will Return |
| Will Return Cell | Cell Related | Numerous Personal |
| | Materials | Items of a Litter |
| | | Date |

Cell Search receipt given to inmate by: _____
                                        PRINT NAME                    SIGNATURE

| DISCIPLINARY DOCUMENTATION: | | |
|---|---|---|
| ☐ CDC 115 | FOR: _____ | OFFICER: _____ |
| ☐ CDC 128(A) | FOR: _____ | OFFICER: _____ |

Cell searches are not intended as punishment. Staff are responsible for ensuring they respect inmate's property during searches. Staff are to properly document all items confiscated during the search and their disposition. A copy of this Worksheet / Receipt will be given to the cell occupant(s) when the search is completed.

ORIGINAL:   HOUSING UNIT
CC:         PROGRAM OFFICE
            INMATE OR INMATES ASSIGNED TO CELL



STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA  94283-0001

## DIRECTOR'S LEVEL APPEAL DECISION

Date:   JAN 2 4 2008

In re:    James Harvey, C48884              PELICAN BAY STATE PRISON
          Pelican Bay State Prison           SECURITY HOUSING UNIT
          P.O. Box 7000                            UNIT D-4
          Crescent City, CA  95531-7000

IAB Case No.: 0712188          Local Log No.: PBSP-07-02045

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner R. Pimentel, Facility Captain. All submitted documentation and supporting arguments of the parties have been considered.

**I    APPELLANT'S ARGUMENT:** It is the appellant's position that the Pelican Bay State Prison (PBSP) Institution Gang Investigator (IGI) inappropriately confiscated his personal property and alleged that the property is gang related. The appellant contends that the property is political, cultural, revolutionary and educational and is not gang related because the Black Guerrilla Family (BGF) is a political organization. The appellant asserts that the actions of the PBSP IGI were excessive and violated his rights. The appellant requests that an investigation be conducted, that his property be returned to him, and that he be provided a detailed list of all confiscated property.

**II   SECOND LEVEL'S DECISION:** The reviewer found that a comprehensive and thorough review of the appellant's appeal was conducted. The Second Level of Review (SLR) noted that during a cell search the appellant's personal property that was considered to be BGF gang indicia was confiscated pursuant to California Code of Regulations, Title 15, Section (CCR) 3006 and CCR 3023. The SLR noted that the appellant is a validated member of the BGF and that the property was literature that promoted the BGF's agenda. The SLR found that the appellant was provided sufficient information relative to the confiscation of the property, a detailed list of the confiscated property, and that the property would be retained for investigative purposes. The SLR denied the appeal.

**III  DIRECTOR'S LEVEL DECISION:** Appeal is denied.

**A.  FINDINGS:** The documentation and arguments presented are persuasive that the appellant has failed to support his appeal issue with sufficient evidence or fact to warrant a modification of the SLR. The institution acted correctly and under the proper authority when confiscating the appellant's gang related property for investigative purposes. The issue in this case is not whether the appellant had through legitimate means acquired the property, but that the property was evidence of gang activity thus subjecting it to seizure as contraband. The Director's Level of Review (DLR) notes that the PBSP provided an in-depth analysis of the property and its significance to the BGF. The DLR notes that the appellant attempts to justify his possession of gang material by asserting that it is related to a political movement. The DLR finds this argument lacks merit as the BGF has been deemed a prison gang that promotes violence. Based upon the above factors, the appellant has failed to offer any new or compelling evidence that substantiates his claim; therefore, relief at the DLR has not been established.

**B.  BASIS FOR THE DECISION:**
CCR: 3000, 3001, 3006, 3023, 3190, 3270, 3287, 3378, 3380
CDC Operations Manual Section: 52070

**C.  ORDER:** No changes or modifications are required by the Institution.

JAMES HARVEY, C48884
CASE NO. 0712188
PAGE 2

This decision exhausts the administrative remedy available to the appellant within CDCR.

N. GRANNIS, Chief
Inmate Appeals Branch

cc:     Warden, PBSP
        Appeals Coordinator, PBSP

PELICAN BAY STATE P
SECURITY HOUSING
UNIT D-4



Note: Believe it or not, the following CDC-1819 Forms are just the copies
i still have~There are Many More. which their (LEGT) Files will reflect

STATE OF CALIFORNIA
CDC 1819 (Rev. 6/98)

DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF DISAPPROVA - MAIL/PACKAGES/PUBLICATIONS

INMATE'S NAME

JAMES HARVEY

CDC NUMBER

C-48884

## MAIL / PACKAGES SECTION (Complete for mail or package cases only)

[ ] INCOMING MAIL/PACKAGE          [X] OUTGOING MAIL/PACKAGE

LIST ITEM(S) WHICH MEET DISAPPROVAL CRITERIA

1 LETTER

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION

THIS GANG RELATED

| DISPOSITION | SENDER INFORMATION | | |
|---|---|---|---|
| [X] HELD PENDING INVESTIGATION/APPEAL | FIRST NAME  JAMES | MI  HARVEY | LAST NAME |
| [ ] RETURNED TO SENDER_____ (At Inmate's Expense)     (Date) | ADDRESS (NUMBER AND STREET)  C-48884 | | |
| [ ] DESTROYED | CITY | STATE  DG-121 | ZIP CODE |
| *(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED). | I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE) | | DATE SIGNED |

| AUTHORITY TO DISALLOW (Must be completed in all cases) | | | |
|---|---|---|---|
| PRINTED NAME OF WARDEN'S DESIGNEE  M D Vn Cart | SIGNATURE OF WARDEN'S DESIGNEE | DATE SIGNED  8/30/05 | DATE FORWARDED TO INMATE  8-31-05 |

## PUBLICATIONS SECTION (Complete for publication cases only)

| TITLE OF PUBLICATION (Include issue/date) | PUBLISHER | PAGE(S) WHICH MEET DISAPPROVAL CRITERIA |
|---|---|---|

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION

| DISPOSITION | DESIGNEE INFORMATION | | |
|---|---|---|---|
| [ ] HELD PENDING INVESTIGATION/APPEAL | FIRST NAME | MI | LAST NAME |
| [ ] DESTROYED | ADDRESS (NUMBER AND STREET) | | |
| [ ] RETURNED TO OUTSIDE DESIGNEE AT INMATE'S EXPENSE _____ (Date) | CITY | STATE | ZIP CODE |
| **(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED). | I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE) | | DATE SIGNED |

| AUTHORITY TO DISALLOW (Must be completed in all cases) | | | |
|---|---|---|---|
| FACILITY CAPTAIN'S PRINTED NAME | FACILITY CAPTAIN'S SIGNATURE | DATE SIGNED | DATE FORWARDED TO INMATE |

DISTRIBUTION:
ORIGINAL - MAILROOM
CANARY - INMATE
PINK - SENDER / DESIGNEE

* ALL APPEALS REGARDING MAIL/PACKAGES SHALL BE REFERRED TO THE WARDEN'S DESIGNATED STAFF

** ALL APPEALS REGARDING PUBLICATIONS SHALL BE REFERRED TO THE FACILITY CAPTAIN.

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS
CDC 1819 (Rev. 6/98)
## NOTIFICATION OF DISAPPROVAL - MAIL/PACKAGES/PUBLICATIONS

INMATE'S NAME                                          CDC NUMBER

*Harvey, James*                                        *C48884*

## MAIL / PACKAGES SECTION (Complete for mail or package cases only)

[ ] INCOMING MAIL/PACKAGE          [X] OUTGOING MAIL/PACKAGE

LIST ITEM(S) WHICH MEET DISAPPROVAL CRITERIA
*Letter to Lindsey Herbert encouraging purchase/review of Harvey's publications and*
DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION *promoting New Afrikan Revolutionary Nationalism*
*3136(a) Book in 5(b)(H), 3023(a), 3024(b)*                         *(BGF related)*

| DISPOSITION | SENDER INFORMATION | | |
|---|---|---|---|
| [X] HELD PENDING INVESTIGATION/APPEAL | FIRST NAME  *James* | MI  *Harvey C48884* | LAST NAME |
| [ ] RETURNED TO SENDER_____ (At Inmate's Expense)          (Date) | ADDRESS (NUMBER AND STREET) | | |
| [ ] DESTROYED | CITY | STATE | ZIP CODE |
| *(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED). | I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE) | | DATE SIGNED |

## AUTHORITY TO DISALLOW (Must be completed in all cases)

| PRINTED NAME OF WARDEN'S DESIGNEE | SIGNATURE OF WARDEN'S DESIGNEE | DATE SIGNED | DATE FORWARDED TO INMATE |
|---|---|---|---|
| *M Villak Cent* | *Cno4* | *8/19/05* | *8/22/05* |

## PUBLICATIONS SECTION (Complete for publication cases only)

| TITLE OF PUBLICATION (Include issue/date) | PUBLISHER | PAGE(S) WHICH MEET DISAPPROVAL CRITERIA |
|---|---|---|
| | | |

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION




| DISPOSITION | DESIGNEE INFORMATION | | |
|---|---|---|---|
| [ ] HELD PENDING INVESTIGATION/APPEAL | FIRST NAME | MI | LAST NAME |
| [ ] DESTROYED | ADDRESS (NUMBER AND STREET) | | |
| [ ] RETURNED TO OUTSIDE DESIGNEE AT INMATE'S EXPENSE _____ (Date) | CITY | STATE | ZIP CODE |
| **(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED). | I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE) | | DATE SIGNED |

## AUTHORITY TO DISALLOW (Must be completed in all cases)

| FACILITY CAPTAIN'S PRINTED NAME | FACILITY CAPTAIN'S SIGNATURE | DATE SIGNED | DATE FORWARDED TO INMATE |
|---|---|---|---|
| | | | |

DISTRIBUTION:
ORIGINAL - MAILROOM          * ALL APPEALS REGARDING MAIL/PACKAGES SHALL BE REFERRED TO THE *WARDEN'S DESIGNATED STAFF*
CANARY - INMATE
PINK - SENDER / DESIGNEE     ** ALL APPEALS REGARDING PUBLICATIONS SHALL BE REFERRED TO THE *FACILITY CAPTAIN.*

STATE OF CALIFORNIA
CDC 1819 (Rev. 6/98)

DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF DISAPPROVAL - MAIL/PACKAGES/PUBLICATIONS

| INMATE'S NAME AKA HARVEY<br>SHAKUR | CDC NUMBER C-40800 |
|---|---|

## MAIL / PACKAGES SECTION (Complete for mail or package cases only)

☒ INCOMING MAIL/PACKAGE          ☐ OUTGOING MAIL/PACKAGE

LIST ITEM(S) WHICH MEET DISAPPROVAL CRITERIA
PRINT OF TIME FOR MONTH

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION
PER BROAD IN NOT A BUSINESS
DEALINGS
( CCR 3024 )

| DISPOSITION | SENDER INFORMATION | | |
|---|---|---|---|
| ☐ HELD PENDING INVESTIGATION/APPEAL | FIRST NAME AFIAN | MI | LAST NAME |
| ☒ RETURNED TO SENDER_____<br>(At Inmate's Expense)    (Date) | ADDRESS (NUMBER AND STREET) | | |
| ☐ DESTROYED | CITY PORTLAND | STATE OR | ZIP CODE 97204 |
| *(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED). | I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE)<br>X | | DATE SIGNED<br>X |

### AUTHORITY TO DISALLOW (Must be completed in all cases)

| PRINTED NAME OF WARDEN'S DESIGNEE | SIGNATURE OF WARDEN'S DESIGNEE | DATE SIGNED | DATE FORWARDED TO INMATE |
|---|---|---|---|
| L M Williams | | 3-23-01 | 3/27/2001 |

## PUBLICATIONS SECTION (Complete for publication cases only)

| TITLE OF PUBLICATION (Include issue/date) | PUBLISHER | PAGE(S) WHICH MEET DISAPPROVAL CRITERIA |
|---|---|---|

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION

| DISPOSITION | DESIGNEE INFORMATION | | |
|---|---|---|---|
| ☐ HELD PENDING INVESTIGATION/APPEAL | FIRST NAME | MI | LAST NAME |
| ☐ DESTROYED | ADDRESS (NUMBER AND STREET) | | |
| ☐ RETURNED TO OUTSIDE DESIGNEE<br>AT INMATE'S EXPENSE _____<br>(Date) | CITY | STATE | ZIP CODE |
| **(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED). | I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE) | | DATE SIGNED |

## AUTHORITY TO DISALLOW (Must be completed in all cases)

| FACILITY CAPTAIN'S PRINTED NAME | FACILITY CAPTAIN'S SIGNATURE | DATE SIGNED | DATE FORWARDED TO INMATE |
|---|---|---|---|

DISTRIBUTION:
ORIGINAL - MAILROOM
CANARY - INMATE
PINK - SENDER / DESIGNEE

* ALL APPEALS REGARDING MAIL/PACKAGES SHALL BE REFERRED TO THE WARDEN'S DESIGNATED STAFF

** ALL APPEALS REGARDING PUBLICATIONS SHALL BE REFERRED TO THE FACILITY CAPTAIN.

STATE OF CALIFORNIA
CDC 1819 (Rev. 6/98)

DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF DISAPPROVAL - MAIL/PACKAGES/PUBLICATIONS

| INMATE'S NAME | CDC NUMBER |
|---|---|
| _I_ _____ | _C 98544_ |

## MAIL / PACKAGES SECTION  (Complete for mail or package cases only)

☒ INCOMING MAIL/PACKAGE          ☐ OUTGOING MAIL/PACKAGE

LIST ITEM(S) WHICH MEET DISAPPROVAL CRITERIA

_____

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION

_____

_CCR  3023_

| DISPOSITION | SENDER INFORMATION | | |
|---|---|---|---|
| ☒ HELD PENDING INVESTIGATION/APPEAL | FIRST NAME _____ | MI _____ | LAST NAME _____ |
| ☐ RETURNED TO SENDER _____ (At Inmate's Expense)      (Date) | ADDRESS (NUMBER AND STREET) _____ | | |
| ☒ DESTROYED | CITY _____ | STATE _____ | ZIP CODE _____ |
| *(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED). | I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE) | | DATE SIGNED |

## AUTHORITY TO DISALLOW  (Must be completed in all cases)

| PRINTED NAME OF WARDEN'S DESIGNEE | SIGNATURE OF WARDEN'S DESIGNEE | DATE SIGNED | DATE FORWARDED TO INMATE |
|---|---|---|---|
| | | | _8-22-05_ |

## PUBLICATIONS SECTION  (Complete for publication cases only)

| TITLE OF PUBLICATION (Include issue/date) | PUBLISHER | PAGE(S) WHICH MEET DISAPPROVAL CRITERIA |
|---|---|---|
| | | |

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION

| DISPOSITION | DESIGNEE INFORMATION | | |
|---|---|---|---|
| ☐ HELD PENDING INVESTIGATION/APPEAL | FIRST NAME | MI | LAST NAME |
| ☐ DESTROYED | ADDRESS (NUMBER AND STREET) | | |
| ☐ RETURNED TO OUTSIDE DESIGNEE AT INMATE'S EXPENSE _____ (Date) | CITY | STATE | ZIP CODE |
| **(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED). | I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE) | | DATE SIGNED |

## AUTHORITY TO DISALLOW  (Must be completed in all cases)

| FACILITY CAPTAIN'S PRINTED NAME | FACILITY CAPTAIN'S SIGNATURE | DATE SIGNED | DATE FORWARDED TO INMATE |
|---|---|---|---|
| | | | |

DISTRIBUTION:
ORIGINAL - MAILROOM
CANARY - INMATE
PINK - SENDER / DESIGNEE

*ALL APPEALS REGARDING MAIL/PACKAGES SHALL BE REFERRED TO THE <u>WARDEN'S DESIGNATED STAFF</u>

**ALL APPEALS REGARDING PUBLICATIONS SHALL BE REFERRED TO THE <u>FACILITY CAPTAIN.</u>

STATE OF CALIFORNIA
CDC 1819 (Rev. 6/98)

DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF DISAPPROVAL - MAIL/PACKAGES/PUBLICATIONS

| INMATE'S NAME | CDC NUMBER |
|---|---|
| James  Harvey | P-59984 |

## MAIL / PACKAGES SECTION  (Complete for mail or package cases only)

☑ INCOMING MAIL/PACKAGE          ☐ OUTGOING MAIL/PACKAGE

LIST ITEM(S) WHICH MEET DISAPPROVAL CRITERIA

1   Notes Letter

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION

Map initiated   Black Guerilla   pirated

per  3023

| DISPOSITION | SENDER INFORMATION | | |
|---|---|---|---|
| ☑ HELD PENDING INVESTIGATION/APPEAL | FIRST NAME  Coalition | MI  Against  Police | LAST NAME  Abuse |
| ☐ RETURNED TO SENDER (At Inmate's Expense) _____ (Date) | ADDRESS (NUMBER AND STREET)  4167  10  Normandie  Av | | |
| ☑ DESTROYED | CITY  Los  Angeles | STATE  CA | ZIP CODE  90027 |
| *(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED). | I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE) | | DATE SIGNED |

## AUTHORITY TO DISALLOW  (Must be completed in all cases)

| PRINTED NAME OF WARDEN'S DESIGNEE | SIGNATURE OF WARDEN'S DESIGNEE | DATE SIGNED | DATE FORWARDED TO INMATE |
|---|---|---|---|
| Capt (A) D. Kay | D. Kay | 7-12-05 | 7-14-05 |

## PUBLICATIONS SECTION  (Complete for publication cases only)

| TITLE OF PUBLICATION (Include issue/date) | PUBLISHER | PAGE(S) WHICH MEET DISAPPROVAL CRITERIA |
|---|---|---|
| | | |

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION

| DISPOSITION | DESIGNEE INFORMATION | | |
|---|---|---|---|
| ☐ HELD PENDING INVESTIGATION/APPEAL | FIRST NAME | MI | LAST NAME |
| ☐ DESTROYED | ADDRESS (NUMBER AND STREET) | | |
| ☐ RETURNED TO OUTSIDE DESIGNEE AT INMATE'S EXPENSE _____ (Date) | CITY | STATE | ZIP CODE |
| **(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED). | I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE) | | DATE SIGNED |

## AUTHORITY TO DISALLOW  (Must be completed in all cases)

| FACILITY CAPTAIN'S PRINTED NAME | FACILITY CAPTAIN'S SIGNATURE | DATE SIGNED | DATE FORWARDED TO INMATE |
|---|---|---|---|
| | | | |

DISTRIBUTION:
ORIGINAL - MAILROOM
CANARY - INMATE
PINK - SENDER / DESIGNEE

*ALL APPEALS REGARDING MAIL/PACKAGES SHALL BE REFERRED TO THE WARDEN'S DESIGNATED STAFF

**ALL APPEALS REGARDING PUBLICATIONS SHALL BE REFERRED TO THE FACILITY CAPTAIN.

STATE OF CALIFORNIA
CDC 1819 (Rev. 6/98)

DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF DISAPPROVAL - MAIL/PACKAGES/PUBLICATIONS

| INMATE'S NAME | CDC NUMBER |
|---|---|
| HARVEY JAMES | C-43884 |

## MAIL / PACKAGES SECTION (Complete for mail or package cases only)

[X] INCOMING MAIL/PACKAGE          [ ] OUTGOING MAIL/PACKAGE

LIST ITEM(S) WHICH MEET DISAPPROVAL CRITERIA

ITS ABOUT TIME NEWS LETTER / ARTICLE ON BLACK AUGUST

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION

3006(C)(5) MATERIAL THAT PORTRAYS CONDUCT WHICH APPEARS TO BE FORCEFULL THREATENING OR VIOLENT

| DISPOSITION | SENDER INFORMATION | | |
|---|---|---|---|
| [ ] HELD PENDING INVESTIGATION/APPEAL | FIRST NAME: ITS ABOUT TIME | MI | LAST NAME |
| [ ] RETURNED TO SENDER____ (At Inmate's Expense)    (Date) | ADDRESS (NUMBER AND STREET): PO BOX 221100 | | |
| [ ] DESTROYED | CITY: SACRAMENTO | STATE: CA | ZIP CODE: 95822 |
| *(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED). | I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE) | | DATE SIGNED |

## AUTHORITY TO DISALLOW (Must be completed in all cases)

| PRINTED NAME OF WARDEN'S DESIGNEE | SIGNATURE OF WARDEN'S DESIGNEE | DATE SIGNED | DATE FORWARDED TO INMATE |
|---|---|---|---|
| Freddie Franklin | S. C. | 8-24-00 | 9-1-00 |

## PUBLICATIONS SECTION (Complete for publication cases only)

| TITLE OF PUBLICATION (Include issue/date) | PUBLISHER | PAGE(S) WHICH MEET DISAPPROVAL CRITERIA |
|---|---|---|
| | | |

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION

| DISPOSITION | DESIGNEE INFORMATION | | |
|---|---|---|---|
| [ ] HELD PENDING INVESTIGATION/APPEAL | FIRST NAME | MI | LAST NAME |
| [ ] DESTROYED | ADDRESS (NUMBER AND STREET) | | |
| [ ] RETURNED TO OUTSIDE DESIGNEE AT INMATE'S EXPENSE ____ (Date) | CITY | STATE | ZIP CODE |
| **(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED). | I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE) | | DATE SIGNED |

## AUTHORITY TO DISALLOW (Must be completed in all cases)

| FACILITY CAPTAIN'S PRINTED NAME | FACILITY CAPTAIN'S SIGNATURE | DATE SIGNED | DATE FORWARDED TO INMATE |
|---|---|---|---|
| | | | |

DISTRIBUTION:
ORIGINAL - MAILROOM
CANARY - INMATE
PINK - SENDER / DESIGNEE

* ALL APPEALS REGARDING MAIL/PACKAGES SHALL BE REFERRED TO THE WARDEN'S DESIGNATED STAFF

** ALL APPEALS REGARDING PUBLICATIONS SHALL BE REFERRED TO THE FACILITY CAPTAIN.

*mad room*

*BU-102*

STATE OF CALIFORNIA
CDC 1819 (Rev. 6/98)

DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF DISAPPROVAL - MAIL/PACKAGES/PUBLICATIONS

| INMATE'S NAME | CDC NUMBER |
|---|---|
| *Harwell* | *AU8554* |

## MAIL / PACKAGES SECTION (Complete for mail or package cases only)

☒ INCOMING MAIL/PACKAGE  ☐ OUTGOING MAIL/PACKAGE

LIST ITEM(S) WHICH MEET DISAPPROVAL CRITERIA
*Black Panther pamphlet*

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION
*3006 (a)(1) any matter of a character tending to incite riot or violence*

| DISPOSITION | SENDER INFORMATION | | |
|---|---|---|---|
| ☐ HELD PENDING INVESTIGATION/APPEAL | FIRST NAME *Black Panther* | MI | LAST NAME *Press* |
| ☐ RETURNED TO SENDER_____ (At Inmate's Expense)    (Date) | ADDRESS (NUMBER AND STREET) *P.O. Box 135* | | |
| ☐ DESTROYED *(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED). | CITY *Daly City* STATE *CA* ZIP CODE *94014* | | |
| | I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE) | | DATE SIGNED |

### AUTHORITY TO DISALLOW (Must be completed in all cases)

| PRINTED NAME OF WARDEN'S DESIGNEE | SIGNATURE OF WARDEN'S DESIGNEE | DATE SIGNED | DATE FORWARDED TO INMATE |
|---|---|---|---|
| *I. B. Williams* | *J.S. Mudd* | | *7-26-01* |

## PUBLICATIONS SECTION (Complete for publication cases only)

| TITLE OF PUBLICATION (Include issue/date) | PUBLISHER | PAGE(S) WHICH MEET DISAPPROVAL CRITERIA |
|---|---|---|
| | | |

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION

| DISPOSITION | DESIGNEE INFORMATION | | |
|---|---|---|---|
| ☐ HELD PENDING INVESTIGATION/APPEAL | FIRST NAME | MI | LAST NAME |
| ☐ DESTROYED | ADDRESS (NUMBER AND STREET) | | |
| ☐ RETURNED TO OUTSIDE DESIGNEE AT INMATE'S EXPENSE _____ (Date) | CITY STATE ZIP CODE | | |
| **(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED). | I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE) | | DATE SIGNED |

## AUTHORITY TO DISALLOW (Must be completed in all cases)

| FACILITY CAPTAIN'S PRINTED NAME | FACILITY CAPTAIN'S SIGNATURE | DATE SIGNED | DATE FORWARDED TO INMATE |
|---|---|---|---|
| | | | |

DISTRIBUTION:
ORIGINAL - MAILROOM
CANARY - INMATE
PINK - SENDER / DESIGNEE

* ALL APPEALS REGARDING MAIL/PACKAGES SHALL BE REFERRED TO THE WARDEN'S DESIGNATED STAFF

** ALL APPEALS REGARDING PUBLICATIONS SHALL BE REFERRED TO THE FACILITY CAPTAIN.

*36*

STATE OF CALIFORNIA
CDC 1819 (Rev. 6/98)

DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF DISAPPROVAL - MAIL/PACKAGES/PUBLICATIONS

| INMATE'S NAME | CDC NUMBER | |
|---|---|---|
| HARVEY | C-48884 | B6-109 |

## MAIL / PACKAGES SECTION (Complete for mail or package cases only)

☒ INCOMING MAIL/PACKAGE          ☐ OUTGOING MAIL/PACKAGE

LIST ITEM(S) WHICH MEET DISAPPROVAL CRITERIA

1. ENVELOPE - TYPEN NEWSLETTER    CONTAINING GANG RELATED MATERIAL / INFORMATION

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION

NEWS LETTER TITLED  BLANK PANTHER PARTY PRESS, PAGE #1 ARTICLE ABOUT

A COMMANDER OF THE BLACK GORILLA FAMILY, PAGE 2 - @ RACON SYMBOL

AND CONTINUATION OF PREVIOUS ARTICLE

| DISPOSITION | SENDER INFORMATION | | |
|---|---|---|---|
| ☒ HELD PENDING INVESTIGATION/APPEAL | FIRST NAME    MI    B.G.P.    PRESS | | LAST NAME |
| ☐ RETURNED TO SENDER _____ (At Inmate's Expense)    (Date) | ADDRESS (NUMBER AND STREET)    P.O. BOX 135 | | |
| ☐ DESTROYED | CITY    DALY CITY | STATE    CA | ZIP CODE    94016 |
| *(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED). | I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE) | | DATE SIGNED |

### AUTHORITY TO DISALLOW (Must be completed in all cases)

| PRINTED NAME OF WARDEN'S DESIGNEE | SIGNATURE OF WARDEN'S DESIGNEE | DATE SIGNED | DATE FORWARDED TO INMATE |
|---|---|---|---|
| J L Kous | | 1/27/09 | |

## PUBLICATIONS SECTION (Complete for publication cases only)

| TITLE OF PUBLICATION (Include issue/date) | PUBLISHER | PAGE(S) WHICH MEET DISAPPROVAL CRITERIA |
|---|---|---|
| | | |

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION

| DISPOSITION | DESIGNEE INFORMATION | | |
|---|---|---|---|
| ☐ HELD PENDING INVESTIGATION/APPEAL | FIRST NAME    MI | | LAST NAME |
| ☐ DESTROYED | ADDRESS (NUMBER AND STREET) | | |
| ☐ RETURNED TO OUTSIDE DESIGNEE AT INMATE'S EXPENSE _____ (Date) | CITY | STATE | ZIP CODE |
| **(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED). | I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE) | | DATE SIGNED |

## AUTHORITY TO DISALLOW (Must be completed in all cases)

| FACILITY CAPTAIN'S PRINTED NAME | FACILITY CAPTAIN'S SIGNATURE | DATE SIGNED | DATE FORWARDED TO INMATE |
|---|---|---|---|
| | | | |

DISTRIBUTION:
ORIGINAL - MAILROOM
CANARY - INMATE
PINK - SENDER / DESIGNEE

*ALL APPEALS REGARDING MAIL/PACKAGES SHALL BE REFERRED TO THE WARDEN'S DESIGNATED STAFF

**ALL APPEALS REGARDING PUBLICATIONS SHALL BE REFERRED TO THE FACILITY CAPTAIN.

STATE OF CALIFORNIA
CDC 1819 (Rev. 6/98)

DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF DISAPPROVAL - MAIL/PACKAGES/PUBLICATIONS

| INMATE'S NAME HARVEY | CDC NUMBER C-48884 | 1) 6 |
|---|---|---|

## MAIL / PACKAGES SECTION (Complete for mail or package cases only)

| ☒ INCOMING MAIL/PACKAGE | ☐ OUTGOING MAIL/PACKAGE |
|---|---|

LIST ITEM(S) WHICH MEET DISAPPROVAL CRITERIA
1.) ENVELOPE CONTAINING   NEWSPAPER/PUBLICATION

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION
1.) PAGE 3 -ARTICLE  BY VALIDATED  BGF MEMBER. 2) PAGE 4 -MIDWESTERN INMATE LETTER
REFERENCING  CONTACTING  BGF MEMBER. 3) PAGE 8 - ARTICLE BY VALIDATED BGF MEMBER.
4) PAGE 12 - NAMES AND CONTACT ADDRESSES FOR 5 BGF MEMBERS CCR 3023(c) , 3134(c) + 3006

| DISPOSITION | SENDER INFORMATION | | |
|---|---|---|---|
| ☒ HELD PENDING INVESTIGATION/APPEAL | FIRST NAME  THE CUTTING | MI  EDGE | LAST NAME  NEWS |
| ☐ RETURNED TO SENDER_____ (At Inmate's Expense)          (Date) | ADDRESS (NUMBER AND STREET)  1000   W. CENTURY  BLVD | | |
| ☐ DESTROYED | CITY  LOS ANGELES | STATE  CA | ZIP CODE  90044 |
| *(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED). | I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE) | | DATE SIGNED |

## AUTHORITY TO DISALLOW (Must be completed in all cases)

| PRINTED NAME OF WARDEN'S DESIGNEE  S L Kays | SIGNATURE OF WARDEN'S DESIGNEE  S L Kays Aust | DATE SIGNED  12/10/03 | DATE FORWARDED TO INMATE |
|---|---|---|---|

## PUBLICATIONS SECTION (Complete for publication cases only)

| TITLE OF PUBLICATION (Include issue/date) | PUBLISHER | PAGE(S) WHICH MEET DISAPPROVAL CRITERIA |
|---|---|---|

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION




| DISPOSITION | DESIGNEE INFORMATION | | |
|---|---|---|---|
| ☐ HELD PENDING INVESTIGATION/APPEAL | FIRST NAME | MI | LAST NAME |
| ☐ DESTROYED | ADDRESS (NUMBER AND STREET) | | |
| ☐ RETURNED TO OUTSIDE DESIGNEE AT INMATE'S EXPENSE _____ (Date) | CITY | STATE | ZIP CODE |
| **(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED). | I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE) | | DATE SIGNED |

## AUTHORITY TO DISALLOW (Must be completed in all cases)

| FACILITY CAPTAIN'S PRINTED NAME | FACILITY CAPTAIN'S SIGNATURE | DATE SIGNED | DATE FORWARDED TO INMATE |
|---|---|---|---|

DISTRIBUTION:
ORIGINAL - MAILROOM
CANARY - INMATE
PINK - SENDER / DESIGNEE

* ALL APPEALS REGARDING MAIL/PACKAGES SHALL BE REFERRED TO THE WARDEN'S DESIGNATED STAFF

** ALL APPEALS REGARDING PUBLICATIONS SHALL BE REFERRED TO THE FACILITY CAPTAIN.

60

STATE OF CALIFORNIA
CDC 1819 (Rev. 6/98)

DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF DISAPPROVAL - MAIL/PACKAGES/PUBLICATIONS

| INMATE'S NAME HARVEY | CDC NUMBER C-48684 | 06-109 |
|---|---|---|

## MAIL / PACKAGES SECTION (Complete for mail or package cases only)

☐ INCOMING MAIL/PACKAGE          ☒ OUTGOING MAIL/PACKAGE

LIST ITEM(S) WHICH MEET DISAPPROVAL CRITERIA
1) ENVELOPE CONTAINING LETTER & TYPED MANUSCRIPT

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION
TYPED MANUSCRIPT CONTAIN NAMES OF MULTIPLE BGF MEMBERS AND A
DROP ADDRESS THROUGH WHICH SEVERAL BGF MEMBER CORRESPOND
CCR 3136 (A), 3023 (A) + 3006.

| DISPOSITION | SENDER INFORMATION | | |
|---|---|---|---|
| ☒ HELD PENDING INVESTIGATION/APPEAL | FIRST NAME HARVEY | MI C-48684    06-109 | LAST NAME |
| ☐ RETURNED TO SENDER _____ (At Inmate's Expense)    (Date) | ADDRESS (NUMBER AND STREET) | | |
| ☐ DESTROYED | CITY | STATE | ZIP CODE |
| *(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED). | I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE) | | DATE SIGNED |

## AUTHORITY TO DISALLOW (Must be completed in all cases)

| PRINTED NAME OF WARDEN'S DESIGNEE S.L. Kans | SIGNATURE OF WARDEN'S DESIGNEE | DATE SIGNED 12/14/03 | DATE FORWARDED TO INMATE |
|---|---|---|---|

## PUBLICATIONS SECTION (Complete for publication cases only)

| TITLE OF PUBLICATION (Include issue/date) | PUBLISHER | PAGE(S) WHICH MEET DISAPPROVAL CRITERIA |
|---|---|---|

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION




| DISPOSITION | DESIGNEE INFORMATION | | |
|---|---|---|---|
| ☐ HELD PENDING INVESTIGATION/APPEAL | FIRST NAME | MI | LAST NAME |
| ☐ DESTROYED | ADDRESS (NUMBER AND STREET) | | |
| ☐ RETURNED TO OUTSIDE DESIGNEE AT INMATE'S EXPENSE _____ (Date) | CITY | STATE | ZIP CODE |
| **(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED). | I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE) | | DATE SIGNED |

## AUTHORITY TO DISALLOW (Must be completed in all cases)

| FACILITY CAPTAIN'S PRINTED NAME | FACILITY CAPTAIN'S SIGNATURE | DATE SIGNED | DATE FORWARDED TO INMATE |
|---|---|---|---|

DISTRIBUTION:
ORIGINAL - MAILROOM
CANARY - INMATE
PINK - SENDER / DESIGNEE

* ALL APPEALS REGARDING MAIL/PACKAGES SHALL BE REFERRED TO THE WARDEN'S DESIGNATED STAFF

** ALL APPEALS REGARDING PUBLICATIONS SHALL BE REFERRED TO THE FACILITY CAPTAIN.

41

STATE OF CALIFORNIA
CDC 1819 (Rev. 6/98)

DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF DISAPPROVAL - MAIL/PACKAGES/PUBLICATIONS

| INMATE'S NAME HARVEY | CDC NUMBER C-48884 | D6-124 |

## MAIL / PACKAGES SECTION (Complete for mail or package cases only)

☒ INCOMING MAIL/PACKAGE          ☐ OUTGOING MAIL/PACKAGE

LIST ITEM(S) WHICH MEET DISAPPROVAL CRITERIA
- 1. THIRD MANUSCRIPT / ARTICLE TITLED THE NUBIAN TIMES"

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION
MATERIAL THROUGHOUT ARTICLE IS INFLAMMATORY AND RACIALLY
OFFENSIVE.    CCR 3006 (c) (1), 3006(c)(16)   3135

| DISPOSITION | SENDER INFORMATION | | |
|---|---|---|---|
| ☒ HELD PENDING INVESTIGATION/APPEAL | FIRST NAME PAUL MI S | | LAST NAME |
| ☐ RETURNED TO SENDER_____ (At Inmate's Expense)   (Date) | ADDRESS (NUMBER AND STREET) 710 BROADWAY | | |
| ☐ DESTROYED *(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED). | CITY LEMON GROVE | STATE CA | ZIP CODE 91945 |
| | I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE) | | DATE SIGNED |

| AUTHORITY TO DISALLOW (Must be completed in all cases) | | | |
|---|---|---|---|
| PRINTED NAME OF WARDEN'S DESIGNEE S L Kaus | SIGNATURE OF WARDEN'S DESIGNEE S L Kaus Capt | DATE SIGNED 1/12/04 | DATE FORWARDED TO INMATE |

## PUBLICATIONS SECTION (Complete for publication cases only)

| TITLE OF PUBLICATION (Include issue/date) | PUBLISHER | PAGE(S) WHICH MEET DISAPPROVAL CRITERIA |
|---|---|---|
| | | |

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION

| DISPOSITION | DESIGNEE INFORMATION | | |
|---|---|---|---|
| ☐ HELD PENDING INVESTIGATION/APPEAL | FIRST NAME | MI | LAST NAME |
| ☐ DESTROYED | ADDRESS (NUMBER AND STREET) | | |
| ☐ RETURNED TO OUTSIDE DESIGNEE AT INMATE'S EXPENSE _____ (Date) | CITY | STATE | ZIP CODE |
| **(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED). | I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE) | | DATE SIGNED |

| AUTHORITY TO DISALLOW (Must be completed in all cases) | | | |
|---|---|---|---|
| FACILITY CAPTAIN'S PRINTED NAME | FACILITY CAPTAIN'S SIGNATURE | DATE SIGNED | DATE FORWARDED TO INMATE |

DISTRIBUTION:
ORIGINAL - MAILROOM
CANARY - INMATE
PINK - SENDER / DESIGNEE

* ALL APPEALS REGARDING MAIL/PACKAGES SHALL BE REFERRED TO THE WARDEN'S DESIGNATED STAFF

** ALL APPEALS REGARDING PUBLICATIONS SHALL BE REFERRED TO THE FACILITY CAPTAIN.

38

Exhibit B-1

Ma. Preson
11-7-03
15
06-109
STATE OF CALIFORNIA
CDC 1819 (Rev. 6/58)
DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF DISAPPROVAL - MAIL/PACKAGES/PUBLICATIONS

| INMATE'S NAME | CDC NUMBER |
|---|---|
| Harvey | C48884 |

## MAIL / PACKAGES SECTION (Complete for mail or package cases only)

☑ INCOMING MAIL/PACKAGE          ☐ OUTGOING MAIL/PACKAGE

LIST ITEM(S) WHICH MEET DISAPPROVAL CRITERIA

3rd party letter-correspondence between inmates

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION

3139 (b). I/m do not have approval to correspond - Prison

Writing.com is distributing newsletter containing rules

for "university" members among B&F members and associates

| DISPOSITION | SENDER INFORMATION | | |
|---|---|---|---|
| ☐ HELD PENDING INVESTIGATION/APPEAL | FIRST NAME - Prisen   MI  Writing. Com   LAST NAME | | |
| ☐ RETURNED TO SENDER ____ (At Inmate's Expense)    (Date) | ADDRESS (NUMBER AND STREET) P.O. Box 750402 | | |
| ☐ DESTROYED *(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED). | CITY Petaluma   STATE CA   ZIP CODE 94975-0402 | | |
| | I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE) | | DATE SIGNED |

## AUTHORITY TO DISALLOW (Must be completed in all cases)

| PRINTED NAME OF WARDEN'S DESIGNEE   Smith | SIGNATURE OF WARDEN'S DESIGNEE | DATE SIGNED 11/4/03 | DATE FORWARDED TO INMATE 11-7-03 |
|---|---|---|---|

## PUBLICATIONS SECTION (Complete for publication cases only)

| TITLE OF PUBLICATION (Include issue/date) | PUBLISHER | PAGE(S) WHICH MEET DISAPPROVAL CRITERIA |
|---|---|---|
| | | |

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION
.. b. o~

| DISPOSITION | DESIGNEE INFORMATION | | |
|---|---|---|---|
| ☐ HELD PENDING INVESTIGATION/APPEAL | FIRST NAME    MI    LAST NAME | | |
| ☐ DESTROYED | ADDRESS (NUMBER AND STREET) | | |
| ☐ RETURNED TO OUTSIDE DESIGNEE AT INMATE'S EXPENSE ____ (Date) | CITY    STATE    ZIP CODE | | |
| **(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED). | I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE) | | DATE SIGNED |

## AUTHORITY TO DISALLOW (Must be completed in all cases)

| FACILITY CAPTAIN'S PRINTED NAME | FACILITY CAPTAIN'S SIGNATURE | DATE SIGNED | DATE FORWARDED TO INMATE |
|---|---|---|---|
| | | | |

DISTRIBUTION:
ORIGINAL - MAILROOM
CANARY - INMATE
PINK - SENDER / DESIGNEE

* ALL APPEALS REGARDING MAIL/PACKAGES SHALL BE REFERRED TO THE WARDEN'S DESIGNATED STAFF
** ALL APPEALS REGARDING PUBLICATIONS SHALL BE REFERRED TO THE FACILITY CAPTAIN.

29

STATE OF CALIFORNIA
CDC 1819 (Rev. 6/98)

DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF DISAPPROVAL - MAIL/PACKAGES/PUBLICATIONS

| INMATE'S NAME | CDC NUMBER |
|---|---|
| HARVEY | C-48884 |

## MAIL / PACKAGES SECTION (Complete for mail or package cases only)

[ ] INCOMING MAIL/PACKAGE          [X] OUTGOING MAIL/PACKAGE

LIST ITEM(S) WHICH MEET DISAPPROVAL CRITERIA

1 PAMPHLET w/ LETTER

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION

PAMPHLET RELEVANT TO NEW AFRICAN CRIMINOLOGY 101 &

GEORGE JACKSON UNIVERSITY FRONT ORGANIZATION FOR BHE

CCR 3023

| DISPOSITION | SENDER INFORMATION | | |
|---|---|---|---|
| | FIRST NAME | MI | LAST NAME |
| [X] HELD PENDING INVESTIGATION/APPEAL | J | HARVEY | |
| [ ] RETURNED TO SENDER ___ (At Inmate's Expense) (Date) | ADDRESS (NUMBER AND STREET) C 48884 | | C-48884 |
| [X] DESTROYED | CITY | STATE | ZIP CODE |
| *(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED). | I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE) | | DATE SIGNED |

### AUTHORITY TO DISALLOW (Must be completed in all cases)

| PRINTED NAME OF WARDEN'S DESIGNEE | SIGNATURE OF WARDEN'S DESIGNEE | DATE SIGNED | DATE FORWARDED TO INMATE |
|---|---|---|---|
| MD Max Lint | | 9/26/05 | 9-26-05 |

## PUBLICATIONS SECTION (Complete for publication cases only)

| TITLE OF PUBLICATION (Include issue/date) | PUBLISHER | PAGE(S) WHICH MEET DISAPPROVAL CRITERIA |
|---|---|---|
| | | |

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION

| DISPOSITION | DESIGNEE INFORMATION | | |
|---|---|---|---|
| | FIRST NAME | MI | LAST NAME |
| [ ] HELD PENDING INVESTIGATION/APPEAL | | | |
| [ ] DESTROYED | ADDRESS (NUMBER AND STREET) | | |
| [ ] RETURNED TO OUTSIDE DESIGNEE AT INMATE'S EXPENSE ___ (Date) | CITY | STATE | ZIP CODE |
| **(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED). | I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE) | | DATE SIGNED |

## AUTHORITY TO DISALLOW (Must be completed in all cases)

| FACILITY CAPTAIN'S PRINTED NAME | FACILITY CAPTAIN'S SIGNATURE | DATE SIGNED | DATE FORWARDED TO INMATE |
|---|---|---|---|
| | | | |

DISTRIBUTION:
ORIGINAL - MAILROOM
CANARY - INMATE
PINK - SENDER / DESIGNEE

* ALL APPEALS REGARDING MAIL/PACKAGES SHALL BE REFERRED TO THE WARDEN'S DESIGNATED STAFF

** ALL APPEALS REGARDING PUBLICATIONS SHALL BE REFERRED TO THE FACILITY CAPTAIN.

22

EXHIBIT A3

STATE OF CALIFORNIA
CDC 1819 (Rev. 6/98)

DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF DISAPPROVAL - MAIL/PACKAGES/PUBLICATIONS

INMATE'S NAME: HARVEY

CDC NUMBER: C-A3584

## MAIL / PACKAGES SECTION (Complete for mail or package cases only)

[ ] INCOMING MAIL/PACKAGE   [X] OUTGOING MAIL/PACKAGE

LIST ITEM(S) WHICH MEET DISAPPROVAL CRITERIA
1. ENVELOPE

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION
1. ENVELOPE CONTAINS "MARCUS GARVEY STUDY GROUP" PAMPHLET

THIS DOCUMENT CONTAINS THE NAMES OF SEVERAL RGF MEMBERS AND ASSOCIATES AND
ENCOURAGES RACIAL HATERED AND INMATE TO INMATE COMMUNICATION. CCR 3a23(a), 3151(a)-3006(c)(m)

### DISPOSITION

[X] HELD PENDING INVESTIGATION/APPEAL
[ ] RETURNED TO SENDER ____ (At Inmate's Expense) (Date)
[ ] DESTROYED
*(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED).

### SENDER INFORMATION

FIRST NAME: LINDSEY   MI:   LAST NAME: HERBERT
ADDRESS (NUMBER AND STREET): 660 BARROWS HALL MC2572
CITY: BERKELEY   STATE: CA   ZIP CODE: 94720-2572
I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE)   DATE SIGNED

### AUTHORITY TO DISALLOW (Must be completed in all cases)

PRINTED NAME OF WARDEN'S DESIGNEE: S. Kaus
SIGNATURE OF WARDEN'S DESIGNEE: S.H. Kaus
DATE SIGNED: 11/26/03   DATE FORWARDED TO INMATE: 11/26/03

## PUBLICATIONS SECTION (Complete for publication cases only)

TITLE OF PUBLICATION (Include issue/date):   PUBLISHER:   PAGE(S) WHICH MEET DISAPPROVAL CRITERIA

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION

### DISPOSITION

[ ] HELD PENDING INVESTIGATION/APPEAL
[ ] DESTROYED
[ ] RETURNED TO OUTSIDE DESIGNEE AT INMATE'S EXPENSE ____ (Date)
**(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED).

### DESIGNEE INFORMATION

FIRST NAME:   MI:   LAST NAME:
ADDRESS (NUMBER AND STREET):
CITY:   STATE:   ZIP CODE:
I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE)   DATE SIGNED

### AUTHORITY TO DISALLOW (Must be completed in all cases)

FACILITY CAPTAIN'S PRINTED NAME   FACILITY CAPTAIN'S SIGNATURE   DATE SIGNED   DATE FORWARDED TO INMATE

DISTRIBUTION:
ORIGINAL - MAILROOM
CANARY - INMATE
PINK - SENDER / DESIGNEE

* ALL APPEALS REGARDING MAIL/PACKAGES SHALL BE REFERRED TO THE WARDEN'S DESIGNATED STAFF
** ALL APPEALS REGARDING PUBLICATIONS SHALL BE REFERRED TO THE FACILITY CAPTAIN.

40

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS
CDC 1819 (Rev. 6/98)
**NOTIFICATION OF DISAPPROVAL - MAIL/PACKAGES/PUBLICATIONS**

| INMATE'S NAME | CDC NUMBER |
|---|---|
| Harvey, James | C48884 |

## MAIL / PACKAGES SECTION (Complete for mail or package cases only)

☐ INCOMING MAIL/PACKAGE          ☒ OUTGOING MAIL/PACKAGE

LIST ITEM(S) WHICH MEET DISAPPROVAL CRITERIA
Letter to Generation 5  with material (BF related) and Harvey's publications for sale.
DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION
3136(a), 3606(a)(16)(i6), 3024(a), 3023(a)

| DISPOSITION | SENDER INFORMATION | | |
|---|---|---|---|
| ☒ HELD PENDING INVESTIGATION/APPEAL | FIRST NAME: James | MI: Harvey  C48884 | LAST NAME |
| ☐ RETURNED TO SENDER _____ (At Inmate's Expense) (Date) | ADDRESS (NUMBER AND STREET): 0 | | |
| ☐ DESTROYED | CITY | STATE | ZIP CODE |
| *(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED). | I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE) | | DATE SIGNED |

### AUTHORITY TO DISALLOW (Must be completed in all cases)

| PRINTED NAME OF WARDEN'S DESIGNEE | SIGNATURE OF WARDEN'S DESIGNEE | DATE SIGNED | DATE FORWARDED TO INMATE |
|---|---|---|---|
| MND YAx Cast | MND | 8/17/05 | 8/18/05 |

## PUBLICATIONS SECTION (Complete for publication cases only)

| TITLE OF PUBLICATION (Include issue/date) | PUBLISHER | PAGE(S) WHICH MEET DISAPPROVAL CRITERIA |
|---|---|---|

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION

| DISPOSITION | DESIGNEE INFORMATION | | |
|---|---|---|---|
| ☐ HELD PENDING INVESTIGATION/APPEAL | FIRST NAME | MI | LAST NAME |
| ☐ DESTROYED | ADDRESS (NUMBER AND STREET) | | |
| ☐ RETURNED TO OUTSIDE DESIGNEE AT INMATE'S EXPENSE _____ (Date) | CITY | STATE | ZIP CODE |
| **(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED). | I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE) | | DATE SIGNED |

### AUTHORITY TO DISALLOW (Must be completed in all cases)

| FACILITY CAPTAIN'S PRINTED NAME | FACILITY CAPTAIN'S SIGNATURE | DATE SIGNED | DATE FORWARDED TO INMATE |
|---|---|---|---|

DISTRIBUTION:
ORIGINAL - MAILROOM          * ALL APPEALS REGARDING MAIL/PACKAGES SHALL BE REFERRED TO THE <u>WARDEN'S DESIGNATED STAFF</u>
CANARY - INMATE
PINK - SENDER / DESIGNEE     ** ALL APPEALS REGARDING PUBLICATIONS SHALL BE REFERRED TO THE <u>FACILITY CAPTAIN.</u>

U3

STATE OF CALIFORNIA
CDC 1819 (Rev. 6/98)

DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF DISAPPROVAL - MAIL/PACKAGES/PUBLICATIONS

| INMATE'S NAME | CDC NUMBER | |
|---|---|---|
| HARVEY | C-48884 | 06-109 |

## MAIL / PACKAGES SECTION (Complete for mail or package cases only)

☒ INCOMING MAIL/PACKAGE          ☐ OUTGOING MAIL/PACKAGE

1ST ITEM(S) WHICH MEET DISAPPROVAL CRITERIA

ONE ENVELOPE CONTAINING A TYPED LETTER/MANUSCRIPT

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION

1. LETTER/MANUSCRIPT IS PARTIALLY WRITTEN BY AN INMATE "SUNDIATA ACOLI."

2. LETTER/MANUSCRIPT CONTAINS RACIALLY OFFENSIVE/INFLAMATORY WRITINGS

CCR 3006 (C), 3139 (B), 3135 + 3136

| DISPOSITION | SENDER INFORMATION | | |
|---|---|---|---|
| ☒ HELD PENDING INVESTIGATION/APPEAL | FIRST NAME MI<br>DR. CHINOSOLE | | LAST NAME<br>+ .HFRSTM |
| ☐ RETURNED TO SENDER _____ (At Inmate's Expense)    (Date) | ADDRESS (NUMBER AND STREET)<br>102 HAMILTON    PLACE | APT #A | |
| ☐ DESTROYED | CITY                          STATE<br>OAKLAND              CA | | ZIP CODE<br>94612 |
| *(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED). | I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE) | | DATE SIGNED |

### AUTHORITY TO DISALLOW (Must be completed in all cases)

| PRINTED NAME OF WARDEN'S DESIGNEE | SIGNATURE OF WARDEN'S DESIGNEE | DATE SIGNED | DATE FORWARDED TO INMATE |
|---|---|---|---|
| S L Kays | ⟨signature⟩ | 12/25/06 | |

## PUBLICATIONS SECTION (Complete for publication cases only)

| TITLE OF PUBLICATION (Include issue/date) | PUBLISHER | PAGE(S) WHICH MEET DISAPPROVAL CRITERIA |
|---|---|---|
| | | |

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION

| DISPOSITION | DESIGNEE INFORMATION | | |
|---|---|---|---|
| ☐ HELD PENDING INVESTIGATION/APPEAL | FIRST NAME                      MI | | LAST NAME |
| ☐ DESTROYED | ADDRESS (NUMBER AND STREET) | | |
| ☐ RETURNED TO OUTSIDE DESIGNEE AT INMATE'S EXPENSE _____ (Date) | CITY                          STATE | | ZIP CODE |
| **(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED). | I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE) | | DATE SIGNED |

## AUTHORITY TO DISALLOW (Must be completed in all cases)

| FACILITY CAPTAIN'S PRINTED NAME | FACILITY CAPTAIN'S SIGNATURE | DATE SIGNED | DATE FORWARDED TO INMATE |
|---|---|---|---|
| | | | |

DISTRIBUTION:
ORIGINAL - MAILROOM
CANARY - INMATE
PINK - SENDER / DESIGNEE

* ALL APPEALS REGARDING MAIL/PACKAGES SHALL BE REFERRED TO THE WARDEN'S DESIGNATED STAFF

** ALL APPEALS REGARDING PUBLICATIONS SHALL BE REFERRED TO THE FACILITY CAPTAIN.

73

STATE OF CALIFORNIA
CDC 1819 (Rev. 6/98)

DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF DISAPPROVAL - MAIL/PACKAGES/PUBLICATIONS

INMATE'S NAME

J HARVEY

CDC NUMBER

C-44884

## MAIL / PACKAGES SECTION (Complete for mail or package cases only)

[ ] INCOMING MAIL/PACKAGE          [✓] OUTGOING MAIL/PACKAGE

LIST ITEM(S) WHICH MEET DISAPPROVAL CRITERIA

1 LETTER W/ ENCLOSER

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION

RELATING TO CRIMINOLOGY 101 A COMPONENT OF FLOLLE JACKION

UNIVERSITY AUTHORIZE TO BE WITHHELD BY DN SUPERIOR COURT

NCPB-04-5054    CCR 3023

| DISPOSITION | SENDER INFORMATION | | |
|---|---|---|---|
| [✓] HELD PENDING INVESTIGATION/APPEAL | FIRST NAME: J | MI: HARVEY | LAST NAME |
| [ ] RETURNED TO SENDER_____ (At Inmate's Expense)    (Date) | ADDRESS (NUMBER AND STREET): C YYYYY | 26-121 | |
| [ ] DESTROYED | CITY | STATE | ZIP CODE |
| *(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED). | I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE) | | DATE SIGNED |

## AUTHORITY TO DISALLOW (Must be completed in all cases)

| PRINTED NAME OF WARDEN'S DESIGNEE | SIGNATURE OF WARDEN'S DESIGNEE | DATE SIGNED | DATE FORWARDED TO INMATE |
|---|---|---|---|
| MV 4/4c | | 1/0 5 | 11-2-05 |

## PUBLICATIONS SECTION (Complete for publication cases only)

| TITLE OF PUBLICATION (Include issue/date) | PUBLISHER | PAGE(S) WHICH MEET DISAPPROVAL CRITERIA |
|---|---|---|
| | | |

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION

| DISPOSITION | DESIGNEE INFORMATION | | |
|---|---|---|---|
| [ ] HELD PENDING INVESTIGATION/APPEAL | FIRST NAME | MI | LAST NAME |
| [ ] DESTROYED | ADDRESS (NUMBER AND STREET) | | |
| [ ] RETURNED TO OUTSIDE DESIGNEE AT INMATE'S EXPENSE _____ (Date) | CITY | STATE | ZIP CODE |
| **(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED). | I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE) | | DATE SIGNED |

## AUTHORITY TO DISALLOW (Must be completed in all cases)

| FACILITY CAPTAIN'S PRINTED NAME | FACILITY CAPTAIN'S SIGNATURE | DATE SIGNED | DATE FORWARDED TO INMATE |
|---|---|---|---|
| | | | |

DISTRIBUTION:
ORIGINAL - MAILROOM
CANARY - INMATE
PINK - SENDER / DESIGNEE

* ALL APPEALS REGARDING MAIL/PACKAGES SHALL BE REFERRED TO THE <u>WARDEN'S DESIGNATED STAFF</u>

** ALL APPEALS REGARDING PUBLICATIONS SHALL BE REFERRED TO THE <u>FACILITY CAPTAIN</u>.

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS
CDC 1819 (Rev. 6/98)
# NOTIFICATION OF DISAPPROVAL - MAIL/PACKAGES/PUBLICATIONS

| INMATE'S NAME | CDC NUMBER |
|---|---|
| Harper | C48554 |

## MAIL / PACKAGES SECTION (Complete for mail or package cases only)

☑ INCOMING MAIL/PACKAGE            ☐ OUTGOING MAIL/PACKAGE

LIST ITEM(S) WHICH MEET DISAPPROVAL CRITERIA

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION

| DISPOSITION | SENDER INFORMATION | | |
|---|---|---|---|
| ☐ HELD PENDING INVESTIGATION/APPEAL | FIRST NAME | MI | LAST NAME |
| ☐ RETURNED TO SENDER____ (At Inmate's Expense) (Date) | ADDRESS (NUMBER AND STREET) | | |
| ☐ DESTROYED | CITY          STATE | | ZIP CODE |
| *(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED). | I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE) | | DATE SIGNED |

| AUTHORITY TO DISALLOW (Must be completed in all cases) | | | |
|---|---|---|---|
| PRINTED NAME OF WARDEN'S DESIGNEE | SIGNATURE OF WARDEN'S DESIGNEE | DATE SIGNED | DATE FORWARDED TO INMATE |

## PUBLICATIONS SECTION (Complete for publication cases only)

| TITLE OF PUBLICATION (Include issue/date) | PUBLISHER This Mind et | PAGE(S) WHICH MEET DISAPPROVAL CRITERIA |
|---|---|---|
| RIU  V7 #9 | Rah og Angela | all |

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION
3006 (c)(1) elan matter of a character tending to incite to Riot or violence

| DISPOSITION | DESIGNEE INFORMATION | | |
|---|---|---|---|
| ☐ HELD PENDING INVESTIGATION/APPEAL | FIRST NAME | MI | LAST NAME |
| ☐ DESTROYED | ADDRESS (NUMBER AND STREET) | | |
| ☐ RETURNED TO OUTSIDE DESIGNEE AT INMATE'S EXPENSE ____ (Date) | CITY          STATE | | ZIP CODE |
| **(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED). | I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE) | | DATE SIGNED |

| AUTHORITY TO DISALLOW (Must be completed in all cases) | | | |
|---|---|---|---|
| FACILITY CAPTAIN'S PRINTED NAME | FACILITY CAPTAIN'S SIGNATURE | DATE SIGNED | DATE FORWARDED TO INMATE |
| J. B. Williams | J. B. Williams | | 7-19-01 |

DISTRIBUTION:
ORIGINAL - MAILROOM         * ALL APPEALS REGARDING MAIL/PACKAGES SHALL BE REFERRED TO THE WARDEN'S DESIGNATED STAFF
CANARY - INMATE
PINK - SENDER / DESIGNEE     ** ALL APPEALS REGARDING PUBLICATIONS SHALL BE REFERRED TO THE FACILITY CAPTAIN.

15

Exhibit B   D6-109

SHU IGI   3.
STATE OF CALIFORNIA   DEPARTMENT OF CORRECTIONS
CDC 1819 (Rev. 6/98)

## NOTIFICATION OF DISAPPROVAL - MAIL/PACKAGES/PUBLICATIONS

| INMATE'S NAME | CDC NUMBER |
|---|---|
| HARVEY | C 48884 |

## MAIL / PACKAGES SECTION (Complete for mail or package cases only)

☑ INCOMING MAIL/PACKAGE      ☐ OUTGOING MAIL/PACKAGE

LIST ITEM(S) WHICH MEET DISAPPROVAL CRITERIA
1 - ENVELOPE

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION
1 - ENVELOPE WITH TRANSCRIPTS. BLACK GUERRILLA
FAMILY (BGF) GANG RELATED MATERIAL.
CCR 3023(a), CCR 3136(a), CCR 3006(c)(16)

| DISPOSITION | SENDER INFORMATION | |
|---|---|---|
| ☑ HELD PENDING INVESTIGATION/APPEAL | FIRST NAME  NABSIOS AFRICAN-AMERICAN  MI  LAST NAME  PRISON MIN. | |
| ☐ RETURNED TO SENDER (At Inmate's Expense)  (Date) | ADDRESS (NUMBER AND STREET)  1000 W. CENTURY BLVD #254 | |
| ☐ DESTROYED | CITY  LOS ANGELES  STATE  CA.  ZIP CODE  90844 | |
| *(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED). | I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE)  DATE SIGNED | |

## AUTHORITY TO DISALLOW (Must be completed in all cases)

| PRINTED NAME OF WARDEN'S DESIGNEE | SIGNATURE OF WARDEN'S DESIGNEE | DATE SIGNED | DATE FORWARDED TO INMATE |
|---|---|---|---|
| WD 4/Ax | WD Ax Capt'n | 11/6/03 | 11-6-03 |

## PUBLICATIONS SECTION (Complete for publication cases only)

| TITLE OF PUBLICATION (Include issue/date) | PUBLISHER | PAGE(S) WHICH MEET DISAPPROVAL CRITERIA |
|---|---|---|

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION

| DISPOSITION | DESIGNEE INFORMATION | |
|---|---|---|
| ☐ HELD PENDING INVESTIGATION/APPEAL | FIRST NAME  MI  LAST NAME | |
| ☐ DESTROYED | ADDRESS (NUMBER AND STREET) | |
| ☐ RETURNED TO OUTSIDE DESIGNEE AT INMATE'S EXPENSE  (Date) | CITY  STATE  ZIP CODE | |
| **(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED). | I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE)  DATE SIGNED | |

## AUTHORITY TO DISALLOW (Must be completed in all cases)

| FACILITY CAPTAIN'S PRINTED NAME | FACILITY CAPTAIN'S SIGNATURE | DATE SIGNED | DATE FORWARDED TO INMATE |
|---|---|---|---|

DISTRIBUTION:
ORIGINAL - MAILROOM
CANARY - INMATE
PINK - SENDER / DESIGNEE

* ALL APPEALS REGARDING MAIL/PACKAGES SHALL BE REFERRED TO THE WARDEN'S DESIGNATED STAFF

** ALL APPEALS REGARDING PUBLICATIONS SHALL BE REFERRED TO THE FACILITY CAPTAIN.

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS
CDC 1819 (Rev. 6/98)
## NOTIFICATION OF DISAPPROVAL - MAIL/PACKAGES/PUBLICATIONS

| INMATE'S NAME | CDC NUMBER |
|---|---|
| I   HARVEY | C - 48884 |

## MAIL / PACKAGES SECTION (Complete for mail or package cases only)

   ☐ INCOMING MAIL/PACKAGE       ☑ OUTGOING MAIL/PACKAGE

LIST ITEM(S) WHICH MEET DISAPPROVAL CRITERIA

1  letter

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION

PROMOTING   UNDERGROUND ARMY STRUGGLE/RESISTANCE

NEW AFRIKAN REVOLUTIONARY NATIONALIST (PRISONER/COLLECTIVE)

NARN is DLR INITIATED   CCR 2022   3136   3005C1

| DISPOSITION | SENDER INFORMATION | | |
|---|---|---|---|
| ☑ HELD PENDING INVESTIGATION/APPEAL | FIRST NAME JAMES | MI HARVEY | LAST NAME C48884 |
| ☐ RETURNED TO SENDER (At Inmate's Expense) (Date) ☐ DESTROYED | ADDRESS (NUMBER AND STREET) TO KERN DERRICH | | % CR |
| | CITY | STATE | ZIP CODE |
| *(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED). | 1904  FRANKLIN   ST   SUITE   504   OAKLAND CA | | |
| | I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE) | | DATE SIGNED |

## AUTHORITY TO DISALLOW (Must be completed in all cases)

| PRINTED NAME OF WARDEN'S DESIGNEE | SIGNATURE OF WARDEN'S DESIGNEE | DATE SIGNED | DATE FORWARDED TO INMATE |
|---|---|---|---|
| MDA Axcuit | | 12/19/05 | 12-20-05 |

## PUBLICATIONS SECTION (Complete for publication cases only)

| TITLE OF PUBLICATION (Include issue/date) | PUBLISHER | PAGE(S) WHICH MEET DISAPPROVAL CRITERIA |
|---|---|---|
| | | |

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION

| DISPOSITION | DESIGNEE INFORMATION | | |
|---|---|---|---|
| ☐ HELD PENDING INVESTIGATION/APPEAL | FIRST NAME | MI | LAST NAME |
| ☐ DESTROYED | ADDRESS (NUMBER AND STREET) | | |
| ☐ RETURNED TO OUTSIDE DESIGNEE AT INMATE'S EXPENSE _____ (Date) | CITY | STATE | ZIP CODE |
| **(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED). | I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE) | | DATE SIGNED |

## AUTHORITY TO DISALLOW (Must be completed in all cases)

| FACILITY CAPTAIN'S PRINTED NAME | FACILITY CAPTAIN'S SIGNATURE | DATE SIGNED | DATE FORWARDED TO INMATE |
|---|---|---|---|
| | | | |

DISTRIBUTION:
ORIGINAL - MAILROOM
CANARY - INMATE
PINK - SENDER / DESIGNEE

* ALL APPEALS REGARDING MAIL/PACKAGES SHALL BE REFERRED TO THE WARDEN'S DESIGNATED STAFF

** ALL APPEALS REGARDING PUBLICATIONS SHALL BE REFERRED TO THE FACILITY CAPTAIN.

STATE OF CALIFORNIA
CDC 1819 (Rev. 6/98)

DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF DISAPPROVAL - MAIL/PACKAGES/PUBLICATIONS

| INMATE'S NAME | CDC NUMBER |
|---|---|
| | |

# MAIL / PACKAGES SECTION (Complete for mail or package cases only)

| ☑ INCOMING MAIL/PACKAGE | ☐ OUTGOING MAIL/PACKAGE |
|---|---|

LIST ITEM(S) WHICH MEET DISAPPROVAL CRITERIA

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION

| DISPOSITION | SENDER INFORMATION | | |
|---|---|---|---|
| ☐ HELD PENDING INVESTIGATION/APPEAL | FIRST NAME | MI | LAST NAME |
| ☐ RETURNED TO SENDER_____ (At Inmate's Expense)    (Date) | ADDRESS (NUMBER AND STREET) | | |
| ☐ DESTROYED | CITY | STATE | ZIP CODE |
| *(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED). | I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE) | | DATE SIGNED |

| AUTHORITY TO DISALLOW (Must be completed in all cases) | | | |
|---|---|---|---|
| PRINTED NAME OF WARDEN'S DESIGNEE | SIGNATURE OF WARDEN'S DESIGNEE | DATE SIGNED | DATE FORWARDED TO INMATE |

# PUBLICATIONS SECTION (Complete for publication cases only)

| TITLE OF PUBLICATION (Include issue/date) | PUBLISHER | PAGE(S) WHICH MEET DISAPPROVAL CRITERIA |
|---|---|---|

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION

| DISPOSITION | DESIGNEE INFORMATION | | |
|---|---|---|---|
| ☐ HELD PENDING INVESTIGATION/APPEAL | FIRST NAME | MI | LAST NAME |
| ☐ DESTROYED | ADDRESS (NUMBER AND STREET) | | |
| ☐ RETURNED TO OUTSIDE DESIGNEE AT INMATE'S EXPENSE _____ (Date) | CITY | STATE | ZIP CODE |
| **(INMATE HAS FIFTEEN (15) DAYS, AFTER NOTIFICATION OF DISAPPROVAL HAS BEEN FORWARDED, TO LET STAFF KNOW THE CHOICE OF DISPOSAL, OTHERWISE MATERIAL WILL BE DESTROYED). | I ACKNOWLEDGE RECEIPT OF THIS NOTIFICATION: (INMATE'S SIGNATURE) | | DATE SIGNED |

# AUTHORITY TO DISALLOW (Must be completed in all cases)

| FACILITY CAPTAIN'S PRINTED NAME | FACILITY CAPTAIN'S SIGNATURE | DATE SIGNED | DATE FORWARDED TO INMATE |
|---|---|---|---|

DISTRIBUTION:
ORIGINAL - MAILROOM
CANARY - INMATE
PINK - SENDER / DESIGNEE

* ALL APPEALS REGARDING MAIL/PACKAGES SHALL BE REFERRED TO THE WARDEN'S DESIGNATED STAFF

** ALL APPEALS REGARDING PUBLICATIONS SHALL BE REFERRED TO THE FACILITY CAPTAIN.

To: Inmate _HARVEY_ CDC# _C-48884_ Housing _D 10/2/L_
From: Pelican Bay State Prison Mailroom

PUBLICATION RESTRICTIONS

In accordance with Administrative Bulletin (AB) 95/01, PBSP
must establish necessary procedures specifically regarding
publication restriction. This is based on the passage of
Senate Bill 1260, Chapter 555, Statutes of 1994.

The passage of Senate Bill 1260 (Presley) results in changes
to the Penal Code (PC), Section 2600, which states that
restrictions of inmate rights must be reasonably related to
legitimate penological interests. PC Section 2601 was
amended to be far more restrictive of what publications can
be allowed in Correctional Facilities throughout California.
Publications received at PBSP that are deemed to meet the
criteria as outlined in AB 95/01 will be forwarded to a
Program Administrator or Correctional Captain for review and
disposition. Publications are reproduced, handwritten,
typed/printed, and/or pictorial materials including books,
periodicals, newspapers and pamphlets. Such items which are
deemed to meet the criteria outlined in AB 95/01 will be
considered contraband.

For your information copies of AB 95/01 are available in the
Facility Libraries for your review.

This notice is to advise you that the publication listed
below was received at the PBSP mailroom and has been sent to
the appropriate area for review and disposition.
MIM NOTES                          10/1/96   #123

_MIM NOTES_                        _10/15/96  #124_
Title of Publication               Date of Issue


PBSP Mailroom Staff

*EXHIBIT C*

STATE OF CALIFORNIA
CDC-1819 (12/94)

DEPARTMENT OF CORRECTIONS

# NOTIFICATION OF DISAPPROVAL-PUBLICATIONS

D 10 / 216

| INMATE'S NAME | CDC NUMBER |
|---|---|
| HARVEY | C-48884 |

TITLE OF PUBLICATION (INCLUDE ISSUE/DATE)    PUBLISHER
MIM NOTES    10/1/96    # 123
MIM NOTES    10/15/96    # 124    MIM NOTES

PAGE(S) WHICH MEET DISAPPROVAL CRITERIA
MIM NOTES  10/1/96  # 123    2, 10, 11
MIM NOTES  10/15/96  # 124   2, 10, 11

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR; TITLE 15 SECTION A 3 3511

Inciting murder, arson, riot; or any form of violence or physical

harm to any person, or any ethnic, gender, racial,

religious, or other group.

Material soliciting a response from an inmate.

| PROGRAM ADMINISTRATOR'S (OR ABOVE) SIGNATURE | DATE FORWARDED TO INMATE 2-11-97 |
|---|---|
| P.W. Sullivan, Cap't | 2-6-97 |

INMATE'S CHOICE OF DISPOSAL:

☐ DESTROYED

☐ RETURN TO OUTSIDE DESIGNEE AT
  INMATE'S EXPENSE*

**DESIGNEE INFORMATION**

| FIRST NAME | MI | LAST NAME |
|---|---|---|

| ADDRESS (NUMBER AND STREET) | | |
|---|---|---|

| CITY | STATE | ZIP CODE |
|---|---|---|

* INMATE HAS FIFTEEN (15) DAYS, AFTER
NOTIFICATION OF DISAPPROVAL HAS BEEN
FORWARDED, TO LET STAFF KNOW THE CHOICE
OF DISPOSAL; OTHERWISE MATERIAL WILL BE
DESTROYED.

| INMATE'S SIGNATURE | |
|---|---|

DISTRIBUTION:
White - Mailroom
Canary - Inmate
Pink - Sender
Goldenrod - Institution Services Unit/Headquarters

To: Inmate Shakur  CDC# C48884  Housing D 8-217
From: Pelican Bay State Prison Mailroom

PUBLICATION RESTRICTIONS

In accordance with Administrative Bulletin (AB) 95/01, PBSP must establish necessary procedures specifically regarding publication restriction. This is based on the passage of Senate Bill 1260, Chapter 555, Statutes of 1994.

The passage of Senate Bill 1260 (Presley) results in changes to the Penal Code (PC), Section 2600, which states that restrictions of inmate rights must be reasonably related to legitimate penological interests. PC Section 2601 was amended to be far more restrictive of what publications can be allowed in Correctional Facilities throughout California. Publications received at PBSP that are deemed to meet the criteria as outlined in AB 95/01 will be forwarded to a Program Administrator or Correctional Captain for review and disposition. Publications are reproduced, handwritten, typed/printed, and/or pictorial materials including books, periodicals, newspapers and pamphlets. Such items which are deemed to meet the criteria outlined in AB 95/01 will be considered contraband.

For your information copies of AB 95/01 are available in the Facility Libraries for your review.

This notice is to advise you that the publication listed below was received at the PBSP mailroom and has been sent to the appropriate area for review and disposition.

The Blast
--------------------
Title of Publication

3/4  1995  #5
--------------------
Date of Issue

J. Uuue
--------------------
PBSP Mailroom Staff

To: Inmate SHAKUR CDC# C48884 Housing D 8- 217
From: Pelican Bay State Prison Mailroom

PUBLICATION RESTRICTIONS

In accordance with Administrative Bulletin (AB) 95/01, PBSP
must establish necessary procedures specifically regarding
publication restriction. This is based on the passage of
Senate Bill 1260, Chapter 555, Statutes of 1994.

The passage of Senate Bill 1260 (Presley) results in changes
to the Penal Code (PC), Section 2600, which states that
restrictions of inmate rights must be reasonably related to
legitimate penological interests. PC Section 2601 was
amended to be far more restrictive of what publications can
be allowed in Correctional Facilities throughout California.
Publications received at PBSP that are deemed to meet the
criteria as outlined in AB 95/01 will be forwarded to a
Program Administrator or Correctional Captain for review and
disposition. Publications are reproduced, handwritten,
typed/printed, and/or pictorial materials including books,
periodicals, newspapers and pamphlets. Such items which are
deemed to meet the criteria outlined in AB 95/01 will be
considered contraband.

For your information copies of AB 95/01 are available in the
Facility Libraries for your review.

This notice is to advise you that the publication listed
below was received at the PBSP mailroom and has been sent to
the appropriate area for review and disposition.

(LANSING COMMUNITY)
Active Transformation  COLLEGE  IS#5  SPRING 95
Title of Publication                    Date of Issue

PBSP Mailroom Staff

HARVEY

To: Inmate Shakur CDC# C48884 Housing D8-217
From: Pelican Bay State Prison Mailroom

PUBLICATION RESTRICTIONS

In accordance with Administrative Bulletin (AB) 95/01, PBSP
must establish necessary procedures specifically regarding
publication restriction. This is based on the passage of
Senate Bill 1260, Chapter 555, Statutes of 1994.

The passage of Senate Bill 1260 (Presley) results in changes
to the Penal Code (PC), Section 2600, which states that
restrictions of inmate rights must be reasonably related to
legitimate penological interests. PC Section 2601 was
amended to be far more restrictive of what publications can
be allowed in Correctional Facilities throughout California.
Publications received at PBSP that are deemed to meet the
criteria as outlined in AB 95/01 will be forwarded to a
Program Administrator or Correctional Captain for review and
disposition. Publications are reproduced, handwritten,
typed/printed, and/or pictorial materials including books,
periodicals, newspapers and pamphlets. Such items which are
deemed to meet the criteria outlined in AB 95/01 will be
considered contraband.

For your information copies of AB 95/01 are available in the
Facility Libraries for your review.

This notice is to advise you that the publication listed
below was received at the PBSP mailroom and has been sent to
the appropriate area for review and disposition.
The Black Panther

Black Community News Service    2/91
Title of Publication    (newsletter +    Date of Issue
                         shortnote enclosed )

PBSP Mailroom Staff

MAY 1 9 1995

# EXHibit GJu

<u>18 Pgs:</u> The following pages pertains To The development process of
The George Jackson University

11/12/03 2:26:10 PM

Dear Abdul O. Shakur :
(s/n J. Harvey)

How are you doing? I hope that this letter finds you in a peaceful state and that you know I have been thinking of you a lot lately.

In your last letter you told me that they are trying to prevent you from taking part in the George Jackson University by falsely accusing you of corresponding with other so called gang persons and that your mail has been delayed and kept from you for prolonged periods of time, such as 30 or more days before being delivered.  This is horrible and I have spoken with the GJU and they not only want to work with you but they feel the Literacy of the other prisoners is the most important thing.  They also value your insight, so please don't let any delay or perceived delay in communication deter you from this truth my Brother.  I am going to forward this letter I am writing to several people to shed some light on the situation and get some help with your situation.  I will give you the address of the Prison Law Center so that you may directly correspond with them for they have been working to bring justice to Pelican Bay for 10 or more years now.

- Prison Law Office
  General Delivery
  San Quentin, CA 92964
  Attn:  Steve Fama

As well, I wanted you to know that I have not forgotten about you, nor will I ever forget about you Abdul O, I have been working on things to improve my situation.  This never means that I have to not write to you, but charge it to my head, not my heart and so forgive my long absence in letter writing to you.

As I stated, I spoke with Ali and they are busy with things and things are moving along.  I hope that you are encouraged by this and I want you to continue with your beliefs that LITERACY IS PARAMOUNT to the IMPROVEMENT OF THE LIVES OF ALL PRISONERS and continue to work towards the GJU becoming a reality, commonly accepted and valued for the good it will do.  For we will not imagine a life without literacy, this is the imbalance and hopelessness that stagnates too many hearts and minds as it is.

Be encouraged Abdul and know that all will be well.  I am sending this letter out to you this afternoon as well a copy to the Prison Law Office and some others of importance so that we can turn around this lapse in your mail and the unjust targeting of you for your assistance with the George Jackson University.

Please write me as soon as you receive this letter and I will keep a record of how long it took you to receive it as well as how long to get back to me.  I also wanted you to know that I received your manuscript from Prisonwriting and appreciate your creation of this.  I will also send copies of my correspondence to them as well so we may keep in the loop about how you are being mishandled and mistreated.

Stay Strong and keep on keeping on Abdul and I will write soon and am also sending some white paper (40 sheets) and pre-stamped white envelopes (10) for you.  I now send my sincerest encouragement, camaraderie and truth in light to you at this time my Brother.

Love, Peace and Blessings from this Sister
Leilani L. Donaldson
Take care

11/12/2003

Copy:  Prison Law Office; Prisonwriting.com, GJU, Others

# -Content-

*Preface*

X *Marcus Garvey Study Group Mission Statement*

X *Marcus Garvey Study Group Support Network Preamble*

X *New Afrikan Scholar Publishing Network*

X *The George Jackson Trust Fund: Financial Administrative Department*

X *The George Jackson University Sponsorship Program*

X *The George Jackson University Administrative Rule Manual*

X *The Marcus Garvey Study Group Protocol Manual*

X *George Jackson University Enrollment Application*

X *George Jackson University Bulletin issue No 1*

X *New Afrikan Creed*

X *George Jackson University Jurisdiction Districts*

X *Marcus Garvey Study Group Registration Form*

**Note**: Everyone of the above documents were confiscated by IGI /ISU
between 2003 and 2005



*UNIVERSITH OF THE MIND*

The "University of the Mind" is a vison of bonding with male, and female inmates, with the unique ability to strategically analyze the problem of functional illiteracy afflicting Black inmates throughout the Prison Industrial Complex. Then formalizing a plan to systematically begin the arduous task of eliminating, what is a damaging albatross around the neck of Black America.

We know the state and federal prison systems are not likely to move against this affliction, because, it is not financially profitable. We also are aware of the inability of churches, and social organizations to address this issue, for reasons known only to them and their god.

Which brings us full circle right back where it all started, US. You behind prison walls, and the National Association of Brothers and Sisters In & Out (NABSIO), willing to take on a problems no other group has shown the courage to attack.

The ancient ancestors of the Black American had it in their minds to build the first known civilization, then they put what was in their minds into action. The evidence is there for the entire world to see. Even those with evil thoughts inside their small brains, cannot change the fact, it was the ancestors of the American Black man, that gave these wonders to mankind.

Now, here we are in year 2003, with some number over a million descendants of slaves, trapped inside of a vicious bubble of incarceration, with a system that appears unwilling to render any assistance to escape this evil entrapment.

It is important to understand the "University of the Mind," views all prisons that are warehousing large numbers of Black inmates in America, as potential universities. Making it possible to reach, and teach many brothers and sisters behind these walls, that truly need our strength and wisdom. Thus, we need brothers and sisters that are willing to take on the role of teachers, to help our people behind the walls of America's prisons.

First, to analyze each prison complex where our people are located, to determine the feasibility of reaching the majority of Black inmates, suffering the affliction of functional illiteracy. That we understand holds our brothers, and sisters in a mental state of incarceration far more harmful, and destructive than physical bondage.



# National Association of Brothers And Sisters In & Out
## (NABSIO)
### Nathaniel Perkins-Ali, *Director*
*1000 West Century Blvd., #254, Los Angeles, California 90044*

**January 4, 2003**

Abdul Olugbala Shakur
s/n James Harvey
D-6-109/C-48884 (SHU)
P. O. Box 7500
Crescent City, CA 95532

**Dear Brother Shakur,**

Thank you for your very informative letter that we received on the 5th of September. This letter is not a reply to that letter, I am coming to you from another direction. Hoping you can feel my passion in this request for your involvement.

Please let the brothers there with you know, NABSIO is their voice on the outside. This is their University grounds. And will continue to be for as long as I live.

Brother Shakur, what you may not know is that NABSIO got its start for two primary reasons. The first being functional illiteracy, and the more genocidal cultural illiteracy. As you know NABSIO have a plan in operation that address cultural illiteracy. Not so with functional illiteracy.

Thus, I give you my thinking to move us forward in this area, and seek your help.

Step 1.   Create the mind-set that will accept our new way of thinking that gives us "NABSIO UNIVERSITY of the MIND."

Step 2.   Recruit a "Council of Scholars" from among those behind prison walls. (You are among the top male inmates on my list.)

Step 3.   Please analyze functional illiteracy behind the walls where you are located. For example, those that cannot read, or write. And also, the other categories that you can think of.

Step 4.   If you agree, that we can put a plan into operation to attack functional illiteracy, then we must get busy. If you disagree, please tell us why.

Step 5.   I realize it's preaching to the choir when I say this, Still, I need to tell you, "My Creator has placed upon my heart to be an activist for our people, for the rest of my life."

Note: Your means - in letter will return one Dr. request for my involvement.

2.

Step 6.    Thus, when we say, "Let Every Prison become a Univer-
sity and every Prison cell a Classroom for African-
American Studies," this is where we stand.

Get back to me with your input in this area, when you can find
the space in your busy schedule. Take care!

Your brother in the struggle,

Dr. Donald R. Evans, Sr.
NABSIO UNIVERSITY of the MIND




# National Association of Brothers And Sisters In & Out
## (NABSIO)
### Nathaniel Perkins-Ali, *Director*
*1000 West Century Blvd., #254, Los Angeles, California 90044*

January 11, 2003

Abdul Shakur-C-48884
s/n James Harvey
D-6-109 (SHU)
P. O. Box 7500
Crescent City, CA 95532

Dear Brother Shakur,

It is in my African mind to wish you well, with health in great blessfull waves from our Creator, each day of your awakening to send your mind forward to do battle with the evil that seeks to harm Black people.

Brother Ali, is busy getting the third edition of the Cutting Edge ready to go to the printer. He will address your letter at a later time. For now, I wanted to follow-up on the letter I sent in your direction, January 4, 2003.

First, let me tell you a little about myself. I have a military background of 26 years Air Force retired. Postal worker for 21 years into retirement. Father of 6 Children, all adults at the writing of this letter. Twelve grand children, and nine great grand children. As of this past NOvember I am 75 years old.

This may be preaching to the choir when I say this, still, I need to tell you, "My Creator knows my heart, knows that I accept the role of activist given to me with great blessings, and a heart with no fear of what evil my befall me, as long as it's in service to our people."

This NABSIO vision came to me after having talked with a brother that had just been realeased from Corcoran State Prison. Once he related to me how he, and a number of brothers who were still locked down at Corcoran, wanted to study the true history of the Black man, but, had no support. I was pissed then, and I am still pissed.

It's all that I can do at times to control my anger. However, as I stated in my previous letter, functional illiteracy, genocidal cultural illiteracy are twin evils with racism and white supremacy.

After being introduced to brother Ali, some twelve years ago, this vision that was in my mind, has been serving our people. The first thin I did after getting an address from the young brother released from Corcoran, then we started writing letters behind the walls of that prison. That is where our Afrocentric program was born. NABSIO to this day have no members. However, we do have many inmate/students who we serve. NABSIO is not a vision about religion, it's about education, Afrocentric education.

2.

In order to create a new program that will work to help our brothers, and in some cases our sisters, we need a "Council of Scholars" from among you brothers behind the walls of America's prisons. I have not spent one day being incarcerated behind any prison walls. I'm a man, a Black man who only fear God. What if anything we can do, will have to come from those of you that live day in, and day out, right on the same location where the problem exist. If those of you inside will not make it possible for us to help, from outside, then this problem will continue to kill our people as we look on from the sideline.

The Director of NABSIO'S Education Department is still locked down at Corcoran State Prison. We have related to each other for the past eleven years, with much love and respect.

I will do all that is in my power to get our brothers in gangs to see how wrong it is to stand against each other. While the rest of the world is against all Black people. It is genocidal on the part of Black gangs behind prison walls, just as it is in the streets to war among ourselves. When we know the police, to the kkk are all against Black people.

If we continue to fail to education those behind prison walls, we will continue to see death wear a smile each time a Black person is killed at the hand of another Black person, the police, or the kkk.

If we can devise a plan to combat functional illiteracy behind prison walls, with the information put forth by you brothers, and sisters who are the Scholars, we will indeed honor each other.

January 15, 2003

Brother Shakur,

Sorry for the delay in completing this letter. However, in my life these things happen, which causes me to have to go other places in order to help some other person.  Still, our people are dying all around us as we continue to reach behind prison bars, seeking the help of our people whom we know have the knowledge, locked down with them behind bars. I stand with you in the positive things you are involved with to educate our people.

In order to get this letter in your hands so that you will have a better idea who I am, and what we are trying to accomplish. Get back to me as soon as possible, if we are on the same page, or if we are close to being on the same page.

Hotep,

Dr. Donald R. Evans, Sr.
NABSIO/CUTTING EDGE NEWS PUB.

# THE CUTTING EDGE NEWS

**1000 W. Century Blvd. #254**
**Los Angeles, CA. 90044**
**(323) 755-6024**
**(323) 754-1506  Fax**

**A Division of the National Association of Brothers and Sisters In & Out (NABSIO)**
**Non-profit tax ID# 95-4401682**

May 21, 2003

To: **Abdul O. Shakur s/n  James Harvey**
**C-48884/D-6-109 (SHU)**
**P.O. Box 7500**
**Crescent City, CA. 95532**

**Salaamu Ndugu:**

This will acknowledge receipt of the package you sent, regarding the study guide. I am currently going through it to make the corrections you said are needed. I talked to Sis. Dorothy Fardan the other day and informed her that I would be forwarding her a copy of the manuscript to her when the correction process is complete. She will be receiving one within the week after this writing.

I must say Ndugu, much respect to the amount of effort you have put into this work. Truly, Allah has been working through you toward this end. This hook-up is prophetically timely. I know you must be wondering why I keep alluding to this, and I think if you knew the kind of projects I am involved with and the book I wrote in 1994 that never got published, you would understand why I am in this spirit.

The timeliness of your manuscript is of such magnitude, that this is the beginning of balancing the collective psyche of the people for the next millennium. What we are doing today will definitely influence the mindset of future generations. This field is just the beginning. There are many seminars and workshops talking about the same thing you are writing about, only Euro-centrically based. Especially in the area of self-esteem. Anyhow, have to go, but in the words of Sis. Mollie Bell, "The Struggle continues, and always to God be the Glory." Next time I will write more extensively, but time is moving fast.

**Your Brother in Truth,**

_Be specific about what should be mailed to MGSG and what should be mailed to B.O.S._

**Nathaniel Rashad Ali;**
**Director/Editor in Chief**

_P.S. These Brothas have sent their applications in. B. Williamson, J. Williamson, Phillip Stroud, Ruben Williams,_

_Enjoy the Cutting Edge_

COPY

$b$

# THE CUTTING EDGE NEWS

1000 W. Century Blvd. #254
Los Angeles, CA. 90044
(323) 755-6024
(323) 754-1506 Fax

A Division of the National Association of Brothers and Sisters In & Out (NABSIO)

May 29, 2003

To: Abdul O. Shakur
s/n James Harvey
C-48884/D 6-109 (SHU)
P.O. Box 7500
Crescent City, CA. 95532

Salaamu, Ndugu,

I am acknowledging receipt fo your last missive. Dr. Evans and I can see your direction a little clearer with this one. I truly admire your courage my brotha. Your warrior spirit is clearly a Godsend. We are heading into the times prophesied. Nevertheless, remaining defiant and ever vigilant. I pray Allah that this missive finds you in good health and righteous spirit.

We are encouraged about the future of the George Jackson University and I have completed the necessary corrections to the manuscript and will be forwarding those corrections to Judith and Rafael. I do hope this issue meet with your approval. A labor of love if you will. Still, alot more has to be done. We are very close to solidifying a larger facility to accomodate our plans. This one-room operation we have now will not suffice.

Be that as it is, our quest to find an amicable solution to the illiteracy problem is the only stumbling block that we are faced with. How do we reach those in need? I suppose that is a rethorical question however, I do want an answer. In any event, Dr. Evans asked that I send you these copies of what he is going to send to this list of people, once you confirm that this is what you were talking about mailing. Packages are waiting to be mailed. Also, pass the word that anyone wishing to receive a copy of the Cutting Edge News, they need only send three first class stamps to get one.

Holler back!

Your Brotha in Truth,

Nathaniel Rashad Ali, Director

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT D-4

# NATIONAL ASSN. OF BROTHERS
# AND SISTERS IN & OUT!

Mailing: 1000 W. Century Blvd. #254, Los Angeles, CA. 90044
Office: 1713 West 108th Street, Los Angeles, CA. 90047
Phone (323) 755-6024

August 12, 2003

Abdul Olugbala Shakur
s/n J. Harvey
D-6-109/C-48884 (SHU)
P. O. Box 7500
Crescent City, CA 95532

Dear Spiritual Son,

   Life is pushing me at a rather rapid pace, as we move all of the projects we have on the table. Always, my family is first and foremost in my mind. School will soon start-up for the new school year. This will provide me more time to devote to our George Jackson University.

   Without going into great detail your instructions on the press release from our GJU Minister of Education will be mailed out to-day. Also, we ran into some difficulty at the printing press that will delay this issue coming out.

   Enclosed with this letter please find your copy of the George Jackson University Information Package, for your review. Please get back to me as to the specific distribution of this document. At which time I assure you the ones you desire to have this item will have it.

   I have here before me the next item of business that you have forwarded to me for my action. Addressed to all Afro/Black Study Program Colleges and Universities: Research and Educational Development Task Force.

   Take care of yourself as best you can, considering where you are.

Hotep,

Dr. Donald R. Evans, Sr.
NABSIO/GJU/CUTTING EDGE

# NATIONAL ASSN. OF BROTHERS AND SISTERS IN & OUT!

Mailing: 1000 W. Century Blvd. #254, Los Angeles, CA. 90044
Office: 1713 West 108th Street, Los Angeles, CA. 90047

September 17, 2003    Wednesday    11:55 A.M.

Abdul Olugbala Shakur
s/n J. Harvey
D-6-109/C-48884 (SHU)
P. O. Box 7500
Crescent City, CA 95532

Dear Brother Shakur,

You must know that your letter dated 9-10-03 is now in my pos ssession. I was starting to worry that the system was some how keeping you from getting mail out, if you had indeed received the literature I sent to you. Each day I would make a trip over to our mail address, hoping to find what I found yesterday, the much awaited letter from you.

My heart is still heavy over the loss of my last Aunt. She fell an hit her head on the dresser in her room, and caused savere damage that she never did regain consciousness. My pain is due to the fact this is the last of my aunt line on both sides of my family. Even though my heart is very heavy at the moment, part of my mind is on creating jobs for our ex-felon brothers, and sisters. and building the **George Jackson University.**

In the midst of all that I am involved with, there is still an area of my creative skills that is always thinking of ways to ser ve our people. For example, the **MATAH DISTRIBUTION NETWORK** is available to NABSIO for the purpose of creating sales jobs for my ex-felon brothers/sisters. Thus, I am working hard to develop a plan that will employ hundreds of our brothers/sisters up and down the state of California.

You requested that I assist in finding an individual that will be willing to provide Coordinator service, that can assist you in the awesome responsibilities confronting you in our line of work. I am personally starting to reach out into the community, project ing a clear image of what the **GEORGE JACKSON UNIVERSITY** is, and most decidedly, what it can and will become with brothers like yourself, and my dear brother Jamaa putting your energies into the mix. I am always on the lookout for any brother, or sister to join our team of engineers. Building the new pyramids that I hope will also last through the ages.

The information that I am sending you is to provide you data

2.

to assist in getting all of these projects up and running,
all across this land. There is a great potential to really
accomplish great strides in decriminalizing our people that
really want to change.

I have already given my word that **NABSIO** will always be
there side, by side, with all of the positive brothers and
sisters behind bars, that need our help in providing the
conduit for your scholarship to flow into your people, all
the way from  California to New York.

Enclosed please find additional information for your help
in creating jobs, and entrepreneurship opportunities for our
ex-felon brothers and sisters returning back to the community.

Our families are the ones that hold the key to the success
or failure of this plan.If they can be inspired to get involved
with this plan, we will yet teach many negros that there is yet
hope.  We must learn to spend our money where it truly work for
our success, and not our failure.

Please get back to me concerning the information enclosed in
this letter. Following the date for our first **NABSIO MATAH EX-
FELON BREAKFAST, OCT. 11, 2003,** there will be a breakfast held
to introduce the **GEORGE JACKSON UNIVERSITY.**

**COME BACK TO ME RIGHT AWAY, THERE IS MUCH WORK TO BE DONE IN
THE COMING WEEKS!!!**

hotep,

**Dr. Donald R. Evans, Sr.**
**NABSIO - CEO/CUTTING EDGE NEWS**
**GEORGE JACKSON UNIVERSITY**

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT D-4

# NATIONAL ASSOCIATION OF BROTHERS AND SISTERS IN & OUT (NABSIO)

mailing: 1000 W. Century Blvd. #254
Los Angeles, CA. 90044
office: 1713 West 108th St.
Los Angeles, CA. 90047

Dec. 15, 2003

To: James Harvey aka
    Abdul Olugbala Shakur
    C-48884/D-6-109 (SHU)
    P.O. Box 7500
    Crescent City, CA. 95532

As salaam Alaikum, Aki,

  I am in receipt of your missive dated 12/4/03. I really do understand your commitment to our people and the struggle that we constantly wage from within and without. It is most challenging, and difficult to maintain perfect balance equally distributing positive and negative energies to operate in a zone of uninterrupted peace of mind.

  Enclosed is the manuscript of the "Criminology 101" that you have been waiting for. Dr. Evans went into his pocket and personally paid for the printing and mailing, and the typing of it, also. This is being sent out, 12/16/03, so that you can know that any delay is unacceptable to us. Dr. Evans has spent 21 years as a postal employee (retired) and knows all of the laws pertaining to mail tampering. Let the CDC continue their little game of tampering with your mail, we will be raising certain issues with them on legal decorum.

  Believe me Aki, Dr. Evans may not have ever been incarcerated, but I promise u this man feels every bit as passionate as you do, if not more, concerning the issues surrounding the prison industrial complex and the mass-incarceration of our people. I cannot stress the fact enough of how he has spent a small fortune these past twelve years pioneering this revolutionary concept of "turning prisons into universities." I'm convinced that he is possessed with the spirit of Frederick Douglass in this ongoing spiritual fight against the sale of human flesh.

  Now, I'm going to close this letter, as we remain committed. As Salaam Alaikum.

Your Brother in Truth,

Nathaniel Rashad Ali

# THE CUTTING EDGE NEWS

An Affiliate of the National Association of Brothers and Sisters In & Out (NABSIO)

**The Cutting Edge News is a publication designed to inform, educate, and encourage the families and relatives of incarcerated African-Americans throughout the United States and the world; to help develop a working support network to provide solutions and influence policies that affect our loved ones incarcerated.**

**PUBLISHER:**
Dr. Donald R. Evans Sr.

**EDITOR-IN-CHIEF:**
Nathaniel Perkins-Ali

**Staff**
Sandra Moore
Lolitha Jones
Sylvia Davis
Zuri Perkins-Ali

**CONTRIBUTING WRITERS**
Abdul O. Shakur
Akbar Shabazz
Mumia Abu Jamaal
Carma Chinyere Love
William H. Jackson
Khalfani Khaldoun
Imara Rafiki
Sitawa Nantambu Jamaa

**Paper Layout:**
Nathaniel Perkins-Ali
Harlene Murray

**Advertising Executive Director of Accounts**
Dr. Sandra Moore

Assistant Director of



# Straight Talk

By Dr. Donald R. Evans, Sr.

The economy in America is causing much concern, on the mean bricks of middle class everyday living. Here, in the State of California, things are so bad, the Republican Party feel the time is right to do now what they could not do during the past election for Governor. That is kick the one the people elected out of office. Meaning, if you have enough money, and the Republicans do, then you put several lies on the table and buy the office.

Which brings me to the reason for writing this article, money. Often, it is the money within the Black community that continue to pay for the very best education possible., for everyone except our own youth. For example, look around you and notice how many Black-owned businesses you see? If the answer to this question is not many, then you have to admit the money we spend with others, will no longer remain in the Black Community after sundown.

Since my concern is helping to create jobs for ex-offender brothers/sisters, who return home after being locked down in a state or federal facility for a period of time. What can we do to make life a little easier upon their return to the Black Community? Again, the answer comes back to money. Not

## RACIAL PROF
## BEING PROFILED B

By KijanaTashiri A

In spite of the modernized era th: to acknowledge as 21st Century, it can that the U.S. Colony of Prisons in the (ur is without question, a microcosm of soc of these prison colonies, were once liber but now find themselves displaced/disen cold walls of captivity, as the treachero has systematically siphoned their bodily vile pits of the "belly of the beast" for or

Whether it was for putting fort order to combat the social ills that contin the communities into the devastating cri refusing to assimilate, and embrace the bo Amerika that essentially devalues their ir upbringing. The bottom line is, in this expansion has become more prominent, of color are being held for ransom, as tl majority operated , and controlled b heads_____non people of color

So, collectively, there shouldn't b the U.S. Prison Colonies being a microcc if so, we can also now collectively agree tl society, at large. So, it must also equate exist on the inside of these walls, within Amerika. But, the relative factor in this that, the same racist legislative laws tha that gives the vigilante (In)justice squads communities hostage in unabated terror, U.S. Prison Colonies.. The common denom

Just as the oppressed communitie the garbage pits of society that breed: prisoner(s) are racially profiled in practi blatant extreme.. The powers that be, wl the U.S Prison Colonies, have catapulted n designed to target prisoners, and criminali to belonging to a disruptive prison gang, in whom are descendants of Afrikan/Mexica are generally used, is to target those demonstrated to have the capacity of an in (nonconformity), or those whom are lead short caller, with a certain influence in or prisoner(s) .. Or just the independent thou enable them to become conscious of the a that are portrayed on a regular basis behi

October 26, 2003

Dear Mr. Shakur,

I am in receipt of your latest letter dated 10-18-03. it had an attachment "The George Jackson University Emergency Response Network." Will get working on this as soon as possible. And will take it from there. I got the letter the 25$^{th}$ at night. I am sending this to you on the morning of October the 27$^{th}$ and should be there promptly.

Hope everything is getting better there as far as mail is concerned. One more returned piece of mail that is supposed to be material for BGF members.

Sincerely,

Rafael Vasquez
PrisonerWriting.com Staff

Your Honor. This is another example how ??? is denying GJU literature by falsely identifying the material/mail as BGF mail.

# UNIVERSITY OF CALIFORNIA, BERKELEY



BERKELEY • DAVIS • IRVINE • LOS ANGELES • RIVERSIDE • SAN DIEGO • SAN FRANCISCO    SANTA BARBARA • SANTA CRUZ

AFRICAN AMERICAN STUDIES
660 BARROWS HALL # 2572
BERKELEY, CALIFORNIA 94720-2572
TEL:    (510)   642-7084
FAX:    (510)   642-0318

October 2, 2003

Dear Mr. Shakur,

Enclosed are some readings that may be of interest to you and your study group. I recently met with the group of students who have committed to volunteering for this project and we have come up with a plan of action for trying to accommodate your needs. We have decided to divide the material that we are sending into 5 categories: African and African Diaspora History, Community Organizing (includes Imprisoned Intellectual Thought), Literature of the African Diaspora, Black Feminist Theory and Black Psychology and Families. At this point the students have each chosen a particular category to begin obtaining sources for. What we will then do is compile them and create an annotated bibliography, which we will send to you. Since we are unsure of what materials you already have or have access to, we are hoping that from the list you receive, you can identify what you would like and what you are interested in. We think that this will prevent duplicating what you already have and give us a sense of what you need. After we hear back from you, we will send some of the materials. How the materials should be compiled and sent is at this point uncertain. Would you prefer that we copy essays and chapters out of books and compile them in a reader format, or should we try to get funding to purchase the books and send them to your prison library? It is our hope that we can choose an option that will benefit the largest amount of inmates as possible. At t his point, we don't have funds to purchase books, but we are exploring options for grants to pursue that avenue, if necessary.

It would be most helpful if you advise us as to regulations regarding sending materials and contact information for your institution's library, if available. In the meantime, we hope the enclosed materials will keep you engaged in your studies. We will have our bibliography of suggested readings for the above mentioned topics ready for you in a week or two. At that point, we will await your response before proceeding.

All the best,

Lindsey Herbert
African American Studies
University of California, Berkeley

COPY



**NATIONAL BLACK UNITED FRONT**
NATIONAL HEADQUARTERS
12817 Ashland Avenue, Fl. 1
Calumet Park, Illinois 60827
708.389.9929 (Office)  708.389.9819 (Fax)
E-mail Address: nbufchi@allwavs.net

July 9, 2003

ATIONAL OFFICERS

r. Conrad W. Worrill,
ational Chairperson

r. Oba T'Shaka,
ice Chairman
)rganization & Training)

oriono Granger,
ational Secretary

ındra Dean,
reasurer

Mr. Abdul Olugbala Shakur, D.6.109\C-48884 (SMU)
P.O. Box 7500
Crescent City, CA 95532

Greetings Brother Shakur :

First of all, please accept my apologies with the delay to your reply. But thanks very much for contacting the National Black United Front. It is people like you who want to be part of the solution in unifying our people in truth and justice that make a difference in our cause.

I am quite impressed with your idea of establishing a community center for our people with classes for youth and adults and required book reports to check out books. Please continue your work on behalf of our people.

Enclosed are an NBUF membership application and a brochure on the 24th Annual National Convention which will be held in Milwaukee, Wisconsin July 10 through 13, 2003. The annual NBUF membership fee is $2.00, but can be waived on an as need basis.

It has been a pleasure to assist you. I look forward to hearing from you again very soon.

Yours in the struggle,

Dr. Conrad Worrill
Chairman, National Black United Front

CW/kt

Enclosure

**FORWARD TOGETHER! BACKWARD NEVER!**

May 13, 2003

Greetings Abdul:

I have the letter that you wrote to Raphael and I thank you for your courage and concern about the whole process you are involved in. You are correct that folks talk a lot but don't always do what they must!! Raphael and I are basically completely over worked. We both have two full time jobs!! In any event, I want to tell you that for us to be a success we need to first find a way to provide books –After I say that I want you to know that I don't take this lightly and so I must commit to only that which I feel we can do. For now we can do some typing (in August and after cause we are out of school next week) and we can get a dozen or two dozen books a semester for the students of the GJ University. The difficulty is that most *text book* type books are hard cover and I have not known anyone there can get a hard back book.    I intend to call the good Doctor Evans in LA on Friday and will let you know what transpires.

We (Raph and I ) also run the pen pal program and a books for prisoners program which is left over from the original George Jackson Books project and we have a website for prisonwriting and art which takes a huge amount of time. I am close to a group of folk at SCI greene and I have been sending them books regularly for two years. They have two sorts of causual reading programs.  I believe a few years ago you sent me something about the criminology course but I am not certain. I don't think that I can use it in my classes in the near future, but  the black history test might be nice to send to other prisoners!!!

With that I must close.  Remain hopeful and in touch.  We are going to do this!!!!

Peace in the streets,

Judith Thorn

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT D-4

The George Jackson University Update Bulletin # No 1.

My Brothas and Sistas, this is only a brief missive informing the B.O.S. MGSG and potential student body that we are presently updating our roster to determine how many books, lessons/text and Instructor's Guides that we have to develop and distribute. We are distributing this update with the below form attached to it. Please return as soon as possible.

If you wish to serve as instructor please select what curriculum you would like to teach in your area. You will be given a test to determine if you are qualified to teach the curriculum you selected. If you only wish to enroll as a student check that box and teen check the curriculum(s) you wish to take.

≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈

Application Form

Afrikan Name:_____ ____ __ _____

Slave Name: _____ ____ _____ Prison ID # ____ _____

City:_____ ____ ____ _____ State: _____ Zip:_____

Name Of Prison:_____ __ __ _____ _____ _____

Gender: ❑ F ❑ M    ❑ Instructor ❑ Student ❑ Member

❑ Afro-Centric ❑ New Afrikan Criminology ❑ New Afrikan Political Education/Science

❑ Math ❑ Reading and Writing ❑ Basic Computer Training ❑ Pre-Release/Survival Program

❑ SHU ❑ Ad-Seg ❑ General Population

Prof. Judith Thorn
c/o Chief Facilitator
P.O. Box 750402
Petaluma, Ca 94975-0402

**<u>The National Association of Brothers and Sisters In and Out in Association with the New Afrikan Institute for Criminology 101 and the NCTT Presents:</u>**

## <u>The George Jackson University Information Package</u>

**Abdul Olugbala Shakur: Co-Chancellor**
**Abasi Ganda: Chief Minister of Justice**

**"Knowledge is Power, Information is Freedom, and Education is our Mandate!"**

**Revised 2003**

**BLACK RADICAL CONGRESS**

Columbia University Station  PO Box 250791  New York, NY 10025

May 19, 2003

Dear Brother Abdul;

Your focuses, relinquishing the criminal mind set and challenging the criminalization in the communities of color are goals that the BRC endorses.  We congratulate you on your quest to educate and transform your colleagues thinking and actions.  Your "university" will truly make a difference in giving the brothers and sisters the tools necessary to make informed decisions that will contribute to their lives, the lives of their families and to our community.

We thank you for your efforts and your membership.  I have forwarded your letter to two sisters who made presentations at the recent BRC Education Not Incarceration Conference in Philadelphia.

Debbie A. Bell
Treasurer

# UNIVERSITY OF CALIFORNIA, BERKELEY

BERKELEY · DAVIS · IRVINE · LOS ANGELES · RIVERSIDE · SAN DIEGO · SAN FRANCISCO        SANTA BARBARA · SANTA CRUZ



AFRICAN AMERICAN STUDIES
660 BARROWS HALL # 2572
BERKELEY, CALIFORNIA 94720-2572
TEL:    (510)   642-7084
FAX:    (510)   642-0318

**August 26, 2003**

Dear Mr. Abdul Olugbala Shakur,

I received your most recent correspondence and thank you for clarification regarding your request for assistance from the Department of African American Studies at Cal. Due to my busy schedule and workload during this time (the Fall Semester has just begun), I determined that I would need assistance in order to obtain the materials and services that you are requesting. After consultation with the Chair of the department, I sent out a message to all of the undergraduate and Ph.D. students in our program requesting their assistance in compiling some literature to send out. I am happy to report that I have had responses and many are willing to volunteer their time to collect materials from the libraries and other sources, photocopy and type. I will be coordinating the students and this project, so that we can put together some materials that we hope will contribute to your program and educational goals.

We will be in contact as soon as we have something substantial to send out. We thank you for your patience as we all have numerous projects and responsibilities. We are excited about working with you and assisting you in your efforts.

In addition, I want to clarify that the students and I will in no way alter the notes that you have written. We are conscious of the significance of your word choices and will type verbatim the works that you have sent us. I will continue to stress this point to the students as language and semantics can be both liberating and enslaving depending on the context and usage. Stand firm in the struggle.

Sincerely,

Lindsey Herbert

Lindsey Herbert
Student Affairs Officer
African American and African Diaspora Studies
University of California, Berkeley

*This supporter is responding to the document
The CJU Research And Educational Development Task Force.
The Document That Lt. Terry / ICI called racist to
justify the confiscation of this document*

## *SOJOURNER TRUTH FARM SCHOOL and*
## *CENTER FOR HUMAN GROWTH*
### *P.O. Box 311*
### *Poolesville, MD 20837*

October 7, 2004

Greetings, Bro. Abdul,

You should have received by now a letter I wrote a few days ago. This is a brief missive to let you know I have received the copy of *New Afrikan Criminology 101* from Dr. Evans. It looks good and it came in time for me to work on a syllabus for a new course I hope to teach in spring on the prison industrial complex. I have enclosed a copy of the tentative syllabus. When I teach courses that have a specific focus like the Criminal Justice and Victimization I teach now and this new one, I have to try to work in your book in ways that it addresses some of the themes of that course. We have a course just called "Criminology," and if I taught it, I would use only your book most likely. The person who teaches that now is ultra conservative and would not relate to it at all. He doesn't opposition me on the things I choose to do, but he simply has a different perspective. He heads up the internship for criminal justice majors and is no longer allowing students to do their internship with me (except for one now). He thinks they need to be in agencies; so be it.

This term I am xeroxing the pamphlet "Poverty, Crime and Government" for my Victimizatioin class. I will just distribute it to them in a week or so. I won't charge since they bought two other books but if they want to donate fine. Now on the *New Afrikan Criminology 101* text for the spring course, they will pay the $16.95. Now if the bookstore orders from Dr. Evans, it will be placed in the bookstore alongside other texts used. They will also probably up their price a few dollars! More like $20, but maybe not. Do you know students have to be $100 or more for some textbooks? I think it is outrageous and I try to keep their book costs low in my classes.

I love the concept of George Jackson University and am committed to making it known and successful. It is good that Dr. Evans could finally get it into a published form. Sometime when I have time, I would like to discuss some of the content of the book. From a teaching perspectiove. Also, I am distributing in this class now the paper you sent on the Annual Crime Report. One of the students in the class is typing on it now. By the way, the letter I sent you written to the warden. Let me know when action starts. I will have to send him the letter at some point, else he can say I never sent such a letter and it is something you fabricated. Let me know the right time. Also, I am trying to complete the first volume in our *Inside/Out* series of prison writings. I would like to include some of your writing. Do you have a preference?

Peace

*Every Child is a Seed Longing for Light*

PELICAN BAY STATE PRIS...
SECURITY HOUSING U...
UNIT D-4

### *SOJOURNER TRUTH FARM SCHOOL and*
### *CENTER FOR HUMAN GROWTH*
### *P.O. Box 311*
### *Poolesville, MD 20837*

Aug. 30, 2005

As-Salaam-Alaikum, Bro. Abdul,

I trust that you are still maintaining in the struggle, and are in good health and spiritual peace. I had wondered about not hearing from you for some time. Of course I also realized I probably was the one who owed a letter. Nevertheless, I was beginning to be concerned that they were repressing and/oppressing you even further.

With regard to your latest note. I have located the legal documents that I think you wanted returned. These were the only ones I can recall you sending and they were the only ones in my file for you. So I am rushing to get this in the mail today.

The new course I am teaching called: "Corrections: the Prison Industrial Complex," was finally approved by the university and I currently have about 12 students (it was late getting in fall catalogue). We are using your book and the paperback "The Celling of America." "Prison Nation" is out of print. I will provide them with biographical information about you. Let me know when you can the status of your appeal. Has it been filed? Is it all pro se, or do you have a good lawyer? Is there anything we can do to assist on the case?

I heard from Dr. Na'im Akbar a few weeks ago. I had sent him some documents that you wanted to get to him about a year ago. He was just getting around to answering. (That let me know I wasn't the only one who was so backlogged on correspondence). Anyway, since my husband and I had known him in Chicago, he took the time to give us an update on his life and how things were going with him, which was nice. He said to convey his greetings to you.

I hope to send a longer letter to you in the near future, but for now I want to get this in the mail. I still think the George Jackson University is a wonderful idea and reality. It just needs to be better known throughout the system. And again, when I get information from prisoners in other states, i see similar kinds of organizations or beginnings or attempts at such educational movements being undertaken, and I think it would be so much better if this one model could be replicated throughout. Well, will get this in mail.

In solidarity,

Dorothy Blake fardan

PELICAN BAY STATE PR·
SECURITY HOUSING
UNIT D-4

*Every Child is a Seed Longing for Light*

P.S. The documents are under
Salata Lorri

# George Jackson University

## Enrollment Application Form

Afrikan Name: _____

Slave Name: _____ Prison #_____

Address: _____

City:_____ State:_____ Zip_____

Name of Prison: _____

How much time are you doing?_____ Release Date: _____

Date arrested: _____ Date of Birth: _____

[ ] SHU   [ ] Ad Seg   [ ] General Population.

Birthplace: _____

[ ] Afrocentric Program.

[ ] New Afrikan Criminology 101          PELICAN BAY STATE PRISON

[ ] Math Program                          SECURITY HOUSING UNIT

[ ] Malcolm X Books to Prisoners Project          UNIT I-A

[ ] Reading and Writing Program

[ ] New Afrikan Collective Think Tank.

George Jackson University
Attn: Dr. Donald Evans Sr.
1000 W. Century Blvd. #254
Los Angeles, CA. 90044

# GEORGE JACKSON UNIVERSITY

## PAN-AFRICAN STUDIES DEPARTMENT
## PRESENTS:

# PAN-AFRICANISM
# And the Second Liberation for a United New Africa!

### By
### Hon. Chen Chimutengwende (MP-Zimbawe)

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT C-8

# THE GEORGE JACKSON UNIVERSITY
## ADMINISTRATIVE RULE MANUAL



~Ministry Of Justice Department~
Abasi Ganda
Chief Minister Of Justice (C.M.O.J.)

(Revised 2003)

# Exhibit 101

" New Afrikan Institute For Criminology 101"

Exhibit 101-A

PELICAN BAY STATE PRI...
SECURITY HOUSING...
WITH CAL...

A $3.00 donation is requested
for this pamphlet. Please
send to Sharifa Abeni Shakur.]

my ex-wife ←

## The U.S. KKKovernment's Fraudulent Annual Crime Report

### Presented by
### The New Afrikan Institute for Criminology 101
### in Association with
### The So-Journer Truth Farm School
### and
### The Political Prisoners of War Coalition
### *   *   *

### Who We Are

The New Afrikan Institute for Criminology 101 is dedicated towards educating the public about the science of crime and criminal behavior in the New Afrikan (Black) community – from a Black perspective, not from the typically prevalent Euro-centric perspective. We believe that we are more qualified than any outsiders (the kkkovernment in particular) to resolve the crime epidemic in our communities.

The key to solving any problem is understanding the problem. We at the New Afrikan Institute intend to serve as that educational source for The People. Our primary objective is four-fold:
1) To assist the New Afrikan community in developing an agenda designed to eradicate crime and criminal behavior from our communities.
2) To arm The People with the necessary information to aggressively debunk the "bell curve" racist-based contention that there exists a gene (or genes) which predisposes New Afrikan people to criminal behavior.
3) To serve as a source of information for white Amerika. At present their primary source of information as it relates to criminal behavior in our communities is the media, which only perpetuates the bell-curve racist theories, and
4) To provide New Afrikan prisoners with a media for serving and giving back to the community at large, Black and white.

Based on our observations, we don't believe that this KKKovernment intends to rid our communities of crime and criminal behavior; so far it has only politically and economically exploited the prevalent crime epidemic. In fact, it has contributed to the proliferation of crime in our communities. It would rather build new prisons than new schools; put more cops in our communities, instead of making more jobs available for our people.

We are an independent Institute, accountable to the liberation movement of our people. We are not subordinate to this kkkovernment or its law enforcement agencies. Nor will we serve as informants. We are progressive, revolutionary new Afrikan Brothas and Sistas dedicated to ridding our communities of criminal behavior so we can begin The True Liberation of Our People. But the crime epidemic is an obstacle in our path. We encourage all people to support our institute.

Abdul Olugbala Shakur, President
Sharifa Abeni Shakur, President's Advisor / Treasurer

### SOJOURNER TRUTH FARM SCHOOL and CENTER FOR HUMAN GROWTH
*P.O. Box 311*
*Poolesville, MD 20837*

Aug. 30, 2005

As-Salaam-Alaikum, Bro. Abdul,

I trust that you are still maintaining in the struggle, and are in good health and spiritual peace. I had wondered about not hearing from you for some time. Of course I also realized I probably was the one who owed a letter. Nevertheless, I was beginning to be concerned that they were repressing and/oppressing you even further.

With regard to your latest note. I have located the legal documents that I think you wanted returned. These were the only ones I can recall you sending and they were the only ones in my file for you. So I am rushing to get this in the mail today.

The new course I am teaching called: "Corrections: the Prison Industrial Complex," was finally approved by the university and I currently have about 12 students (it was late getting in fall catalogue). We are using your book and the paperback "The Celling of America." "Prison Nation" is out of print. I will provide them with biographical information about you. Let me know when you can the status of your appeal. Has it been filed? Is it all pro se, or do you have a good lawyer? Is there anything we can do to assist on the case?

I heard from Dr. Na'im Akbar a few weeks ago. I had sent him some documents that you wanted to get to him about a year ago. He was just getting around to answering. (That let me know I wasn't the only one who was so backlogged on correspondence). Anyway, since my husband and I had known him in Chicago, he took the time to give us an update on his life and how things were going with him, which was nice. He said to convey his greetings to you.

I hope to send a longer letter to you in the near future, but for now I want to get this in the mail. I still think the George Jackson University is a wonderful idea and reality. It just needs to be better known throughout the system. And again, when I get information from prisoners in other states, i see similar kinds of organizations or beginnings or attempts at such educational movements being undertaken, and I think it would be so much better if this one model could be replicated throughout. Well, will get this in mail.

In solidarity,

Dorothy Blake fardan

*Every Child is a Seed Longing for Light*

P.S. The documents are under
Charata Letter

## *SOJOURNER TRUTH FARM SCHOOL and*
## *CENTER FOR HUMAN GROWTH*
### *P.O. Box 311*
### *Poolesville, MD 20837*

October 7, 2004

Greetings, Bro. Abdul,

You should have received by now a letter I wrote a few days ago. This is a brief missive to let you know I have received the copy of *New Afrikan Criminology 101* from Dr. Evans. It looks good and it came in time for me to include on a syllabus for a new course I hope to teach in spring on the prison industrial complex. I have enclosed a copy of the tentative syllabus. When I teach courses that have a specific focus like the Criminal Justice and Victimization I teach now and this new one, I have to try to work in your book in ways that it addresses some of the themes of that course. We have a course just called "Criminology," and if I taught it, I would use only your book most likely. The person who teaches that now is ultra conservative and would not relate to it at all. He doesn't opposition me on the things I choose to do, but he simply has a different perspective. He heads up the internship for criminal justice majors and is no longer allowing students to do their internship with me (except for one now ). He thinks they need to be in agencies; so be it.

This term I am xeroxing the pamphlet "Poverty, Crime and Government" for my Victimizatioin class. I will just distribute it to them in a week or so. I won't charge since they bought two other books but if they want to donate fine. Now on the *New Afrikan Criminology 101* text for the spring course, they will pay the $16.95. Now if the bookstore orders from Dr. Evans, it will be placed in the bookstore alongside other texts used. They will also probably up their price a few dollars! More like $20, but maybe not. Do you know students have to be $100 or more for some textbooks? I think it is outrageous and I try to keep their book costs low in my classes.

I love the concept of George Jackson University and am committed to making it known and successful. It is good that Dr. Evans could finally get it into a published form. Sometime when I have time, I would like to discuss some of the content of the book. From a teaching perspectiove. Also, I am distributing in this class now the paper you sent on the Annual Crime Report. One of the students in the class is typing on it now. By the way, the letter I sent you written to the warden. Let me know when action starts. I will have to send him the letter at some point, else he can say I never sent such a letter and it is something you fabricated. Let me know the right time. Also, I am trying to complete the first volume in our *Inside/Out* series of prison writings. I would like to include some of your writing. Do you have a preference?

Peace

*Every Child is a Seed Longing for Light*

PELICAN BAY STATE PRI·
SECURITY HOUSING

Exhibit Q-101



*Prepare for Life*

*Behavioral Sciences & Human Services*

September 27, 2004

Joseph L. McGrath, Warden
Pelican Bay State Prison
5905 Lake Earl Drive
Crescent City, CA 95531

Dear Warden McGrath:

My letter concerns Abdul Olugbala Shakur (J. Harvey) D-6-212/C-48884 (SHU), who is incarcerated at Pelican Bay. I have been working with Mr. Shakur since 1996 with regard to his writings and efforts to educate and inform others about crime, the prison system, institutionalized racism, and prisoners' struggles to become self reliant, progressive and liberated from lack of self knowledge.

I have used Abdul Shakur's pamphlets and book in Criminal Justice classes I teach at Bowie State University, Bowie, Maryland. My students seem to be very interested in an incarcerated person's analysis of the system they are trying to comprehend. I have used Shakur's *Poverty, Crime and Government* (a pamphlet) and *Criminology 101* (a book) in my Victimization and Criminal Justice class. Students were required to read these volumes and to write about them. I then would share with Mr. Shakur their papers and he in turn provided comments, feedback and suggestions for furthering their knowledge of the topic. I like these writings because they depart from the usual mainstream analyses from the system's perspective. They provide not only an inside view but a sharp and insightful critique of the criminal justice system.

It has come to my attention that you and perhaps other officials have identified Abdul Shakur's writings as "gang related" and have confiscated his materials apparently in an attempt to halt their distribution and usage. I find these charges ludicrous. I hold a doctorate in my field and have taught in colleges and universities for 37 years. I recognize good analyses and worthwhile information. I also direct a non-profit organization called Sojourner Truth Farm School and Center for Human Growth, which has a prison outreach component. We correspond and try to assist prisoners nationwide. I am quite familiar with the pattern of politically and spiritually progressive prisoners being targeted as "threats" to the security of the facility, other inmates and the general population outside. This is why it is so essential that their voices be heard.

Page 2

I am currently teaching the Victimization and Criminal Justice Course. I intend once again to utilize Abdul Shakur's works in this class. I can assure you I do not consider his writings or intentions as threatening to anyone except those who fear the truth.

I must also mention that we publish a newsletter called *Earthways*. It contains articles about our organization, agriculture, Black farmers plight, and a section dealing with prison issues. That newsletter has been rejected at your facility in the past as "gang related." This generated smiles and laughs from those who know our works. I think my colleagues at Bowie State University would know by now if I was "gang related."

I have attached some pages from past newsletters showing that Abdul Shakur's works have indeed been used in my classes. I sincerely hope that you will reconsider your conclusion about Abdul Shakur's writings and ongoing efforts to educate and inform. I can be reached at: (301) 860-3105; dfardan@bowiestate.edu; or P.O. Box 311, Poolesville, Md. 20837.

Sincerely,

Dorothy Blake Fardan, Ph.D.


cc: Abdul Olugbala Shakur

# The New Afrikan Institute for Criminology 101

## PROPOSAL

## In association with the George Jackson Grassroots Movement and Sojourner Truth Farm School



*In Memory of Jeffery Khatari Gaulden*

© Fara Publishing, Inc.

## Table of Content



### *Contents*                                                    *Pages*

**Prologue (introduction)**

**Criminology 101 Institute Platform and Business Strategy**

**Coordinating Committee Structural Chart**

**Text book & Correspondence Course**..................................................................1

**Progressive Journal**..........................................................................................1

**Think Tank**.......................................................................................................2

**Progressive Collective Publishing Network**.......................................................2

**Community Campaign Against Fascism**...........................................................2

**Community Committee on the FBI**....................................................................3
**Counter Intelligence Program (COINTELPRO)**

**The New Afrikan Community Parole Review Board**..........................................4

**The George Jackson Grassroots Foundation**....................................................5

**Independent Republic of New Afrika Pledge**...............................Closing page.

# THE NEW AFRIKAN INSTITUTE FOR CRIMINOLOGY 101 DONOR INFORMATION PACKET

**"We can no longer afford to pay lip service to The Institute.  We need your concrete support."**

**--Abdul Olugbala Shakur**
 **President, The New Afrikan Institute for Criminology 101**

**Copyright 1999 BPP Press**
**All Rights Reserved**

# NEW AFRIKAN INSTITUTE FOR CRIMINOLOGY 101

We have a number of proposals that we are presently working on. The following are an example of some of them:

1) The New Afrikan Community Institute for Computer Training:  Computers and the technology behind them will play a major role in the near future, but our people and community are inadequately prepared for this future, a major crisis in the making. We proposed community-based institutes controlled by the community, dedicated to preparing our people and community for the future.

2)    New Afrikan Prisoners Outreach Resource Center:    One of the primary reasons that many of our brothas and sistas return to prison is because they lack job skills, job opportunities, and most importantly, a support base.  These proposed centers would serve as a support network for brothas and sistas paroled from prison.

3)    New Afrikan Prisoners Think Tank:    This think tank is dedicated to solving many of the problems that plague our society, being that many of us are in isolation.  This affords us the opportunity to focus more time studying/analyzing issues.  Most people out there don't  have the time necessary to effectively examine certain socio-political or economic issues.

4)    Sojourner Truth Farm School:    The mission and philosophy of Sojourner Truth Farm School as a unique one that focuses on the relationship between the youth and a natural order; the growth in human skills, in human capacity and inner growth.  "I have always felt that what youth need is some kind of contact with real, live things; with learning to care for and nurture living things, and in the process learn how to care for and nurture oneself and one's like kind." –Dr. Dorothy B. Fardan   We at The Institute concur with Dr. Fardan, and support her efforts.  She has been a long-time supporter of The Institute.

5) New Afrikan Community Parole Review Board:  The present system has been used as a tool for political and racist oppression.  Many sistas and brothas are being denied parole just because of their political beliefs and/or activities, under the guise that they pose a threat to society—they had denied Geronimo JiJaya parole 16 times, an innocent man.  The KKKovernment has proven beyond any doubts that they intend to use the Board of Prison Parole as a tool to further persecute New Afikan prisoners, political prisoners in particular.

6) <u>New Afrikan Criminology 101 Political and Legal Journal:</u> Our journal is designed to educate the public, the college student in particular. We wish to provide the people with a different perspective on issues which confront them on a day to day basis.

This was just a brief listing of some of the proposals that we are presently working on. Your support is imperative.

*EXCERPT*
*Newsletter 1996-1997*

*Exhibit C*

*Prison Pub. Network con't:*

## *REALITY CHECK JOURNAL*

Members of the Nation of Gods and Earths (Five Percenters) incarcerated at Bennettsville, S.C., have produced a strong piece of literature called *Reality Check Journal.* Supreme Reality God Allah, Shabaka Makhu, and Lord Jabbar Allah serve as editors. In Vol. I, No. II, Shabaka Makhu says the journal is "an instrument to be used in raising the consciousness of New Afrikan youth, and to show the New Afrikan Elders we are willing to embrace our responsibility as TEACHERS/SOLDIERS." When we received a copy of the journal, all three editors were on lock-down and have been producing it in handwriting. The artwork is original and impressive. This issue contained 40 handwritten pages of strong revolutionary political, spiritual, and poetic writings. If anyone on the outside can assist these brothers in getting the journal typed and xeroxed, contact Supreme Reality God Allah #187161, E.C.I./S.M.U./Cage (B) 214, 201 E. Market St., Bennettsville, S.C. 29512. Or contact us here at STFS, P.O. Box 311, Poolesville, MD 20837.



## *NEW AFRIKAN INSTITUTE FOR CRIMINOLOGY 101*

Abdul Olugbala Shakur (Pelican Bay) continues his plans to educate all people on just what the relationship is between crime and government; how the Black community has been repressed and manipulated in the Amerikkkan system so as to end up as a criminalized Black colony lacking self determination and liberation. This ambitious project envisions seven initiatives:

1. *Criminology 101 Textbook and Correspondence Course*
2. *Criminology 101 Legal Progressive Journal*
3. *The New Afrikan Prisoners Think Tank*
4. *The New Afrikan Progressive Collective Publishing Network*
5. *The New Afrikan Community Campaign Against Fascism*
6. *The New Afrikan Community Committee On Cointelpro*
7. *The New Afrikan Community Parole Review Board.*

Bro. Abdul already has two booklets in print to be used in the institute: *GHETTO CRIMINOLOGY: A Brief Analysis of Amerikkka Criminalizing a Race;* and *POVERTY, CRIME, AND GOVERNMENT.* The Institute is associated with the George Jackson Grassroots Movement, and Sojourner Truth Farm School. Dr. Dorothy Blake Fardan has used and is currently using the *POVERTY, CRIME, AND GOVERNMENT* booklet in classes at Bowie State University, Bowie, MD. Bro. Abdul and those who are

*Exhibit C*

laboring on the outside to get the institute established, have been targeting college and university campuses. Most of these institutions have Criminal Justice Departments, and most lack the perspective of the prisoner in their curriculum, and certainly lack the perspective of a strong, critical analysis of the parasitic and oppressive relationship between government, law enforcement, and the masses of Black people who have been *contained* in domestic colonies under the rule of white supremacy and the Amerikkan slavocracy.

Bro. Abdul is a revolutionary who continuously sacrifices in the struggle. He acknowledges and pays tribute in his writings to those revolutionaries /political prisoners who have also paid a price in the struggle (George Jackson, Jonathan Jackson, Mumia Abu-Jamal, Ruchell Cinque Magee, and others) Bro. Abdul has been in isolation for the past 14 years, yet he has published over 50 articles and the pamphlets. You can write him at:
Abdul Olugbala Shakur (s/n Harvey) D-10-107/C-48884(SHU) Pelican Bay State Prison, P.O. Box 7500, Crescent City, CA 95532. Those on the outside, if interested in assisting Bro. Abdul in this project, contact us here or Sharifa Abenie Shakur, P.O. Box 135, Daly City, CA 94016-1305

*"The Black Colony can and will influence the fate of things to come in the U.S.A."* George Jackson

## MILLIONS FOR MUMIA!

An *Emergency Organizing Conference* was held in Washington, D.C., Feb. 20th, in preparation for the massive gathering of people in Philadelphia on April 24th who will demand a new trial for Mumia Abu-Jamal and a halt to his state ordered execution! Speakers energized an already enthusiastic audience as they drove home the URGENT need to organize, mobilize and stop the execution of Mumia. In an opening address, Pam Africa of MOVE and the International Concerned Friends and Family of Mumia Abu-Jamal, truly did *MOVE* the audience as she told how this movement was about more than just Mumia's individual case (something Mumia himself has stressed). She stressed how just about everything in the universe today is on death row. People having to drink polluted water are on death row; seals hunted for their pelts are on death row; indeed the planet is on death row!

Those wishing to have more info or form a mobilizing center in preparation for the April rally should contact: 202-544-1304. (www.angelfire.com/md/mumia)



New Affikan Criminology 101
Basic Lesson Assignments.

Presented by
~ Abdul Olugbala SHAKur ~

New Affikan Criminology 101
Public Correspondence study Course



# National Association of Brothers And Sisters In & Out
## (NABSIO)
### Nathaniel Perkins-Ali, *Director*

**1000 W Century Blvd., #254   Los Angeles, CA 90044**

*May 4, 2003*

*Abdul Olugbala Shakur*
*s/n J. Harvey #C-48884, D-6-109 (SHU)*
*P. O. Box 7500*
*Crescent City, CA 95532*

*Dear Spiritual Son,*

*I pray this letter find you in good health. As for myself, like always our Creator is yet holding me close under his blessings, as I move each day closer to my journeys end.*

*There's so much to tell you that I had to come forward with this letter, and not wait five more days for the next issue of the Cutting Edge.*

*We have made contact with five Colleges and Universities, to begin promoting the George Jackson University. The first engagement is May 8, 2003 at UCLA. Two weeks ago brother Ali and I, paid a visit to Cal State University at Long Beach California, seeking to establish contact with the Black Student Union (BSU). Unable to locate even one student in the BSU, we paid a call to the office of Dr. M. Karenga. Fortunately, he was there on his between classes period. However, we only had a few minutes of his time at that setting. We did get his promise to meet with us in the very near future, no definite date was established.*

*The next item on my agenda is to complete the publishing phase of my book, to add to the information that will be given out about the George Jackson University. Another important point I want to discuss with you is this, I need you to consider publishing a trilogy, that will deal with the subject of criminology. This will provide me additional information to promote your scholarship. All of this will be easy for me while I am doing book signings, in the very near future. Your analysis on that white supremacy crap under the name "bell curve," must be known to more, and more of our people.*

*Get back to me as soon as you receive this brief letter. I will have more to tell you when next I give you an up date. For the moment I truly have a lot on my plate. However, it's nothing I can't deal with.*

*Take care!*

*Hotep,*

*Dr. Donald R. Evans, Sr.*
*NABSIO/GEORGE JACKSON UNIVERSITY*

COPY

*Pennsylvania Association of Learning Alternatives*

Exhibit 101~B

*P. O. Box 201*

*Quakertown, PA 18951*

August 27, 2002

J. Harvey
D.O.109/ C-48884 (SHU)
P. O. Box 7500
Crescent City, CA 95532

Dear Abdul Olugbala Shakur;

We received the package of your manuscript, Criminology 101, but I was out of town for a week, so please forgive the delay in responding. You will find enclosed copies of the manuscript. I am sending these so that you can be assured that the original remains in safe hands, and you will have copies to edit, share or use until the typing is completed. Hopefully that won't take too long. We have some new technology to try - a scanner for the computer. We don't completely know how to use it yet, and cannot afford a consultant, but we will try it out by next week. What this does is allow me to scan the manuscript into the computer program, then change the handwritten type into a formal font, such as this one which is Times New Roman 12 or THIS ONE WHICH IS COPPERPLATE GOTHIC 10, OR THIS ONE which is ExoToI50 DMDd BT. It definitely needs to be a book style formal, so I will just need some time to try things out.

Since PALA is a collegial network designed to help alternative educators help one another, we will make a plea for help with the manuscript if necessary. If we exhaust our volunteer pool of typists, we are committed to paying a professional typist to complete the manuscript. That, however, will be very expensive, so we need to try the other routes first. This may all take some time - another reason for you to have copies. If you need additional copies, please don't hesitate to ask for them.

I haven't had time to read much of the manuscript, however, I will in the near future. It looks very promising. In fact, it may have some application for the National Prisoners' African Studies Project, a program in development between PALA and Jalil Bottom, a political prisoner (NY3). Would you mind if I send him a copy for his perusal? He would probably be willing to give you some valuable feedback. He has a double degree from a university in NY State, which he earned during his 29 years of incarceration. He is also the author of many treatises on National African Independence Movement.

Congratulations on your work. I think that you can take pride in your accomplishment.

Sincerely yours,

Elizabeth A. Quigley
Coordinator, PALA

A



## A Call for Solidarity and Support for          25
### The New Afrikan Institute for Ciminology 101

by Khalfani X. Khaldun
Midwest Coordinator

Revolutionary Greetings:

My name is Bro. Khalfani X. Khaldun. I am a New Afrikan political prisoner, colonized in the penal colony of the Indiana prison tombs. From the trenches, I reach out to you, calling for your solidarity and support in a righteous attempt to raise the national consciousness of the people - New Afrikans in particular.

Some time ago, I joined the team of Comrad Abdul O. Shakur, president of the institute and Comrad Sharifa Abeni Shakur, who is community, public affairs and finances coordinator, for the institute. This is in hopes of soliciting support here in the Midwest, as well as propagating the aims and goals of both the New Afrikan Institute for Criminology 101 and the George Jackson Foundation.

In this call, I am hoping to further my attempts to use all of the consistent outside support bases, to broaden our outside membership body, volunteers and coordinators. This is one of my first projects as Midwest Coordinator of the Institute. Another comrad, named Sadiki Mangwiro and I, are having a brief released, to be published for the Indiana Political Prisoners on death row. This will be done to bring outside sympathizers, supporters, and family members up to speed about the lives and constant reality these men are forced to deal with, daily. The name of the publication hasn't been selected yet, but once it has been, I will release it.

Currently, I am ironing out commitments with outside comrads for the participation in the organization of the Criminology 101 Political and Theoretical Journal. Anyone who could aid us in this, should contact me and return the application for membership and the volunteers document to the address at the bottom of the application page. Midwest groups who receive these documents will also receive a copy of the new Afrikan community parole review board sheet and a petition.

As comrad Abdul O. Shakur states, the implementation of these programs seeks to provide our communities with a new and effective weapon, not only in terms of the "crime" issue, but also as an unlimited source of devoted and human potential. Up the struggle!



### *SOJOURNER TRUTH FARM SCHOOL and*
### *CENTER FOR HUMAN GROWTH*
### *P.O. Box 311*
### *Poolesville, MD 20837*

August 27, 2003

As-Salaam-Alaikum, Bro. Abdul,

I trust you are maintaining the struggle as always and moving ahead with your plans, writings, and most recent projects. The delay in my response is not anything going on in your mailroom. About the time your July letter arrived, I had to undergo emergency eye surgery for a detached retina. This has greatly impacted my ability to work; a huge setback. I did manage to complete teaching a second summer course, but had to cut hours short and do oral evaluations in addition to their one writing assignment. To complicate matters, being off balance, out of focus caused me to accidentally while bending over strike my brow just over left eye on sharp edge of a piano. So now I had problems with both eye areas! Not yet blind, I still tried to continue some work!! All prison correspondence (already late) has been furthered delayed.

Now, to update. I did write Prof. Judith Thorn, but so far no reply. I think I already told you I had spoken by phone to Dr. Evans and Nathaniel Perkins Ali. I sent them newsletters but have not heard anything further from them. I was about to send out a hard copy of *Terrorist Dialectics* to the press you instructed me too, but realized it had serious errors and mispellings in it; in one part the computer printout did not print out in same format, so it's just symbols, figures, etc. So as soon as eyes permit I will proofread carefully, and send it out. And a copy to you. It is timely and should be out there now, with all the discussion on guerrilla warfare, terrorism, etc. The U.S. officials were reluctant to acknowledge that guerrilla tactics were being used against them once again. They didn't think apparently there were any formations left to carry it out.

Where does the Criminology 101 manuscript stand? You have it back from Elizabeth Quigley but is it ready to be used? Even in xeroxed form? I am teaching the Victimization and Criminal Justice class again starting next week and had planned to use it. Did Elizabeth do the typing or someone she got to do it? Because Elizabeth is usually very skilled in what she does and committed. I have tried numbers of times to reach her by phone. Just wrote her the other day. I agree, that much money would have allowed us to pay for printing to put it out in print! At least some copies.

*Every Child is a Seed Longing for Light*



It took us close to two hours to make the long hot walk from Malcolm X Park (formerly Meridian Park) to Lafayette Park and the White House. We walked close to the National People's Democratic Uhuru Movement contingent for a while. They carried a banner for Fred Hampton, Jr., who is incarcerated in Illinois on charges he denies. We shared their disappointment that Fred's mother, Akua Njeri, widow of revolutionary Fred Hampton, Sr., was not scheduled to speak. This relates to the March's purpose being limited to political prisoners only, and the ongoing debate over including P.O.W.'s, those whose political awareness and activism started after incarceration.

Hopefully, the energy and vision that collected during the planning and execution of this march will continue at local levels and the struggle will not end. It is similar to the aftermath of the Million Man March, when appeals went out for local organizing committees to keep the spirit alive and show the effects by activity continuing at the grassroots.

## ABDUL OLUGBALA SHAKUR AND The New Afrikan Institute for Criminology 101

One of the first people to contact the Prisoner Publishing Network when the project was initiated was Bro. Abdul Olugbala Shakur, who is incarcerated at Pelican Bay in California. He was already writing and publishing some of his analyses with the help of revolutionary forces on the outside.

His pamphlet POVERTY, CRIME, AND GOVERNMENT was used as a text in Dr. Dorothy Blake Fardan's VICTIMIZATION AND CRIMINAL JUSTICE class this year at Bowie State University, and portions of other writings were used last year.

Bro. Abdul has demonstrated through the years his dedication and service to his people in the struggle for total liberation. A project which he has been working on for some time is The New Afrikan Institute for Criminology 101 (in association with the George Jackson Grassroots Movement and Sojourner Truth Farm School). Shakur's thesis is that the present system of criminology is fundamentally Eurocentric, meaning it is controlled, determined and subjected to the dictates of a white male minority. He starts off with an examination of the Bell Curve Thesis which contends that Black people are intellectually inferior, and there is a genetic predisposition to criminal and violent behavior. These diabolical theories must be counter attacked vigorously because the Black community, especially the males, has been and is being criminalized, even to the point that some internalize the negatives and begin to believe them, thus basing behavior on these negative self images.

Presently, Bro. Abdul is being harassed and further isolated in his already SHU lockdown circumstances. His mail is not getting to him; there is blatant DOC attempts to halt his writing and outside contacts.

## PPWC UpDate • February / March 2000

nation as they confront what is fast becoming a significant threat to the job prospects of working Amerikkkans!"

Further along in the same letter Yero reminds us of the strangle hold corporations have on our national economy and the effects of this on our Black communities: "In 1998, the U.S. Environmental Protection Agency (EPA) announced interim guidelines for investigating Title VI complaints, and asked for public comments. The largest group to file comments, comprising more than 32 percent of all submissions, were individual corporations and industrial associations such as the Chemical Manufacturers Association, which represent the nation's biggest polluters. Communities of color are literally locked in a battle with corporations and even more disappointing, with the local and state governments, over the establishment of federal policies that supposedly ensure the right to clean air, water and land. In this country, these communities have been unfairly burdened with environmental pollution. Their rights to clean air, water and soil are consistently violated by government policy and corporate activity. Examples of environmental racism range from the destruction of sacred Native American tribal lands to the location of industrial manufacturing facilities in predominately low-income communities of color. We must pay close attention to the 'global picture!'"

If you would like to write to Yero, his address is:
Yero T. Chaka
aka Bruce Cummings #36911
Jefferson City Correctional Center
P. O. Box 900 (5C-East, Cage #224
Jefferson City, MO 65102 USA

Meanwhile, comrad Jerome White-Bey, esteemed head of the Missouri Prison Labor Union (MPLU), is still being held in solitary confinement for his active work to educate prisoners and non-prisoners alike. The MPLU is putting together a newsletter called *OFF THE HOOK*. For more information on this, contact: Jerome White-Bey #37479, Potosi Correctional Center, Rt. 2, Box 2222 (1A-01), Mineral Point, MO 63660 USA.

Comrad Shango Mutulu-Bey has sent comrad Ali a powerful pamphlet entitled "The New Afrikan Dilemma" which is very good reading. This pamphlet is available from the PPWC's Information Center or you can contact Comrad Shango Mutulu Bey at: J.C.C.C., #151986, P. O. Box 900, Jefferson

City, MO 65102 USA. [Note: Our comrads in the Missouri death kkkamps have shown great support and interest in PPWC. Since there are too many comrads to name here, we do want to acknowledge ALL of them in Missouri and their fine dedication to the struggle.]

## CALIFORNIA....
Comrad Abdul Olugbala Shakur and Sharifa A. Shakur of The New Afrikan Institute for Criminology 101 have done a great job with this organization in raising the consciousness of New Afrikans specifically and all people generally who are sincere about eradicating the political injustices done to New Afrikan people. These two comrads have joined hands with PPWC in efforts to reach more people and build our networks in solidarity. It should be noted that comrad Ali Khalid Abdullah is also the National Spokesperson and Public Relations Director for the New Afrikan Institute for Criminology 101 and hopes that all of you will show your support to this worthy organization and give your donations to help its operations. Comrad Ali made a special notice of his involvement with the New Afrikan Institute for Criminology 101 within the pamphlet he's recently put out called "PPWC Goals, Aims & Objectives." If you want excellent materials on New Afrikan issues, write for Abdul's many publications at: The New Afrikan Institute for Criminology 101, P. O. Box 135, Daly City, CA 94016-1305 USA.
E-mail: abdulshakur@bminternet.com
Newafrikka@aol.com
Web site: www.blackpantherpartypress.com

## TENNESSEE...
Tony Ducat and David McBride have started a PPWC chapter in TN. What follows is their Chapter Report, submitted by comrad Tony:

PPWC Chapter Facilitators' Board:
  Chapter Facilitator – Tony Ducat
  Secretary – Theresa Gravitt

Committees: No committees have been founded for this PPWC chapter at this time.

Chapter Facilitators' Agenda: Develop a member ship committee so that other needed committees can be founded.

Tennessee death kkkamp conditions:
  1. Showers have been reduced to three per week because they say Tennessee is experi-

**Return the following application to: BLACK PANTHER PARTY PRESS, ATTN: THE NEW AFRIKAN INSTITUTE FOR CRIMINOLOGY 101, P.O. BOX 135, DALY CITY, CA 94016-1305.**

## The New Afrikan Institute for Criminology 101
## Application for Prisoners: Membership and Volunteers

Name _____
    Last                First             Middle

Address _____
    Number         P. O. Box      Street

_____
    City            State         Zip

*Gender:* ☐ Female ☐ Male            ☐ **New Afrikan/Black Membership**

                                     ☐ **New Afrikan/Black Volunteer**

### Place A Check by The Program You Are Interested in Supporting:

☐ Criminology 101 Study Correspondence Course.

☐ Criminology 101 Political And Legal Progressive Journal.

☐ The New Afrikan Prisoners Think Tank.

☐ New Afrikan Prisoners Progressive Publishing Network.

☐ New Afrikan Community Committee On The FBI Cointelpro

☐ New Afrikan Community Campaign Against Control Unit Prisons.

☐ The New Afrikan Community Parole Review Board.

☐ New Afrikan Revolutionary Nationalist Studies.

☐ George Jackson Grassroots Movement/So Journer Truth Farm School.

**What is your Ideological outlook?** ☐ Revolutionary Nationalism ☐ Nationalism ☐ Socialism ☐ Communism ☐ Other _____

**What is your Religion?** ☐ Islam ☐ Christianity ☐ Judaism ☐ Other

THE FOLLOWING QUESTIONS WILL BE KEPT CONFIDENTIAL:

1. What are you in Prison for?

2. How long have you been incarcerated?

3. When is your Release date?

4. Did you complete High School?

5. Do you have a college Education . If yes What Degree or Major?

6. Why should we accept your membership?

*Write a brief essay on crime and criminal behavior in our communities.*

Russell Shoats
AF-3855
1040 E. Roy Furman Hwy
Waynesburg, PA 15370

The George Jackson Books To Prisoners Project
PO Box 1285
Roswell, GA 30077

Attn: Jason Rhodes

Brother Jason:

I received your letter inviting me to participate in writing essays critiquing revolutionary writings, as well as the two pieces on Malcolm X that you had enclosed.

Based on a prior commitment to Brother Abdul O. Shakur to collaborate with The New Afrikan Institute for Criminology 101, you can count on me to do what I can in this effort.

In that connection you'll find enclosed short (4 and 5 page) critiques of the two pieces that you sent me.

I'll also attempt to recruit family and others in the street to come on board. However, you must know that at present all of the committed people across the country are already stretched to the breaking point. Efforts are being made to introduce a comprehensive solution to that particular problem by training a cadre of youthful activists and pulling the families of prisoners together. But, it's slow and tedious work that will take some time to bear fruit.

But, I think we're finally on the way (again). So until we can leap forward, I would also like for you to add two more seasoned "captured" workers that have proven commitments and shared minds and pens:

| Arthur Johnson | Kempis Songster |
|---|---|
| AF-3457 | AS-2308 |
| 1040 E. Roy Furman Hwy | 1040 E. Roy Furman Hwy |
| Waynesburg, PA 15370 | Waynesburg, PA 15370 |

Both of these brothers had also committed to assist Brother Abdul O. Shakur's earlier efforts to fully launch his program, but understood that he had been hindered by the people in his state.

Please relay my warm and strong regards to Brothers Shakur and Khalfani X. Khaldun, and you will have to fully "transcribe" any messages that they may want to relay, because my status makes it extremely difficult to communicate otherwise. Keep up the good work!

In Solidarity and Struggle,

"Maroon"

# New Afrikan Institute for Criminology 101

## Books to Prisoners Project

PO Box 1285 • Roswell, GA 30077 • jrrrhodes@hotmail.com • (678) 461-6019

Dear Abdul O. Shakur,

Greetings, comrade. I hope that this letter finds you well and strong in your struggles. I am writing to invite you to participate in a project designed to allow prisoners to educate themselves, each other, and those on the outside as they engage in an on-going dialogue regarding books that we send into the prisons. This project was conceived by our comrade Khalfani X. Khaldun, a brother doing time in an Indiana State Prison for a crime he didn't commit. He is the Midwest coordinator for our project. Our project is being done in conjunction with the New Afrikan Institute for Criminology 101, whose chairman is Abdul O. Shakur, a revolutionary brother from California. Any correspondence you wish to have with these comrades can be sent through me, at the address listed above. I will make sure it gets to them.

The project is just getting off the ground, but the plan is for it to work something like this: You will receive a regular supply of revolutionary reading material. To some extent, the books you receive will depend on the person giving the books (we plan to contact radical presses, as well as revolutionary organizations and individuals and ask them to donate books), but we will place a strong emphasis on books by or about black revolutionaries.

After you've read a book which you've received, we'd like you to write a reaction to the book. Tell us what the book was about, and what lessons (if any) you gained from the book. If you feel that the book contains wisdom which you feel that every comrade should understand, try to express that wisdom in a few short pages. This will be challenging, but imagine the revolutionary understanding which can be achieved if a growing number of comrades are studying and dialoguing with each other. Your essays will be gathered together and printed in a magazine, which you will receive. The magazine will also be put on the internet, and made available to your family members, and revolutionary individuals and organizations on the outside. If we can pull this off, people on the outside will wake up and take notice. Young people, in particular, can learn from what you have to say.

The plan I have outlined is ambitious, and now I want to talk about reality. In order for this project to come off, each participant must come to think of himself as an activist for the organization, not just a recipient of the organization's "services." This has to do with both our weaknesses, and our potential strength. We are weak if we try to depend on the generosity of middle-class liberals or leftists, radical publishing companies, or whoever else. Generosity always runs out. We must create a self-sustaining, self-reliant organization. This means that you should draw up a list of friends or family members on the outside who will be willing to help out. Anyone interested in helping out should contact me using the information on this letterhead. We

will provide them with prisoners' addresses and a list of needed books, although any comrade assisting with our project can use their own judgement, and decide whether or not a book should be sent. The important thing is for people to understand that the point is not to go out and gather books that "people don't want anymore", but rather to get the best revolutionary literature into the prisons.

You should also consider yourself an activist in terms of educating your family and friends on the outside. There are probably about 10-15 million people in America who have either a family member or a close friend in prison. These people, who have jobs throughout the economy, could provide the vital link between prisoners and employed members of the working class, a link which I believe is crucial to making revolution.

So what's next? First, you should write me, and let me know whether or not you are interested in participating in this project. You should also write a reaction to these two speeches by Malcolm X. I will make copies of any essays I receive, and will send them to you. Furthermore, you should write to friends and family members, and ask them to contact me for more information as to how to get involved. After I hear from you, I will begin sending your address to publishers, individuals, and organizations around the country which I think will be interested in getting revolutionary books into prisons.

I look forward to hearing from you, comrade. Stay strong.

In Solidarity,

Jason Rhodes

P.S. You will notice that the printing of the Malcolm X speech "Message to the Grassroots" did not come out right. This is my fault. I was away from the copier while it was printing, and did not catch it until it was too late. I couldn't afford to print them again, and had to choose between throwing them away or sending them on. Because you can still read the speech, I went ahead and sent it. In the future, I assure you that I will be more careful with the copies.

# Criminology 101

by

Abdul
Olugbala
**Shakur**

NEW AFRIKAN CRIMINOLOGY
from a NEW AFRIKAN PERSPECTIVE

I want this for the Cover
of Criminology 101.

I will have it in Color
the writing is in the color of
the bands ~~florest~~ floresent
blue back ground Black
Your name blue like bands
(by) is Blue. Criminology 101
is Blue (cobalt + ll blues)

Bottom writing is in Dark
Purple red. I did it at work
for the Draft. I will do it
at home on two programs to
get size + colors right.

( THIS IS THE COVER To my TEXT BOOK )

# New Afrikan Institute for Criminology 101
# Books to Prisoners Project

PO Box 1285  •  Roswell, GA 30077  •  jrrrhodes@hotmail.com  •  (678) 461-6019

Exhibit 101 - Bowie State

Note:~ This contain students who had participated in my New Afrikan Criminology 101 correspondence study course.

Yetisha Mackey
November 25,2002
Victimization and Criminal Justice
Dr. Fardan

I would like to comment on Shakur's case against Pelican Bay State Prison. In reading your complaint and the issues you brought forward, who would have thought that that type of behavior would be happening inside a prison. However, it is not hard to believe. I say that prisons, jails or any type of lock up facility that victimize, institutionalize and/or systemize those who are residing within the walls that make up that facility, are victims of institutionalized slavery. In particularly, black men and women. Do you know that employees have no rights? Do you know that employers have the right to change their policies and procedures at any time with or without the employees knowledge? Is that or is that not injustice? What do you think about that? And that's happening on the outside. I understand what you wrote. And I can close my eyes and visualize what you have written and your experiences, at Pelican Bay State Prison. But if you think of the issues and the problematic things that are happening on the outside (and nothing is being done), what do you think they're going to do with the issues and problems that plague you all in the inside? Don't get me wrong my brother, you have my support. Let me play devil's advocate for a minute. Some people would say, why should the outside world be concerned with what happens inside your world? Being in prison is not suppose to be pleasant. Besides, you made the choice to be where you are. How would you respond to people who feel like that? Your visit to the institutional doctor, concerning the razor bumps on your head was crazy. But that also happens on the outside. We pay for "**invisible service**". Not medical (treatment) service, but lip service.
I also would like to comment on the ill treatment of those inmates in lock up. I support your claim in your writings about the forms of psychological and physical abuse involving the Kalifornia Department of Korrections. I agree that constant banging, keys dangling and loud talking to intentionally disrupt the sleep patterns of anybody is harmful. I totally agree that that is a form of torture and institutional enslavement. Enduring that type of torture, I agree could lead to mental stress, emotional anguish and shocked nerves. To me acts like that are inhumane and unnecessary. I would like to encourage you to continue the fight for justice and equality. I support your efforts to give back to the community (black community). I feel that you have a genuine desire to advocate for those who don't have the ability or resources to advocate for themselves. I agree, people aren't concerned as to who is fighting for or supporting the needs of a community. Nor are people concerned with where the support is coming from. What people are concerned with is weather or not they have someone in their corner who is willing to support the cause and fight for the cause. I feel that the ASDC is capable of making a significant contribution towards the fight against poverty and injustice in the black community. Of course you know that "The Powers that Be" is going to do what ever it takes to stop or slow up your plans to "advance the race". You made a statement in your writings...."Would you rather have us return to the community as criminals or as a productive force in the movement for Black

Liberation? I would have to say, I would rather you come back to the community as powerful, intellectual and influential black leaders.

**\*Shakur.**
You can address me as Yatease Ajuama. I received your letter and I would be honored to be apart of your network. Could you send me some literature that explains in more detail who and what your network will support. I would also like to request some information on your staff. I'm conscience of the struggles minorities and the poor endure. I'm only looking to support and/or be apart of a movement that is focused on "Advancing the Race", advocating for our children and youth, supporting black communities, the fight against poverty and uplifting "The Most High". I pray that this letter reaches you in good health and a sound mind. Shalom.


Peace and Blessings

Jeremiah Goines

11/25/02

Dr. Fardan

# Armed Struggle

In chapter two, The Legality of our Armed Struggle in America explains the litigated hypocrisy which has not only been used to criminalize New African People, but also used against our efforts to resist and effectively challenge the forces of racist oppression in this country and the world around. He goes on to say that the violent invasion of Mother-Africa was the spark to our armed struggle. Back in the slavery days they tried to criminalize Harriet Tubman, Nat Turner, and Denmark Vessey, because of their resistance of slavery. This is true. It happens all the time now days. When you don't abide by the laws, rules, and regulations then you become labeled a criminal.

The Black Panther Party, which had an enormous popularity, was watched with an enormous hatred of Black Panther Party by the United States Government. In 1969 alone, 28 panthers, including Fred Hampton and Mark Clark were murdered and 749 others were arrested and/or imprisoned. By the government false imprisoning

*[handwritten annotations:]* only Hampton & Clark were killed in chicago but other panthers were killed in the states

comrades of the Black Panther Party causes the B.P.P to exhaust funds from the B.P.P. Now, in order to get their comrades out of political hostage (jail), then their money couldn't go back to the community to help the New African People out. Abdul Olugbala Shakur states that he'd rather insult the graves of George Washington, Thomas Jefferson, Abraham Lincoln, and the captains of the slave ships. I believe that we/or you shouldn't blame or insult the graves of G.W, T.J, A.L, we/you should just blame the captains of the slave ships and their colleagues. The way I see it is, we wouldn't be over here if it weren't for the ship and the crew that came over to Mother-Africa and brought us over to America.

In 1973 on the $2^{nd}$ of May, Assata, with brothers Sundiata Acoli and Zayd Shakur were ambushed by an intended search and destroy unit of the state troopers. As a result, comrade Zayd was assassinated, and Assata was seriously wounded with a bullet in her chest. During this government sponsored hit, a state trooper assassin was eliminated. Was her liberation a crime? Or was her false imprisonment, torture, and attempted murder, a crime? I believe that her actions were in self defense and that would be lawful. On the other hand, her false imprisonment, torture, and attempted murder are in fact a crime. The way the government sees it is that they were a threat to the government,

so they had to take the necessary steps to take the assassin out.

Abdul Olugbala Shakur gave two brief personal examples of the hypocrisy in prisons. The first example, he was charged with stabbing a guard, and act that he never denied. The guard was known to be a racist that endangered the lives of New African Prisoners on a number of occasions. The administration was well aware of this racist guard, but made no attempt to correct his venomous ways. To make a long story short, the guard was threatening to do us some harm, based on prior activities. They took his threats seriously, so Abdul decided to voluntary respond to his threats, but his actions were considered criminal. According to the authorities, it was cool to play around with the inmate's lives. The second example, around ten years ago Abdul witnessed two bailiffs getting brutal with a brother. Though I was in waist and leg shackles, I was still able to get into the middle of it. The abuse had to stop. One of the guards told the judge what I had done, and then the judge went on about the obstruction of justice. I told the judge that there wasn't anything just about the bailiff's actions; the brother was handcuffed behind his back and was not resisting. The bailiffs were committing an assault. I was trying to stop a crime. It seems that their brutality was somehow protected by the law.

I agree with Abdul Shakur and his beliefs of the armed
struggle. I believe that if you protect yourself against an
officer that is trying to take your life, you have the right to
take that person's life if you have to. There is also another
way you can deal with the problem, and that is to stay out of
trouble and educate yourself. What I mean by this is, not only
educate yourself with book smarts, but also have the street
smarts to get you out of dangerous situations with anyone
including the police. I believe that all people have the right
to defend themselves in any way they can when their life is in
danger.

-my
comments
were on
back —
Not included
here

Ricky V. Benton
October 2, 2002
CRJR 315.101 Victimization and Criminal Justice
Fall 2002
Dr. Fardan

Poverty Crime and Government: The other Secret War
The New Afrikan Mentality Syndrome (Study Subject Three)



Question 10
Write and essay on the Black Criminal Mentality Syndrome.


How do individuals going through the socialization process find out

who they are?  Make some sense or find some direction in their lives?

Better yet would they like what life is showing them?

The black criminal mentality syndrome come from:  the failure of the black

family, the failure of black religious organization, and the failure of the

school system.

The black criminal mentality syndrome is am outlet of the failure of the black family in over coming racism, poverty, and injustice. Just because the playing field is unfair does not change the hand life has dealt Black American. There can be a failure on the part of all families across all segment of society. Just because Americans have all the ingredient to a cake does not mean that the cake will turn out right. Sometime with both parents in the home the black child may skill not grow up to become a positive, productive adult. Black American who are born into a poor family first must over come poverty. If they are not fortunate enough to be athletic, have some skill as an entertainer, or mentally gifted escaping poverty can be extremely difficult. Even with talent it may be difficult without leadership and the right attitude. The black family can help by supporting and nurturing their children through the socialization process. The problem is the Black family has been so devastated, divided, and has never fully recovered from years of injustices. Black American have fail to completely overcome oppression. The sense of frustration, hopelessness, and the lack of moral can lead to the Black Criminal Mentality Syndrome.

The black criminal Mentality syndrome is also a product of the failure of the religious organization. Who or what group would be consider the

most righteous, moral, up standing group in America? The children of America need to have moral leadership. The message that reaches the black community is to make the money any way you can. The gravitation is away from the minimum wage job to lucrative drug trade or other criminal activities.

And there is also a failure of the school system to educate the minority community. They lack of funds to up grade the school itself is a problem. There is a lack of willing qualified teachers who would work in a impoverish, dangerous environment of the inner cities. It is a lot harder to deal with students with a multitude problems than is to teach students from the suburb.

Breaking the cycle of drug abuse, crime and poverty is not going to be easy. The cycle of getting a poor education and ending up in a low paying job. Only be able to afford to live in a impoverish neighborhood and going to a poor school which leads to an poor education. A poor job, a poor neighborhood, poor education, a poor job. But one would think getting a good education would solve the problem. If only it would be so simple. After the good education comes the job market and discrimination.

Discussion
Poverty Crime and Government: The other Secret War
The New Afrikan Mentality Syndrome
Question 6 Through 10

September 23, 2002

Tidisha Dean
Lamumba Howard
Ricky Benton

Spokesperson  Tidisha Dean

6. Do you believe the harsh social effects of poverty contribute to the
development of a Stress disorder? Yes or No Explain why

Yes!
Affected by mental stress one maybe unable to relax or function properly as
the result of experiencing mental or emotional stress.

 A person can become stressed out feel harassed, worried, strained, stressed,
tense, hassled, anxious, frazzled.

Together as a group, we discussed the capacity of stress on an individual.
Stress can kill a person who just is not capable of handling it.  Being a
victim of poverty causes the individual to become stressed out in turn
developing a stress disorder.

7.  Define stress disorders
Stress-Related Disorders, diseases brought on or worsened by psychological
stress.  These disorders commonly involve the autonomic nervous system,
which controls the body's internal organs.  Disorders that can be caused by
stress include hypertension (high blood pressure) headaches, back pain, skin
disorders, irritable bowel syndrome, and ulcers.  Stress is also believed to
contribute to coronary heart disease (atherosclerosis, or narrowing of the
heart's arteries) and some cases of cancer.

8. Are serial killing, serial Rapist, Child Molestation, or the Mutilation of a
Victim associated with a Psychological factor or a social factor?

As a group we came to the conclusion that serial killers, Rapists, child Molestation or the Mutilation of a Victim maybe both associated with psychological and social factors. The psychological perspective, which holds that psychological disorders are caused and maintained by past and present life experiences. This perspective asserts that mental disorders result from negative life events such as prolonged illness, stress, physical and sexual abuse, divorce, poverty, war, the death of a loved one, peer rejection, And chronic failure.

9. Can the above listed crimes in question 7 be genetically induced ? Yes or No  explain.

No!
As a group we believe that it is not nor has it ever been genetic. We do not believe the theory of the existence of a criminal gene.

# The Subculture Criminal

Quincy D Quartey
Victimization & Criminal Justice
Dr. D. Fardan
October 7,2002

The Subculture Criminal

Definition of a subculture: subculture is defined as a group of people or an institution whose cultural patterns are different than the wider populations. Their norms, values and beliefs might be very different than "mainstream" society.

It is important to remember that while subcultures are different from the rest of society, they are not completely isolated from the rest of society. There is constant interaction and some of that interaction may be hostile.

Subcultures can be based on a number of characteristics (age, sex, religion, hobbies), there are no set characteristics that determine whether something is a subculture or not. The key is in the different behavior.

These theories posit that criminal subcultures develop their own socially approved norms and practices. These subcultures sanction criminal and deviant behavior, and often use it as a status requirement. For example, Albert Cohen's "Lower-Class Boy and Middle-Class Measuring Rod" theory posits that the delinquent behavior of lower-class boys may be caused by their inability to achieve middle-class goals. This theory postulates that the lower-class boy is judged by a "middle-class measuring rod," or by the standards of middle-class society. In this society, all are expected to strive for accomplishments, and belief in meritocracy is pervasive. The lower-class boy accepts the goals of the middle-class; however, he has neither been adequately socialized to achieve these goals, nor does he have available the traditional means of attaining status. In response to this frustration, lower-class boys develop a subculture that inverts middle-class values and allows them to seek status in other ways. According to Cohen, this subculture is nonutilitarian, malicious, negativistic, and typified by short run hedonism and group autonomy. Richard Cloward's and Lloyd Ohlin's differential opportunity theory, another subcultural strain theory, argues that in order to become a criminal, one must have access to the illegitimate means of attaining material goals. Additionally, a person must be denied access to legitimate opportunities for attaining material goals. Cloward and Ohlin maintain that three subcultures can arise as a result of differential access to illegitimate and legitimate opportunities: criminal, conflict and retreatist. In a criminal subculture, a hierarchy of criminal opportunity exists. The criminal subculture is organized, material goals are important, and adolescents learn criminal behavior from adults. In contrast, criminal behavior in the conflict subculture is unorganized, and the social bonds between

adolescents and adults are weak. Furthermore, the material goal of wealth is rejected by this subculture; instead, status is achieved by negativity and violence. Lastly, in the retreatist subculture, all success goals are abandoned. This subculture is characterized by the use of drugs and alcohol by its members--used as a means to "retreat" from the success goals of society.

Early cultural conflict theories may be categorized as part of the ecological school of criminology, for they examine crime as a function of social changes taking place in the environment. Ernest W. Burgess and Robert Ezra Park, for example, hypothesized that the transitional nature of inner cities may cause an increase in crime. They argued that because of the movement of business into the central part of the city (zone II or the transitional zone), the area becomes an undesirable place to live. People who cannot afford to live elsewhere remain in this area. Over time, however, housing conditions deteriorate, zoning laws change, and the population becomes racially segregated by changing economic and occupational forces. These factors may create an environment in which crime burgeons. To test this theory, sociologists Clifford R. Shaw and Henry D. McKay carried out several research projects in the inner cities. They found in Chicago, for example, that the central part of the city (Zone II or the transitional zone) had more crime than other areas. They hypothesized that as a result of the rapid social change caused by immigration, community norms and social bonds became disrupted, and community institutions that once served as social control agents subsequently broke down. In the absence of these control agents, social and personal disorganization ensued and an increase in crime emerged. Shaw and McKay concluded that rates of crime and delinquency were the highest in the transitional zones of cities. They caution, however, that a cause and effect relationship is difficult to establish, for other factors, such as differential law enforcement, may account for the higher crime rates. Compared to other parts of the city, police may be more liable to patrol and make arrests in transitional zones.

Group 1
Victimology
Dr. Fardan
October 11,2002

1) Define Sub-Culture

Sub-Culture is a culture created within a culture for any number of reasons.

2) Define the subculture criminal.

A Sub-Culture criminal is a person who commits crimes motivated by his/her subculture. These crimes can and do include robbery for the groups benefit or committing acts of violence for recognition or prestige within that subculture.

3) What are the differences between a social criminal and a sub-culture criminal?

Sub-Culture criminals truly believe that they are committing crimes for the benefit of others and that by committing crimes they helping their "family" out. While social criminals tend to become involved in crime strictly for personal gain.

4) Define social-Criminal

A Social criminal is a criminal who commits crime in order to be able to enjoy something through personal means, be it drugs, guns, money, or property.

5) Why is it important to identify the distinction between the Sub-Culture criminal and the social criminal?

It is important because the Sub culture and the social criminal have two totally different mind-sets as to why they commit crime. The sub culture criminal commits crime more of than not because he/she has been born into a subculture that has a general acceptance for the deviant behaviors and crimes being committed. Also for the sub-culture it may also be the case that the lifestyles they live may be the only way they know how to survive. While the social-criminal may become involved in criminal activities because of boredom, trying to live above their means "keeping up with the Jones," or just being to lazy to work.

6. No, for the simple fact of not every street gang is thinking of the negative aspect of life. Yes, because when you think of street gangs you immediately think of Bloods, Crypts, etc. these are the gangs that mostly get recognized for the violent section of their organization. Not saying that all the things they do is negative actions. There are a lot of positive things that these gangs do for the community they live in.

7. Yes, I believe that all street gangs are involved in violence because of their strong presence that threatens other folks that disagree with the actions they are taking or what they represent. All this balls down to them having to defend themselves from the people that disagree with them. Therefore, this means that they have to resort in violence. Not saying that they don't start some of the violence.

8. People, stories, hate, etc. are all sources of Afrikan Amerikan street gang development.

9. Youths join gangs because of a couple of reasons. One is for family: for example the youth has a broken home family or crack parents (not their fault) look for family through the gang because they show them more love than their own parents, two is for territory reasons: say that a group of kids come from another school to another area were another group of kids so they have to protect each other from the other school. Some youth join for reputation from the community.

10. The best way to deal with Afrikan Amerikan street gangs is education from the parents, schools, books, and from their own mind. Education plays a big part in the street gangs.

Valerie Grady
Victimization and Criminology
Dr. Fardan

While reading the document of Abdul Shaukur's writing, I myself began to develop
adequate knowledge of a prisoner's perspective about society. In Shakur's writing, one
segment which stands out in mind is his response on poverty and how it can play a part in
a criminal's life.

I myself believe that one's social class conveys with crime. Individuals who are
unable to obtain certain goods may resort in illegal activities. These activities are
referred to as instrumental crimes. Another act of criminal behavior for those in poverty
could be labeled as expressive crimes, such as rape and assault. These crimes are
considered means of expressing frustration for being in the state of poverty.

Shakur exemplifies instrumental and expressive crimes by discussing his own
personal lifestyles. He also depicts one situation that shows how the deterioration of a
structured family can cause criminal behavior. Ricki, who was stated in the writing was
a friend of Shakur. His family was considered part of the "working class" and acquired
some setbacks which cause them to struggle. Ricki fell short of society values on
obtaining the "American Dream." He wanted the material things and life and sought
those materials by selling drugs. Ricki was now doing illegal activities as a means to
survive. This goes back to instrumental crimes, as stated earlier. This example also
shows how poverty can contribute to one's action.

I believe that living in poverty should not justify criminal behavior, but looking into reality, society plays as a catalyst in granting the individuals the "American Dream." The dream has been installed in the brains of many Americans whether he or she is lower or upper class. Every individual wants to live comfortable, and to live comfortable one must obtain the goals of food, shelter, cars, and other desired goods. Society puts so much emphasis on the value of a dollar, which causes the lower class to be innovative, meaning reaching goals by any means necessary.

# *The Subculture Criminal*

*Chantel Johnson*
*Victimization*
*October 14, 2002*

Based upon the assigned reading by Charles Moore/Black Scar I have learned to have many different view points towards the actual lifestyles of people. Actually, to be more direct, I have learned more about the lifestyles of a "criminal". In today's society, a large portion of the population looks upon a criminal to be a person without any type of morals, principles, good "home-training", etc, basically society tends to feel that the cause for an acceptance of the "criminal lifestyle" is due to the type of upbringing of the individual. In this given reading, Charles Moore explains the definition criminal, their environment, lifestyle (culture), and more importantly their way of looking at life (their personalities).

Now, culture is the basis, or shall I say the background to an individual's lifestyle, or even way of life. Charles Moore feels that criminals (gang members) have developed their own culture to best suit their way of life; he calls this "Sub-Culture". 1.) Sub-Culture is a culture all within itself, which in this view would be a criminal living in the type of culture that society has created(to be looked upon as good) for people to live by, but then criminals apparently deviate from the "societies" type of culture to live their own type of lifestyle (culture). Now a 2.) Sub- Culture criminal in my opinion is a individual who lives in a society with nothing but criminals (raised by criminals) who grows up to automatically accepting the lifestyle of a criminal, because he/she were raised in that type of environment; which therefore was considered that individuals culture.

This leads to the next description of a criminal, which is called a "Social-Criminal". I will now explain the difference between a social –criminal which is somebody who decided to accept the lifestyle of a criminal due so-called "boredom" says Charles Moore. He feels, that a some individuals accept this type of lifestyle because

there is nothing else better to do in their area of living, such as after school specials, a type of after-school job, etc, basically its all due to boredom; and then of course there is a sub-culture criminial who seems to know no better, or shall I say difference between a good and bad because they have been around nothing but the bad. To me I feel that it is very important that there is a distinction between a social, and a sub-culture criminal. In my opinion, I tend to feel that majority of society tends to look upon the causes of criminals differently, and sometimes somewhat more understanding. I feel that sometimes people can't help, or determine how, or where there life will take them, but they can always do things along the way do some changing if necessary.

Yetisha Mackey
Victimization and Criminal Justice
Dr. Fardan
Assignment: African American Street Gangs
September 25, 2002

Most people would say that all African American street gangs are
involved in criminal activities. However, I would say differently.
Most people would also say that all African American street gangs
are involved in violence. However, I would again say differently. I
don't think that all African American street gangs are involved in
criminal activities. Nor do I think that all African American street
gangs are involved in violence. First you have to ask your self
what are gangs? And, who determines how gangs are developed?
Society labels gangs as "A group of uneducated thugs who
terrorize and disrupt communities with criminal behavior and
violence". Could they be talking about those African American
males who wear their pants 2x's big and hanging off their b-hind.
Those young African American males who wear colored
bandannas', hang out on street corners or is it the drug dealers. I
only make statements directed at males, because that is the gender
that society focuses on.

I think that Street Gangs are a organized group of individuals who
are bonded by similar agendas/ideas based on the society they live
in and their experiences within it. Society looked at the Black
Panther Party for self defense, the Black Muslims, the members of
the Black power movement or even the Freedom Fighters as
African American Street Gangs. And although they weren't
motivated or set out to do harm to people, they were still looked at
as "Street Gangs". How about if we look at other organized groups
such as the Masons, Ku Klux Klan, Lynch mobs, FBI, CIA would
society look at these groups and label them as "Street Gangs"?

When we look at African American Street Gangs we have to look at the structure of society, the dynamics that makes up the African American Street Gang and the motivation that drives the African American Street Gang. There are African American Street Gangs that do involve themselves in criminal activities such as: armed robbery, stealing cars, fighting, killing, drive by's and rape. This takes me back to what Shakur was speaking about in his book "Criminology 101" pg. 4 the first paragraph. He spoke about how we as African Americans did not know what criminal behavior was, until it was taught to us. And only then was that type of behavior labeled "Criminal Behavior".

For those who say prisons are working. I disagree with them and agree with Abdul Olugbala Shakur that prison do not work but promote crimes, such as sub-culture. Criminals now have no fear of returning to modern luxurious prison when compared to prison in Africa counties. As a matter of fact, it's not more prisons we need but a change in the methods of punishment.

Stocks should be erected in prominent public places, criminals blindfolded, locked in them and a notice placed to a post above their heads telling of the crime they have committed. Then the public should be allowed to bombard them with soft fruit and eggs. If this method is unsuccessful an open-air flogging at the local football pitch will deter the felons and there should be no discrimination in doing this.

Abdul Olugbala Shakur book provides a means of eventually solving two problems which every state in this country finds itself facing crime and prison overcrowding with minorities or the poor. It sets forth a complete system for dealing with the entire spectrum of criminals, ranging from "first offenders" to hard-core, career, predators.

This is a pretty tall order; but it's only impossible when we insist on limiting ourselves to prison as the only meaningful form of punishment we have at our disposal -- with the only alternative being probation. When we add corporal punishments to this mix, we gain the ability to begin lowering the prison population and making the possibility of even a first conviction very unattractive. Since time is fairly limited, in most interviews, it's usually better to deal with the portions of the book, which seem to attract the most interest, which involve my advocacy of corporal sentencing as an alternative to prison. I don't, however, like neglecting the fact that it is a three level system and, to really do the best possible job in reducing both crime and prison overcrowding, the full range of criminals must be addressed and all three levels are important. Even if they are touched on only briefly, I like to give the following information about each level and how it would be handled:

Those people, who are now (for the most part) receiving probation and other "accessories" such as community service, fines, etc. Most of these people haven't fully committed themselves to crime; but are "testing the waters." This is the group who can be the most easily diverted if they find the consequences unpleasant enough.    At such system should implemented, levels to deal with criminals as follows:

7

"Level 1" -- corporal sentencing (with 2 to 3 days prior, and at 24 hours after, being spent in an "isolation cell" being "worked" by a "counselor" trained to break down the inmate's rationalization, justification, and denial systems).  Also, after release, the use of accessories such as: community service, substance abuse treatment, literacy and job skills training, etc.

"Level 2" -- Much higher levels of corporal sentencing, plus up to 2 years of 2-phase incarceration. "Phase 1" -- a cross between "boot camp" and "chain gang"
"Phase 2" -- a more rehabilitative environment where the inmate learns job skills, etc.)

Violent crimes would carry "points," based upon the seriousness of the crime.  These points would apply toward placing the person into level 3.

This level would also include a mandatory 5 years of chemical castration for first conviction rapists and child molesters; with surgical castration for a second conviction.

"Level 3" -- death by lethal injection, preferably within one year even though I am against death penalty.

The first step in bringing this system about involves a four to six year period of "Corporal Alternative Sentencing" (C.A.S.) programs to establish both the effectiveness of corporal sentencing and to establish sufficient precedent for more mandatory laws to **stand upon**.  While the 8th Amend in no way banned corporal sentencing, the Dec. 9, 1968 8th circuit court of appeals decision of "Jackson vs Bishop" (which should have been a due process case) inappropriately labeled such sentencing as a violation.  Any defendant, however, has the (well established) right to waive any other right...  After several years of "waiver" cases, opponents would have an extremely difficult time establishing that more mandatory laws are either "cruel" or "unusual."

**Short-term benefits that may come out of discouraging victimization of minorities are:**

1) The ability to safely free up prison bed space for more serious criminals;
 a) increasing the likelihood of incarceration and driving  more people into;
 b) reducing the need for early release of more serious  criminals;

c) freeing up tax dollars which would otherwise have to be spent building new prisons, paying more prison guards, etc.

2) Higher effectiveness rates for probationary rehabilitation programs such as drug rehabilitation and allowing money to be diverted to these programs.

3) Rather than being a drain on society, these people could be returned to productivity -- increasing the tax base;

4) Establish precedent for more mandatory corporal sentencing laws.

## Long-term benefits that may come out of discouraging victimization of minorities are:

1) Even a first conviction would become very unattractive, thus preventing many people from getting involved in crime in the first place;

2) More money would become available for programs such as drug treatment, early childhood education and nutrition, training and jobs programs, etc.

3) Improved quality of life for everyone, especially for people living in what are now high crime rate areas.

4) Fewer excuses for politicians to infringe upon our rights in the name of "crime control."

5) Reduced caseloads for police, courts, and defense attorneys, reducing the rate of wrongful convictions.

According to Abdul Olugbala Shakur, from his explanation of sub-culture, social criminal, it is clear that there is a  term as "prison sub-culture".

A) Prisons have a culture all their own -- a person's status in this "community" is predicated on things such as what they are "in for" (usually the more serious the better), how mean and predatory they are, and how much they hate society. A clear example is from the tape we saw in class about Bruno. Any Vulnerability, any identification with the prison staff, and any attempts to turn their life around are seen as "weakness" or betrayal, and will increase the likelihood that the other inmates will victimize the person or the correctional officers themselves.  These attitudes only reinforce criminal behaviors. It is clear that we all keep our eyes open in the rough society in which we live.

Inside Voices
P.O. Box 259266
Madison, WI 53725

April 19, 1998

Abdul Olugbala Shakur
(s/n J. Jarvey)
D-10-216 #C-48884 (SHU)
P.O. Box 7500
Crescent City, CA 95532

Dear Abdul Olugbala Shakur:

Greetings from our circle of anti-imprisonment workers and death penalty abolitionists here in the midwest. We wish you well, in spite of the terrible conditions known to exist inside the control units of the amerikan gulags. This note is just one of solidarity. We are responding to a call on the internet to write to you to help to alleviate the conditions of your captivity and the interference with your mail and outside support.

Hopefully, it will be a small reassurance to you to know that many of us outside prison are aware of the conditions inside the so-called SHUs in this undemocratic country. We oppose these kinds of prisons, and we also oppose the continuing prison-building boom and the death penalty. We know that all these punishments are forms of torture, mechanisms for state violence against people, and ways to maintain income inequality.

With more public attention on your case, then maybe you will get your mail. We hope you get this letter. Please do not feel any need to respond. We also wrote to the warden, Mr. Robert Ayers, Jr. and told him to deliver your mail.

In solidarity and respect,

*Jackie Austin*

J. Austin

cc:    California Prison Focus
       c/o Holbrook Teter
       2489 Mission Street, #28
       San Francisco, CA 94110

Exhibit 161

DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
5905 LAKE EARL DRIVE
P.O. BOX 7000
CRESCENT CITY, CA 95532-7000



June 4, 1998

Dorothy Blake Fardan, Ph.D.
Sojourner Truth Farm School
P.O. Box 311
Poolesville, MD 20837

Dear Dr. Fardan:

REJECTION OF MAIL FOR INMATE JAMES EARL HARVEY, C-48884

I received your letter dated April 28, 1998, relative to your correspondence to Abdul Olugbala Shakur (identified as inmate James Earl Harvey, C-48884).

I instructed Correctional Captain, P. J. Dillard of the Pelican Bay State Prison, Investigative Services Unit, to investigate your complaint. Captain Dillard interviewed Lieutenant Carl and was informed that inmate Harvey, C-48884, is a validated member of the Black Guerrilla Family prison gang.

Prison gangs were born and exist for the purpose of committing violent acts against other persons, both inmate and staff, as well as threatening and/or jeopardizing the safety and security of the California prison system.

Inmate Harvey, in concert with other Black Guerrilla Family prison gang members, is suspected of attempting to establish a communication network that would aid in the rebuilding of the Black Guerrilla Family, via the Adopt-A-Brother Program. Your letter was rejected based on our concern for the safety and security of the institution.

Please be assured that inmate Harvey's right to send and receive mail has never been suspended, and will remain in tact, as long as his correspondence meets departmental guidelines. Captain Dillard determined that Lieutenant Carl did not violate established procedures in rejecting your letter to inmate Harvey.

If you have any questions or would like additional information, please contact Captain Dillard at (707) 465-9079.

Sincerely,

JOE MCGRATH
Chief Deputy Warden

cc:    Captain Dillard

REC:lcr

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONAL AGENCY                                    PETE WILSON, Governor

## DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
5905 LAKE EARL DRIVE
P.O. BOX 7000
CRESCENT CITY, CA 95532-7000

 Exhibit ICI-A



June 9, 1998

Doret Kollerer
Senior Editor
North Coast Xpress
P. O. Box 1226
Occidental, CA 95465

Dear Ms. Kollerer:

### RETURNED MAIL NOTIFICATION

I received your letter dated May 1, 1998, relative to information you received concerning mail sent to inmate James Harvey, C-48884.

This particular issue has been investigated. It was determined through the investigation that rejection of those particular mailings was appropriate.

Inmate Harvey is a validated member of the Black Guerrilla Family prison gang.

Prison gangs were born and exist for the purpose of committing violent acts against other persons, both staff and inmates, as well as threatening and/or jeopardizing the safety and security of the California prison system.

Inmate Harvey, in concert with other validated Black Guerrilla Family prison gang members is attempting to establish a communication network that would aid in the rebuilding of the Black Guerrilla Family, via a program they are calling Adopt-A-Brother.

Inmate Harvey is not being denied all outside correspondence as you state. Please be assured that inmate Harvey's right to send and receive mail has never been suspended, and will remain intact as long as his correspondence meets departmental guidelines.

If you have any questions or would like additional information, please contact Captain Dillard at (707) 465-9079.

Sincerely,

*[signature]*
JOE MCGRATH
Chief Deputy Warden

*Dear Abdul,*
*This is the answer I*
*received to my letter*
*objecting to censorship*
*of your mail. I*
*don't see any point in*
*contacting Capt. Dillard.*
*I hope you are doing*
*okay otherwise. Doret*

Exhibit H

 **HUMBOLDT** STATE UNIVERSITY

Adopt-a-Brother, Humboldt Chapter

September 19, 2007

Dear Adopt-a-Brother Correspondent:

It is with a heavy heart that I announce the termination of the Adopt-a-Brother program. Budget crises, staffing vagaries, and diminishing resources have conspired to finish the program.

If you are involved in active correspondence, will you continue to write, please? I must ask you to use a new address, but I am happy to act as a conduit for the relationships you have already established. Please address all future correspondence as follows:

> *Your Pen-Pal's Name*
> **Adopt-a-Brother**
> **c/o English Department**
> **Humboldt State University**
> **1 Harpst Street**
> **Arcata, CA 95521-8299**

If you are *not* involved in an active correspondence but are still interested in a pen pal relationship, please contact Bar None—a group dedicated to "community outreach, prisoner solidarity," and "prison abolition"—at PO Box 1 Arcata, CA 95518 or 707.443.3944 or barnone@mutualaid.org. I am also enclosing a list of pen-pal programs compiled by Bar None.

My mother always said, "If wishes were horses, beggars would ride," so I won't give voice here to my regrets. I will instead thank you for your gifts and bid you peace.



THE CALIFORNIA STATE UNIVERSITY • Bakersfield • Chico • Channel Islands • Dominguez Hills • Fresno • Fullerton • Hayward • Humboldt • Long Beach • Los Angeles • Maritime Academy • Monterey Bay • Northridge • Pomona • Sacramento • San Bernardino • San Diego • San Francisco • San Jose • San Luis Obispo • San Marcos • Sonoma • Stanislaus

Exhibit: 1  1-1 _1-2 _1-3 _1-4 _1-5



# PELICAN BAY STATE PRISON
## S. H.U. LAW LIBRARY
### REQUEST FOR LEGAL PHOTO COPY SERVICE

## RULES AND CONDITIONS:

1. WHEN REQUESTING PHOTOCOPY SERVICES, YOU MUST COMPLETELY FILL OUT AND SUBMIT:

    A.) REQUEST FOR PHOTOCOPY SERVICE FORM.

    B.) SIGNED TRUST WITHDRAWAL FORM.

2. PHOTOCOPY SERVICE IS LIMITED TO LEGAL DOCUMENTS AS PER D.O.M. §14010.21.LAW BOOKS,REFERENCE MANUALS, TRANSCRIPTS, PERSONAL MAIL, ETC. WILL NOT BE COPIED.

3. COST FOR PHOTOCOPY SERVICES WILL BE TEN CENTS (10¢) PER PAGE.

4. NO INMATE MAY SUBMIT ANOTHER INMATE'S DOCUMENTS FOR COPY.

5. SEPARATE ALL DOUBLE SIDED AND ODD SIZED PAGES FROM THE REST OF YOUR DOCUMENTS TO ASSIST STAFF IN MORE EFFICIENT HANDLING OF YOUR RE QUESTS. DO NOT TIE OR TAPE PAGE TOGETHER.

6. PHOTOCOPY SERVICE IS SUBJECT TO THESE RULES AND CONDITIONS TO PREVENT ABUSE AND TO ASSURE THAT ALL INMATES HAVE THE OPPORTUNITY TO BENEFIT FROM THE SERVICE.

I HAVE READ THE RULES AND CONDITIONS ABOVE. I AGREE TO ACCEPT AND COMPLY WITH THEM.

NAME (PRINT): _James Earl Harvey_ C.D.C. #: _C-43784_ CELL #: _D-10-107_

TYPE OF DOCUMENT: _writ_ NUMBER OF PAGES: _13_

NAME OF COURT: _Ninth Circuit_ NUMBER OF COPIES: _3_

PLAINTIFF: _____ TOTAL COPIES: _39_

DEFENDANT: _____ TOTAL COST: _$3.90_

INMATES SIGNATURE: _James Earl Harvey_ DATE: _6/1/99_

### *** STAFF ONLY***

DATE RECEIVED IN LIBRARY: _6-2-99_

APPROVED: _Murit_ DENIED: _____ REASON FOR DENIAL: _____

COMPLETED BY: _W.S. Murf_ DATE: _6-2-99_

UNIT STAFF SIGNATURE: _W.S. Mur_ DATE: _6-2-99_

RECEIVED & APPROVED: _____ (Inmate Signature) DATE: _6-2-99_

LIB: ___ _____ PAGED: __

## FLOOR OFFICER: HAVE INMATE SIGN. THEN RETURN TO LAW LIBRARY.
### ***THANKS!***



# PELICAN BAY STATE PRISON
## S. H.U. LAW LIBRARY
### REQUEST FOR LEGAL PHOTO COPY SERVICE

## RULES AND CONDITIONS:

1.  WHEN REQUESTING PHOTOCOPY SERVICES, YOU MUST COMPLETELY FILL OUT AND SUBMIT:
    - A.) REQUEST FOR PHOTOCOPY SERVICE FORM.
    - B.) SIGNED TRUST WITHDRAWAL FORM.
2.  PHOTOCOPY SERVICE IS LIMITED TO LEGAL DOCUMENTS <u>AS PER D.O.M.</u> §14010.21 LAW BOOKS, REFERENCE MANUALS, TRANSCRIPTS, PERSONAL MAIL, ETC. <u>WILL NOT BE COPIED.</u>
3.  COST FOR PHOTOCOPY SERVICES WILL BE TEN CENTS (10¢) PER PAGE.
4.  NO INMATE MAY SUBMIT ANOTHER INMATE'S DOCUMENTS FOR COPY.
5.  SEPARATE ALL DOUBLE SIDED AND ODD SIZED PAGES FROM THE REST OF YOUR DOCUMENTS TO ASSIST STAFF IN MORE EFFICIENT HANDLING OF YOUR REQUESTS. <u>DO NOT TIE OR TAPE PAGE TOGETHER.</u>
6.  PHOTOCOPY SERVICE IS SUBJECT TO THESE RULES AND CONDITIONS TO PREVENT ABUSE AND TO ASSURE THAT ALL INMATES HAVE THE OPPORTUNITY TO BENEFIT FROM THE SERVICE.

I HAVE READ THE RULES AND CONDITIONS ABOVE. I AGREE TO ACCEPT AND COMPLY WITH THEM.

NAME (PRINT): _JAMES EARL HARVEY_    C.D.C. #: _C-43884_    CELL #: _D-10-107_

TYPE OF DOCUMENT: _Petition_    NUMBER OF PAGES: _13_

NAME OF COURT: _U.S. District 9th Circuit_    NUMBER OF COPIES: _3_

PLAINTIFF: _JAMES HARVEY_    TOTAL COPIES: _39_

DEFENDANT: ___    TOTAL COST: _3.90_

INMATES SIGNATURE: _James Earl H_    DATE: _7/20/99_

## *** STAFF ONLY***

DATE RECEIVED IN LIBRARY: _07-21-99_

APPROVED: _____ DENIED: _____    REASON FOR DENIAL: _____

COMPLETED BY: _____    DATE: _7-22-99_

UNIT STAFF SIGNATURE: _____    DATE: _8-2-99_

RECEIVED & APPROVED: _____    DATE: _8-2-99_
<center>(Inmate Signature)</center>

I LIB: _____    PAGED: _____

### FLOOR OFFICER: HAVE INMATE SIGN. THEN RETURN TO LAW LIBRARY.
### ***THANKS!***

# PELICAN BAY STATE PRISON
## S. H.U. LAW LIBRARY
### REQUEST FOR LEGAL PHOTO COPY SERVICE

## RULES AND CONDITIONS:

1. WHEN REQUESTING PHOTOCOPY SERVICES, YOU MUST COMPLETELY FILL OUT AND SUBMIT:
   - A.) REQUEST FOR PHOTOCOPY SERVICE FORM.
   - B.) SIGNED TRUST WITHDRAWAL FORM.
2. PHOTOCOPY SERVICE IS LIMITED TO LEGAL DOCUMENTS AS PER D.O.M. §14010.21.LAW BOOKS,REFERENCE MANUALS, TRANSCRIPTS, PERSONAL MAIL, ETC. WILL NOT BE COPIED.
3. COST FOR PHOTOCOPY SERVICES WILL BE TEN CENTS (10¢) PER PAGE.
4. NO INMATE MAY SUBMIT ANOTHER INMATE'S DOCUMENTS FOR COPY.
5. SEPARATE ALL DOUBLE SIDED AND ODD SIZED PAGES FROM THE REST OF YOUR DOCUMENTS TO ASSIST STAFF IN MORE EFFICIENT HANDLING OF YOUR REQUESTS. DO NOT TIE OR TAPE PAGE TOGETHER.
6. PHOTOCOPY SERVICE IS SUBJECT TO THESE RULES AND CONDITIONS TO PREVENT ABUSE AND TO ASSURE THAT ALL INMATES HAVE THE OPPORTUNITY TO BENEFIT FROM THE SERVICE.

I HAVE READ THE RULES AND CONDITIONS ABOVE. I AGREE TO ACCEPT AND COMPLY WITH THEM.

NAME (PRINT): _James Earl Harvey_    C.D.C. #: _C-48884_    CELL #: _D-10-107_

TYPE OF DOCUMENT: _writ_    NUMBER OF PAGES: _13_

NAME OF COURT: _Ninth Circuit_    NUMBER OF COPIES: _1_

PLAINTIFF: _____    TOTAL COPIES: _1_

DEFENDANT: _____    TOTAL COST: _1.30_

INMATES SIGNATURE: _James Earl Harvey_    DATE: _8-9-99_

### *** STAFF ONLY***

DATE RECEIVED IN LIBRARY: _8-10-99_

APPROVED: _✓_  DENIED: _____  REASON FOR DENIAL: _____

COMPLETED BY: _____    DATE: _8-10-99_

UNIT STAFF SIGNATURE: _____    DATE: _8-11-99_

RECEIVED & APPROVED: _____    DATE: _8-11-99_
                     (Inmate Signature)

IN LIB: _____  PAGED: _____

## FLOOR OFFICER: HAVE INMATE SIGN. THEN RETURN TO LAW LIBRARY.
### ***THANKS!***

FROM  HARVEY  C-48884  D10-107  8-17-99

8-17-99

TO

U.S. Circuit Court of Appeals
95 7th St./P.O. Box 193939
San Francisco, CA. 94119-3939

1-MARILA

Exhibit H

FROM  HARVEY  C-48884  D10-107  6-2-99  FROM

TO

US-9th CIRCUIT COURT OF APPEALS
95 7th STREET/P.O. BOX 193939
SAN FRANCISCO, CA 94119-3939
1-MARILA

FROM  HARVEY  C-48884  D10-107  0-2-99  FROM

TO  COURT CLERK  INMATE WROTE  TO
U.S. Circuit Court of Appeals  PO BOX 547
95-7th St./P.O. Box 193939
San Francisco, CA. 94119-3939
1-MARILA

0-3-99  FROM



RECEIVED

MAY 0 7 2001

PRO SE                              5.3.01

DEAR,

June of 1999 i filed a writ in This court, it was
returned because of mistakes, i corrected The mistakes And
refiled The writ in August of 1999, as well as a motion For An
Attorney, but i Have yet To receive Any word From The court, in
Fact, my wife called And was Told i HAd no writ on File, Peli-
can Bay State Prison document Every legal MAil They send To
The courts, Enclosed is copies of Their record proving They
sent my writ To This court. i would like To Know WHAt
Happened To my writ, or should i Need To File Another writ, Also
can This situation be placed on record if my writ is not
located. Thank You!

                          Respectfully

                          James Earl Marey

                          James Earl Marey
                          C-42824



UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
P.O. Box 193939
95 Seventh Street
San Francisco, CA. 94119-3939



May 15, 2001

James Earl Harvey
D-4-102/ C-48884(SMU)
P.O. Box 7500
Crescent City, California 95532

Dear Mr. Harvey:

This will respond to your recent correspondence to this court. According to our records you do not have any writs or appeals pending before this court.

We are a court of limited jurisdiction which means that it can only act on cases which have been first filed, and finally decided in a U.S. District Court within this Circuit. *See* Title 28 of the United States Code Section 1291, 1292. This office does not furnish forms for filing appeals, writs or other pleadings in this court, or any other court. This court and its employees are prohibited by statute from giving legal advice.

In order to request relief in this court, you must file a notice of appeal from an appealable judgment or order of the U.S. District Court. Depending upon your type of case, you are referred to Title 28 of the United States Code, Sections 2241



MAIL Room
Exhibit L-9

STATE OF CALIFORNIA

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

DEPARTMENT OF CORRECTIONS

Location: Institution/Parole Region
1. _____ PBSP

Log No.
DOI-01591

Category
3 mail
lost

2. _____                    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|------------------|
| James Harvey | C-02834 | | D-4-102 |

A. Describe Problem: Approximately a month ago I had my wife to check on my write in the 9th circuit court being that it had been almost two years since I sent my writ. My wife was informed that the court had no record of my writ being filed so I wrote the library and requested some form of verification that my writ was sent, which the law library complied. I sent that info to the court and the courts wrote back stateing what they initially told my wife and me they have no record of my writ being filed.

If you need more space, attach one additional sheet.

B. Action Requested: I would like to know what is with my writ? Hopefully I know who will know what miscaduct the courts claim the responsibility on policies been. The court is now receiving my writ I want to know where is my lost... writs my writ or contact this court and tell them you sent my writ?

Inmate/Parolee Signature: _James Harvey_                    Date Submitted: 5/27/01

C. INFORMAL LEVEL (Date Received: 5-30-01 )

Staff Response: Denied: all I can do is provide you with a copy of your CDC 119 card showing what and when items are sent and received. Since all legal mail which arrives in the mailroom is sealed, the staff has no idea what is inside.

Staff Signature: _P. Penoyer_                    Date Returned to Inmate: 5-31-01

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

This documents don't prove that my writ was sent nor the fact of the matter I received a letter from the 9th circuit court and they say they have not received any writ

Signature: _____                    Date Submitted: 5/31/01

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

## FIRST LEVEL SUPPLEMENTAL PAGE

Exhibit L-5

**RE:**   PELICAN BAY STATE PRISON
Appeal Log PBSP-D-01-01591
First Level Reviewer's Response

Inmate:   HARVEY, C-48884

**APPEAL DECISION:**

DENIED

**APPEAL ISSUE:** (Modified)
You allege that during August 1999, you filed a writ with the Ninth Circuit Court of Appeals. Later contact with that court by a member of your family revealed the court did not have your writ. You argue that documentation concerning any of your mailings during August 1999, provided by this institution, does not prove your writ was ever mailed to the court. You are requesting that Pelican Bay State Prison, (PBSP), staff either locate your writ or advise the court that the writ was mailed.

**APPEAL RESPONSE:**
Correctional Sergeant D. Conley, Law Library Sergeant, was assigned your appeal.   Sergeant Conley conducted an investigation into your problem and determined the following information:

Log entries show that you sent two (2) mailings to the US Circuit Court of Appeals during August 1999. One was mailed on August 2, 1999, the other on August 17, 1999.

The two mailings were received in the Law Library in a sealed condition.

The two mailings were recorded by a Law Library staff officer. It was noted in our log that you wrote PO Box 547 on the August 2, 1999, mailing as an apparent address for the court.

The two mailings were forwarded to the PBSP Mail Room on August 3, 1999, and August 18, 1999, respectfully.

Reflecting on the above information, two points are evident: First, it is not possible for our staff to know what you mailed to the US Circuit Court of Appeals; Therefore, we can not advise the court that you mailed any writ. Secondly, we have no way of knowing if you mailed the package to a designated address, or erred in its recording. Due to your action of recording the PO Box address, the possibility exists that your documents could have been routed to the "dead letter" area of the postal service.

Based on the above information, your appeal is **DENIED** at the First Level of Review. If you do not agree with this decision, you may appeal to the next level of review by following the instructions contained on this appeal.

T. JOURDEN          Date   8-7-01
Facility Captain
Facility D

R. KIRKLAND          Date   8/7/01
Associate Warden
Security Housing Unit

**DISTRICT ATTORNEY**

OF THE

**COUNTY OF NEW YORK**
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000





**ROBERT M. MORGENTHAU**
DISTRICT ATTORNEY

May 2, 2008

Abdul Olugbala Shakur
D.4.112/C-48884
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA  95532

Dear Mr. Shakur:

    The letter you addressed to Michael Warren at One Hogan Place was received by the Manhattan District Attorney's Office, which is the only office located at One Hogan Place.  There is no attorney here by the name of Michael Warren.  We are returning your letter to you.

    Very truly yours,

Nancy E. Ryan
Assistant District Attorney
Chief of the Trial Division

16. 262

Exhibit Q-1

STATE OF CALIFORNIA

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region

DEPARTMENT OF CORRECTIONS

Log No.
1. D-07-00665

Category
5 / 1

2. _____

2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| James Earl Harvey | C-98289 | SHU | D-4-112 |

A. Describe Problem: Approximately 30 days ago i had filed a 602 with regards to the confiscation of a number of my literature books and writings. It is my understanding that you have at minimum 15 days to respond to my 602. i would like to proceed with my appeal process. Your refusal to respond to my initial 602 is equivalent to denying me my right to appeal, for i can't proceed forward until you respond to my 602.

If you need more space, attach one additional sheet.

B. Action Requested: If you continue to fail to respond to my initial 602, i should be allowed to proceed to the informal level

Inmate/Parolee Signature: _James Earl Harvey_   Date Submitted: 3/7/07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____   Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____   Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

MAR 1 3 2007   MAR 2 1 2007   MAR 2 9 2007

First Level  ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____  Due Date: _____

Interviewed by: _____

BYPASS

Staff Signature: _____  Title: _____  Date Completed: _____
Division Head Approved: _____  Returned _____
Signature: _____  Title: _____  Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

BYPASS

Signature: _____  Date Submitted: _____

Second Level  ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: __3-21-07__  Due Date: __5-02-07__

☐ See Attached Letter

Signature: _____  Date Completed: _____

Warden/Superintendent Signature: _____  Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

On 1/30/07 my cell was searched by IGI/SSU/LETU and a number of items were confiscated from my cell. I was informed by IGI all confiscated items were sent to Sacramento (i.e. SSU/LETU), approximately four days later i filed a 602 and handed to IGI Milligan now claiming they never received it. My property was improperly confiscated under the fabricated accusation of being gang material.

Signature: _____  Date Submitted: __4/3/07__

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____
☐ See Attached Letter

CDC 602 (12/87)                                        Date: _____

State of California

Department of Corrections and Rehabilitation
CDC Form 695

## INMATE/PAROLEE APPEALS SCREENING FORM

Name: HARVEY          Number: C-48884   Housing: D4  112

### YOUR APPEAL IS BEING REJECTED/CANCELLED AND RETURNED FOR THE FOLLOWING:

Screening Appeals Rejection Criteria:

[ ] 1.  The resolution is not within CDC's jurisdiction. See CCR, Title 15, Sections 3084.2(e) and 3084.3(c)(1).

[ ] 2.  The appeal duplicates the inmates previous appeal. See CCR, Title 15, Section 3084.3(c)(2).
  [ ] (a) Your appeal has been screened out on _____ for _____.
  [ ] (b) Your appeal is being reviewed at the _____ Level, Log # _____.
  [ ] (c) Your appeal has been completed at the _____ Level, Log # _____.

[ ] 3.  The appeal concerns an anticipated action or decision. See CCR, Title 15, Section 3084.3(c)(3).

[X] 6.  The appeal exceeds the 15 working days time limit, and the inmate has failed to offer a credible explanation as to why he could/did not submit the appeal within the time limit. See CCR, Title 15, Sections 3084.2(c), 3084.3(c)(6), and 3084.6(c).

[ ] 8.  Abuse of the Appeal Process/Right to Appeal.
  [ ] (a) Excessive filings. Submission of more than one non-emergency appeal within a seven-calendar-day period is excessive. See CCR, Title 15, Section 3084.4(a).
  [ ] (b) Inappropriate statements. The Appeal contains false information, profanity, or obscene language. The appeal is rejected. See CCR, Title 15, Section 3084.4(b).
  [ ] (c) Excessive verbiage. Appeal cannot be understood or is obscured by pointless verbiage or voluminous, unrelated documentation. See CCR, Title 15, Section 3084.4(c).
    [ ] (1) Only allowed 1 added page, front and back, to describe the problem and action requested in Sections A and B, per CCR, Title 15, Section 3084.2(a)(1).
    [ ] (2) Only supporting documentation necessary to clarify appeal shall be attached to the appeal, per CCR, Title 15, Section 3084.2(a)(2).
  [ ] (d) Lack of cooperation. Appellant refused to cooperate and/or interview with the reviewer which has resulted in cancellation of the appeal, per CCR, Title 15, Section 3084.4(d).
    [ ] (1) Your appeal was screened out and returned to you with instructions:
       [ ]                    [ ]                    [ ]
  [ ] (e) Failed to reasonably demonstrate the decision, action, policy, or condition as having an adverse affect upon the inmate's welfare, per CCR, Title 15, Section 3084.1(a).
  [ ] (f) This is a request for information. It is not an appeal. Write a note (GA-22, Request For Interview form or CDC-7362, Medical Request form).

[ ] 9.  Cannot appeal on behalf of another inmate/person. See CCR, Title 15, Sections 3084.2(d) and 3084.3(c)(7).

[ ] 10. Issue resolved at previous level of Appeal review. See CCR, Title 15, Sections 3084.3(c)(8) and 3084.4(d).

Comments: UPON FURTHER REVIEW BY IGI STAFF, THERE IS NO MERIT TO YOUR CLAIM OF ATTEMPTING TO APPEAL THIS ISSUE ON TIME. APPEAL IS REJECTED BASED ON TIME CONSTRAINTS

C. E. WILBER                    Date
Appeals Coordinator

This screening decision may not be appealed unless you can support an argument that the above is inaccurate. In such a case, please return this form to the Appeals Office with the necessary supporting information.

### PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE
PBSP        (Rev.  11/06)        CCR 3084.3(d)        PBSP

MAR 2 9 2007

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION          ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001

$\xi \chi h 1 b 1 t$
$\xi - 1$



June 14, 2007

HARVEY, CDC #C-48884
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA  95531-7000

Re: Institution Appeal Log #PBSP 07-00665 Personal Property

Dear Mr. HARVEY:

The enclosed documents are being returned to you for the following reasons:

This office provides the Director's Level Review of inmate/parolee appeals. The form must be completed through the Second Level of Review on behalf of the Warden or Parole Region Administrator. Your appeal was rejected, withdrawn or cancelled. If you disagree with that decision, contact the Appeals Coordinator. You must comply with instructions from that office.

Your assigned counselor, the Appeals Coordinator, or your Parole Agent can answer any questions you may have regarding the appeals process. Library staff can help you obtain any addresses you need.

N. GRANNIS, Chief
Inmate Appeals Branch

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

Exhibit G-1

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 2/26/07 | Zet D Milligan | Harvey | C-78334 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | |
|---|---|---|---|---|
| D-4-112 | C | | FROM | TO |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)

| ASSIGNMENT HOURS | |
|---|---|
| FROM | TO |

**Clearly state your reason for requesting this interview.**

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Approximately two (2) weeks ago I personally handed you a 602 which can
be verified by this entire pod. But I have yet to receive a response, so I am
Curious to the nature/process of my 602.

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY

D. Murphy

DISPOSITION

Your 602 was sent to Appeals to be logged.

DATE 2/20/06

State of California

Department of Corrections and Rehabilitation
CDC Form 695

## PELICAN BAY STATE PRISON INMATE APPEALS SCREENING FORM

SECURITY HOUSING UNIT

NAME: _HARVEY_ UNIT D-4   CDC #: _C48884_   HOUSING: _D4 112_

### YOUR APPEAL IS BEING RETURNED FOR THE FOLLOWING REASON(S):

☒ 4. In violation of the CCR, Title 15, Sections 3084.2(b), 3084.3(c)(4) & 3084.5(a)(1), you failed and must attach evidence that shows you attempted to get an Informal resolution, prior to the appeal being assigned to the Formal Level(s) of appeal review. If a staff member fails to respond after 10 working days, use the Chain of Command and submit the Appeal to that staff member's supervisor, or unit/area supervisors.

[ ] Counselor         [ ] PBSP R&R          [ ] Med Clinic       [ ] Records
[ ] Unit Officer      [ ] PSU Property      [ ] Dental Clinic    [ ] Inmate Assignments
[ ] Mail Room         [ ] PBSP SHU Prop.    [ ] Psych Office     [ ] PBSP Trust Office
[ ] Law Library       [ ] Food Services     [ ] Med Records      [ ] Plant Ops
[ ] Work Supervisor                         [X] Other _INVOLVED_ _STAFF_

☒ 5. You have not adequately completed the CDC Form 602, or have not attached the proper documents. Follow instructions and attach the items noted below, send what documents you have, or explain why they are not available per the CCR, Title 15, Section 3084.3(c)(5):

[ ] Supporting Documents & Receipts          [ ] CDC 1845 Disability Verification
[ ] GA 22 Request For Interview              [ ] CDC 1824 Reasonable/Accommodation
[ ] CDC 115 Results With final dispo         [ ] CDC 7362 Health Care Required Co-Pay
[ ] CDC 115 IE/DA information/Report         [ ] CDC 128-C Medical Chrono
[ ] CDC 115 Supplemental Reports             [X] Cell Search Slip
[ ] CDC 114-D Lockup Order                   [ ] Property Inventory Receipt
[ ] CDC 1030 Confidential Disclosure         [ ] CDC 143 Property Transfer Receipt
[ ] Lab Results Sheet                        [ ] Package Inventory Slip
[ ] CDC 7219 Medical Report                  [ ] Proof of Ownership/Value
[ ] CDC 128-A _____                [ ] More Specific Information
[ ] CDC 128-B _____                [ ] Trust Statement
[ ] CDC 128-G _____                [ ] CDC 193 Trust Acct Withdrawal Order
[ ] CDC 629A/629B Assess SHU Term            [ ] Legal Status Summary
[ ] CDC 812/A/B Critical/Enemy               [ ] Abstract of Judgment (AOJ)
[ ] CDC 839/840 Class/Reclass Score          [ ] CDC 1858(PC 148.6/CCR 3391(d)) Info.Advis.
[ ] CDC 958 Restoration Request              [ ] Emerg. Unwarranted CCR 3084.7(a)(2)(A)
[ ] CDC 1819 Correspondence Denial           [ ] Failed to Complete Section _____
[ ] Other _____                    [ ] Sign & Date Section _____
                                             [ ] CDC Form 602 _____

[ ] 7. The issue has been resolved, PBSP Appeal Log No. _____. A copy of the Second (Warden's) Level of Appeal review is attached per the CCR, Title 15, Section 3084.2(g)(1)(2(3).

[ ] 8. Abuse of the appeal procedure: _____

Comments: _Everything is attached to the original 602 - This 602 is_
_in response To I&I Failure to respond to my original 602 which e_
_personally handed To I&I Milligan NoTEd ._

_C. Wilber_ (signature)

**MAR 19 2007**

C. E. WILBER                           Date
Appeals Coordinator

This screening action may not be appealed unless the above reasons are inaccurate and the inmate can provide supporting arguments against the screening decision.

**PERMANENT APPEAL ATTACHMENT   -   DO NOT REMOVE**

MAR 13 2007

PBSP   (Rev. 11/06)   CCR 3084.3(d)   PBSP

EXHIBIT G-3

PELICA

UNIT D-4

2.7.07

To: D Facility Property Officer (SHU)

IGI/LEIU/SSU Recently Confiscated a number of books from my cell which can easily be verified. Approximately 2 months ago i received 9 pamphlets, They confiscated 7, in 1998 i received Blood In My Eye, They Took that as well, in 1991 i received Malcolm X speaks, They Took that as well. In 2003 i received a copy of a published book that i wrote New Afrikan Criminology, They Took this as well. All the above books was confiscated by SSU claiming they were gang Related.

James E. Harvey
C-48884
D-4-112

Mr. Harvey — The material that you are inquiring about is in the possession of LEIU/SSU. The book "Blood in my eye" is a book that is not allowed at PBSP due to its gang related content. As for the other material you can send an appeal to the appeals coordinator concerning these items. As far as I know these materials were gang related thats why it was confiscated.

D. Milligan (IGI)   2/7/07

**COPY**

*EDMUND G. BROWN JR.*
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*

*Exhibit S*

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-5715
Facsimile: (415) 703-5843
E-Mail: Elizabeth.Kim@doj.ca.gov

September 13, 2007

William H. Follett, Judge
Del Norte County Superior Court
450 H Street, Room 209
Crescent City, CA 95531


RE:   INFORMAL RESPONSE
      *In re James Harvey*, C-48884, Case No. HCPB07-5124

Dear Judge Follett:

As directed by the Court, this informal response addresses only the exhaustion of administrative remedies issue.

Petitioner, a member of the Black Guerilla Family prison gang, contends that during the January 30, 2007 cell searches of suspected prison gang members and leaders, a number of his belongings pertaining to black history, culture and religion, and revolutionary materials were confiscated. (Petn. at pp. 3, 5.) Petitioner alleges a majority of the items removed from his cell were not gang-related, and thus he sought their return by filing an inmate appeal (CDC Form 602) sometime in February 2007. (*Id.* at pp. 3, 5, and p. 1 of attachment.) He alleges that prison officials are attempting to deny him his right to file an appeal by rejecting his 602 as having been untimely filed. (*Id.*, p. 1 of attachment.)

Officer Milligan, an Institutional Gang Investigator, has no personal recollection of petitioner giving him an inmate appeal in February 2007, but he does recall giving petitioner a cell search receipt dated February 5, 2007 that lists in more detail the items confiscated from petitioner's cell on January 30, 2007. (Ex. 1 - SHU Cell Search Receipt.) Because a review of the comprehensive list of petitioner's inmate appeals filed to date shows no 602 pertaining to petitioner's property having been filed in February 2007 (ex. 2 - Petitioner's Appeal Listing at p. 6), to remedy this discrepancy, **respondent will permit petitioner to file a new inmate appeal within 15 working days of petitioner's receipt of this informal response to the Appeals Coordinator's Office.** (Cal. Code Regs., tit. 15, § 3084.1 *et seq.*) **Petitioner should attach the February 5, 2007 Cell Search Receipt (ex. 1 herein) and a copy of this informal response to his inmate appeal.**

September 13, 2007
Page 2

Because respondent is affording petitioner the relief he seeks in his petition, the petition
should now be dismissed as moot. (*Nat'l Ass'n of Wine Bootlers v. Paul* (1969) 268 Cal.App.2d
741, 746.)

Sincerely,

ELIZABETH S. KIM
Deputy Attorney General
State Bar No. 166599

For    EDMUND G. BROWN JR.
Attorney General

ESK:

cc: PBSP Litigation Coordinator

20104092.wpd

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT D-4

Exhibit T

# (Adopt-A-Prisoner) Writer Project Mission Statement

Historically, the Prison Rights Movement placed more emphasis and significance on visual artistic talent. They sponsor prison art exhibits all across the country. Though we acknowledge this is a very worthy cause, unfortunately, it did unintentionally exclude a vast majority of New Afrikan (Black) prisoners. Being that for the most part we don't draw, we primarily express ourselves via our written words. But more importantly, it is the written words where we as prisoners can have the most impact on society at large. It is via written word that we develop the programs, proposals, projects, and literature that can and will save our youth, people, and community.

Many within the New Afrikan Prisoner's Writers Union (NAPWU) are former gang members, drug dealers/users, and criminal minded, and they are more than qualified to articulate their experience in the form of poetry, essays, short stories, books, "how to" manuals, and proposals. With this said, many of us lack formal education and this often manifests itself in our writings, such as bad grammar. This project will provide us with the opportunity to improve our writing skills; it would also connect us to professional, skilled, and trained writers who will be responsible for:

1. Teaching their adopted writers the rules of writing.
2. Teaching proper grammar and punctuation.
3. Proofreading writings/manuscripts.
4. Printing/typing writings/manuscripts.
5. Helping to expose market and promote the adopted writer's writings.
6. Providing their adopted writer with educational literature, lessons, and books.

*People, my name is Abdul Olugbala Shakur. I am the inside coordinator of this project. I have spent the last 24 years in solitary confinement, and I have transformed my cell into a think tank in the service of the New Afrikan Communities, but our ideas mean nothing if we are not able to reach our communities with this material. This project will serve as the bridge to connect us and provide you with opportunity to fully exploit our experience and knowledge on behalf of our future generations. People, please take advantage of this opportunity. If you are interested please fill out the application below.*

Abdul Olugbala Shakur
D-4-112/C-48884 (SHU)
P.O. Box 7500
Crescent City, CA 95532
Pelican Bay State Prison

---

## Adopt A Prisoner Writer Project Registration Form

Name:_____ Date:_____

Address:_____

City:_____ State:_____ Zip:_____

Phone: (____)_____ Email:_____

Website:_____

Gender: (circle one)

Male                    Female

Student          Staff          Professor

Teacher          Other:_____

Volunteer        Project Coordinator

Support Staff    Occupation:_____

16  Name of University:_____

**Volunteer Services:** (circle one)

Printing/typing
Distribution
PO Box Holder
Website Holder
Photocopying

**Donated Items:**

Stamps
Embossed Envelopes
Writing Tablets
Manila Envelopes
Computer
Printer
Copier

University of California, Berkeley
African American Studies
Attn: Prison Outreach Project
Lindsey Herbert
660 Barrows Hall MC #2572
Berkeley, Ca 94720-2572

(3c) 26c - 31c5
dr ordane earthlink.net
...

LHerbert a calmail.berkeley.edu
(5)c) 642- 7664

**STATE OF CALIFORNIA**

**DEPARTMENT OF CORRECTIONS**

*NAME: HARVEY, James*                    *CDC #    C-4886*              CDC 128-B (REV. 4/74)

On August 30, 2005, Institutional Gang Investigation (IGI) Unit received for review a letter addressed to Jamal Guillory, 137 North 30th, San Diego, Ca. 92102. The letter had the return address and was compared to writing samples of James HARVEY, C-48884, D6-121, aka "Abdul", a validated member of the Black Guerrilla Family (BGF) prison gang. The letter states in part, "Jamal I wanted you to know, nothing has changed, I am still Abdul The Revolutionary Soldier, A Black Dragon in The service of True justice..." The Dragon is a symbol of the BGF recognized by the Law Enforcement Investigations Unit (LEIU) through investigation and interviews with BGF affiliates. The letter goes on to state, "Your Brotha is still standing tall, and I will die in the service of our liberation struggle before I bow down and debrief or betray our righteous cause [sic]." HARVEY is a validated member of the BGF and as such is stating that he will die in the service of the struggle rather than debrief or betray the cause. Inmates have the option of disassociating themselves from a prison gang by dropping out and completing the debriefing process relevant to California Code of Regulations (CCR) Section 3378 (c)(5). This information should be considered pursuant to CCR 3378 (c)(8)(A) Self admission.

G. STEWART
Correctional Sergeant
Institution Gang Investigations
Pelican Bay State Prison

*DATE: August 30, 2005*              *GANG INFORMATION CHRONO*              *CDC 128B*

45

Exhibit V-1

## *SOJOURNER TRUTH FARM SCHOOL and*
## *CENTER FOR HUMAN GROWTH*
### P.O. Box 311
### Poolesville, MD 20832

April 8, 2008

As-Salaam-Alaikum, Bro. Abdul,

I have your most recent letter and I thank you for the suggestions and the time you took to address these matters. First, let me fill you in on what I have been doing on this end, some of it right in line with your suggestions. I attended a meeting last week which concerned the use of an historic building which was at one time the only Black high school in this area before desegregation. A woman with whom I have become closely associated with in our efforts to serve the youth and Black community was the one responsible for saving that building from demolition over ten years ago. She had formed a group called the United Black Cultural Center. To make a long story short, a Black preacher somehow managed to lease the site to use for his church services. This building and site (has three other smaller buildings) is right in the heart of an historic Black community in a city (Rockville) about 20 miles from me. It is between me and Washington, D.C. Excellent location for metro and bus. The Lincoln Park community was several years back full of drugs and drug dealing, until the police came through like a swat team and now it is fast becoming gentrified with Asians and Hispanics. Anyway, we want that building. Barbara wants me to go ahead and start forming a youth choral group. She already has instruments (a few) donated for the cultural center (museum). I see this as a strategic (geographically) place to be able to gain access to youth in Rockville as well as some in Washington to start forming singing groups as well as train the youth, who can then perform in fundraising efforts for the overall coalition group (that wants control of the site) as well as Sojourner Truth Farm School. The problem of course is the preacher who one of those attending the meeting says he has "held the building hostage"for way too long.

Now, yes, at the university. I have calls in to the brother who heads up the band at Bowie State. I will try again tomorrow to reach him. I was already on this because I also wanted to see if he can identify some of the student singers who might want to form a group who could record Bro. D's songs as well as be helpful to the youth if we get the building in Rockville. I also have been in touch with Oakhill Youth Detention Center near the university asking about volunteering with their youth to teach music and form a group for the same purposes. Something for them to look forward to being a part of when they get out. So far they have only called me back once and said the director of their volunteer services had quit and they were more or less in a transition on volunteers. Oakhill has an awful reputation. It is nowhere a youth would want to be. I felt it was appropriate to reach these youth because this is where Bro. D and the young brothas he came up with

started singing, not at Oakhill, but years back when they had National Training school and other detention places. Yeah, that's where Bro. D ended up a good deal of his youth along with others who later stayed together to sing. Several actually made it on into recording, others continued to fall back into a destructive life, and you know how all that goes.

Now yes I am familiar with Winton Marsallis and his brother, and the Lincoln Center. I knew they were doing some things down in New Orleans. Unfortunately I haven't seen the Old House programs. In fact, our Sociology/Criminal Justice club to which I am the advisor, had a fundraiser to help the Health Clinic in the Ninth ward which was started by two nurses since the public hospital thatservice°the poor was shut down. I'll follow through on your suggestion for that (Lincoln Center). And yes, as far as publicizing our mission etc at school I have things posted on my office door and information for volunteering. Right now everyone is looking towards the end of the term. Spring term is not the best time for recruiting people since students are anxious to get away from school until fall. But some still come for a few classes in summer and I will be teaching in summer, so I will try to do what I can during that time period.

I also went to a meeting in Washington last Sunday at Prisons Foundation;they display prisoner art and the public can purchase. One of their members,   Dennis Sobin, did quite a bit of time (but was wrongfully convicted) and took up guitar while in prison. He has now recorded CD's and performs with a small group at various events. I talked with him some and gave him the materials about us; he is going to give me the information for advertising in CITY PAPER (Washington)) for musicians. A sister who is there most of time is interested in what we do. She has a son in prison. She old me about the Potters House which is where they have open mic on Fridays and people can make known whatever they are into, as well as host events.

In May we are scheduled to be on a local radio station for about two hourse One of my former students who (he and his family) have been the strongest supporters of Sojourner Truth Farm School arranged it through a family member. The station is Black owned (Kathy Hughes, you may have seen things about her life's story on various programs). But the program is at some strange morning hour nevertheless we'll give it a try. We can talk about what our mission is and include all the initiatives we have outlined.

I am going to have to go for now, but I will continue this as soon as I can. I'll respond to you about the websites and give you a progress report (smile) What I really would like to achieve in the music group of SJTFS is to form a young group who would be able to sing some of Bro D's songs and then make a CD which could be submitted to Kenny Gamble's Recording studio in Philadelphia. I think I told you I contacted them and Chuck Gamble said it is best to get a demo to them. Kenny Gamble (who now has a Muslim name) has done a lot to renovate his old neighborhood to which he returned after becoming well known for Gamble and Huff recording. He has bought buildings and refurbished them and rented them to low income families; has two charter schools; and his UniversalConstruction Co employs people including youth in the neighborhood. I would

like to take the young group if we got a demo together, to Philly to meet Gamble and see what he has accomplished not only in music but in restoring his old neighborhood and helping youth. He headed up some of the initiatives in Philly that aimed at reducing the crime and reaching the youth.

I have something to suggest to you: In the first part of the restructuring document, there is the part about the Institute and developing literature to get to our youth so we can address the so-called gang problem, etc etc. Could you write a pamphlet that would be a first in a series that addresses the youth at SJTFS to help them understand the destructiveness of some of their life styles and using your own life as an example in how to use your talents and time wisely for not only self achievement but service to others. I see these pamphlets as being part of our"curriculum"in the overall Sojourner Truth Farm Schooland Center for Human Growth,. I have planned for a long time to do a series from another perspective, that focus on the spiritual and natural development as they learn about growing plants, etc etc and in the process learn about growing themselves as human brings. These will be our own "texts"so to speak which can be copyrighted and then distributed for others to use if they want, of course at reasonable prices.

More later---Peace,

Sis Dorothy



**medicine for children & families**

June 5, 2007

Abdul Olugbala Shakur
s/n J. Marvey
D.4.114/C-48884 (SHU)
PO Box 7500
Crescent City, CA 95532

Dear Abdul,

First and foremost, thank you for your brilliant idea and careful thoughts
about HIV prevention. I commend your willingness to include all groups of
people affected from all walks of life on all journeys. I highly encourage
you to NEVER suggest your name be removed from your work and your
idea(s). I want to share one of my favorite quotes with you:

> "What lies behind us and what lies before us are small matters
> compared to what lies within us." –Emerson

Keep a Child Alive is not involved with HIV Prevention, but rather we are
an urgent response to the AIDS crisis in Africa and provide funding for
treatment. HIP-HOP HIV/AIDS Mobile Clinics will be a prevention tool and
would be better proposed to organizations set up to do that work.

I encourage you to continue brainstorming ideas that will leave your mark
in this world that perhaps when you part, it will be left a little better than
how you found it, which would be amazing.

I hope it is okay with you that I submitted your proposal on your behalf to
Nadine Ranger and Eileen Sunshine of the Brooklyn AIDS Task Force.

Nadine's address is:
Brooklyn AIDS Task Force, 502 Bergen Street, Brooklyn, NY 11217
#(718) 622-2910

Eilleen's address is:
Brooklyn AIDS Task Force, 25 Chapel Street Rm 605, Brooklyn, NY 11201,
#(718) 596-3635



**medicine for children & families**

I submitted to them with a cover letter endorsing your idea and of course leaving your name with the proposal as anything that comes from it should certainly be accredited to you and your compassion for those affected by HIV and AIDS.

I wish you all the best Abdul. I realize things get twisted in life and the fact that through all of the ups and downs, you still care enough to think about others beyond yourself speaks volumes to what lies within you.

Together in the fight,

Juliano Innocenti
Director of Donor Relations
Keep A Child Alive

# THE SOJOURNER TRUTH FARM SCHOOL and CENTER FOR HUMAN GROWTH

## MISSION

The Sojourner Truth Farm School and Center for Human Growth is a non-profit organization that was founded fifteen years ago by Dr. Dorothy Blake Fardan. Her vision was to establish an institution designed to reconnect the children/youth to the natural order of things via community based gardens and a farm school. The basic belief was that if young people learned how to care for and grow live things (plants and animals) they would also learn about growing themselves as human beings. Initially, the youth targeted for this project were at risk Black (African American) youth., and the site of the school was in the historically Black community of Martinsburg near Poolesville, Maryland. Thus there would be a comprehensive instructional component on Black history, as well as the more practical horticultural and agricultural skills. Of course the services of the school would be open to any child. We believed that this approach could serve as an effective medium to deter our youth from adopting self-destructive behaviors, from drug abuse, drug selling, to teen pregnancy.

However, we have recently conceded to an unfortunate observation: our method has not been effective. So we are restructuring our format and expanding our scope of services. If our primary goal is to: 1) save our children/youth and 2) rebuild our communities, then we must focus on gangs and crime, but from a perspective that is going to be based in love, understanding, patience and education. The following is our restructured format. Our success will depend on concrete support from the larger community for the following projects:

## The New Afrikan Criminology Academy

One of the primary crises facing the New Afrikan (aka Black, African American) community is our inability to resolve the gang and crime problems which plague our communities across the country. The government and law enforcement agencies have merely politically and economically exploited this epidemic. Tax dollars are diverted towards flooding our communities with police, and building new jails and prisons for the incarceration of our young people. American tax dollars would be better used to build new schools and support proven effective social programs that we know can work to deter youth from criminal activities. The government has provided us with little to nothing to solve this crisis, and yes, it has reached epidemic proportions; a crisis equivalent to self-imposed genocide. Thousands of our young people are dying annually across the country as a direct result of this crisis. Thousands of them are also being incarcerated monthly as a direct result of this crisis. We can no longer afford to depend on the government or law enforcement agencies. It is time for us to take the lead in this campaign. If we fail to act,

we will continue to create a generation of dysfunctional and unstable communities.

The New Afrikan Criminology Academy (N.A.C.A.) is a think tank that will consist of New Afrikan scholars, students, community activists, and politically and spiritually conscious New Afrikan prisoners with a long and consistent history of serving the community. We strongly encourage volunteers irrespective of race and /or nationality. The goal of the N.A.C.A. is four-fold:

1. To develop comprehensive literature designed to help our people understand the gang and crime problem in our communities.
2. To develop solutions to the gang and crime problem that plagues our communities.
3. To serve as a consultant advisory council instructing our communities on how to develop the necessary community-based institutions specifically designed to eradicate gang violence, crime and drugs from our communities.
4. To challenge the criminalization of our people and communities.

Brotha Abdul Olugbala Shakur is the executive coordinator of this project, and one of the primary architects of the restructuring of the Sojourner Truth Farm School and Center for Human Growth. He is a political prisoner who has spent the past twenty-five years in solitary confinement. If you are interested in this project you can contact Brotha Abdul at: Abdul Olugbala Shakur (s/n J. Harvey) D-4-112/ C-48884 (SHU) Pelican Bay State Prison, P.O. Box 7500, Crescent City, CA 95532.

## Prisoner Publishing Network (Prison Outreach)

The Prisoner Publishing Network (PPN) was originally initiated by a New Afrikan prisoner in Indiana over ten years ago who was affiliated with the Sojourner Truth Farm School and Center for Human Growth. We were able to publish one book but fell short of funds to complete a planned anthology of prisoner writings. The PPN gradually developed into more of a ministry or outreach as prisoners began to request assistance on their cases. While we will continue to assist prisoners on their cases which involve claims of wrongful conviction, unfair sentencing, and religious and human rights violations, the Prisoner Publishing Network will now be a desk-top publishing network that will only publish small pamphlets with a strong social, political, spiritual, economic and cultural commentary. We will only accept donated manuscripts written by politically and/or spiritually conscious prisoners. We hope to develop a catalog of our pamphlets to be placed on the internet. The proceeds from the sales of all our pamphlets will go towards the: Donald Fardan Music Scholarship Fund; Afrikan Amerikan Community Victim Foundation; and a portion will be used to fund the operational costs of the PPN. We will continue to publish and distribute our newsletter, *EARTHWAYS*.

- 2 -

## The Donald Fardan Music Scholarship Fund

Music has always played an important role in the positive development of our youth, and it can serve as an effective deterrent to the seductive trappings of the streets. This is why it is imperative that we provide a medium designed to provide our young people the opportunity to express their musical talents. The Donald Fardan Music Scholarship Fund (D.F.M.S.F.) is only one element to a future endeavor. At present the D.F.M.S.F. would allow us to:

1. Purchase instruments for those children and youth whose parents cannot afford to do so.
2. Provide piano lessons.
3. Take our children/youth on field trips to musical events and institutes, from New Orleans to New York.
4. Provide scholarships to selected students that would allow them to enroll in music schools/programs.

Our ultimate goal is to establish the Donald Fardan Institute of Music (D.F.I.M.). This would fulfill the DREAMS, UNLIMITED project which Brotha Fardan had initiated some years before his passing. The aim of that organization was to bring elder musicians together with aspiring young musicians to share their skills, experiences, as well as their everyday wisdom for living life. The Donald Fardan Institute of Music will be a community based Institute. Throughout our communities there are numbers of vacant houses and buildings. We hope in the future to acquire one of these vacant spaces and convert it into the D.F.I.M. The institute will provide lessons in singing; instruction in various musical instruments; piano lessons. We will teach our youth how to read and write music. We hope to get local musicians to volunteer their time at the Institute. Eventually it should have its own paid staff. It will be a non-profit entity that we envision to expand across the country. Though music will be our priority, we will also develop other educational courses, such as reading, writing, music as math, and business. If you are interested in these two projects please contact: Dr. Dorothy Blake Fardan, Director, P.O. Box 311, Poolesville, MD 20837; or dfardan@earthlink.net.

## Afrikan Amerikan Community Victims Foundation

Throughout the country we have Black mothers/families struggling to pay for funeral expenses and/or medical bills for loved ones who have been victims of violent crime, and gang activities in particular. But the injustice lies with the government. All across the country the government is collecting restitution from hundreds of thousands of prisoners, but not one cent is going to Black victims of violent crime or their families. This is a project in progress, with the goal of expanding the Afrikan American Community Victims Foundation across the country to provide relief for those Black victims and families.

- 3 -

## The Emergency Information Network

The Emergency Information Network was developed after Hurricane Katrina. The tragedy of Hurricane Katrina was magnified ten-fold because the people were not prepared. Many of them didn't even have a clue as to what to do in such an event. What is more disturbing is that we are three years removed from Hurricane Katrina and the vast majority of the Afrikan American community all across this country are still unprepared for a natural disaster. And this includes New Orleans. We have developed an emergency manual for entire communities. We would like to provide free copies to the poor Black communities, but this will take funds to distribute copies free of charge. Donations are greatly needed.

## The HIV/AIDS and Addictions Information Network

Our Information Networks are committed towards the development and distribution of life giving and life sustaining information that would be made available to our Afrikan American and poor communities free of charge. The Black (African American) community is faced with a number of health challenging issues that are causing devastation in the lives of families and the community structure. HIV/AIDS is one of the most aggressive threats to our people, but most especially to our women and children in recent years. Our ultimate goal is to develop mobile clinics that would visit schools of all levels, community centers, churches, mosques, temples, and provide the information but also other services such as free HIV/AIDS testing, We already have a clearly stated proposal on these issues which include plans to establish community-controlled drug rehab programs; transitional programs to provide prostitute and strippers with job training and job placement; mobilization of Black men who will be willing to confront the pimps, strip club owners or anyone who sexually exploits Black women, including music videos which degrade Black womanhood. The men will also have to address the problem of released prisoners spreading HIV/AIDS to women partners when they return home.

Drug, alcohol and nicotine addictions are rampant in our communities. Once again, government has failed to address these problems in any substantial way. Incarceration instead of treatment is not the answer. We are learning of alternative and natural methods for treating these addictions, When we have the information in printed form we will make it available to the community. We can develop the literature and prepare it for distribution based on generous donations. We will also compile names, addresses and phone numbers of those doctors and practitioners who can explain and administer natural therapies, The mobile clinics will come much further into the future.

- 4 -

### New Afrikan Prisoners Outreach Resources Center

One of the primary causes for recidivism among Afrikan American prisoners is due to the absence of a community-based support network. Many of these brothas/sistas spend years in prisons that provide little to nothing in the way of rehabilitation programs and/or effective pre-release programs. We believe that we have developed a blue-print for the construction of a pre-release network that has the potential to minimize recidivism among Black prisoners.

### The Marcus Garvey Study Group

Functional illiteracy among Black prisoners is at an epidemic proportion, and this only tends to contribute to high recidivist rates. Functional illiteracy is a problem that the prison system has totally failed to effectively address, and we can no longer afford to depend on them to do something about this. We as politically conscious prisoners must take up this responsibility to teach brothas and sistas how to read and write. This cannot be accomplished without a strong outside support network.

**********************************

### To You The People:

We do have a number of projects that we intend to pursue. One of the major ones is of course to acquire the land necessary to effectively implement the Sojourner Truth Farm School. We support a Save the Black Farm Campaign, and we have a blue-print for the eradication of hunger. But the above eight projects are the ones we are presently in the process of working on. So we are in need of support and volunteers. We don't claim to have the sole solution to the many problems that plague our communities, but we can guarantee this: with the implementation of our various programs, we can have a major positive impact on our communities. But we cannot do it without your support. How long can we continue to ignore the unnecessary killings/violence that is destroying our communities all over this country? We believe it is the responsibility of all of us to get involved. Are we that numbed in the heart and conscience to become oblivious to the thousands of young lives lost to gang violence annually? We are providing you with the opportunity to make a difference. We accept volunteers from all races (ethnic groups) and nationalities. If you are interested, please fill out the attached application

New African Criminology Academy       Sojourner Truth Farm School and
Abdul Olugbala Shakur                          Center for Human Growth
Executive Coordinator                            Dr. Dorothy Blake Fardan
                                                           Founder/Executive Director

# NEW AFRIKAN CRIMINOLOGY ACADEMY

Presented by: Abdul Olugbala Shakur

Sponsored by: www.sojournertruthfarmschool.org

## New Afrikan Criminology Academy

### ~Mission Statement~

One of the primary crisis facing the new Afrikan (AKA ~Afrikan~Amerikan) community is our inability to resolve the gang and crime problem which plagues our communities across the county. The government and law-enforcement agencies have merely politically and economically exploited this epidemic. Tax dollars are diverted towards flooding our communities with police and building new prisons for the incarceration of our young people. Amerikan tax dollars would be better used to build new schools or support proven effective social programs that we know will/have worked to deter our youth from criminal activities. The government has provided us with little to nothing to solve this crisis, and yes, it has reached epidemic proportion; a crisis equivalent to a self-imposed genocide. Thousands of our young people are dying annually across the country as a direct result to this crisis. Thousands of them are also being incarcerated monthly as a direct result to this crisis. We can no longer afford to depend on the government or law-enforcement agencies; it is time for us to take the lead in this campaign. If we fail to act, we will continue to create a generation of dysfunctional and unstable communities.

The New Afrikan Criminology Academy (NACA) is a think tank that will consist of New Afrikan Scholars, students, community activist, and politically conscious prisoners with a long and consistent history of serving the community. We strongly encourage volunteers irrespectively of race and/or nationality.

The goal of the N.A.C.A is four-fold:
1. To develop comprehensive literature designed to help our people understand the gang and crime problems in our communities.
2. To develop solutions to the gang and crime problem that plagues our communities.
3. To serve as a consultant advisory council instructing our communities on how to develop the necessary community based institutions specifically designed to eradicate gang violence, crime, and drugs from our communities.
4. To challenge the criminalization of our people and community.

The N.A.C.A is presently a division of the Sojourner Truth farm school. This is a non-profit group dedicated to saving our children/youth. We are only at the developmental stages but no one can deny the need for our academy. We will go beyond rhetoric and propaganda to focus on solutions because we are solution oriented. The N.A.C.A will not work with the government, law-enforcement, or accept any funding from them. The N.A.C.A is not about destroying our young people because we are totally subordinate to the needs of our community. We approach our young people with love and understanding. The government's approach to our young troubled pupils is prison. This has not resolved any gang conflicts. Their approach has only pitted our community against each other; the young against the old. Our philosophy is rooted in our love for our young people. The key to our success is earning the trust of the gang members because

without that trust our young gang members won't listen to us. We can only reach them if they trust us and if they think we are working with the cops, they won't support our programs. We intend to transform the Black Street gangs into community-based organizations committed to serving our communities.

People, we as a community cannot move forward in prosperity until we effectively address the internal issues, such as gang violence, crime, and drugs. It is our responsibility to do something about it. We can no longer afford to just sit and do nothing and giving up on our young people is never an option. We are losing thousands of our young people annually due to gang violence and thousands monthly due to incarceration. Our communities are like factories producing raw commodity for the Prison Industrial Slave Complex to exploit, import, and export capital goods; property of the state!!!! If you fail or refuse to make an effort to save our young people and community, you forfeit your right to criticize them or complain about the conditions of our communities. Either stand up and get involved, or sit down and Shut The Hell up!!!! We are more qualified to solve this crisis than anyone else, but your participation is imperative!!

Abdul Olugbala Shakur
s/n James E. Harvey
D.4. 112/ C-48884 (SHU)
P.O. Box 7500
Crescent City, Ca. 95532
Pelican Bay State Prison

3

The N.A.C.A Registration Form

Name: _____     Date:
_____

Address: _____

City: _____ State: _____     Zip: _____

Phone: ( ) _____ E-
mail:_____

Website:
_____

Check A Box (s):

_ Membership                          _ New Afrikan
_ Volunteer                           _ Afrikan
_ Donor                               _ Afrikan Amerikan
_ Coordinator                         _ other

_ Professor    _ Scholar    _ Teacher    _ Student
_ Other: _____

Volunteer Services: _ Printing/Typing   _ Photo Copying   _ Mailing
                    _ P.O. Box Holder   _ Website Holder

Donated Items: _ Stamps   _ Embossed Envelopes   _ Manila Envelopes
               _ Writing Tablets   _ Computer(s)   _ Printer(s)   _ Filing Cabinet(s)
               _ Other: _____

New Afrikan Criminology Academy          New Afrikan Criminology Academy
P.O. Box 311                                              P.O. Box 135
Poolesville, Md. 20837                        Daly City, Ca. 94016-1305

4

STATE OF CALIFORNIA

**DEPARTMENT OF CORRECTIONS**

*NAME: HARVEY, James*                    *CDC # C-48884*                    CDC 128-B (REV. 4/74)

On Thursday, August 2, 2007, an investigation was initiated, by the Institution Gang Investigation (IGI) Unit, in reference to inmate **HARVEY, James, C-48884, aka "Abdul"** per the California Code of Regulations (CCR), Title 15, Section 3378 (e), in order to update his gang status. **HARVEY** was validated as a member of the Black Guerrilla Family (BGF) on December 23, 1985; gang status was updated on CDC 128B-2 dated July 8, 2003 The source items used to validate **HARVEY** are all over six (6) years old. Therefore, per the CCR, Title 15, Section 3378 (e), **HARVEY** meets the criteria for an Inactive Status Review. During this current investigation the following areas were reviewed relevant to Black Guerilla Family prison gang activity.

**ARCHIVES: HARVEY** has no prior commitment. PELICAN BAY STATE PRISON

SECURITY HOUSING UNIT

**CAL GANGS:** Was unable to provide any information involving current gang activities associated with **HARVEY.**

**CELL SEARCH:** On Tuesday, August 7, 2007 **HARVEY** was photographed for identification purposes relative to the inactive review. Upon conclusion of the photographing a cell search was conducted of **HARVEY's** assigned cell to include all State and personal property. No gang related material was discovered.

**CENTRAL FILE:** A review into the Central File of **HARVEY** revealed the following documents which contains recent activity with the Northern Structure prison gang.

1. Confidential Memorandum dated June 19, 2007; Documented is that during the course of a cell search literature involving BGF politics was discovered. Within this literature was a pamphlet titled "The Bell Curve Conspiracy". This pamphlet was dedicated to multiple BGF members. The introduction of this pamphlet was authored by **HARVEY**. **HARVEY's** name CDC number and aka appeared multiple times along with other members of the BGF within this pamphlet. This documentation meets the criteria for gang involvement as prescribed in CCR, Title 15, Section 3378 (c) (8) (C), Written Material.

2. Confidential Memorandum dated February 8, 2007; Documented is that **HARVEY** is utilizing a fictional University (George Jackson University) to disseminate BGF literature and training to communities and inmates incarcerated within correctional facilities. This documentation meets the criteria for gang involvement as prescribed in CCR, Title 15, Section 3378 (c) (8) (E), Staff information.

   a. Supporting Document, CDC 128B dated October 20, 2003; Documented is that within a correspondence from **HARVEY** to the Institutional Gang Investigations Unit **HARVEY** admits to the use of the George Jackson University as well as to his membership with the BGF. This documentation meets the criteria for gang involvement as prescribed in CCR, Title 15, Section 3378 (c) (8) (A) and (C), Self admission, and Written Material.

3. Confidential Memorandum dated March 29, 2006; Documented is that identical BGF membership rosters were confiscated from multiple inmates validated as either BGF members or associates. Included on this list of names was **HARVEY**. It is not reasonable that **HARVEY's** name would appear on this BGF roster unless he was actively participating in BGF politics. It is also unreasonable to believe that the original author would obtain **HARVEY's** name and include it on the roster by error. This documentation meets the criteria for gang involvement as prescribed in CCR, Title 15, Section 3378 (c) (8) (C), Written Material.

**LOCAL LAW ENFORCEMENT:** Was unable to provide any information involving current gang activities associated with **HARVEY**.

1

Exhibit 2

STATE OF CALIFORNIA                                                        **DEPARTMENT OF CORRECTIONS**

---

*NAME: HARVEY, James*                    *CDC # C-48884*                    CDC 128-B (REV. 4/74)

 **OFFICE OF CORRECTIONAL SAFETY (OCS):** Was unable to provide any information involving current gang activities associated with **HARVEY**.

 **PAROLES, LEADS:** Was unable to provide any information involving current gang activities associated with **HARVEY**.

 **WESTERN STATES INFORMATION NETWORK (WSIN):** Was unable to provide any information involving current gang activities associated with **HARVEY**.

On Wednesday, August 8, 2007, **HARVEY** was issued CDC 1030, Confidential Disclosure Forms for the confidential reports and all non confidential document used in the Inactive Status Review. **HARVEY** was informed that the Institutional Gangs Investigation (IGI) Unit would interview him after 24 hours regarding the information used in the update. **HARVEY** was informed that during the interview he would have the opportunity to present his response regarding the information used. **HARVEY** has a TABE score of 8.3 and does not require nor did he request staff assistance. **HARVEY** is not a participant in the Mental Health Delivery System.

On Thursday, August 9, 2007 **HARVEY** was interviewed relative to the documents used in the review. **HARVEY** submitted the provided response sheet with written response in his defense to the documents being used during the inactive review. All submitted documentation and supporting arguments have been considered, including the interview conducted during this review. Based on the information obtained during this investigation it is the opinion of this investigator the submission of this validation is warranted.

Based on the above information and documentation, it is reasonable to believe that **HARVEY** is active with the Black Guerrilla Family prison gang. The confidential documents reviewed comply with the Department Operations Manual (DOM), Section 61020.7 and requirements established in the CCR regarding prison gangs.

Pursuant to the CCR, Title 15, Section 3378 (c), the IGI Unit recommends that the gang status of **James Earl, HARVEY, C-48884, as a member of the Black Guerrilla Family prison gang remain unchanged.** At **HARVEY's** request, he will be eligible for an Inactive Gang Status Review after June of 2013. This date is based upon information contained in **HARVEY**'s central file, specifically the Confidential Memorandum dated June 19, 2007 evidencing BGF gang activity in June 2007. This information will be forwarded to the Office of Correctional Safety to update **HARVEY's** gang status.

BUCHANAN, T. S.                                                  J. A. MCKINNEY
Correctional Officer                                             Correctional Lieutenant
Institutional Gang Investigations                               Institutional Gang Investigator
Pelican Bay State Prison                                         Pelican Bay State Prison

*DATE: August 10, 2007*            *IGI GANG STATUS UPDATE*            *CDC 128B*

2

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
NAME: HARVEY    CDC#: C48884    HOUSING: D4-112    **CDC 128-B**
UNIT D-4

On  7/13/2007  correspondence was stopped for the above-named inmate.  The mailing is described as follows:

☐ OUTGOING CORRESPONDENCE/ ADDRESSED TO:    ☒ INCOMING  CORRESPONDENCE / FROM:

SOJOURNER TRUTH SCHOOL
PRISONER PUBLISHING NETWORK
PO BOX 311
POOLSVILLE, MD. 20837

The correspondence was disapproved in accordance with Section 3136(a) as it pertains to 3006(c):
☒ It violates regulations or local procedures:
  ☒ Promotes gang activities [Title 15, 3023 (a)]
  ☐ Unauthorized business dealings [3024 (a)]
  ☐ Unauthorized inmate to inmate correspondence [Title 15, 3139]
  ☐ Unauthorized inmate to parolee / probationer correspondence [Title 15, 3140]
  ☐ Third party correspondence [OP 205, Attachment 8, #32]
  ☐ Use of fictitious name or address [U.S.C.S. Title 18, Section 1342, OP 205]
  ☒ Other (describe): OP 205, ATTACHMENT 8, #1.
☐ It incites physical harm to a person or group of persons
☐ It incites disruption of the order in a facility, such as riot, escape, strike, etc.
☐ It contains coded messages
☐ It contains obscene or sexually explicit material, or portrays nudity
☒ It is deemed to be a threat to legitimate penalogical interests.
☐ It contains material or literature which would pose a threat to institutional security or the safety of other persons if allowed to be possessed by inmates.
Additional Information: INTENDED FOR DISTRIBUTION OF BGF AFFILIATES.
The disposition of the letter is as follows:
☒ Retained by Investigative Services Unit for investigation / potential disciplinary or court proceedings.
☐ Returned to sender in accordance with Section 3147 (a) (5) (B) or 3147 (a) (6).
☐ Placed in Central File in accordance with Title 15, Section 3147 (a) (7).

Reporting Employee:    Correspondence Disapproval Authorized By (Captain level or above):


J. PUENTE
Correctional Officer
Institutional Gang Investigations

K. BRANDON
Correctional Captain
Investigative Services Unit

Correspondents are personally responsible for the content of each item of mail they send into or out of a correctional facility, Any violation of laws governing mail will be referred to postal authorities and to appropriate criminal authorities. Violations of law, the policies and regulations or of approved facility mail procedures may result in the temporary suspension or denial of correspondence between the persons involved. [Section 3132 (a)]. Inmates may appeal the stopped mail utilizing the departmental appeal process.

cc:    C-File
       AWC File
       Investigative Services Unit
       Inmate
       Sender (incoming correspondence only)

DATE:    7/13/2007    **STOPPED MAIL NOTIFICATION**    GENERAL CHRONO

EXHIBIT K

## *SOJOURNER TRUTH FARM SCHOOL and*
## *CENTER FOR HUMAN GROWTH*
### *P.O. Box 311*
### *Poolesville, MD 20837*

March 16, 2003

As-Salaam-Alaikum, Bro. Abdul,

We have received your latest commmunication and as usual you are continuing, expanding and perfecting the struggle for liberation of your people. You are to be commended many times over for that.

I have enclosed a copy of the proposal for "The New Afrikan Community Department of Agriculture and Preservation." You asked for it the last letter. I truly did not know you didn't have a copy. I suppose because it was typed I thought you had the original. I never like to have the one original copy of anything someone sends us. Too easy to get lost, etc. So I am enclosing that and a copy of the mission statement for the Marcus Garvey Study Group. The proposal for the Dept. of Agriculture and Preservation has always been my favorite. I have shared its mission with some but will continue to be more determined to see it come to fruition. I think perhaps I have had the wrong approach. The proposal seemed to be so all encompassing, so ambitious and a truly monumental effort, that I felt it was just way beyond the means of most of us to implement. But I think I will take some instruction from the late George W. Carver. In a video I show to my classes sometimes about his life and work at Tuskegee, there is a part where he felt overwhelmed by the amounts of peanuts the local Black farmers had stored in their barns because they had no market for them. He had told them to grow this instead of cotton. This was following the devastation of the cotton crops due to the boll weevil. These peanuts were rotting and the people were sinking further into poverty. He went to his favorite spot in the woods and prayed as usual. He asked questions about why the universe was questioned, the purpose of man, and so on, to his Creator. The answers he seemed to receive told him he was asking too much for the amount his brain could handle. So he asked a simple question : why was the peanut created. According to his own words, the answer came back "that's more like it." He went back to the laboratory and with new divine inspiration eventually came up with the three hundred plus uses for the peanut, which in time lifted his own people out of dire poverty and indeed, the south in general which had been devastated by the boll weevil.

I think the Agricultural proposal need not be so overwhelming but with small steps in its direction, even on a small scale at first, we could begin to see it become reality. If we can figure out how to implement it just by a few of us on a manageable scale, it could become a model. I also have some new contacts now on the agricultural network who might see the value of its implementation, namely Gary Grant, head of the Black Farmers & Agriculturalists Association; Dr. Ridgely Mu'min Muhammad, head of Muhammad Farms in Georgia' and there is a sister down south who is on a farm, raises her own herbs and went back to study to be an herbalist, and sells them. She is surviving with her children last I heard on that farm. If we can just get this piece of land next to us and become more active once again, we might be able to move forward

page 2

on it.

The Marcus Garvey Study Group proposal is impressive to say the least. I will share it with anyone whom I think might be concerned and interested. At Bowie University there may be one or two. And this is an historically black college and university! That doesn't always mean the institution is Africentric! Is this mission statement being typed? You mentioned sending a copy soon (I am assuming besides the one included). If not, I can type it up for you. I understand fully the focus on eliminating criminality and I read with interest the history of incorporating this in your revolutionary messages. Of course the Nation of Islam has always had this focus on eliminating the criminality which plagued the people, due to the lack of knowledge of self which came out of the history of enslavement. Nevertheless, the situation seems to have worsened. And Minister Farrakhan, in his most recent Saviours'Day message, said something I had heard him say a couple of years back. He said his continued teaching wasn't going to change those still in this frame of mind and action. So as I understand it, this past Saviours' Day lecture was his last public address. It is now truly in the Last Days (with the impending war) and only Allah can handle this one. It doesn't mean brothers and sisters won't still 'fish' and teach the "lost-found", lazarus, but it does mean time is of essence. The moment of chastisement is here. Your initiation of this effort to address criminality in the Black community via the New Afrikan movement is essential.

It is very late/early in the a.m. and I must prepare to go to university. So i will end this for now –but have more to say about class, etc.

You asked about the fibroids and Sharifa. Sorry to hear she is having this problem. But to my understanding these are benign tumors which usually are NOT cancerous. I am not sure what s the treatment will be, removal by surgery, or what, but if she is on the problem, I am sure it will turn out o.k. Please keep me informed.

Bro. D returns the greetings---- We attended the anti-war demonstration yesterday. Indeed, out here, this is the all encompassing focus. Everything else has been put on the back burner. The looming war has triggered massive demonstrations and opposition to the current administration and the war mongers all over the planet. There are political nuances and contradictions to be analyzed, but for the moment it is a massive outpouring of people power which the powers that be seem to ignore and the mainstream media has finally had to report of its presence, although they are owned and controlled by the corporate entities that want war.

Peace,

PELICAN BAY STATE PR.
SECURITY HOUSING UN.
RECPT. ...

## SOJOURNER TRUTH FARM SCHOOL and
## CENTER FOR HUMAN GROWTH
**P.O. Box 311**
**Poolesville, MD 20837**

PELICAN BAY STATE PRISON
SECURITY HOUSING
UNIT D...

December 14, 2003

As-Salaam-Alaikum, Bro. Abdul,

I trust that you are staying strong in the struggle and maintaining as best one can in the trenches

It has been way too long in responding to anything you might have written months ago. I won't even try to explain other than to say besides the eye getting restored to sight (it still isn't, will know if new lenses will bring back full vision in a week or so), all the work began to pile up. December became the deadline for everything: completing a chapter for a book on reparations; completing a new course proposal in criminal justice; completing the next newsletter; and reading all final work and getting grades in of students for four classes. The prison correspondence just gets tabled. I'm in the middle of it all!

I think I have another communication from you asking that I type something. But I have been carrying the *George Jackson University Research and Edutional Task Force* document around with me in my school things hoping to get it typed. If it hasn't yet been typed (please let me know), I'll try to find some student who over break once they're through with finals, can get it done. If not, I'll try to do it myself.

Since the university where I teach is an historically Black university, it doesn't have an African-American Studies Dept. (these would be at predominantly white universities). But Bowie State does have a history department with courses on African American history and this would be of interest. There is one young professor in the dept. who would find it of interest I am sure. I have a contact at the Institute for African American Studies at Columbia University, NY, and I will send it there. But I would prefer it be typed.

I know it might be hard for you or anyone on in the inside to imagine just how quickly months fly by out here. But they do. One cannot just stay focused on the work such as this; the demanding details of navigating through a day just to survive and pay bills, make it to and from work, and all that kind of thing, drains the human system . I have been operating on less than two or three hours of sleep most nights. Then driving over a hundred miles a day commuting.

Anyway, I also just received from PrisonWriting.com a copy of the Agricultural document. Beautiful. I recently interviewed by phone Gary Grant, President of the Black Farmers and Agriculturalists Association (BFAA) for the chapter in the reparations book. He is very sharp and has a good grasp of the connection between the Black farmers' struggle, the deliberate efforts of the US Government to put them out of business and the US Government's deliberate efforts to put Black men in particular out of business via incarceration. So I will send him a

Page 2

copy and also one to Dr. Ridgely Muhammad, head of Muhammad Farms (though I see you have already targeted NOI for sending the information.

I had to get a course proposal in by December 11<sup>th</sup> in order to start the process of being approved so that I might teach it Fall 2004. It is a course on "The Prison Industrial Complex." I thought of you and had hoped for time to incorporate any suggestions from you. A colleague of mine (whose head is on straight) said, "This is good–it's tight, but I don't know if it will get through on the other side." Of course the "other side" being the layers of academic bureaucracy who always close the gates on anything that might jar their comfort zone . Even so, Bowie is the one place I probably can get it through. For "texts" I have included the new one called *Prison Nation: Warehousing the Nation's Poor;* and *The Celling of America.* I have included your work on Poverty, Crime and the Government. I have been using portions of Criminology 101 in the Victimization class. But this one I want to focus specifically on the prison system. I'll send a copy of the proposal under separate cover so you can give feedback. Certainly I will include info on the George Jackson University project somewhereduring the course if I get to teach it.

I just located the letter with a request to type two pages. So I am going to move to that (even though I need to get grades done) and try to include them. By now you may already have it typed.

There is much more I wish to discuss but time just doesn't permit. Bro. D returns strong greetings. More later.

Peace

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT D-4

# Exhibit 602

The Following 602 inmate appeal/complaint Forms will provide you with a brief glimps of my battle To defend my Free Speech, Religious Freedom and Association.

Note: Do notice each of these complaints dealt with Multiple Confiscations.

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region            Log No.                    Category **3**
1. _____ PBSP _____                 1. _95-06025_              _denied Publicat_
2. _____                  2. _____        "_TRANSFERRED_"

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|-----------------|
| James Earl Harvey | C-48834 | SHU | D-8-213 |

A. Describe Problem: I Received Another disapproved publication (the same Reason, Physical Harm To Any person - This is a very vague Reason - physical harm to who. Is these pages specifically advocating violence, how do we challenge this vague explanation without specifics? I Receive The Truth People, A Pro-white IRA newspaper which advocates Armed Struggle (violence), but I have no problem with getting this in, why? White? It's A clear contradiction!! All the disapproved publications Are Pro-Black And Revolutionary!

_____

_____

If you need more space, attach one additional sheet.                    SEE 5 P 1202

B. Action Requested: I want to know exactly what the pages are saying - are they advocating violence or are they just depicting violence. I like to see a photo copy or an excerpt of the article!

_____

Inmate/Parolee Signature: _James_ _____             Date Submitted: 6-24-95

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: _____

**BYPASS**

_____

Staff Signature: _____             Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

**BYPASS**

_____

_____

PBSP APPEALS

Signature: _____             Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim                              CDC Appeal Number:

RECEIVED

STATE OF CALIFORNIA                                                              DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| 1. | | 1. | |
| 2. | | 2. | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| James E Harvey | C-93664 | SAU | D-3-114 |

A. Describe Problem: According to Institutional procedures the mailroom / PBSP is required to return to sender any material that is disapproved at this institution, may it be at the expense of the prisoner or not. But eventhough this is clearly stipulated in your procedural protocols, you have deliberately neglected to adhere, if not implement your own procedures. In the last three (3) years I have received approximately 30 disapproval notifications, but out of those 30 notifications only about four (4) had been returned to the sender. I have always assumed that the disapproved material was being returned, for the simple fact, you folks would have to deliberately hijack material from my family, friends and comrades with little to no →

If you need more space, attach one additional sheet.

B. Action Requested: I want all material return to sender.

Inmate/Parolee Signature: _James E. Henderson_     Date Submitted: _11/14/99_

C. INFORMAL LEVEL (Date Received: _11/16/99_ )

Staff Response: The items referred to on the 2 attached Return Mail Notifications have been returned to the senders. The mail room does not process any incoming or outgoing books. That responsibility is R+R (Receiving and Release)

Staff Signature: _P Penoyer_     Date Returned to Inmate: _11/16/99_

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____     Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed     CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region    **PBSP**

Log No.

Category

1. _____    1. _____    3 mail
mislandled
2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| James Earl Harvey | C-112224 | SHU | D - 2 - 114 |

A. Describe Problem: For The past eight (8) years a pattern of racial discrimination has seated its ugly head. Its presence is vividly clear, a procedural manifestation within the protocols of official-sanctioned practice here at pelican bay which simply means the inherent propensity to discriminate against new Afrikan (Black) prisoners, an antiquated evil which is still prevalent in today society and magnified ten-fold within the concrete anal of Amer-ikkkan penal systems implorable code of conduct, though i can concede to the analyti-cal observation that social-demographics contributes and facilitates the perpetuation of racial discrimination. Being that the majority of U.S. prisons (the control unit)prison in parti-

If you need more space, attach one additional sheet.

B. Action Requested: Assigned more (Black) New Afrikan People To the mailroom to make it more racially diversed.

Inmate/Parolee Signature: James Earl Harvey    Date Submitted: 12/3/99

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

Signature: _____    Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

>/6 #5   12/21/99
100 #

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region **PBSP**

Log No.

Category

1. _____    1. _____    *3 mail*

2. _____    2. _____    *processing*

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| James Earl Harvey | C-49334 | SAU | D-6-224 |

A. Describe Problem: For the past eight (8) years a pattern of racial discrimination has reared its ugly head, its presence is vividly clear, A procedural manifestation within the protocols of official-sanctioned practices here at pelican bay, which simply means the inherent propensity to discriminate Against New Affrikan (Black) Persons, An Antiquated evil which is still prevalent in today society and magnified ten-fold within the concrete anal of AmeriKKKan penal systems implorable cults of conduct. Though I can concede to the Analytical observation that socio-demographics contributes and facilitates the perpetuation of racial discrimination. Being that the majority of U.S. prison/the control unit

If you need more space, attach one additional sheet.

B. Action Requested: 1) Investigate the claim that I Alleged in this 602, 2) Racial Diversity training for your Civilian mailroom staff, and 3) Racially diversify the mailroom Civilian Staff

Inmate/Parolee Signature: _____    Date Submitted: 5/15/00

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: Tony=/Senior AM

Staff Signature: _____    Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

This is Not an issue That can be Resolved on This level, I am only Attempting To Exhaust All Administrative remedy.

Signature: _____    Date Submitted: 5/31/00

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

S/o #5

MAY 2 2 2000

JUN 0 5 2000

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | | Category |
|---|---|---|---|---|
| 1. | | 1. | | |
| 2. | | 2. | | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| JAMES HARVEY | C-48884 | SHU | D-6 224 |

A. Describe Problem: On 6/27 the 3rd watch floor officer in D-6 Attempted to give my mail to F-Pod 1st Tender, a Mexican Prisoner, This floor offi-cer had yelled up to me and asked me if it was okay for him to give my mail to the 1st Tender to give to me - I told him no, RXXXX and I then asked to be let out of my cell so I can speak to him, he told me I did not have to explain nothing to him - while in the Hell he think he is that was a letter from my wife, His actions could have placed my family in harms way ~ I'm taking this serious!

If you need more space, attach one additional sheet.

B. Action Requested: He attempted to violate his own (CDC) rule & regulation, This is a serious matter, his actions can get prisoners family hurt or killed, He should be repremanded to the fullest! — C/O Kocinski —

Inmate/Parolee Signature: _James E L_ Date Submitted: 6/28/cc

C. INFORMAL LEVEL (Date Received: 6-29-CC )

Staff Response: I ATTEMPTED TO RESOLVE THIS ISSUE WITH YOU AT THE POD DOOR AND I UNDERSTOOD THAT YOU ACCEPTED MY APPOLOGY FOR ASKING YOU IF THE PORTER IN THE POD COULD DELIVER (1) PIECE OF REROUTE TO YOU, I ASSURE YOU THAT THIS WILL NOT HAPPEN IN THE FUTURE, AS I STATED TO YOU AT THE POD DOOR

Staff Signature: _____ Date Returned to Inmate: 6-29-00

D. FORMAL LEVEL

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____ Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

STATE OF CALIFORNIA                                                      DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location:   Institution/Parole Region          Log No.          Category

1.  PBSP                                1.  D-00-02286

2. _____                      2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| James Harvey | C-48224 | SNU | D-9-102 |

A. Describe Problem: On 9-1-00 I received a Notification of Disapproval of with regards to a Newsletter its about time. This publication (issue) was disapproved because of the article concerning Black August. you stated/claimed that this article fall under the criteria of 3006 (c) (15) which states: Plans to disrupt the order, or breach the security of any facility. Again this we have a clear case of pure racism - the article that is question, was an article providing an historical picture of Black August, and certain event that occurred during that month, from the uprising at San Quentin State Prison 1971 to the Slave-

If you need more space, attach one additional sheet.

B. Action Requested: I would like to see what part of this article is a plan designed to disrupt this institution? This can be done during the hearing.

Inmate/Parolee Signature: _James E _____          Date Submitted: 9/7/00

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

# BYPASS

Staff Signature: _____          Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

# BYPASS

Signature: _____          Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed          CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

SEP 1 3 2000

First Level    ☒ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _9/15/0_    Due Date: _10-30-00_

Interviewed by: ___Intv. not necessary.___

_Upon review the publication "It's About Time" for "Summer of 2000" is being allowed._

Staff Signature: _____    Title: _____    Date Completed: _10-3-00_

Division Head Approved: _M Dillre J_    Title: _AW_    Returned

Signature: _____    Date to Inmate: OCT 4 2000

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____    Due Date: _____

☐ See Attached Letter

Signature: _____    Date Completed: _____

Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:  ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter

Date: _____

CDC 602 (12/87)

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region

1. PBSP    Log No. DO1-O1157    Category _____

2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| James Harvey | C-18331 | JHU | D-11-112 |

A. Describe Problem: _This is another clear example of my mail being tampered with. This mail from SEE ATTACHED document first of all, I am allowed by law and procedure to receive royalty from sale of my published material. There is no law prohibiting me from writing my manuscripts published and receiving royalty fee for my material. This is not a business deal. What you at the PBSP implying, violating a prisoners Negotiate with a publisher for fees to have their manuscript published is a business deal._

If you need more space, attach one additional sheet.

B. Action Requested: _I want my pamphlet of poetry (this transaction) so do not violate law, unless the CDC has banned prisoners from receiving royalty fees from their published work. The Sun of Sam law with article 1 by the U.S. Supreme Court does not apply in this type or product._

Inmate/Parolee Signature: _____    Date Submitted: 3/27/01

C. INFORMAL LEVEL (Date Received: 3/28/01)

Staff Response: _Appeal denied 3138 (FY) your properccation was received from Private Party. You have held me Vendor. Abel, the material, this publication was sent directly from a Publisher or Bookstore (with approval. Ring 4P) Revised 18/9 attached_

Staff Signature: _____    Date Returned to Inmate: 3/31/01

D. FORMAL LEVEL

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_You deny my CDC based on a separate issue, but is truth this is a clear case of harassment. They didn't expect me to challenge this, so they come with something new. This collection of poetry is very small, it should not require a book label form. My wife printed this pamphlet along with a friend. Have received._

Signature: _____    Date Submitted: 4/13/01

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

_APR 17 2001 copies already with Publishem - All of 5 items. Do the print this small need a book label form._

**First Level**    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

_____

_____

Staff Signature: _____    Title: _____    Date Completed: _____
Division Head Approved:                                              Returned
Signature: _____    Title: _____    Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

**Second Level**    ☐ Granted    ☐ P. Granted    ☑ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: ___4 - 19-01___    Due Date: __6/01__

☑ See Attached Letter

Signature: _____    Date Completed: _5-24-01, 2001_

Warden/Superintendent Signature: _____    cpla    Date Returned to Inmate: JUN 12

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
                                                    P.O. Box 942883
                                                    Sacramento, CA 94283-0001
                                                    Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:  ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter

CDC 602 (12/87)                                                    Date: _____

STATE OF CALIFORNIA

**INMATE/PAROLEE APPEAL FORM**

CDC 602 (12/87)

DEPARTMENT OF CORRECTIONS

Location: Institution/Parole Region    Log No.    Category

1. **PBSP**    DO1-O2O26    3 _discipline_
2. _____    2. _____    _education_
                                    _Black Panther_

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: JAMES E. HARVEY    NUMBER: C-42234    ASSIGNMENT: SHU    UNIT/ROOM NUMBER: D-4-102

A. Describe Problem: This is another example of the ongoing conspiracy between you (S.D. William) and the mail room to tamper with my mail and interfere with my outside communication. The pamphlet in question, I wrote so I know for a fact this is straight bull-shit. In the spirit of George L Jackson consist of questions that I answered, I let 30 prisoners in SHU here at Pelican Bay have a copy of my pamphlet. This is a clear case of discrimination directed at me by Dana Mizell D.A. Why now? I have the hand written copy. So tell me.

If you need more space, attach one additional sheet.

B. Action Requested: I want my pamphlet

Inmate/Parolee Signature: _____    Date Submitted: 7/24/01

C. INFORMAL LEVEL (Date Received: 7-26-01)

Staff Response: Denied. Mailroom has acted in compliance with procedures by refering questionable material to a facility Captain for their disposition.

Staff Signature: _____    Date Returned to Inmate: 7-26-01

D. FORMAL LEVEL

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

As I stated, I wrote this pamphlet I know what it consist of, and many prisoners here in SHU have a copy of that very pamphlet, now all of sudden it poses a threat.

Signature: _____    Date Submitted: 7/31/01

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

AUG 0 1 2001

First Level      ☐ Granted      ☐ P. Granted      ☐ Denied      ☒ Other _WITHDRAWN_

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _8/2/01_    Due Date: _9/14/01_

Interviewed by: _R. GRAVES SGT. 9/17/01_

_I AM SATISFIED WITH THIS APPEAL AT THIS LEVEL AND WITHDRAW THIS APPEAL._

X _____    X _9/18/01_                        _____ 9/17/01
      NAME                      DATE

Staff Signature: _____    Title: _Capt._    Date Completed: _9-18-01_

Division Head Approved:
Signature: _____    Title: _AW_    Returned Date to Inmate: _9/18/01_

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

Signature: _____    Date Submitted: _____

Second Level      ☐ Granted      ☐ P. Granted      ☐ Denied      ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____    Date Completed: _____

Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
                                                    P.O. Box 942883
                                                    Sacramento, CA 94283-0001
                                                    Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:  ☐ Granted      ☐ P. Granted      ☐ Denied      ☐ Other _____
☐ See Attached Letter

                                                    Date: _____

CDC 602 (12/87)

STATE OF CALIFORNIA                                                                 DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

| | Location: Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| | 1. _____ | 1. _____ | . _____ |
| | 2. _____ | 2. _____ | . _____ |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| James E. Harvey | C-43824 | SH | D-4-102 |

A. Describe Problem: _For the past 7 years I have complained about my mail being tampered with in the mailroom and being racially discriminated against by the mailroom. All my complaints/accusations have been denied. For the last six months I have been receiving word from family & friends that the mailroom have been returning their letters stating they can not identify prisoner. This is a deliberate effort to discourage my family & friends from writing me - but this is also a form of emotional/psychological torture. To be told I can't be identify by the name they have been using for the last 26 years. These returned letters stress my family/friend. They begin to worry why all of sudden they can't identify me?_

If you need more space, attach one additional sheet.

B. Action Requested: _Stop this vicious game - and my family & friend should be compensated for their emotional anguish and postage!_

Inmate/Parolee Signature: _____    Date Submitted: 12/5/01

C. INFORMAL LEVEL (Date Received: _12-6-01_ )

Staff Response: _Denied: The attached sample envelope which was returned to sender did not have your name as listed at the time of incarceration when it arrived. I was added later. We were unable to identify as the name and number didn't match._

Staff Signature: _P. Penry_    Date Returned to Inmate: _12-6-01_

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed    CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

STATE OF CALIFORNIA                                                                                    DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region    PBSP    Log No.    Category

1. _____    1. _____    _____

2. _____    2. _____    _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| James Hartley | C-49321 | 5A11 | D-4 - 102 |

A. Describe Problem: I have for the past seven years (in six MRS) complained about my mail constantly being caught for silly ass games or illegal tampering, no matter what type of evidence I present this mail room. I.G.I. Army Ray and A.W. responsibility. The 1/13/12 notification of Disapproval is another example. The mail I am attempting to bring me a legal pamphlet stating - Publication from a prison, getting a small pamphlet (3 pages) was cought from a Home-Land Computer Fortunately the guy who's P.C. a guy who's Kid and his name and P.C. Making address was clearly visible on the document. I have the (2) issued here (1) the attempt to make

If you need more space, attach one additional sheet.

B. Action Requested: I am only documenting every liability faint and FADING act to lessen and or Tamper with my mail I am only leading up a paper trail I would like to know when personal typed material will be sent by a publisher when say this rule implemented.

Inmate/Parolee Signature: _____    Date Submitted: 1/29/02

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

_____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed    CDC Appeal Number:
Board of Cpntrol form BC-1E, Inmate Claim

JAN 3 1 2002

STATE OF CALIFORNIA

**INMATE/PAROLEE APPEAL FORM**

CDC 602 (12/87)

DEPARTMENT OF CORRECTIONS

Location: Institution/Parole Region
**PBSP**
1. _____
2. _____

Log No.
1. _____
2. _____

Category
3

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| James Earl Harvey | C-48884 | SHU | D-6-104 |

A. Describe Problem: _____

(as)

If you need more space, attach one additional sheet.

B. Action Requested: I want my missing mail, some of these mailings was beyond the 374 postage, so I was charged for sending certain mail out that was never mailed.

Inmate/Parolee Signature: James Earl H _____    Date Submitted: 10/2/03

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____    Date Returned to Inmate: _____

**D. FORMAL LEVEL**

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

(as)

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

OCT 23 2003

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _ILI refuses to respond to my 602_

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

_____

Staff Signature: _____  Title: _____  Date Completed: _____

Division Head Approved:                                                              Returned

Signature: _____  Title: _____  Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

ILI-LC Terry in particular are stealing my out-going mail and they refuse to respond to my 602s. I have filed about seven(7) 602s in the past 16 months with regards to my out-going mail being hijacked, signed **and** off, and not once have they responded, though they will

denied the charge, but they Professor has no reason to lie.

Signature: James Earl Ha_____  Date Submitted: 10/2/03

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____

☐ See Attached Letter

Signature: _____  Date Completed: _____

Warden/Superintendent Signature: _____  Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

_____

Signature: _____  Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:  ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter

Date: _____

CDC 602 (12/87)

STATE OF CALIFORNIA                                                  DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region ___  Log No. 03-03053  Category 3 Mail
1. ___
2. ___                                        2. ___

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: James Earl Harvey   NUMBER: C-42834   ASSIGNMENT: SHU   UNIT/ROOM NUMBER: 8-b-104

A. Describe Problem: On 10/19/03 a Sunday night I sent out a Petition to Rafael Vasquez P.O.Box 750402 Petaluma, Ca 94975-0402. The Petition was calling on People to call Senator Gloria Romero (select committee on The California Correctional System) and Warden Joe McGrath and inform Them of The situation concerning my mail, e.g. How Lt. P. Terry and IGI are illegally censoring my incoming and outgoing mail by removing certain Material From mail, especially Those items associated with The George Jackson University, They (IGI) did This without informing me of Their actions, Though Lt. P. Terry deny removing These

If you need more space, attach one additional sheet.

B. Action Requested: 1) Provide proof/evidence To support That I provided IGI with info That confirmed The George Jackson University is another name The BGF has placed on Their activities in an attempt To not be detected by IGI staff monitoring The BGF's gang activities. 2) Provide proof/evidence That I provided

Inmate/Parolee Signature: ___   Date Submitted: 10/31/03

C. INFORMAL LEVEL (Date Received: 11/4/03 )

Staff Response: THE INFORMATION CONTAINED IN THE CDC-128B IS SELF EXPLANITORY. YOU WILL NOT BE PROVIDED WITH ANY FURTHER INFORMATION BASED ON THAT SIMPLE FACT, IT IS NOT A "LONE LEAP" TO LINK A "UNIVERSITY NAME" FOR BGF FOUNDER GEORGE JACKSON TO THE BGF. YOUR APPEAL IS DENIED, IN IT'S ENTIRETY.

Staff Signature: ___ LT IGI   Date Returned to Inmate: 11/4/03

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

On approximately 9/11/03 Senator Gloria Romero who Chair The Select committee on the Prison California Correctional System, Mrs Romero participated in a hearing concerning The CDC, pelican bay state prison in particular, one of The issues discussed at This hearing was The 10 hours required Training For potential (see Attached Page)

Signature: ___   Date Submitted: 11/9/03

Note: Property/Funds appeals must be accompanied by a completed   CDC Appeal Number: ___
Board of Control form BC-1E, Inmate Claim

OCT 29 2003   NOV 07 2003   JAN 12 2004

First Level    ☐ Granted    ☐ P. Granted    ☒ Denied    ☐ Other _____

E.  REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _12/12/03_    Due Date: _12/12/03_

Interviewed by: _M A Smelosky_

_____

_____

_SEE ATTACHED RESPONSE_

_____

_____

_____

Staff Signature: _____    Title: _CAPT_    Date Completed: _12/22/03_

Division Head Approved:

Signature: _Killian_    Title: _ACW_    Returned Date to Inmate: _12/24/03_

F.  If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_First of all, I have been denied due process. The appeal response is a fraud, it states that on 11/13 Lt. D. Smelosky interviewed me. This is a flat out lie, I was never interviewed on this 602, I even had a sgt to check the log book and there was no Lt. Smelosky logged in or out. This was on a Thursday and we were on locked down on_

Signature: _____    Date Submitted: _1/6/04_

Second Level    ☐ Granted    ☐ P. Granted    ☒ Denied    ☐ Other _____

G.  REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _1-12-04_    Due Date: _2-10-04_

☒ See Attached Letter

Signature: _John Core_    Date Completed: _2-4-04_

Warden/Superintendent Signature: _R. Kirkland_    Date Returned to Inmate: _FEB 10 2004_

H.  If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_The second level response is not satisfing, for one, the warden has failed to directly respond to the complaint. My initial complaint deal with the validity of the CDC 172, a chrono, which was allegedly based on a letter that I wrote, Igi-10 Beeson has deliberately distorted the facts contained within my letter to justify their censorship of my mail as it pertains to the George Jackson University (GJU). They now claim they cant locate the letter and furthermore they claimed they cant reach the c/o Beeson. The_

Signature: _Jamer Earl Harris_    Date Submitted: _____

For the Director's Review, submit all documents to:  Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

☐ See Attached Letter

Date: _____

CDC 602 (12/87)

I'M APPEALS

Appeal

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

212

Location: Institution/Parole Region PBSP

Log No. 003-03401

Category 5 confidential Manuscript

2.

2.

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| James Huston | C-43211 | SHU | D.6 212 |

A. Describe Problem: On 11/6/03 I.G.I. confiscated a Manuscript claiming it was Black Guerrilla family Gang related material (See Attached CDC 1219 form). It was obvious to me that you intentionally did not identify the document by its title, this Manuscript The New Afrikan Criminology 101 Text Book has nothing to do with The BGF, it is a Text Book i write for a College correspondence study course back in 1994, and have been sent in and out on a number of occasions without being stopped, but all of a sudden its BGF gang related material, that copy you have right now i sent out from my cell. A number of colleges use my Text Book.

If you need more space, attach one additional sheet.

B. Action Requested: I want my Text book or at least identify how is this Text Book Gang Related especially when it deals with criminology?

Inmate/Parolee Signature: _____ Date Submitted: 11/25/03

C. INFORMAL LEVEL (Date Received: 12-1-03 )

Staff Response: DENIED; IGI HAS DETERMINED THE XXXXXX MANUSCRIPT. MEETS CRITERIA SET FORTH IN CCR 3023 (a) Furthermore MORE QUALIFIES AS A SOURCE DOCUMENT UNDER CCR 3378 (5)(c).

Staff Signature: _____ A.I.G.I. Date Returned to Inmate: 12-10-03

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

My New Afrikan Criminology 101 Text Book Manuscript is deliberately being mislabelled to justify its disapproval. This Text Book has nothing to do with a prison gang, I am being persecuted for my political beliefs as a New Afrikan Prisoner a Deny denied my freedom of speech Rights.

Signature: _____ Date Submitted: 11/C3

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

DEC 1 6 2003    NO # 3K    DEC 19 2003    2nd Appeals    FEB 0 3 2004

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _1-29-03_  Due Date: _2-3-04_

Interviewed by: _SGT. M. RANDOLPH_

_SEE ATTACHED LETTER_

Staff Signature: _____  Title: _SGT._  Date Completed: _1-16-04_

Division Head Approved:
Signature: _____  Title: _AW_  Returned
Date to Inmate: _1/28/04_

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

you failed to address the other manuscript, you only responded to my new African Criminology 101 manuscript, what about the other manuscript, even if you combined them, you would still have to address their individual content, especially when others have received the same documents - this is proof of HARASSMENT by u. Terry.

Signature: _____  Date Submitted: _1/30/04_

Second Level  ☐ Granted  ☐ P. Granted  ☑ Denied  ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _2-3-04_  Due Date: _3-4-04_

☑ See Attached Letter

Signature: _____  Date Completed: _2-11-04_

Warden/Superintendent Signature: _R. Kirkland_  Date Returned to Inmate: FEB 2 0 2004

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

before I proceed with my response I will reiterate the above question; you say because its separate manuscript, there are different documents warrant their own individual response but once again, staff refused to address the other manuscript, I clearly made that request on the second level review, but they totally dismissed my request, this is just another clear example of the warden attempt to persecute me for my political beliefs via his censorship campaign on my mail.

Signature: _____  Date Submitted: _2/29/04_

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted  ☐ P. Granted  ☑ Denied  ☐ Other _____
☐ See Attached Letter

Date: ~~MAY 2 5 2004~~

CDC 602 (12/87)

STATE OF CALIFORNIA                                                                                          DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

| Location: Institution/Parole Region | Log No. | Category |
|---|---|---|
| 1. _____ | 1. _____ | 3 _Disallowed_ |
| 2. _____ | 2. _____ | _Mail_ |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| James Harvey | C-43294 | SHU | V-6-104 |

A. Describe Problem: On 12/10 Cpt S.L. Kays confiscated my copy of The Cutting Edge news (see attached Notification of Disapproval Form). Reason no 2 is another example of your racist tendency to defame and criminalize everybody affiliated with the George Jackson University. You identify me mid-western inmate (Khalfani Khalil) as a Buf member, guarantee you're not, nor do you have any documentation to validate this Indiana prisoner as a Buf member, then the Two P.O. Box Addresses listed are sistas who are community activist in the midwest area, but once again you arbitrarily

If you need more space, attach one additional sheet.

B. Action Requested: I want the newspaper or returned to the sender, it is not illegal to withhold this newspaper is violating the publisher's First Amendment Rights.

Inmate/Parolee Signature: _____    Date Submitted: 12/12/03

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed    CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

_____

_____

Staff Signature: _____                    Date Completed: _____
Division Head Approved:                              Returned
Signature: _____    Title: _____    Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____                    Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____                    Date Completed: _____

Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Alleged Members of the Black Guerrilla family are being denied our first Amendment rights, these activities has nothing to do with reaching members in the community. This is language specifically fabricated by prison [illegible] administration and one article only speak to the origins of Black August Memorial, this is a Black [illegible] commemorated in Black Augt. this use will be finding ceremony people of this [illegible] is not any Activity of recruiting.

Signature: _____                    Date Submitted: 1/15/04

For the Director's Review, submit all documents to: Director of Corrections
                                                    P.O. Box 942883
                                                    Sacramento, CA 94283-0001
                                                    Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted    ☐ P. Granted    ☑ Denied    ☐ Other _____
☐ See Attached Letter
                                                    Date: MAY 2 5 2004
CDC 602 (12/87)

STATE OF CALIFORNIA                                                                            DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region

1. PBSP

2. _____

Log No.    DB4-00053

Category    #3/Mai

2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | | UNIT/ROOM NUMBER |
|------|--------|-----------|---|------------------|
| JAMES T. HARVEY | C-43321 | SHU | 212 | D-6-104 SHU |

A. Describe Problem: _This document has nothing to do with a prison gang. It is a tropical design-ed to encourage University Afrikan American Studies program to support the design (Afrikan centered) University (civil) which is an Afro-Centric correspondence school targeting new Afrikan (Black) prisoners. several of the names are prisoners held in prison and the prisoners you have labeled members of the BGF. the names on this document does not mean this is a gang activity. the simply, any project we participate in automatically becomes gang activity. you have criminalized a legitimate project with no concrete evidence to support it. just a mere accusation._

If you need more space, attach one additional sheet.

B. Action Requested: _1) Identify the gang activity 2) You accused the address of being a BGF drop box, provide one letter addressed to an alleged BGF member from another alleged BGF member via this address. This is a legitimate address to a non profit group with no affiliation of brother/sister In/Out_

Inmate/Parolee Signature: _____    Date Submitted: 1/1/04

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: _____

**BYPASS**

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

**BYPASS**

Signature: _____
Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

1st/HW

JAN 3 0 2004

JAN 0 2004

INMATE APPEAL    Date Submitted: _____
CDC Appeal Number: _____

First Level      ☐ Granted      ☐ P. Granted      ☒ Denied      ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _1-14-03_ Due Date: _2-16-04_

interviewed by: _D.W. GALLIAN SGT._

_SEE ATTACHED RESPONSE_

Staff Signature: _____   Title: _161 / SGT_   Date Completed: _1-15-03_

Division Head Approved:
Signature: _R.D. Allan_   Title: _AW_   Returned Date to Inmate: _1/28/03_

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_This document do not encourage prisoner to prisoner correspondence, we are fully aware of the rules. This Sgt is either lying or misunderstood me, i never told him this document will be distributed to alleged BGF members, i told him the document will be distributed to all participants prisoner or free person. And they have not prove this is a BGF like box_

Signature: _____   Date Submitted: _1/22/04_

Second Level      ☐ Granted      ☐ P. Granted      ☒ Denied      ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _1-30-04_ Due Date: _3-2-04_

☐ See Attached Letter

Signature: _____   Date Completed: _2-25-04_

Warden/Superintendent Signature: _R. Kirkland_   Date Returned to Inmate: _2/27/04_

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_These accusations are based on staff interpretation of what they believe. The George Jackson university (GJU) is, they have no evidence to support the criminalization of a legitimate endeavor. You project was initiated by the National Assembly of brothers and sisters In N.Out (313) 155-____, a non-profit organization, being that this program is not accredited does not negate its validity. And Lt. Marquez is flat out lying- No letters have ever been distributed via the GJU between prisoners. I would like to have a copy of all the endeavors_

Signature: _____   Date Submitted: _3/1/04_

For the Director's Review, submit all documents to:   Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:   ☐ Granted      ☐ P. Granted      ☐ Denied      ☐ Other _____
☐ See Attached Letter

Date: _____

CDC 602 (12/87)

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

## INMATE/PAROLEE
## APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region

1. _____    Log No. D04-00369    Category 3 mail
2. _____    2. _____    deallowed gang

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|------------------|
| James Earl Harvey | C-42304 | SHU | D-6-217 |

A. Describe Problem: This is an outside publication and they can print & publish any material, even literature concerning the BGF, this is neither illegal or promoting gang activities. another issue is the dragons, this is pure discrimination, if a Mexican or white prisoner receive material with a dragon depicted you will not reject this material. The dragon is an universal symbol, the black panther and dragon are symbols of this press. This is the Twelve notification disapproval of my mail in the last six months for bogus reasons. — This is a clear case of racial harassment!.

If you need more space, attach one additional sheet.

B. Action Requested: If I can't receive the newsletter let me send it back to the publisher.

Inmate/Parolee Signature: _____    Date Submitted: 2/3/04

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

~~BYPASS~~

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

~~BYPASS~~

Signature: _____    Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed    CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

1st Level

FEB 0 5 2004

First Level    ☐ Granted    ☐ P. Granted    ☒ Denied    ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _2/5/04_ Due Date: _3/22/04_

Interviewed by: _____ D.W. GALLIAN    SGT / 161

Staff Signature: _____    Title: _Sgt - 161_    Date Completed: _2/9/04_

Division Head Approved:

Signature: _____    Title: _AW_    Returned _3-11-04_

Date to Inmate: _3/17/04_

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_BAD!_

Signature: _____    Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____    Date Completed: _____

Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter

Date: _____

CDC 602 (12/87)

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region _____ Log No. _____ Category _____

1. _____ 1. _____

2. _____ 2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME James E Harvey | NUMBER C-48887 | ASSIGNMENT S44 | UNIT/ROOM NUMBER D-6-212 |

A. Describe Problem: On 4/18/05 my cell was searched by C/O C. Saphicoff, when I returned to my cell I noticed 26 percent of my drawings and pictures were ripped from my walls, most of which were of a religious nature (Islam to be exact) 3 post cards of Malcolm X, A picture of a Muslim Imam Marcus Garvey, George Jackson and a drawing of a Dragon were all trashed by this officer. These items could have easily been taken down, I view the destruction of my personal property as a racist hate crime.

If you need more space, attach one additional sheet.

B. Action Requested: I want compensation for the destruction of my personal property. She threw it away like trash.

Inmate/Parolee Signature: _____ Date Submitted: 4/18/05

C. INFORMAL LEVEL (Date Received: 4-18-05 )

Staff Response: No Personal items were removed from the cell. As for the photos "ripped from the wall", the photos fell off the wall. All Photos on your wall are considered contraband, refer to 9HU orientation packet under housekeeping section C. AND THE DP Personal Property plan that clearly states where & how much photos card be hung.

APPEAL Denied

Staff Signature: _____ Date Returned to Inmate: 4-18-05

D. FORMAL LEVEL

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Approximately six to seven years ago a memorandum was passed out allowing us to display photos & drawings, these were post cards & drawings snatched from my walls and removed from my cell, this officer is a damn lie, a number of drawings & postcards were removed from cell and they were not contraband, this officer knew exactly what she did!

Signature: _____ Date Submitted: 4/18/05

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

APR 19 2005

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region    PBSP    Log No.    D05-02170    Category

1. _____    1. _____    Completion against
2. _____    2. _____    police Abuse

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| James E. Harvey | C-48804 | SHU | D-8-121 |

A. Describe Problem: I received a disapproval form today (7-25-05) informing me that acting Capt D. Kay destroyed a newsletter that was sent to me because it had articles about Black August. Capt (A) D. Kay has basically attempted to deny me my right to appeal by destroying the newsletter. The CDC pelican bay administration in particular has subject New Afrikan (Black) Prisoners to their on-going racist bias by denying us any reading material that speaks to Black August. They continue to reduce Black August to a BGF gang activity and this reflects their racial/cultural ignorance, our civil rights are being violated.

If you need more space, attach one additional sheet.

B. Action Requested: Being that you destroyed my newsletter i would like to by pass both the informal and formal level and go directly to sacremento.

Inmate/Parolee Signature: _____    Date Submitted: 7/25/05

C. INFORMAL LEVEL (Date Received: 8-16-2005)

Staff Response: THE NEWS LETTER HAS NOT BEEN DESTROYED, IT IS CURRENTLY BEING HELD IN THE IGI PENDING APPEAL.

Staff Signature: Bradley    Date Returned to Inmate: 8/16/2005

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Black August is Commemorated by New Afrikan People (Black People) across the country it is no longer a prison celebration it is now a celebration commemorated by People of all walks of life (www.BlackAugust.com) we dont deny the origins of Black August, but you cant discriminate against Black Commemoration because of it

Signature: _____    Date Submitted: 2/16/05

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

AUG 16 2005        2nd-88

First Level  ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _8/16/05_ Due Date: _9/28/05_

Interviewed by: _____

_Bypass_

Staff Signature: _____  Title: _____  Date Completed: _____

Division Head Approved: _____  Returned

Signature _____  Title: _____  Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_Bypass_

Signature _____  Date Submitted: _____

Second Level  ☐ Granted  ☒ P. Granted  ☐ Denied  ☐ Other

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _8/16/05_ Due Date: _9/28/05_

☐ See Attached Letter

Signature: _____  Date Completed: _9-23-05_

Warden/Superintendent Signature: _M Castellan_  Date Returned to Inmate: _9/29/05_

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

The Warden response is a manipulation of some facts incorporated with deliberate distortions and fabrications: Black August has in fact gone mainstream, and the truth should not have to suffer due to the Administration ignorance of the impact of Black August on the Black Community. No one deny its origins or the fact that allege members of the BGF promote Black August. But Black August (contrary to the CDC / IGI ignorance of the facts) is a mainstream celebration and rapidly growing each year, for the

Signature: _____  Date Submitted: _10/4/05_

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:  ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____

☒ See Attached Letter

Date: __JAN 0 9 2006__

CDC 602 (12/87)

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region    Log No.    Category

1. _____    _____    _____

2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| James E. Harley | C-48824 | SHU | D-6-121 |

A. Describe Problem: Today i received a 1819 form informing me my outgoing mail was confiscated by IGI under the guise it was gang related and promoting gang activities, as well as accusing me of being involved in a business. This is another example of IGI, Sgt Brady in particular campaign to censor my voice. They are hiding their racist attitudes behind their deliberate distortion of the facts. Generation 5 is a victim rights organization that advocate on behalf of children/adult sexual crime victims. But they also seek alternative means to address the crime issue. I rewrite a proposal that i had originally written back in 1996: New Afrikan Prisoners Out-

If you need more space, attach one additional sheet.

B. Action Requested: Identify BGF related Material? How am i promoting Gang Activities by offering a proposal to community Activity? And how am i involved in business dealing because i provide the information to where my published work can be purchased?

Inmate/Parolee Signature: _____    Date Submitted: 2/12/05

C. INFORMAL LEVEL (Date Received: _____ 5/19/05 _____)

Staff Response: Section 3024(c) refers to participation in "any revenue generating or profit making activity." You are not authorized to provide manuscript or an or other item for the purpose of selling it. Gregg Jackson University, New Afrikan Institute of Primidery 101, New Afrikan Collective Think Tank, Black August and more are creations of BGF for the purpose of promoting BGF. This violates section 3023(c).

Staff Signature: _____    Date Returned to Inmate: 5/18/05

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

California don't have the Son of Sam Law. i am allowed to have my manuscript published. i am not engaged in business & don't own the publishing company. That proposal sol has nothing to do with BGF, it is a proposal providing a start for the Black community on how they can assist those who is getting out. 3151    3152 (b)

Signature: _____    Date Submitted: 2/14/05

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

2ND

SEP 2 4 2005

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

_____

Staff Signature: _____    Title: _____    Date Completed: _____

Division Head Approved:                                                          Returned

Signature: _____    Title: _____    Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

Signature: _____    Date Submitted: _____

Second Level    ☐ Granted    ☑ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned; _8/24/05_    Due Date: _10/6/05_

☐ See Attached Letter

Signature: _____    Date Completed: _9-15-05_

Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
                                                    P.O. Box 942883
                                                    Sacramento, CA 94283-0001
                                                    Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

☐ See Attached Letter

Date: _____

CDC 602 (12/87)

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region
1. _____
2. _____

Log No. DD5-02303   Category 3-13

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| James E Harvey | C-11231 | SHU | D 6 171 |

A. Describe Problem: _(handwritten, largely illegible)_

If you need more space, attach one additional sheet.

B. Action Requested: _(handwritten, largely illegible)_

Inmate/Parolee Signature: _____   Date Submitted: 2/23/05

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: _____

BYPASS

Staff Signature: _____   Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

Signature: _____   Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

P AW/CS  IGI 2D

AUG 3 1 2005

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

BYPASS

Staff Signature: _____    Title: _____    Date Completed: _____
Division Head Approved:                                                                Returned
Signature: _____    Title: _____    Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

BYPASS

Signature: _____    Date Submitted: _____

Second Level    ☐ Granted    ☑ P. Granted    ☐ Denied    ☐ Other

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: __8|31|05__    Due Date: __10|14|05__
☐ See Attached Letter        Mil. 2 fl agt.

Signature: _____    Date Completed: __9 15 05__
a. 5 EP my Cyc
Warden/Superintendent Signature: _____    Date Returned to Inmate: __9|29|05__

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
                                                    P.O. Box 942883
                                                    Sacramento, CA 94283-0001
                                                    Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:  ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter

CDC 602 (12/87)                                                    Date: _____

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

· Location: Institution/Parole Region

PBSP

1.

2. _____

Log No.

DSS-02206

2. _____

Category

3-7

NEWS LETTER RELATED
TO 'BLACK AUGUST'

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| James Earl Harvey | C-48331 | SHU | D-3-121 |

A. Describe Problem: On 2/22/05 I was denied receipt of a newsletter because it contains articles about Black August. IGI insist on reducing Black August in a prison gang issue. Since 1972 Black August Memorial have been a rapid growing main-stream celebration among new African (Black) People, from being neglected to new African people with neo-Black August events. There even exist a concert titled Black August That travel throughout the country (www.BlackAugust.com), Black August is now an inherent part of Black History, and you cant persecute us from for partici-pating in Black August. It's no secret where it started.

If you need more space, attach one additional sheet.

B. Action Requested: 1) I would like to have my newsletter. 2) Put in writing that Black August is only celebrated by BGF member... Dare you to put this in writing. 3) Prove that Black August is not celebrated by new African (Black) People across the country?

Inmate/Parolee Signature: _____ Date Submitted: 2/25/05

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____ Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128 etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

Signature: _____ Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

[ ]

1st AW/cs  2nd/EG

· 2 6 2005

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other
E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: ___8/26/05___    Due Date: ___10/11/05___

Interviewed by: _____

BYPASS

Staff Signature: _____ Title: _____    Date Completed: _____
Division Head Approved:    Returned
Signature: _____ Title: _____    Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

BYPASS

Signature: _____    Date Submitted: _____

Second Level    ☐ Granted    ☒ P. Granted    ☐ Denied    ☐ Other
G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: ___8/26/05___    Due Date: ___10/11/05___
☐ See Attached Letter

Signature: _____    Date Completed: ___9/29/05___
Warden/Superintendent Signature: _____    Date Returned to Inmate: ___9/29/05___

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter

Date: _____

CDC 602 (12/87)



**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region     Log No.     Category
1. PBSP     1. DO5-02378     WNITS 1288
2.     2.     excised from c-
File

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| James E. Harvey (Abdul) | C-42804 | SHU | D-6-121 |

**A. Describe Problem:** For the past ten (10) years IGI have tried to censor my voice by reducing the way express my self and political beliefs as a Revolutionary Muslim to Gang rhetoric. The attached 1288 chrono is another attempt by IGI to persecute and punish me for my belief as a New Afrikan Revolutionary Muslim. IGI Administration & Staff have misused their position to conceal their discriminatory and malicious attitude towards me, I am active within the New Afrikan Independence Movement (NAIM) and have been for over 36 years, not to mention a Muslim. The Dragon is a well known Revolutionary symbol, it was made popular by Ho Chi Minh during the 1960s when he stated: when

If you need more space, attach one additional sheet.

**B. Action Requested:** I want this chrono to be remove from my files - I would also like to know how is stating my refusal to snitch is a self-admission?

Inmate/Parolee Signature: _____ /AKA: Abdul Olugbala SHakur    Date Submitted: 8/31/05

**C. INFORMAL LEVEL (Date Received:** 9-1-05 )

Staff Response: A CDC 128B is the Appropriate format to document an event, in this case a reviewed letter. As such it will remain in your central file. It is not part of your BGA validation until submitted to and validated by CCIV. You are a validated member of the BGA, and that is the only reason you would have to debrief.

Staff Signature: _____ IGI SGT    Date Returned to Inmate: 9-1-05

**D. FORMAL LEVEL**

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Because I stated I will never debrief is not an admission of my alleged validation, it is a statement of facts, I will die before I become your rat and your endeavor to persecute me for merely expressing myself as a prime case of trying to censor my voice.

Signature: _____    Date Submitted: 9/2/05

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim     CDC Appeal Number:

HNC'S
IGI

SEP 0 7 2005

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: 9/7/05    Due Date: 10/20/05

Interviewed by: _____

Bypass

Staff Signature: _____ Title: _____ Date Completed: _____
Division Head Approved:                                          Returned
Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

Bypass

Signature: _____ Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☑ Denied    ☐ Other

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: 9/7/05    Due Date: 10/20/05
☐ See Attached Letter

Signature: SBradley Sgt    Date Completed: 10-11-2005
Warden/Superintendent Signature: R. Rauker    Date Returned to Inmate: 10/21/05

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

This is just one of many examples of how IGI have tried to control my
voice, punish me for exercising my rights under the First Amendment. Any-
time I write something they don't like IGI arbitrarily impose their deli-
berate misinterpretation on my writings (i.e. gang label or gang rhetoric)

Signature: _____ Date Submitted: 10-31-05

For the Director's Review, submit all documents to: Director of Corrections
                                                    P.O. Box 942883
                                                    Sacramento, CA 94283-0001
                                                    Attn: Chief, Inmate Appeals

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☑ Denied    ☐ Other
☑ See Attached Letter
                                                    Date: FEB 0 2 2006

CDC 602 (12/87)

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

| | Location | Institution/Parole Region | Log No. | | Category |
|---|---|---|---|---|---|
| | 1. _____ | | 1. _____ | | _____ |
| | 2. _____ | | 2. _____ | | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| James E. Harvey | C-42271 | SHU | D-6 121 |

**A. Describe Problem:** On 9/23/05 I attempted to send out a letter along with a pamphlet that I write which was printed by the Prisoner Publishing Network and used by Prof. Fordan at Blase State University I received this pamphlet via regular mail but now its considered Contraband. First of all the New Afrikan Institute for criminology (NI) has nothing to do with BGF, its a title that only I use to address criminology from a black prisoner perspective, no other prisoners use this title but me, so how is this a front for the BGF? The George Jackson University is an Afrocentric Educational correspondence course initiated by the National

If you need more space, attach one additional sheet.

**B. Action Requested:** 1) The letter is not contraband so it should be mailed out 2) Provide evidence that the New Afrikan Institute for criminology NI / George Jackson University are fronts for the BGF.

Inmate/Parolee Signature: _____  Date Submitted: 9/26/05

**C. INFORMAL LEVEL** (Date Received: 9-28-05 )

Staff Response: This issue Denied at 3rd level on 5-17-04. Appeal # PBSP-D-03 03053.

Staff Signature: _____  Date Returned to Inmate: 10-3-05

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

This 602 was not combined with the warden decision, this material was not reviewed by the warden, I want this material reviewed.

Signature: _____  Date Submitted: 10/5/05
Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

STATE OF CALIFORNIA

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

DEPARTMENT OF CORRECTIONS

Location: Institution/Parole Region

1. PBSP

2. _____

Log No. DO5-03171

2. _____

Category 3/9

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | | UNIT/ROOM NUMBER |
|---|---|---|---|---|
| James E. Harvey | C42824 | SHU | D4-112 | D1-b42 |

A. Describe Problem: This is another example of Capt. Yax campaign of censorship directed at me. I am not promoting Armed Struggle/Resistance in that letter, I was making a point. This individual had refused to distribute a flyer for me because I did not include prison abolition, and I told her I believe in Armed Resistance/Struggle but that isn't stop me from supporting Critical Resistance.

If you need more space, attach one additional sheet.

B. Action Requested: I want the Warden to inform Capt. Yax to stop harassing me, censoring my mail and discriminating against me because of political/revolutionary beliefs

Inmate/Parolee Signature: _____  Date Submitted: 12-20-05

C. INFORMAL LEVEL (Date Received. _____ )

Staff Response: _____

Staff Signature: _____  Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

Signature: _____  Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

DEC 21 2005  CS/1611  2nd/EO

First Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ______

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: 12-21-05 Due Date: 02-06-06

Interviewed by: ______

Bypass

Staff Signature: ______ Title: ______ Date Completed: ______

Division Head Approved: ______ Returned

Signature: ______ Title: ______ Date to Inmate: ______

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

Bypass

Signature: ______ Date Submitted: ______

Second Level ☐ Granted ☐ P. Granted ☒ Denied ☐ Other ______

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: 12-21-05 Due Date: 02-06-06

☐ See Attached Letter

Signature: [signature] Date Completed: 1-26-2006

Warden/Superintendent Signature: [signature] Date Returned to Inmate: 2/10/06

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: ______ Date Submitted: ______

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ______

☐ See Attached Letter

Date: ______

CDC 602 (12/87)

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

## INMATE/PAROLEE
## APPEAL FORM
CDC 602 (12/87)

| | Location: Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| | 1. _____ | 1. _____ | _____ |
| | 2. _____ | 2. _____ | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| | | | |

A. Describe Problem: On 5/16/08 I mailed out a letter addressed To: FACTS - Attn: Keith Mirson 3972 South Figuerca St #209, Los Angeles, Ca 90037. This letter was returned back To me Today 5/22/08, it never left The Prison, I asked C/o Maye why was it being returned he didn't Know. This 602 is directed at The Mailroom and it is designed To Document This incident.

_____

_____

_____

If you need more space, attach one additional sheet.

B. Action Requested: I would like To Know why This letter was returned?

_____

_____

Inmate/Parolee Signature: _James Seal_   Date Submitted: 5/22/08

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____   Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

Signature: _____   Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

_____

'0 262 / Cpt Kays

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTION

## INMATE/PAROLEE
## APPEAL FORM
CDC 602 (12/87)

Location:  Institution/Parole Region        Log No.                     Category

1. _____        1. _____        3 _____

2. _____        2. _____        Mail

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classificatio
committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staf
member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supportin
documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken
for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| James Harvey | C-48894 | SHU | D-6-109 |

A. Describe Problem: On 12/10 Cpt S.L Kays Confiscated My Copy of The Cutting
Edge News (See Attached Notification of Disapproval Form). Reason No 2
is another example of your racist Tendency To defame and Criminalize Every-
body Affiliated with The George Jackson University, you identify The Mid-
western Inmate (Khalfani Khaldun) as a BGF member, i guarantee you he's
not nor do you have any documentation To validate This Indiana Prison
as a BGF member, Then The Two P.O. Box Addresses listed are sistas who
are community Activist in The Midwest Area, but once again you Arbitrari

If you need more space, attach one additional sheet.

B. Action Requested: I want The Newspaper or returned To The Sender, it is not
illegal To withold This Newspaper is violating The publisher's First Amend-
ment Rights!

Inmate/Parolee Signature: _____          Date Submitted: 12/18/03

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____          Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and
submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

Signature: _____          Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

COMBINED

D03-3401

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

Staff Signature: _____    Title: _____    Date Completed: _____

Division Head Approved: _____    Returned

Signature: _____    Title: _____    Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

Signature: _____    Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____

☐ See Attached Letter

Signature: _____    Date Completed: _____

Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Alleged Members of the Black Guerrilla Family are being denied out First Amendment Rights. These articles has nothing to do with recruiting members in the community. This is language specifically fabricated by Pelican Bay State Prison Administration and one article only speak to the Origins of Black August Memorial, this is a Memorial commemorated by Black People throughout the Country, informing people of the Origins. Not any activity or recruiting.

Signature: _____    Date Submitted: 2/25/04

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

☐ See Attached Letter

Date: _____

CDC 602 (12/87)

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region     Log No.          Category

**PBSP**

1. _____     DO3-02493     6 remove
2. _____     _____     128 B

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| James E. Harvey | C-49234 | SHU | D-6-104 |

A. Describe Problem: On 2/21/03 i received a CDC-128-B chrono from C/O D Beard of the security squad for alleged participating in BGF activities via a communication addressed JR of the Bay View News paper. C/O Beard you equated my historical account or the origins of Black August Memorial (BAM), your interpretation of my activities not only reflect your racial ignorance, but more importantly the repressive and racist traits of the entire white male dominated prison Industrial Slave-complex. To further substantiate my observation you have put forth a blanket allegation stating that anyone that commemorate Black August Memorial are in some way associating themselves with BGF. * with gang activities.

If you need more space, attach one additional sheet.

B. Action Requested: I would like for that 128-B chrono to be pulled from my files and destroyed, for it should not be used as a validation evidence unless you all are implying that Black August Memorial is an alleged prison-gang activity?

Inmate/Parolee Signature: _____     Date Submitted: 2/26/03

C. INFORMAL LEVEL (Date Received: 9/5/03 )

Staff Response: Denied. you stated yorself in The letter That Black August is Abovt The B.G.F.

Staff Signature: _____     Date Returned to Inmate: 9/5/03

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

C/O Beard denied my 602 based on a statement that is not even in the letter C, no where in that letter did i say Black August is about BGF, I stated the origins of Black August was initiated by the BGF, see letter enclosed. I know For a Fact many others have sent letters but like this, but i'm the only one that received a chrono

Signature: _____     Date Submitted: 9/6/03

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

5     1st AWCS

SEP 10 2003 NO#BP     SEP 17 2003

First Level    ☐ Granted    ☐ P. Granted    ☑ Denied    ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ 9-17-03 _____ Due Date: _____ 10-30-03 _____

Interviewed by: _____

_____ SEE _____ Attached _____ Memo _____

_____

_____

_____

_____

Staff Signature: _____    Title: _____    Date Completed: _9/25/03_

Division Head Approved:    Signature: _____    Title: _AW_    Returned Date to Inmate: _10/30/03_

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____    Date Completed: _____

Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to:    Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter

Date: _____

CDC 602 (12/87)

Your entire presentation is rooted in your narrow and limited understanding and knowledge of Black August. First of all, if one were to conduct a legitimate investigation you would no doubt come to the realization that Black August transcended its prison origins in 1971, it is now recognized by Millions of People across the country as well as other countries such as Cuba, Canada, Jamaica, Brazil, France, South Africa, Germany, England, just to name a few. Ruth is presently promoting Black August International. You have attempted to reduce Black August to a prison-based commemoration and this is obviously due to your ignorance of the fact that Black August Memorial is now recognized and commemorated by mainstream Black People. I'm quite sure these will find your words very interesting because I intend to share your concerns with the people, and I have no doubt they also will be offended.

Your concern is clearly implying anyone that participate in the promotion or teaching of Black August Memorial are in fact participating in BGF activities, you have blatantly accused Millions of Black folks of being associates of the BGF. In almost every state there are annual Black August celebrations. All you have to do is investigate! I intend to file a writ because your interpretation is racist, and in a court of Law, I can show a Judge that G.A.M. is embraced by Millions of People across the world, white folks included.

As a longtime participant of B.A.M. I am qualified to criticize those who misrepresent BAM or its origins. My letter was in response to an article in the Bay view newspaper, that's clear in my letter. You are attempting to censor any dialogue that pertains to a Memorial that commemorates Black resistance to racist oppression. Because its origins is in prison does not negate its validity — The fact that millions of people participate in BAM speaks to its legitimacy.

It's true, the names I had mentioned such as W.L. Nolen, William Christmas, James McClain, Tony Gibson, George and Jonathan Jackson, Jeffrey Khatari Gaulden, Hugo Yogi Pinell, Fleeta Drumgo, Ruchell Cinque Magee, Sundiata Tate, James Carr, Adams, Big Rashad, were all members of the BGF. This is the origins of the BAM concept, but I also stated that Turner who was hanged in 1971 for a slave rebellion, are you saying he was BGF too? If you do your investigation you will discover that in the Month of BAM we commemorate all those who died resisting slavery, color driven racist oppression. These are facts that can't be proven in a court of Law, we are being condemned for participating in a Memorial that is recognized by Millions the world over?

2.26.03

C-48884

D6.109

Abdul Olugbala Shakur

AKA James C. Harvey
Colonial Slave-name

ENClosed ES
4 Exhibits To Support my 602

STATE OF CALIFORNIA                                                                DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region    Log No.    Category
**PBSP**
1. _____   1. 95-11542   17
2. _____   2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| James E. Harvey | C-48924 | SHU | D-8-123 |

A. Describe Problem: This is an issue of the Deliberate Indifference Clause (DIC) which is inherent in the functional mechanism of the CDC, pelican bay in particular. DIC simply means the implementations and enforcement of laws, rules, policies and structural procedures without regards of their ramifications, social or otherwise; but to mention their adverse effect that which inflicts harm on a specific group of people and or their communities. DIC also encompasses the rules of arbitration and all its applications, in this case it applies to the CDC procedures pertaining to the process of implementing policies and or rules. It was imperative towards the facilitation of this indictment to briefly explain DIC, as well as those rules governing the application of Administrative Arbitration. This is -

If you need more space, attach one additional sheet.    SEE ATTACHED PAGES:

B. Action Requested: Due due to the length of Requested Actions SEE Page 4)
(1) Designed the SHU program to compliment the political, economical and social agenda of the new Atavism, Latino/Mexican communities. (2) Implement Educational programs for prisoners housed in SHU. (3) Put an immediate end to psychological/physical torture. (4) Remove all

Inmate/Parolee Signature: _____        Date Submitted: 12/16/95

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____        Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

**REJECTED**

PBSP/DATE 12/18/95

Signature: _____ Multiple ISSUE Address Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed        CDC Appeal Number:
Board of Control form BC 1E. Inmate Claim _____

12/19/05

not an exercise of verbiage redundancy, for the Above is only a preamble serving as a guide to navigate through the complexed polemics of this complaint.

There is a clear deliberate indifference towards the financial situation of SHU prisoners as well as our family/loved ones. For example: the constant increased in canteen prices ~ the misuse of the Inmate welfare fund to arbitrarily extract funds from our trust account under the guise of paying a percentage for special purchasing ~ we at present are required to pay a $5.00 fee for medical services which the federal courts had ruled was in adequate. It is no secret that the majority of us come from the poor and ~~impoverish~~ impoverished communities; and the SHU prisoners are not allowed to work, so the burden falls directly on our family/loved ones.

Pelican bay contend that neither physical/or psychological torture take place in the security housing unit; but this is far from the truth. Many people are unaware of the hundreds, if not the thousands of different methods of both psychological/physical torture, and some of these methods are so elaborate and sophisticated in its technique of execution the average person in society would not even recognize its employment. Though many tactics of both psychological/physical torture has remain the same, the strategy of application has evolved. A target victim of psychological torture can be completely unaware that he/she is a target, but the desired results are still attainable. But there are some fundamental and essential elements, that must exist to compliment such an intricate system of psychological torture, and one of the primary elements is a controlled environment e.g. pelican bay state prison. In this environment many of the guards can be totally ignorant that their individual action(s) are contributing to a larger scheme (note: this is not the case here each participant (guards) are fully cognizant of their action(s) or the significance of their individual role).

Most people relate physical torture with physical violence, or limit psychological torture to isolation a certain form of deprivation, as was the case in the Madrid v. Gomez suit. This rigid use of the definition of both psychological/physical torture had provided pelican bay with room to maneuver, when in fact, both psychological/physical torture is an ongoing reality here at pelican bay, but what has yet to be discussed are the social ramifications and or implications of this system of human torture.

Evidence of violence as a determinant/and or conducive factor for establishing a clear case of physical

1

torture ~ . This is a very prevalent misconception, extreme and extensive forms of psychological torture can influence some physiological changes, such as migraines. If the migraine(s) is a direct result of the psychological torture, the torture now becomes both physical/psychological, in spite the absence of any visible evidence of physical evidence, this is still a form of physical torture, for the evidence is internal, and the migraine is a physical reality, though the causation of migraines may vary, but an examination of the victim(s) and his living environment one will be able to identify the exact causation, the symptoms are a clear indicator of the cause. Another example of the evolutionary nature of torture, when the psychological becomes the physical, this transition is rarely discussed in complaints, though the evidence of its existence are accessible, if given the proper investigation/systems analysis. There exist many forms of psychological torture which can cause stress/if not stress disorders, and most experts would no doubt agree that stress can affect the physiological process of its victim(s), and do keep in mind suicide/or self-destructive behaviors can also be the result of psychological torture.

Constantly slamming our food port day in and day out, blasting the P.A. system, guards coming to work early in the morning throwing food crates around, constantly making loud noise during first watch count, just to name a few, combined are equivalent to psychological torture, and the guards are fully aware of their actions, most of this is done while we are asleep, and sleep deprivation is a well known form of psychological torture.

In the recent Madrid decision, the judge ordered pelican bay to screen out and remove from the security housing unit those prisoners suffering from mental illnesses for the most part this have not been done, in fact, the same excuse they tried to feed the judge, is the same exact excuse they're using now to justify why these prisoners have yet to be moved i.e. these prisoners are faking, though you have yet to conduct an evaluation to determine the legitimacy of their mental illnesses. But pelican bay administration reluctance to remove these prisoners is closely associated with the ongoing psychological torture here at pelican bay. Many of these prisoners bang on their sink or kick on their doors all night preventing other prisoners from sleeping, and the staff is fully aware of this, and there is also a health risk involved, many of these prisoners are known to throw urine and feces at other prisoners. There are no legal/or legitimate justification for exposing us to this, especially when the court has ruled to remove these prisoners.

2

Pelican bay Refusal to implement or focus on criminal Rehabilitation only contribute to the Recidivism Rate among the prison population Housed in SHU. Pelican bay is a sanctuary to preserve and proliferate the criminal Mentality syndrome, the very psychological disposition WHICH guarantees the continuity of the government scheme to financially benefit from the inner-city crime, And this explains why there exist no genuine efforts on part of the Pelican bay Administration to implement a serious program for criminal Rehabilitation, Pelican bay failure to do so severely affects the crime problem in our communities And this is an established fact, but due to the deliberate indifference to our communities, Pelican bay continue to serve as a festering source of the criminal Mentality.

In concluding, As I stated before, this is an issue of the innate deliberate indifference that pelican bay arrogantly displayed towards our mental/physical Health, As well As that of our family And loved ones, when we are mistreated/or tortured our family and loved ones Are also experiencing that mistreatment and torture, this is a given Reality.

Defiantly Submitted

James Earl Horn

(AKA) ABDUL Olugbala SHAKUR

* New Afrikan Prisoners Liberation Front *

Note: I was told by the courts to exhaust Administrative Remedies
(though I contend there are none!

**REJECTED**

PBSP _____ 1/21/06 /s/

3

Actions Requested continue.....

Mentally illed prisoners as ordered by the Madrid decision.

(5) Allow an Independent Review Board to Review All CDC Rules, Policies and Structural procedures, especially those with social Ramifications/implications. This Review board is to be made up of Members of the New Afrikan (Black), Latino/Mexican communities.

(6) More Black guards should be encouraged to work at Pelican bay.

(7) Allow the Pelican Bay Information Project, Prison Law Office, National Lawyers Guild Prison Law Project and the Prisoners Rights Union to serve as an appointed and independent monitoring committee, monitoring the condition here at Pelican bay.

(8) To put an immediate end to the extortion of prisoners funds via the I.W.F.

(9) To Hold a Hearing into the suffering of our family and loved ones as a Result of our deliberate mistreatment to determine the severity of that suffering.

(10) To put an immediate end to the Pelican bay deliberate indifference practice.



4

Exhibit BPP

# BLACK PANTHER PARTY PRESS

*Established 1993*
*New Afrikan* **Books for Inquisitive Minds**
**BOOK PRICE LIST 1999**
**Recent and Previously Published Books, Pamphlets, and Videos**
**P O BOX DALY CITY, CA 94016-1305 WWW.BLACKPATHERPARTYPRESS.COM**

**Abdul O. Shakur    v The Kalifornia** (California) **Department of Kurrection** (Correction) **and   Pelican Bay State Prison**, *by Abdul O. Shakur.* **$7.00**  ✳

**A New Afrikan Guerrilla Diary**, ( Selected Poems ) *by Abdul O. Shakur.* **$9.00**

**A Story that Must be Told**, *by Khalfani X Khaldun* **$7.00** *paperback.*

**The Bell Curve Conspiracy**, *by Abdul O. Shakur.* **$7.00 pamphlet**  ✳

**The Black Community Simple Guide to   Organizing**, *by Abdul O. Shakur.* **$3.50 pamphlet**.

**The Black Family, Inc.   Self   Improved   Manifesto Manual**, *by Abdul O. Shakur.* The self improved manifesto (**S I M**) is specifically designed to stimulate the individual self and facilitate the path leading towards the better self. **$6.00 pamphlet**

**Black Mentacide is Genocide**, *by Mutawally Cooper Wood*, an Analysis of Life inside the Deep wholes of the California Prisons.  Manuscript researched by the New Afrikan Progressive Journal. **$18.00**   ✳

**The Case of Abdul Olugbala Shakur**, *by Jae* **$4.00** ✳

**Criminology 101 the book**, *and* **Correspondence Course**, *by Abdul O. Shakur.* Criminology 101 is Afrikan Amerikan Criminology from Afrikan Perspective, which intales a crucial in-depth study of Afrikan Amerikan Politics. The correspondence course consist of one on one studying and test with a certified teacher by the Institute of Criminology 101. When student completes the course they will receive a certificate in   New Afrikan Political Science (N. A. P. S.). **Criminology 101 the book $20. Criminology 101 correspondence course $50.00** (*includes required supplies and books*).

**Huntington Beach, California Kane Kut Murder Trial**, *by Gwendolyn Kennedy-Sharifa Abeni.*    The Murder Trial of convicted Rodney James Alcala, through technicalities, loopholes and the inherent unfairness of the legal system Alcala was set free to commit brutal rapes time and time again until one victim choose to fight back additionally, his book will force you to look at our legal system on a new light.  **$7.00 Spiral bound, Book sells** *for* **$24. In stores and Law Schools.**

**No Struggle No Progress**, *by Gwendolyn Kennedy* a critical interview with Ruchell MaGee, who was the only survivor of the Marin Court House Shoot out in 1970. The purpose of this interview is to enlighten the community with facts, supported by documents and records, regarding why Ruchell MaGee, should be freed from false imprisonment. The book  features photos and news clips, and information on **George Jackson, Jonathan Jackson, William Christmas, and W.L. Nolan. $20.  Spiral bound.**

**Poetic Justice**, *by Gwendolyn Kennedy.*  This unique book which was created by the authors fascination of political reform from a poet and philosophers point of view. The book is comprised of Poetry, Essay and Music by various artist.  Featuring Tupac Shakur (Makaveli) Eazy-E, Curtis   Mayfield. The spiral   bound   with beautiful color pictures and a 90min sound recording on cassette tape.  **$21.00 Spiral bound.**

**Nyame Nyame the Sky God**, by Gwendolyn Kennedy. An Afrikan folklore for children of any age.  This picture book illustrates not only beautiful pictures it has a wonderful moral. ("*With   perseverance, and trust in oneself a person can overcome any obstacle*") **$12.**  ✳

**Books** with a (✳) by them are still in the production process and will be available on the date by the price.

Discounts and wholesale prices inquired with letter head and list the book  of interest.

**To Order a book use order form, purchase order or write the address above.**

# BLACK PANTHER PARTY PRESS

Established 1993
*New Afrikan* Books for Inquisitive Minds
**BOOK PRICE LIST 2001**
**Recent and Previously Published Books, Pamphlets, and Videos**
**P O BOX DALY CITY, CA 94016-1305 WWW.BLACKPATHERPARTYPRESS.COM**

---

**Abdul O. Shakur v The Kalifornia** (California) **Department of Kurrection** (Correction) **and Pelican Bay State Prison**, *by Abdul O. Shakur*. **$7.00 #1**

**A New Afrikan Guerrilla Diary,** ( Selected Poems )
*by Abdul O. Shakur.* **$9.00 item#3**

**The Black Community Simple Guide to Organizing,** *by Abdul O. Shakur.* **$3.50 pamphlet.** *Itme#6*

**The Black Family, Inc. Self Improved Manifesto Manual,** *by Abdul O. Shakur.* The self improved
manifesto (S I M) is specifically designed to stimulate the individual self and facilitate the path leading towards the better self. **$6.00 pamphlet  item#7**

**Billie Holliday Collection, by Gwendolyn Kennedy.**
A formula book of  Billie Holliday perfume and other cosmetics with a brief history on the beginning of perfumes.     **Item#8**

**Criminology 101 the book,** *and* **Correspondence Course,** *by Abdul O. Shakur.* Criminology 101 is Afrikan Amerikan Criminology from an Afrikan Perspective, which includes a crucial in-depth  study of  Afrikan Amerikan Politics. The correspondence course consist of one on one studying and test with a certified teacher by the Institute for Criminology 101. When student completes the course they will receive a certificate in  New Afrikan Political Science (N. A. P. S.) **Criminology 101 correspondence course Pub. price** $20.00* item#11 *(includes required supplies and reference books)* To purchase just the book itself Pub. Price. **$15.** #12

Poverty Crime and Government & Ghetto Criminology: A Brief Analysis of Amerikka Criminalizing A Race by Abdul O. Shakur.  This book provides the people with a comprehensive theoretical concept designed to aggressively challenge and dispel any effort to genetically criminalize Black People and our community. **Two book combinded in one $12.00 item#13**

**Poetic Justice,** *by Gwendolyn Kennedy.* This unique book which was created by the authors fascination of political reform from a poet and philosophers point of view. The book is comprised of Poetry, Essay and Music by various artist. Featuring Tupac Shakur, (Makaveli) Eazy-E, Curtis Mayfield. The spiral bound  with Beautiful color pictures and a 90min sound recording on cassette tape. **$21.00 Spiral bound. Item #19**

**Huntington Beach, California Kane Kut Murder Trial,** *by Gwendolyn Kennedy-Sharifa Abeni.* The Murder Trial of convicted  Rodney James Alcala, through technicalities, loopholes and the inherent unfairness of the legal system Alcala, was set free to commit brutal rapes time and time again until one victim choose to fight back  additionally, his book will
force you to look at our legal system on a new light. **Pub. Price $10. In stores and Law Schools. $7.00 Spiral bound. Item#15**

**Kiswahili Our Own Way,** by Ashika Olugbala and Abdul O. Shkur, this is a pamphlet of Swahili words that is used in every day language.  I had conducted research  and found out it is a fact that to  often many New Africkans ( African Americans) learning different dialects  making it  almost impossible for us to understand one another.  We composed this Swahili pamphlet with the hope that it would allow us to speak common language and dialect .   Unique to the Afrikans in Amerikka.  **$7. Spiral bound.  Item#16***

**No Struggle No Progress,** *by Gwendolyn Kennedy* a critical interview with **Ruchell  MaGee**, who was the only survivor of the Marin Court House Shoot out in 1970. The purpose of this interview is to enlighten the community with facts, supported by documents and records, regarding why Ruchell MaGee, should be freed from false imprisonment. The book features photos and news clips, and information on **George Jackson, Jonathan Jackson, William Christmas, and W.L. Nolan. $20.  Spiral bound. Item#17**



> **Books** with a (✱) by them are still in the production process and will be available on the date by the price. Discounts and wholesale prices inquired with letterhead and list the book of interest. **To Order a book use order form, purchase order or write the address above.**

**Afrikan Pyramid, by Abdul O. Shakur.** This book is a
in depth book on the research of Afrikan inventors.
**#18 $12.95 item**

"**Nyame, Nyame the Sky God**", by Gwendolyn Kennedy
An Afrikkan folklore for children of any age. This picture
book illustrates not only beautiful pictures it has a
wonderful moral. ("*With perseverance, and trust in oneself
a person can overcome any obstacle*") **$12. ✱ item #20**

### Black Panther Party Press News Paper:

Subscription rate 4 issue (1 year ) **$18.** Part of the money fund The George Jackson Grassroots Foundation, a non-profit organization for the betterment of New Afrikkan Communities. Education, Legal issues Etc. All subscribes receive a original gift designed for the B.P.P Press. **Item#21**

**T-shirts and Sweat shirts** with logo  and other designs  can be purchased through **Black Panther Press CATALOG** or **La Chateau de Gwendolyn Kennedy inc.** T-shirts **$18.**  Sweat Shirts **$25. Item#22**

### BPP PRESS CATALOG OF BOOKS AND AFRIKAN PRODUCTS AND INVENTIONS. $2.00 item # 23

**Books** with a (✱) by them are still in the production process and will be available on the date by the price. Discounts and wholesale prices inquired with letterhead and list the book of interest. **To Order a book use order form, purchase order or write the address above.**

**Note: New book and video releases will be mailed out to you as they come in.**

*B.P.P. PRESS*
*P. O. Box 135  Daly City, CA*
*94016-1305*

*(415) 469-0824*
*pager No. 415-208-7542*

# ORDER FORM

| Name | Check or Money Order Amount Enclosed: |
|---|---|
| please print clearly | |

| Address | City | State | Zip |
|---|---|---|---|

| Phone | Message / Fax |
|---|---|

| EXAMPLE: | Item # | Quantity | Contour | Music # | Hue | Price | Custom Wrap $8.00 ea. | Total |
|---|---|---|---|---|---|---|---|---|
| | A12 | 2 | music box | 122 | 3 red | $22.00 | 1 | $52.00 |

| Item # | Quantity | Contour | Music # | Hue | Price | Custom Wrap $8.00 ea. | Total |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

✳ Gift Certificates • $8.00 & up • Item # 010

*For orders shipped to another address, please fill out below*

| Item # (s) | |
|---|---|
| Name | |
| Address | |
| Gift Card Message | |

| Item # (s) | |
|---|---|
| Name | |
| Address | |
| Gift Card Message | |

| | |
|---|---|
| **Subtotal** | |
| **Tax included in order %** | |
| **Shipping & Handling** | |
| **Total** | |

**Black Panther Party Press**
**Book Publishing Department**
**Seize The Time**
**P O BOX 135**
**DALY CITY, CA 94016-1305**
**415-469-0824 Fax 756-1006**

INVOICE

DATE: _____

INVOICE NO: _____

To:                                   Ship To:

| SALESPERSON | P.O. NUMBER | DATE SHIPPED | SHIPPED VIA | F.O.B. POINT | TERMS |
|-------------|-------------|--------------|-------------|--------------|-------|
|             |             |              |             |              |       |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|----------|-------------|------------|--------|
|          |             |            |        |
|          |             |            |        |
|          |             |            |        |
|          |             |            |        |
|          |             |            |        |
|          |             |            |        |
|          |             |            |        |

|  | SUBTOTAL |  |
|--|----------|--|
|  | SALES TAX |  |
|  | SHIPPING & HANDLING |  |
|  | TOTAL DUE |  |

**Make all checks payable to: Black Panther Party Press Publishing inc.**
**if you have any questions concerning this invoice, call: Sharifa or Gwen, 415-469-0824**

**THANK YOU FOR YOUR BUSINESS!**

# ORDER FORM

**Name:** _____

**Address:** _____

**City:** _____

**Phone:** (    ) _____ - _____.

| Title | Price | Quantity |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

_____I would like to subscribe to the Journal $5.00 enclosed.

_____I would like a single issue of the Journal $2.00 enclosed.

**Sharifa/Abdul Shakur Progressive Publishing Network**
**P.O. BOX 135**
**Daly City, CA 94016-1305**
**E-mail:** SharifaShakur@Yahoo.com
**E- mail** NewAfrikka@Aol.com

**For information on the Sojourner Truth Farm School contact:**

**Dr. Dorothy Blake Farden (301) 972-7409 or write**
**P.O. BOX 311 / Poolesville, MD 20837**
**The following book is available at the Farm School, write the above address for information**
**U.N.I.T.Y A MESSAGE TO THE Black Women.  By Akono Jahl**

**For other books and media from our Institute, write the address below, or visit our web site at Http:\\www.blackpantherpartypress.com**

*Books Written by Comrades of our Institute:*

Black Panther Party Press catalog of the following books and more $1.00

Abdul O. Shakur vs. the California department of corrections

The Bell Curve Conspiracy: Genocide by proxy, by Abdul O. Shakur

Black Mentacide/Genocide, by Michale Mutawally Cooperwood

Criminology 101 - The Text, by Abdul  O. Shakur

Poverty Crime and Government: The Other Secret war, by Abdul O. Shakur

### DONATIONS & SUBSCRIPTIONS

A $3.00 donation will get you a copy of our introductory proposal to the New Afrikan Institute for Criminology 101.

Criminology 101 Political and Legal Progressive Journal Subscription rate: 4 issues (1 year) $8.  Sample copy $3.

BLACK PANTHER PARTY PRESS NEWSPAPER Subscription rate 12 issues(1 year) $18.00 Part of the money funds the George Jackson Grassroots Foundation, a Non profit organization for the inbetterment of Afrikan Communities, schools, legal problems, science, The Arts and etc. All subscribers receive a original gift designed for the B.P.P.Press. Gifts range from (Coats, T-shirts, Key chain, Book Bag) The subscriber will receive one of the above mention or any new Items added to customers appreciation list.

T-shirts and Sweat shirts with the Black Panther Party Press logo can be purchased through the press or GJGF.  T-shirts $18.50 Sweat shirts $25. Prices subject to change.  Funds keep Newspaper going and sold at the same price or free for the homeless and help the need homeless families and ill.

All of the above organizations can be reached at THE WORLD HEADQUARTERS BLACK PANTHER PARTY PRESS P.O. BOX 135 DALY CITY, CA 94016-1305. Free lance writers, Artist, photographer well come.

Sharifa Abeni Publisher, C/o Black Panther Party Press
Mutawally Jka Kambon -Coordinator, New Afrikan Prisoners Progressive Publishing Network
Abdul Olugbala Shakur-*Executive Coordinator*, New Afrikan Institute for Criminology 101- P.O. BOX 135,DALY CITY, CA 94016-1305

24