**FILED**

JUN 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VRW

James E. Harvey /aka: Abdul O. Shakur )
                                                Plaintiff, )

CASE NO. CV 08  2894

            vs.
Robert Hotel Warden -
J. Puent - IGI
K. Brandon / Cpt ISU    Defendant. )
CDCR Director during 1/24/08

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

(F)

I, James E. Harvey, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _NONE_____ Net: _N/A_____

Employer: _N/A_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)

4  _____

5  _____

6  _____

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9     a.   Business, Profession or                Yes ___ No ✓
10          self employment

11     b.   Income from stocks, bonds,           Yes ___ No ✓
12          or royalties?

13     c.   Rent payments?                         Yes ___ No ✓

14     d.   Pensions, annuities, or               Yes ___ No ✓
15          life insurance payments?

16     e.   Federal or State welfare payments,     Yes ___ No ✓
17          Social Security or other govern-
18          ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.

21  _____N/A_____

22  _____

23  3.  Are you married? *But have been separated for the* Yes X No ___
24         *past five years.*
   Spouse's Full Name: _____ N/A _____

25  Spouse's Place of Employment: _____ N/A _____

26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ N/A _____ Net $_____ N/A _____

28  4.  a.  List amount you contribute to your spouse's support: $ __ N/A __

1     b.    List the persons other than your spouse who are dependent upon you for
2           support and indicate how much you contribute toward their support. (NOTE:
3           For minor children, list only their initials and ages. DO NOT INCLUDE
4           THEIR NAMES.).  _N/A_
5 _____
6 _____

7 5.    Do you own or are you buying a home?    Yes ___ No _X_
8 Estimated Market Value: $ _N/A_    Amount of Mortgage: $ _N/A_
9 6.    Do you own an automobile?    Yes ___ No _✓_
10 Make _N/A_    Year _N/A_    Model _N/A_
11 Is it financed? Yes _N/A_ No _N/A_  If so, Total due: $ _N/A_
12 Monthly Payment: $ _N/A_
13 7.    Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _N/A_
15 _____
16 Present balance(s): $ _N/A_
17 Do you own any cash? Yes ___ No _X_ Amount: $ _N/A_
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No _X_
20 _N/A_
21 8.    What are your monthly expenses?
22 Rent: $ _N/A_    Utilities: _N/A_
23 Food: $ _N/A_    Clothing: _N/A_
24 Charge Accounts:
25 Name of Account        Monthly Payment       Total Owed on This Acct.
26 _N/A_     $ _N/A_     $ _N/A_
27           $          $
28           $          $

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____ N/A _____
4  _____

5  10. Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ___  No _X_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____ N/A _____
10 _____

11  I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13  I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.

16  5/22/08                           [signature]
17  DATE                              SIGNATURE OF APPLICANT

Case Number:_____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>James Earl Harvey  C48884</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>8.33</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>19.87</u>.    (20%= $3.97)

Dated: 5/28/08                                        _____
                                                                Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 5-28-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

1
2                                Case Number: _____
3
4
5
6
7
8                          **CERTIFICATE OF FUNDS**
9                                       **IN**
10                            **PRISONER'S ACCOUNT**
11
12       I certify that attached hereto is a true and correct copy of the prisoner's trust account
13 statement showing transactions of ___JAMES HARVEY_____ for the last six months
                                         [prisoner name]
14 __Pelican Bay State Prison_____ where (s)he is confined.
        [name of institution]
15       I further certify that the average deposits each month to this prisoner's account for the
16 most recent 6-month period were $ _____ and the average balance in the prisoner's
17 account each month for the most recent 6-month period was $_____.
18
19 Dated:_____           _____
                                     [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         PELICAN BAY STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: NOV. 01, 2007 THRU MAY 28, 2008

ACCOUNT NUMBER : C48884                    BED/CELL NUMBER: DF04L 000000112L
ACCOUNT NAME   : HARVEY, JAMES EARL        ACCOUNT TYPE: I
PRIVILEGE GROUP: D

                            TRUST ACCOUNT ACTIVITY

          TRAN
DATE      CODE   DESCRIPTION      COMMENT     CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
-----     ----   -----------      -------     ---------  --------   -----------   -------

11/01/2007       BEGINNING BALANCE                                                    0.01

12/21  D300  CASH DEPOSIT    2667 #120                    50.00                      50.01
       ACTIVITY FOR 2008
01/03  FC05  DRAW-FAC 5      2810 D-4                                30.00           20.01
01/30  W502  POSTAGE CHARG   3253                                     0.41           19.60
01/30  W502  POSTAGE CHARG   3253                                     0.41           19.19
02/04  FC05  DRAW-FAC 5      3365 D-4                                18.75            0.44
02/14  W502  POSTAGE CHARG   3570                                     0.41            0.03
03/24  W536  COPAY CHARGE    4154M03/14                               0.03            0.00


                            CURRENT HOLDS IN EFFECT

  DATE      HOLD
 PLACED     CODE         DESCRIPTION                 COMMENT        HOLD AMOUNT
----------  ----   ---------------------------    -------------    -----------
05/22/2008  H114   COPAY FEE, MED.                 5084M05/19            5.00

                            TRUST ACCOUNT SUMMARY

 BEGINNING       TOTAL           TOTAL         CURRENT        HOLDS        TRANSACTIONS
  BALANCE       DEPOSITS      WITHDRAWALS      BALANCE       BALANCE       TO BE POSTED
 ---------      --------      -----------      -------       -------       ------------
    0.01         50.00           50.01           0.00          5.00            0.00


                                                                    CURRENT
                                                                   AVAILABLE
                                                                    BALANCE
                                                                   ---------
                                                                      5.00-
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 5-28-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY  Kleppin
    TRUST OFFICE