James Earl Harvey / AKA: Abdul O. Shakur
D.4.112 / C-48884
P.O. Box 7500
Crescent City, Ca 95532
Pelican Bay State Prison
In Pro Per

**FILED**
JUN 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VRW

E-filing

(PR)

United States District Court
Northern District of California

James Earl Harvey / AKA: Abdul O. Shakur
v.
R. Horel, Warden / Cpt. K. Brandon ISU /
S. Puente IGI / A. Murphy OCS
Lt. Perry / Cpt. Kays / Cpt. Fox, et al.

CV 08      2894
Case No. _____
Request for Appointment of Counsel
And Declaration of Indigency.

I James E. Harvey declare that I am a Petitioner to the above referenced matter, that I am incarcerated at Pelican Bay State Prison, and I am unable to afford counsel for I am indigent. My total assets are $0 and my income is $0 per month.

I hereby request that counsel be appointed in this matter so that my interests may be protected by the professional assistance required. In addition, when a court issues an order to show cause, counsel be appointed for an indigent petitioner who requests counsel – California Rules of Court, rule 4.551(c)(2).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this date 6-2-08.

James E. Harvey