James Earl Harvey/aka: Abdul O. Shakur
D.4.112/C-48334 (5H4)
P.O. Box 7500
Crescent City, Ca 95532
Pelican Bay State Prison
In Pro-Per

FILED
JUN 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

James Earl Harvey/aka: Abdul O. Shakur
v.
R. Horel: Warden/Cpt. K. Brandon: ISU/
P. Puente: IGI/ et al.

Case No. C08-2894 VRW
Amend Claim One of My 1983
Civil Complaint.

Approximately seven(7) days ago i filed a complaint under the Civil rights Act, Title 42 U.S.C § 1983 concerning First amendment violations: 1) Free Speech violation and 2) Religious Freedom violation. Claim one in that civil complaint addresses both Free Speech and Religious Freedom violations, at the beginning of writing that civil complaint claim one had yet to be exhausted, but before i completed that civil complaint i had heard from the warden via the CCII counsellor M. Peña so the issue was exhausted by the time i had completed the civil complaint which i had clearly stipulated in the conclusion portion of my complaint as well as in my prayer for relief. Two days after sending my writ out i received the warden decision in writing (see Exhibit S-1), though this decision only specifically speak to eight confiscated letters, it is also apply to the other seven(7) confiscated letters that was confiscated for the same reason.

<u>Statement Of Claim One Amended</u>

As i contended in my original claim one, for approximately two months i was not able to send mail out with my Muslim name on it, and i was not about to capitu-

1#

late to coercion. Being able to use my Muslim name is part of practicing my religion (Islam), and i was being denied that right by IGI officer J. Puente and ISU Capt. K. Brandon. What needs to be understood, this was not the case officers trying to enforce their policies or a misinterpretation of their policies. They had employed this policy only as a tool to censor my speech- as i stated in my original claim i had no problem with sending my mail out prior to 4-1-08, it all started when i had attempted to mail out this chainletter, the seven letters mentioned in Exhibit S-1 all contained that one page chainletter, and the approximately eight (8) letters confiscated in the following weeks had also contained that chainletter (See Exhibit Y-Y)

This was not about my name, it was about that chainletter, in their attempt to censor my free speech they simultaneously violated my Religious Freedom as a Muslim. They can't plea ignorant, i am known throughout the system by my Muslim name (Abdul Olugbala Shakur), if you look at Exhibit Q-AA, this letter was written by the Assoc. Warden in 2004 and he also used my Muslim name, this was a letter addressed to a Professor that i work with, one of her letters was confiscated (not the first or last time). If you review Exhibit N-N you will find photocopies of letters i had received prior and during the confiscation of my mail, and you will notice each letter have my Muslim name, Exhibit N1,2 & 4 have nothing but my muslim name on it, and i receive these letters with no problems. These exhibits are clear proof that it wasn't about my name, they knew it wasn't fictitious. But in their clear attempt to censor my voice (Free Speech) they violated my right to practice my religion. The Warden decision didn't come until 5/30/08, so for two months my first amendment rights were violated beyond any doubt. i seek the same relief/punitive damages i listed in my original complaint. The warden decision two months later only stopped the bleeding, but i was being stabbed for two months by his staff, and i believe i do deserve some relief for my two months of censorship and mental anguish.

_James Earl H_ -aka- Abdul O'Shaker
In Pro Per

6-10-08

2ª

Exhibit S-1

| PELICAN BAY STATE PRISON |
| --- |
| SECOND LEVEL REVIEW |

DATE: **JUN 0 5 2008**

Inmate: HARVEY, James
Pelican Bay State Prison
Security Housing Unit
Facility D

RE:  WARDEN'S LEVEL DECISION              APPEAL:  **GRANTED**
     APPEAL LOG NO. PBSP-D-08-01142        ISSUE:   MAIL

This matter was reviewed by Robert A. Horel, Warden, at Pelican Bay State Prison (PBSP). Correctional Counselor II (CCII) M. Peña conducted the Appeal interview at the Second Level of Appeal Review on May 23, 2008.

All submitted documentation and supporting arguments have been considered at the Second Level of Review. Additionally, a thorough investigation has been conducted into the claim presented by inmate HARVEY and the documentation evaluated in accordance with PBSP's institutional procedures and the California Department of Corrections and Rehabilitation (CDCR) policies.

ISSUES

The issue of this Appeal is whether the outgoing mail from HARVEY meets the criteria for disapproval.

HARVEY states in Section A of the Appeal that seven pieces of outgoing mail and one piece of incoming mail were stopped for allegedly using a fictitious name or address. HARVEY attached eight CDCR 128-B's, Stopped Mail Notifications, dated April 9, 2008, to this Appeal. HARVEY'S incoming and outgoing mail was stopped for the use of fictitious name or address, deemed a threat to penalogical interests, and noting the name on the return address was not recognized by CDCR records.

HARVEY requests the seven letters be sent out and his incoming mail be given to him.

The First Level was bypassed in this Appeal.

On May 29, 2008, CCII M. Peña informed inmate HARVEY his appeal was being granted. His incoming mail was issued to him and his outgoing mail was processed. HARVEY was informed the CDCR 128B's attached to this Appeal would be removed from his Central File. PBSP Operational Procedure (OP) 205, Section VI K, states, in part, *"all incoming and outgoing mail shall have the correct inmate commitment name, CDCR identification number, housing address and zip code inscribed on the front of the envelope or package."* United States Code Section (USCS), Title 18, Section 1342, states: *"Whoever, for the purpose of conducting, promoting, or carrying on by means of the Postal Service, any scheme or device mentioned in section 1341 of this title or any other unlawful business, uses or assumes, or requests to be addressed by, any fictitious, false, or assumed title, name, or address or name other than his or her own proper name, or takes or receives from any post office or authorized depository of mail matter, any letter, postal card, package, or other mail matter addressed to any such fictitious, false, or assumed title, name, or address, or name other than his or her own proper name, shall be fined under this title or imprisoned not more than five years, or both."*

3-31-08

Exhibit 4-1

# The Dynamic Brevity of Life

Life is a very complexed phenomenon, i seriously doubt that we as Humans will ever grasp the totality of and its evolving precarious implications, we are in constant search of life's unknown only to become enchanted by its innate intricacies. But one thing for sure life is not easy, it is a constant and persistent struggle, a revelation of introverted speculations, especially when one understand that life is without infinite continuity, sometimes the sense of finality in death numbs our sense of purpose.

Why must i continue to live when death seems to be my inevitable destination? what is the purpose of life when life must give in and capitulate its potential longevity to the decisive aggrandizement of death? To understand the natural contradictions of life and the opposing forces which seems to expedite the equilibrium of our very Humanity, one must travel within oneself in search of ones internal reservoir of spiritual presence, within the depths of this reservoir there lies truth, Moral integrity and clarity of purpose fortified by the covenant of soul and spirit. i ask of you, what have your eyes seen to wish to see no more? what have your ears heard to wish to hear no more? Can deafness and blindness be desired within a society where government-sanctioned homicides are employed to satisfy a People's warped sense of Justice? Or quench the insatiable thirst of Man Malevolence?

Though i have spent the past 25 years in Solitary Confinement my spirit is free, for i have transcended the concrete hell which contains my physical being, and i now walk amongst those who have touched the very soul of Humanity with the hope of obtaining purpose of life. Life is defined by purpose, and purpose is the articulated architecture of life, life only becomes confused when one is without purpose, so i say to you, find your purpose in life and you will become the master of your ever unveiling destiny. Please allow my words to resonate within the fibers of your God's consciousness and reverberated in the rhythm of your heart beat, and don't permit the reality of my situation to steal this Precious Moment.

Abdul Olugbala Shakur (S/N J. Harvey) - D-4-112/C-48884 (SHU)
P.O. Box 7500 - Crescent City, Ca 95532 - Pelican Bay State Prison

jfardan@earthlink.net

STOPPED MAIL
4/26/08
TO: IGI
6-9-08

**STATE OF CALIFORNIA**  
**DEPARTMENT OF CORRECTIONS**

**INMATE/PAROLEE APPEAL FORM**  
CDC 602 (12/87)

Location: [PBSP] REPUBLICAN BAY STATE PRISON   Category: 3/7
1. [PBSP] SECURITY HOUSING UNIT
2. D08-01142   2. ~~UNIT D-4~~

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| James Earl Harvey | C-48884 | SHU | D-4-112 |

A. Describe Problem: On 4/11/08 I received Eight (8) CDC 128-B Stopped Mail notifications, Seven (7) for out-going and one for in-coming. It is alleged that these mailings uses a fictitious name or address and that they are deemed to be a threat to legitimate penalogical interests.

If you need more space, attach one additional sheet.

B. Action Requested: I want the seven (7) letters sent out and the one letter given to me.

Inmate/Parolee Signature: _James E Harvey_   Date Submitted: 4/14/08

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: 

BYPASS

Staff Signature: _____   Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

Signature: _____   Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

APR 23 2008
2ND IGI

First Level   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____   Due Date: _____
Interviewed by: _____

BYPASS

Staff Signature: _____   Title: _____   Date Completed: _____
Division Head Approved:   Returned
Signature: _____   Title: _____   Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

BYPASS

Signature: _____   Date Submitted: _____

Second Level   ☒ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: 4-23-   Due Date: 06-05-08
☒ See Attached Letter
K. Brandon Capt.
Signature: _____   Date Completed: 5-29-08
Warden/Superintendent Signature: MJ Nimrod AW   Date Returned to Inmate: 6/5/08

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: _____   Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____
☐ See Attached Letter
Date: _____

CDC 602 (12/87)

Exhibit N-N



J Ford
1640 Tyrol Ln #99
Stockton, CA. 95207

BAR NONE
PO BOX 1
ARCATA, CA 95518

Abdul Olugbala Shakur
s/n J. Harvey
D-4-119/C-48884 (SHU)
P.O. Box 7500
Crescent City, CA 95532

STOCKTON/STKN
CA 952 1 L
14 JAN 2008 PM

Abdul Olugbala Shakur
s/n J. Harvey #C-48884
RBSP SHU D-4-119
PO Box 7500
Crescent City CA 95532

JAN 24 2008

EUREKA CA 955
28 JAN 2008 PM 1 L



Sojourner Truth Farm School
Prisoner Publishing Network
P.O. Box 311
Poolesville, MD 20837

Out the House Motion Pictures
PO Box 30159
Elkins Park PA.19027

Abdul Olugbala Shakur
James Earl Harvey
D_4_112/C-48884 (Shu)
PO Box 7500
Crescent City CA. 95532

Abdul Olugbala Shakur
(s/n J. Harvey)
D-4-112/C-48884 (SHU)
P.O. Box 7500
Crescent City, CA 95532

APR 14 2008



MAR 0 5 2008

AMERICAN FRIENDS SERVICE COMMITTEE
San Diego Area Office
P.O. Box 126147
San Diego, CA 92112

Patricia Williams
Columbia Univ
Law school

Abdul Ougbala Shakur
s/n J. Harvey
D4112-C48884 (SHU)
P.O. Box 7500
Crescent City, CA 95532



APR 24 2008
UNITED STATES POSTAGE
$00.41

The Fortune Society
29-76 NORTHERN BOULEVARD, LONG ISLAND CITY, NY 11101

Abdul O. Shakur
c/n J. Harvey
#C48884/D4-112
Pelican Bay State Prison
PO Box 7500
Crescent City, CA 45532

MAY 19 2008
PRSRT STD



9
e2e
educate2elevate
3710 Lone Tree Way #212
Antioch, CA 94509

Sojourner Truth Farm School
Prisoner Publishing Network
P.O. Box 311
Poolesville, MD 20837

JAN 0 0 2008

Mr. Abdul Olugbala Shakur
s/n J. Harvey
D-4-112/C-48884 (SHU)
P.O. Box 7500
Crescent City, CA 95532





Abdul Olugbala Shakur
(s/n Harvey)
D-4-112/C-48884 (SHU)
P.O. Box 7500
Crescent City, CA 95532



Families to Amend California's Three Strikes - FACTS
3982 South Figueroa St #209
Los Angeles, California 90037

MAY 05 2008

Mr. Abdul O. Shakur  C-48884 (SHU)
J. Harvey--D. 5
P.O. Box 7500
Crescent City, Cal., 95532

Vic Humeniuk
14088 Ginger Dr
Monterey, TN 38574-3632

Exhibit N-1



Abdul Shakur C-48884
POBx 7500
Crescent City CA 95532-0001

JAN 0 2 2008



Damu Khamisi s/n Darryl Garrett
8944 Kleinman Rd.
Highland IN 46322

Abdul Shakur
#C-48884
PO BOX 7500
Cresent City CA 95532

DH-112

JAN 0 9 2008



Exhibit N-2

US Court N-4

12730 Crenshaw Blvd #344
Hawthorne, CA 90250

Hensleigh
6037 Long Ave.
Cincinnati, OH 45224-2401

Abdul Olugbala Shakur #C-48884
D-4-112/PO Box 7500
Pelican Bay State Prison
Crescent City, CA 95532

MAY 16 2008
17 MAY 2008 PM 11 T

Abdul Shakur #C48884
P.O. Box 7500
Crescent City, CA. 95532

JUN 0 5 2008
CINCINNATI OH 452
02 JUN 2008 PM 2 L