1  EDMUND G. BROWN JR.
   Attorney General of California
2  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
3  D. ROBERT DUNCAN
   Deputy Attorney General
4  State Bar No. 161918
    455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
    Telephone:  (415) 703-5739
6    Fax:  (415) 703-5843
    E-mail:  Robert.Duncan@doj.ca.gov
7  *Attorneys for Defendants*
   *D. Beard, J. Beeson, K. Brandon, D.T. Hawkes, D.*
8  *Kays, D. Milligan, C. Parry, J. Puente, B. Thornton,*
   *and M. Yax*
9

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

14
   | **JAMES EARL HARVEY, aka ABDUL O SHAKUR,** | C 08-2894 VRW (PR) |
15 | | |
   | | [~~PROPOSED~~] **ORDER AND WRIT OF** |
16 | Plaintiff, | **HABEAS CORPUS AD** |
   | | **TESTIFICANDUM TO TRANSPORT** |
17 | v. | **PLAINTIFF JAMES EARL HARVEY,** |
   | | **CDCR #C-48884** |
18 | **J. PUENTE, et al.,** | |
19 | | |
   | Defendants. | |
20

21

22      Plaintiff James Earl Harvey, CDCR #C-48884, is a necessary and material witness to the

23  settlement conference scheduled to take place before the Honorable Nandor Vadas on Tuesday

24  July 6, 2010 at 9:00 a.m. at California State Prison, Solano.  Harvey is currently confined at

25  Pelican Bay State Prison, in Crescent City, California, in the custody of the Warden.  In order to

26  secure Harvey's attendance at this settlement conference, it is necessary that a Writ of Habeas

27  Corpus Ad Testificandum issue commanding Harvey's custodian to produce him at California

28  State Prison, Solano, located at 2100 Peabody Road, in Vacaville, California.

                                    1

1    ACCORDINGLY, IT IS ORDERED that:

2    1.    A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court,

3    commanding the Warden of Pelican Bay State Prison and the California Department of

4    Corrections and Rehabilitation to produce inmate James Earl Harvey, CDCR #C-48884, for a

5    settlement conference at California State Prison, Solano, on July 6, 2010 at 9:00 a.m., until the

6    completion of this proceeding or as ordered by the Court, and thereafter to return Harvey to

7    Pelican Bay State Prison.

8    2.    The custodian is further ordered to notify the Court of any change in the custody of

9    Harvey and is ordered to provide the new custodian with a copy of this writ.

10   WRIT OF HABEAS CORPUS AD TESTIFICANDUM

11   To:   The Warden of Pelican Bay State Prison,

12   YOU ARE COMMANDED to produce inmate James Earl Harvey, CDCR #C-48884, for a

13   settlement conference at California State Prison, Solano before the Honorable Nandor Vadas on

14   July 6, 2010 at 9:00 a.m., until completion of this proceeding or as ordered by the Court, and

15   thereafter to return Harvey to Pelican Bay State Prison.

16   FURTHER, you have been ordered to notify the Court of any change in the custody of

17   Harvey and to provide the new custodian with a copy of this writ.

18   IT IS SO ORDERED.

19

20   Dated:   June 4, 2010

21                                          The Honorable Nandor Vadas
                                            United States Magistrate

22                                          

23

24

25   SF2009404096
     40459546.doc

26

27

28

2

[Proposed] Order & Writ of Habeas Corpus Ad Testificandum Transport Inmate Harvey        (C 08-2894 VRW (PR))