IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JAMES EARL HARVEY, aka ABDUL O SHAKUR,**<br><br>Plaintiff,<br><br>v.<br><br>**J. PUENTE, et al.,**<br><br>Defendants. | C 08-2894 VRW (PR)<br><br>**[PROPOSED]** ORDER TO VACATE WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF JAMES EARL HARVEY, CDCR #C-48884 |

The settlement conference scheduled for July 6, 2010, at 9:00 a.m., at Solano State Prison has been reset to July 16, 2010 at 11:00 a.m. at Pelican Bay State Prison. The transport of Plaintiff-inmate James Earl Harvey, CDCR #C-48884 on July 6, 2010 is no longer necessary and the Order and Writ of Habeas Corpus Ad Testificandum to Transport Plaintiff Harvey is VACATED.

IT IS SO ORDERED.

Dated: 6/19/10



Nandor Vadas
Magistrate Judge

[Proposed] Order Vacate Writ of Habeas Corpus Ad Testificandum Transport Inmate Harvey    (C 08-2894 VRW (PR))