United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JAMES EARL HARVEY, | No. C 08-02894 VRW/NJV (PR) |
| Plaintiff, | ORDER VACATING SETTLEMENT CONFERENCE |
| v. | |
| J. PUENTE, et al., | |
| Defendants. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The further settlement conference scheduled for 9:00 a.m. on November 10, 2010 at Pelican Bay State Prison is VACATED due to unforeseen medical circumstances beyond the Court's control. The settlement conference will be rescheduled as soon as possible.

IT IS SO ORDERED.

Dated:  November 8, 2010

_____
NANDOR J. VADAS
United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JAMES EARL HARVEY, | No. C 08-02894 VRW/NJV (PR) |
|     Plaintiff, | |
|   v. | CERTIFICATE OF SERVICE |
| J. PUENTE, et al., | |
|     Defendants. | |
| _____/ | |

I, the undersigned, hereby certify that on November 8, 2010 I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

James Earl Harvey
C-48884
Pelican Bay State Prison
D-4-112
P.O. Box 7500
Crescent City, CA 95532

_____
Chris Wolpert
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2