1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12 **JAMES EARL HARVEY, aka ABDUL O SHAKUR,**       C 08-2894 VRW (PR)

13                  Plaintiff,    **STIPULATION AND [~~PROPOSED~~] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

14         v.

15

16 **J. PUENTE, et al.,**

17                Defendants.

18

19     THE PARTIES HEREBY VOLUNTARILY STIPULATE to the dismissal with prejudice

20 of D. Beard, J. Beeson, K. Brandon, D.T. Hawkes, D. Kays, D. Milligan, C. Parry, J. Puente, B.

21 Thornton, and M. Yax from the above-captioned action pursuant to Rule 41(a) of the Federal

22 Rules of Civil Procedure, and each party to bear his own attorneys' fees and costs.

23

24     Dated: January 13 , 2011                     _____

25                                   JAMES EARL HARVEY
                                  Plaintiff

26

27

28

                                 1

1    Dated: January 13, 2011

2                                                    MICHAEL J. QUINN
                                                     Deputy Attorney General
3                                                    Attorneys for Defendants Beard, Beeson,
                                                     Brandon, Hawkes, Kay, Milligan, Parry, Puente,
4                                                    Thornton, and Yax

5    IT IS SO ORDERED.

6

7    Dated:   January 24, 2011

8

9

10   SF2009404096
     20309410.doc
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                           2

## CERTIFICATE OF SERVICE

Case Name:   **J. E. Harvey v. Puentie et al.**          No.   **C 08-2894 VRW (PR)**

I hereby certify that on **January 20, 2011**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On **January 20, 2011**, I have mailed the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:


**James Earl Harvey, C-48884**
**Pelican Bay State Prison**
**P.O. Box 7000**
**Crescent City, CA  95531-7000**
Pro Se


I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **January 20, 2011**, at San Francisco, California.


| M.M. Argarin | |
| --- | --- |
| Declarant | Signature |


40479415.doc